IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW
NO: 15-0333

JAMES NACE and APRIL NACE, ) DEPOSITION UPON
As Guardians of E.N., a
Minor,                      ) ORAL EXAMINATION
       Plaintiffs
               )     OF

  - vs -

               ) ELIZABETH A. NACE
PENNRIDGE SCHOOL DISTRICT,
et al.,                     )

       Defendants.          )

            TRANSCRIPT OF DEPOSITION, taken by
and before Lisa Petitta, RPR, CSR, at the Law
Offices of DRAKE, HILEMAN & DAVIS, 252 Swamp Road,
Suite 15, Doylestown, Pennsylvania, on Tuesday,
July 14, 2015, commencing at 11:00 a.m.

ERSA COURT REPORTERS
30 South 17th Street
United Plaza - Suite 1520
Philadelphia, Pennsylvania 19103
(215) 564-1233

ORIGINAL

ELIZABETH A. NACE

APPEARANCES:


HORNSTINE, PELLONI & HORNSTINE
BY:  DAVID J. GROTH, ESQUIRE
1500 Walnut Street, Suite 300
Philadelphia, PA  19102
Counsel for the Plaintiffs


KELLY, GRIMES, PIETRANGELO & VAKIL, PC
BY:  SEAN KEMETHER, ESQUIRE
36 East Second Street
Media, PA  19063
Counsel for Ryan Clymer & Russell
Hollenbach

EASTBURN & GRAY, P.C.
BY:  ROBERT M. COX, ESQUIRE
And ERIN KERNAN, ESQUIRE
60 East Court Street
Doylestown, PA 18901
Counsel for Pennridge School District,
Jacqueline Rattigan, Thomas Creeden &
David Babb


DRAKE, HILEMAN & DAVIS
BY:  JONATHAN J. RUSSELL, ESQUIRE
     HENRY THOMPSON, ESQ.
252 Swamp Road, Suite 15
P.O. Box 1306
Doylestown, PA 18901
Co-Counsel for Faith Christian Academy,
Ryan Clymer, Ind, and in his official
capacity as Headmaster of Faith Christian
Academy and Russell Hollenbach, Ind.,
and in his official capacity as Athletic
Director of Faith Christian Academy


ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

3

A P P E A R A N C E S:


CASSIDY, CONNOR & PITCHFORD, P.C.
BY:  CARLA E. CONNOR, ESQ.
295 East Swedesford Road
Suite 346
Wayne, PA 19087
Co-Counsel for Faith Christian Academy,
Ryan Clymer, Ind, and in his official
capacity as Headmaster of Faith Christian
Academy and Russell Hollenbach, Ind.,
and in his official capacity as Athletic
Director of Faith Christian Academy41


MARSHALL, DENNEHEY, WARNER, COLEMAND &
GOGGIN
BY:  JOSEPH J. SANTARONE, ESQ.
2000 Market Street
Suite 2300
Philadelphia, PA 19103
Counsel for Faith Christian Academy

ELIZABETH A. NACE

4

```
 1                    I N D E X
 2
 3   WITNESS                        PAGE
 4   ELIZABETH A. NACE
 5      By:  Mr. Kemether          5, 156
 6      By:  Mr. Santarone         90, 157
 7      By:  Ms. Connor               112
 8      By:  Mr. Cox              115, 158
 9      By:  Mr. Russell              136
10      By:  Mr. Groth            154, 160
11
12
13                  E X H I B I T S
14                            PAGE      PAGE
     NUMBER    DESCRIPTION     MARKED   ATTACHED
15
     Nace-1    School Transcript   129     166
16
     Nace-2    Attendance doc      129     167
17
     Nace-3    Disciplinary doc    129     168
18
     Nace-4    Acknowledgement and 129     169
19             Student Handbook
20   Nace-5    Acknowledgment and  129     170
               Studen Handbood
21
22
23
24
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

```
1                    (By agreement of counsel, the

2               sealing and certification are waived;

3               and all objections, except as to the form

4               of the question, are reserved until the

5               time of trial.)

6

7                    ELIZABETH A. NACE, after first

8               having been duly sworn, was examined

9               and testified as follows:

10

11   BY MR. KEMETHER:

12   Q.       Good morning.  I'm Sean Kemether.  I'm an

13   attorney in this case.  I represent Ryan Clymer and

14   Russell Hollenbach in this litigation that you and

15   your parents have brought.  We're here today to

16   take your deposition.  I'm going to assume that you

17   probably have not been through this process before

18   in your life.  A deposition is a question and

19   answer session.  Let me give you some instructions

20   that will make the process easier for all of us.

21   You just took an oath.  That's the same oath you

22   would take in front of a judge or jury even though

23   we're sitting in a lawyer's office.  You are about

24   to give sworn court testimony.  A couple of rules
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

6

1    that are going to help you.  One, try to wait for

2    me to finish my question before you answer, and

3    I'll try to do likewise.  You can probably see, if

4    not hear, that the court reporter is taking down

5    everything I'm saying right now, and she does

6    likewise when you speak or anyone else speaks.  So

7    if one of us speaks at a time, it makes her job

8    much easier.  Two, it's very important that you use

9    words when answering questions.  Sounds obvious,

10   but in day-to-day life people communicate in ways

11   other than words.  For instance, now you are

12   shaking your head.  You can use your hands.  You

13   can shake your head.  You can do all of those

14   things, but in addition to that you have to say the

15   words whatever they may be; yes, no, whatever.  If

16   you don't say words, the court reporter cannot take

17   down anything that you do.  She's not going to take

18   down that you're smiling or shaking your head or

19   anything like that.  We'll try to remind you if

20   that becomes an issue as we go along.  If you don't

21   know the answer to a question or you can't remember

22   something, please tell us that.  We don't want you

23   to guess.  Tell us what you remember and what you

24   know.  Likely, I'm going to be asking some

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    questions involving the measurement of at least

2    time of, for instance, how long ago something

3    happened.  In all likelihood you are not going to

4    know an exact answer to many of those questions.

5    You may not know an exact day or exact month, but

6    if you can give what I call an estimate, a month, a

7    year, or some approximation at the time without

8    guessing, I would ask that you try to do that.  If

9    you're pulling numbers out of the sky, that's

10   guessing.  All right.  If you need to take a break

11   for any reason today, including to use the

12   bathroom, you can make a phone call, or to speak to

13   your counsel, let us know.  We'll make arrangements

14   for that.  We ask if you are answering a question,

15   answer the question, for instance, then take the

16   break.  All right?

17   A.       Okay.

18   Q.       Before we get started today, any reason

19   that you don't feel able to hear and answer my

20   questions truthfully to the best of your knowledge?

21   Medication that you've taken?  Anything like that?

22   A.       No.

23   Q.       All right.  Let's start then.  Give me your

24   full name?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

| | | |
|---|---|---|
| 1 | A. | Elizabeth Anne Nace. |
| 2 | Q. | Is the Anne with an E? |
| 3 | A. | Yes. |
| 4 | Q. | Can you give me your date of birth? |
| 5 | A. | ███████████ . |
| 6 | Q. | So if I'm doing my math correctly, you |
| 7 | turned 18 about almost two months ago? | |
| 8 | A. | Yes. |
| 9 | | MR. KEMETHER:  Off the record. |
| 10 | | (At this time, a discussion was |
| 11 | held off the record.) | |
| 12 | BY MR. KEMETHER: | |
| 13 | Q. | Where do you currently live? |
| 14 | A. | ████████████████████ |
| 15 | Q. | All right.  And approximately how long have |
| 16 | you lived there? | |
| 17 | A. | My whole life. |
| 18 | Q. | All right.  What are your parents' names? |
| 19 | A. | April and James. |
| 20 | Q. | I take it they live there as well? |
| 21 | A. | Yes. |
| 22 | Q. | Currently does anyone else live there with |
| 23 | you? | |
| 24 | A. | No. |

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    Q.      Do you have other siblings?

2    A.      I have an older sister.

3    Q.      What is her name?

4    A.      Amanda.

5    Q.      Also Nace?

6    A.      Yes.

7    Q.      How old is she?

8    A.      26.

9    Q.      Where does she live?

10   A.      She lives in Hatboro.

11   Q.      Is she married or single?

12   A.      She's not married.

13   Q.      All right.  Some questions now about your

14   educational background.  If I understand correctly,

15   within the last few weeks you graduated from high

16   school?

17   A.      Yes.

18   Q.      We're going to go first to last.  We're

19   going to go early, then proceed, so we'll start

20   with elementary school.  Did you go to the same

21   elementary school for four years?

22   A.      Yes.

23   Q.      Which one was that?

24   A.      Guth Elementary School.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    Q.        And I missed that.

2    A.        Guth, G-U-T-H.

3    Q.        And is that part of the Pennridge School

4    District?

5    A.        Yes.

6    Q.        Would that have been kindergarten through

7    fourth grade?

8    A.        Fifth grade.

9    Q.        Okay.  Can you describe for me in your

10   words, were you a good student, average student,

11   bad student while in elementary school?

12   A.        I was a good student.

13   Q.        I don't know how things work today, but do

14   they have clubs or teams you can join in elementary

15   school?

16   A.        Not really, no.

17   Q.        All right.  Were there any issues in terms

18   of missing extended periods of time from elementary

19   school or having any sort of disciplinary problems

20   while in elementary school?

21   A.        No.

22   Q.        Would -- how would you characterize the

23   experience you had in elementary school?

24   A.        It was good.  It was a good experience.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    Q.        All right.   Next one would be either middle

2    school or grammar school.   Where did you attend

3    that?

4    A.        South Middle School.

5    Q.        Is that also in the Pennridge School

6    District?

7    A.        Yes.

8    Q.        What grades would that have covered?

9    A.        That was sixth through eighth.

10   Q.        All right.   Again, would you characterize

11   yourself in those years of middle as being a good

12   student, average student, or poor student?

13   A.        Good student.

14   Q.        Did you have any problems with extended

15   absences or behavioral issues while there?

16   A.        No.

17   Q.        Grades overall, how were they?

18   A.        They were good.

19   Q.        And then you went to high school from

20   grades nine to twelve where?

21   A.        At Pennridge High School.

22   Q.        I'm going to break high school up a little

23   bit between the time of your relationship with Mr.

24   Romig in ninth grade until it started and then

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    during and after.  Okay.  So let's do this.  So

2    just so we're clear, I understand that you knew Mr.

3    Romig for a period of time before there was any

4    sort of a sexual relationship, is that fair?

5    A.      Yes.

6    Q.      So for the first category I want to talk

7    about from ninth grade until you first started

8    having a sexual relationship with him.  All right.

9    Would that take us sometime into the spring of

10   2013?

11   A.      Yes.

12   Q.      During that first period of time, so from

13   ninth grade until the spring of 2013, how were your

14   grades in high school?

15   A.      They were good.

16   Q.      All right.  A's and B's on average?

17   A.      Yes.

18   Q.      Were you on any honor rolls or honor

19   societies during that time?

20   A.      Distinguished honor roll.

21   Q.      And can you explain for me how one

22   qualifies for that?

23   A.      I believe it's through GPA and your grades

24   in each class.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

```
 1   Q.       And was that true your entire time from
 2   ninth grade until the spring of 2013, you were on
 3   the distinguished honor roll?
 4   A.       Yes.
 5   Q.       All right.  During the same time period
 6   were you on any athletic teams in the school?
 7   A.       Softball.
 8   Q.       Softball.  Okay.  And that was one where
 9   you would be on the official school team going out
10   and playing against other schools?
11   A.       Yes.
12   Q.       Were you on any other teams, sports teams
13   whether they were interscholastic or
14   intrascholastic if my terminology is correct?
15   A.       No.
16   Q.       What was the softball period during the
17   school year?
18   A.       We had tryouts in late February, early
19   March, I believe.
20   Q.       And were you on a team ninth, tenth grade,
21   and eleventh grade and ultimately twelfth grade?
22   A.       Yes.
23   Q.       Were there any other clubs or social
24   organizations that you remember through the school
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    during this first time period we're talking about?

2    A.        I did key club my freshman year, but that's

3    it.

4    Q.        What was that called?

5    A.        Key club.

6    Q.        You have to fill me in on that.

7    A.        It's community service, so you go out and

8    do projects in the community.

9    Q.        During this time period from ninth grade

10   through the spring of 2013, did you have any issues

11   with attendance that you were out for any

12   significant periods of time?

13   A.        No.

14   Q.        How about with behavioral issues, were you

15   suspended or anything like that for any period of

16   time during that time period?

17   A.        No.

18   Q.        Would you characterize your experience

19   during that time frame as being good?

20   A.        Yes.

21   Q.        You enjoyed high school during that time?

22   A.        Yes.

23   Q.        I'm going to go through and ask similar

24   type of questions for the time period when you were

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1 having a sexual relationship with Mr. Ronig, which

2 I understand is somewhere from the spring of 2013

3 until Octoberish or Septemberish of 2013.

4 A.  Yes.

5 Q.  During that time frame. Most of that I

6 understand you were actually not in school, in

7 other words, it was summertime, but did your grades

8 suffer during any periods of time those several

9 months?

10 A.  No.

11 Q.  Did you remain in the honor program that

12 you mentioned before?

13 A.  Yes.

14 Q.  And did you remain playing on the softball

15 team during the school months?

16 A.  Yes.

17 Q.  Grades were similar or the same?

18 A.  Yes.

19 Q.  Attendance issues, did you miss any

20 significant period of time during that period of

21 time from when there actually was school to go to?

22 A.  No.

23 Q.  Any suspensions or behavioral issues during

24 that time?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    A.        No.

2    Q.        Finally, from the time that Mr. Romig was

3    arrested in October of 2013 until your graduation,

4    we're going through the same type of thing, how

5    were your grades during that time?

6    A.        In the beginning it was hard for me to like

7    focus and everything, so they slipped a little bit,

8    but I was able to bring them back up.

9    Q.        Can we characterize the wording of "in the

10   beginning" of how long a period of time were you

11   talking?

12   A.        It was about a month.

13   Q.        It's fair to say by the end of the marking

14   period you brought the grades back up to where they

15   normally were?

16   A.        Yes.

17   Q.        And you mentioned that for about a month it

18   was hard to concentrate or focus?

19   A.        It was longer than a month that it was hard

20   for me to focus.  It was throughout the rest of the

21   school year.

22   Q.        What do you attribute that to?

23   A.        It was mentally hard on me, like knowing

24   that he was arrested and everything, so I couldn't

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    focus on -- focusing on school work and knowing

2    that I could like put myself in the situation.

3    Q.      I just want to clarify for my

4    understanding.   Hard knowing he was arrested, what

5    was hard about knowing he was arrested?

6    A.      Like it was hard for me because I was put

7    into that situation, and then going into school,

8    like the classmates and the people around me, it

9    was hard being in there and just trying to focus on

10   school instead of everything that happened

11   afterwards.

12   Q.      What sort of everything are you talking

13   about?

14   A.      I had different problems that occurred

15   after the arrest, and it was hard for me to sleep

16   and just be able to be myself again.

17   Q.      Okay.  Aside from sleeping, what sort of

18   problems do you think you had during that time

19   period?

20   A.      You could physically see it in my face,

21   like I had acne and like I broke out a lot, and

22   then like you could see it in my eyes and just in

23   my cheeks and everything.

24   Q.      Did you lose weight?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

```
 1    A.        Yes.

 2    Q.        Give me a ballpark.

 3    A.        I was under 100 pounds then because it was

 4    hard for me to eat also.

 5    Q.        I don't mean to be rude, but approximately

 6    what do you weigh now?

 7    A.        I weigh 1005.

 8    Q.        So you lost maybe ten pounds during that

 9    time period?

10    A.        Yes.

11    Q.        Did you put that weight back on ultimately?

12    A.        Yes.

13    Q.        How long do you think that took?

14    A.        That took the rest of the school year to

15    get back to normal.

16    Q.        So you would not have gone back to playing

17    -- well, strike that.  For the school anyway, you

18    would not have gone to play softball until the

19    spring of 2014?

20    A.        Yes.

21    Q.        That would have been your junior year?

22    A.        Yes.

23    Q.        You did that?

24    A.        Yes.
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    Q.      And was that -- what kind of experience was

2    that for you?

3    A.      It was hard at first being around the

4    teammates, like just knowing that they knew

5    everything that happened.

6    Q.      How did they know everything that happened?

7    A.      It was in the news, and they were able to

8    figure it out.

9    Q.      Did you ever discuss your relationship with

10   Mr. Romig to any of them?

11   A.      No.

12   Q.      And talking about your teammates?

13   A.      Yes.

14   Q.      All right.  Did you have a successful

15   season that spring of your junior year?

16   A.      It was all right.

17   Q.      It was all right.  Was it worse or better

18   than the one before?

19   A.      Record wise it was worse.

20   Q.      And do you think that had anything to do

21   with this incident or did it have something to do

22   with another factor?

23   A.      I feel like it was both.

24   Q.      What were the other factors?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1   A.       Just like our team, it was hard for us to

2   connect and like play together as a team.

3   Q.       Did you get -- prior to your senior year,

4   did you get on any lists for the county?  For

5   instance, I notice that for this season you were on

6   the Suburban I Continental Allstar Third Team.

7   Were you ever listed on something like that for any

8   of your previous years?

9   A.       No.

10  Q.       All right.  I realize this is subjective,

11  but do you feel your ability to play softball

12  increased or improved every year?

13  A.       Yes.

14  Q.       And was that true for your junior year as

15  well?

16  A.       Yes.

17  Q.       And when you were a senior, were you better

18  than when you were a junior?

19  A.       Yes.

20  Q.       What positions did you play during your

21  four years?

22  A.       In high school I was a pitcher and

23  outfielder.

24  Q.       You mentioned that it took a month or so

ELIZABETH A. NACE

1    for you to get your grades back up after Mr. Romig

2    was arrested?

3    A.      Yes.

4    Q.      And did your ability to keep your grades up

5    continue throughout the rest of high school?

6    A.      Yes.

7    Q.      And did you remain in the honor society

8    throughout the rest of high school?

9    A.      Yes.

10   Q.      Were there any attendance issues, extended

11   absences during your junior or senior years of high

12   school?

13   A.      When everything first came out, I took a

14   couple of days off from school, but then I went

15   back.

16   Q.      Other than that, was it fairly normal for

17   you?

18   A.      Yes.

19   Q.      And in terms of behavioral issues in your

20   school during your junior or seniors years,

21   anything like that where you were suspended or

22   reprimanded in some way?

23   A.      No.

24   Q.      I read that it was a dream of yours to play

ELIZABETH A. NACE

```
 1    college softball, softball in college?
 2    A.      Yes.
 3    Q.      Did you apply to colleges I assume?
 4    A.      Yes.
 5    Q.      How many did you apply to?
 6    A.      I believe there was three.
 7    Q.      Which ones?
 8    A.      Kutztown, York, and Lycombing.
 9    Q.      All of those are state schools here in
10    Pennsylvania?
11    A.      Lycombing and York are private schools.
12    Q.      Okay.  Were you accepted to all three or
13    some combination of the three?
14    A.      All three.
15    Q.      And have you decided which one you want to
16    attend?
17    A.      Yes.
18    Q.      Which one?
19    A.      Lycombing.
20    Q.      And will you be starting sometime next
21    month there?
22    A.      Yes.
23    Q.      I am not well-versed in Division I, II and
24    II scholarships.  If I understand it, this is a
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    Division III school?

2    A.        Yes.

3    Q.        And I don't know if they have athletic

4    scholarships in Division III schools.

5    A.        There are no scholarships for D-III

6    schools.

7    Q.        Any other ways of financial assistance that

8    one would get if they're going to be playing on the

9    softball team, for instance, even if it's not

10   called a scholarship?

11   A.        No.

12   Q.        Basically you're going to pay your full

13   freight to go there?

14   A.        Yes.

15   Q.        Are any friends of yours from the softball

16   team you played on either in high school or the

17   Sellersville Belles going to Lycombing with you

18   this fall?

19   A.        No.

20   Q.        And have you already met with the softball

21   coach there and know that you are going to be

22   playing for the team or do you have to go there and

23   tryout?

24   A.        Tryout.

ELIZABETH A. NACE

24

```
1    Q.       Would that be next spring or sometime
2    before that?
3    A.       I believe next spring.
4    Q.       Okay.  Do you have a plan as to what you
5    want to study while at Lycombing?
6    A.       I want to major in criminal justice.
7    Q.       Okay.  Did your relationship, your sexual
8    relationship with Mr. Romig, figure in any way for
9    what school you wanted to go to for college?
10   A.       No.
11   Q.       From the school you are telling me it
12   sounds like you wanted to stay in state?
13   A.       I wanted to go out of state, but my parents
14   wouldn't let me.
15   Q.       I'm familiar with that.  Sure.  How old
16   were you when you first met Mr. Romig?
17   A.       I was in ninth grade.
18   Q.       And in what setting did you meet him?
19   A.       Softball.
20   Q.       Was he a coach of that team at that time?
21   A.       Yes.
22   Q.       And what coach was he?
23   A.       He was the JV coach.
24   Q.       So it sounds like somewhere in the spring
```

ELIZABETH A. NACE

1    of your freshman year of high school is when you

2    would have first met him?

3    A.      Yes.

4    Q.      Was there anything remarkable about your

5    experience on the girls softball team at Pennridge

6    your freshman year in terms of your relationship

7    with Mr. Romig?

8    A.      No.

9    Q.      Was there any communications beyond

10   anything having to do with softball with him during

11   that school year?

12   A.      No.

13   Q.      And during the summer between your freshman

14   and sophomore years, would you have had to

15   communicate with him for any reason?

16   A.      No.

17   Q.      Would you have to communicate with him at

18   all until the season for your sophomore year

19   started?

20   A.      No.

21   Q.      So I understand you would have played for

22   him as he being your coach for tenth grade as well?

23   A.      Yes.

24   Q.      Were you on the JV team both of those

ELIZABETH A. NACE

1    years?

2    A.       Yes.

3    Q.       Did you also play varsity either of those

4    years?

5    A.       Yes.

6    Q.       Both?

7    A.       I believe both.

8    Q.       Again, anything in terms of the nature of

9    your relationship with Mr. Romig during your

10   sophomore year that was beyond softball?

11   A.       Towards the end, yes.

12   Q.       Can we start with that?  Tell me what

13   started in the beginning -- what happened towards

14   the end of your sophomore year of playing baseball

15   or softball that changed the nature of your

16   relationship from purely softball to something

17   else?

18   A.       He started texting me.

19   Q.       As you would imagine, I went to high school

20   a long time ago.  They didn't have cell phones back

21   then.  Is giving ones cell phone number to a coach

22   a normal thing to do?

23   A.       Yes, to get like emails about practices or

24   things.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1   Q.      So sometime towards the end of your

2   sophomore season Mr. Romig started texting you?

3   A.      Yes.

4   Q.      What generally were they about if it was

5   not about softball?

6   A.      He would try to get to know my background

7   and get to know me more, and then he would start

8   flattering me and like giving me compliments.

9   Q.      Okay.  Did he tell you why he was trying to

10  get to know you better?

11  A.      No.

12  Q.      And what was your response to that?

13  A.      At first I was hesitant.

14  Q.      And for how long do you think you were

15  hesitant?

16  A.      Couple of weeks.

17  Q.      Did you mention this increased attention to

18  any of your friends or teammates?

19  A.      No.

20  Q.      Do you know if he had any type of

21  relationship beyond softball with any of your

22  teammates during that time period?

23  A.      I do not know.

24  Q.      Anyone -- strike that.  What happened to

ELIZABETH A. NACE

1    change your feelings from being hesitant to

2    something else?

3    A.       He began to earn my trust, and he got to

4    know me better like through his flattering and

5    everything.

6    Q.       Okay.  Was there anything sexual about his

7    communications during that time period, that is,

8    the end of your sophomore year?

9    A.       No.

10   Q.       Did he continue to communicate with you

11   over the summer between your sophomore and junior

12   years?

13   A.       Yes.

14   Q.       Would that have been via text or some other

15   way?

16   A.       That is when we got together outside of my

17   house.

18   Q.       Okay.  Were you -- let me do the math.

19   What year -- what -- '14/'15, '13/'14, this would

20   have been '12/'13.  This would have been the spring

21   of 2013?

22   A.       Yes.

23   Q.       Had you turned 16 while you were playing on

24   the softball team that spring?

ELIZABETH A. NACE

```
 1    A.        Yes, in the middle.

 2    Q.        Okay.  Did the texting start before you

 3    turned 16?

 4    A.        Yes.

 5    Q.        How long before you turned 16?

 6    A.        It was a couple of weeks.

 7    Q.        At that point, did you tell him how old you

 8    were?

 9    A.        Yes.

10    Q.        Tell me about when did any sort of

11    communication with Mr. Romig begin to turn sexual

12    in nature.

13    A.        I believe it was in June.

14    Q.        Of what year?

15    A.        2013.

16    Q.        And do you recall what -- how that started?

17    A.        No.

18    Q.        Do you recall what happened?

19    A.        He started to get to know me better, and he

20    just built it up as like as time went on.

21    Q.        When you say built it up, can you explain

22    to me what you mean by that?

23    A.        Like he went from more innocent to being

24    more like inappropriate.
```

ELIZABETH A. NACE

30

1    Q.        Okay.  Did you feel what he was doing in

2    the spring of 2013 was inappropriate then?

3    A.        No.

4    Q.        When did you first start to feel that what

5    he was doing in terms of communicating with you was

6    inappropriate?

7    A.        Months after he was arrested.

8    Q.        Okay.  We'll get to that in a little bit.

9    Did he -- did he talk to you about things other

10   than sex and other than softball?

11   A.        Yes.

12   Q.        Did you talk back to him about things in

13   your life other than sex and other than softball?

14   A.        Yes.

15   Q.        What types of things would you have

16   communicated with him about, again, we're talking

17   about the spring of 2013?

18   A.        He got to know me, and then he learned

19   about my eating disorder that I had at the time,

20   and that's how he built my trust.

21   Q.        Okay.  How did he learn about your eating

22   disorder?

23   A.        He said he figured it out.

24   Q.        Okay.  And did he ask you about it?

ELIZABETH A. NACE

1    A.        Yes.

2    Q.        Did you then confirm it to him?

3    A.        Yes.

4    Q.        Tell me about your history of eating

5    disorder.

6    A.        I had it for a couple of years then, and I

7    had anorexia, so I didn't eat sometimes.

8    Q.        Did you ever receive medical treatment for

9    that?

10   A.        No.

11   Q.        And from hearing it correctly, it would

12   have started sometime in high school or eighth

13   grade, somewhere around there?

14   A.        Yes.

15   Q.        So you talked to him about your eating

16   disorder.  Did you talk to him about other things

17   not related to sex and not related to softball in

18   the spring of 2013?  Did you tell him about your

19   life?

20   A.        Yes, family and my background and stuff.

21   Q.        Tell me what you recall discussing with him

22   about your family and your background.

23   A.        Just like that I went to church and like my

24   hobbies and what I did out of school and

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    everything.

2    Q.       In a nutshell what were they?

3    A.       I was in Girl Scouts, and I still am, and I

4    went on mission trips and did church-related

5    activities and community service.

6    Q.       And you mentioned you discussed your

7    family.  What did you discuss about your family?

8    A.       Just I had like a sister, and he knew my

9    mom already, so.

10   Q.       Did you discuss anything with him in the

11   spring of 2013 about the nature of your

12   relationship with your parents; good, bad,

13   troubles, no troubles?

14   A.       Not really, no.

15   Q.       Problems you might have had?

16   A.       No.

17   Q.       Did that ever come to pass that you would

18   discuss those topics?

19   A.       Yes.

20   Q.       Was that later in the relationship?

21   A.       Yes.

22   Q.       So I understand, what sort of family

23   problems would you have discussed with him,

24   whatever the time period?

ELIZABETH A. NACE

1    A.       There were really no problems, like I just

2    told him that I was able to talk to my parents and

3    that I had a good relationship with them.

4    Q.       Did you ever discuss any problems that you

5    and your parents had --

6    A.       No.

7    Q.       -- with him.  So you mentioned you

8    discussed your family relationship with him.  You

9    discussed anorexia.  Anything else unrelated to sex

10   or softball?

11   A.       No.

12   Q.       When he started texting you for the first

13   month or so, can you give me a ballpark how often

14   that would take place?

15   A.       It was every day.  I mean, he texted me

16   while I was at school, and I wouldn't answer right

17   away because I couldn't.  I was in school.

18   Q.       Could you approximate how many texts a day

19   he would send the first month or so he was texting

20   you?

21   A.       I would say there was only a handful, like

22   probably around 50.

23   Q.       Okay.  Over the period of a month or so?

24   A.       Yes.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    Q.       And did you respond to any of those 50

2    texts?

3    A.       Yes.

4    Q.       About how many times?

5    A.       Most of the time.

6    Q.       All right.  Did there come a point then

7    that the -- was it during this -- was it after --

8    I'm sorry.  Let me put it this way.  When did the

9    texting frequency increase?

10   A.       I would say it was early June.

11   Q.       Would you have just been ending the school

12   year around that time?

13   A.       A couple of weeks after, yes.

14   Q.       Couple weeks after the school year ended,

15   right?

16             MR. GROTH:  I'm not sure you

17         understood that.

18             MR. KEMETHER:  Maybe I didn't.

19             MR. GROTH:  You said increased

20         texting started a couple weeks after

21         school ended.  I think she meant a couple

22         weeks before.

23   BY MR. KEMETHER:

24   Q.       Couple weeks before?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1   A.      Yes.

2   Q.      Was the softball team still in its season

3   at this point?

4   A.      It was starting to end.

5   Q.      Okay.  When the texting frequency

6   increased, did it pertain to any particular type of

7   subject?

8   A.      Not really, no.

9   Q.      Did he ask you to be in a relationship with

10  him at that point?

11  A.      Yes.

12  Q.      How did he do that?

13  A.      He just said like he didn't want to lose me

14  over the summer and that he wanted to keep talking

15  to me because he knew he wouldn't see me.

16  Q.      And what was your response to that?

17  A.      At first I was hesitant.

18  Q.      All right.  And from what I understand

19  reading the Complaint, that changed at some point.

20  How long were you hesitant?

21  A.      I would say about a week.

22  Q.      So for that week were you hesitant and

23  actually just responding to him at all?

24  A.      Yes.

ELIZABETH A. NACE

1    Q.        And what happened to change your mind?

2    A.        He manipulated me, and he earned my trust.

3    Q.        Okay.  When you say he manipulated you,

4    what did he do?

5    A.        He kept like saying that he could be there,

6    and he just earned my trust and kept trying to

7    build up the relationship.

8    Q.        Did you feel what he was doing was

9    inappropriate at the time he was doing it?

10   A.        No.

11   Q.        Did that start until -- did that start

12   after he was arrested?

13   A.        Yes.

14   Q.        During this increased time of texting, did

15   he start discussing sex with you?

16   A.        After.

17   Q.        That he wanted to have sexual relations

18   with you?

19   A.        Yes.

20   Q.        After a while, did you respond to any of

21   those?

22   A.        At first, no.

23   Q.        Was that for the first week or so?

24   A.        Yes.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1  Q.      After the first week or so, did you respond

2  to him?

3  A.      Yes.

4  Q.      How did you respond?

5  A.      I was hesitant because I didn't know if I

6  wanted to at first.

7  Q.      Okay.  How long a period did -- were you

8  feeling hesitant about that?

9  A.      Probably a couple of weeks.

10  Q.      Are we still in June?

11  A.      Yes.

12  Q.      And did something happen to change your

13  mind?

14  A.      Not really.  He just was convinced me.

15  Q.      Okay.  At any point did you tell him you

16  did not want to have a sexual relationship with

17  him?

18  A.      In the beginning.

19  Q.      And what did he do when you said that?

20  A.      He got upset.

21  Q.      And can you describe for me how he got

22  upset?

23  A.      He at first he stopped texting me for a

24  while.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

```
 1    Q.      Okay.  What's a while?

 2    A.      I would say a couple of hours and into the

 3    night, the next day.

 4    Q.      Okay.  So upset was over a period of day or

 5    two?

 6    A.      Yes.

 7    Q.      When the texting frequency increased, you

 8    mentioned like 50 time over about a month, describe

 9    how it increased.  How many times a day would you

10    get a text from him in June of 2013 on average?

11    A.      I would say about 200, I believe.

12    Q.      During that time, would you respond to most

13    of them?

14    A.      Yes.

15    Q.      Did you ever initiate texting on your own

16    to him?

17    A.      Not really.

18    Q.      No.  Was that ever in the relationship or

19    just during that time period?

20    A.      During that time period.

21    Q.      All right.  Until the time period we're

22    talking about here, the middle of June of 2013,

23    were your communications with him exclusively by

24    text in terms of non-softball matters?
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

```
 1   A.      Yes.

 2   Q.      Were they by email at all?

 3   A.      No.

 4   Q.      Were they on the phone?

 5   A.      No.

 6   Q.      Or skype or something that you could video

 7   chat or anything like that?

 8   A.      No.

 9   Q.      During the course your relationship, is it

10   fair to say that the majority of ways that you

11   communicated when you were not in person was via

12   text?

13   A.      Yes.

14   Q.      Did you use email during the relationship

15   to communicate with him?

16   A.      No.

17   Q.      Ever?

18   A.      At the very end when my phone was taken

19   away.

20   Q.      We'll get to that in a little bit.  And

21   when did you first see him outside -- see him in

22   person outside of the softball coach setting?

23   A.      I believe, it was in June.

24   Q.      Was it during or after the school year?
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

40

1    A.        It was the very end.

2    Q.        So last week or so of the school?

3    A.        Yes.

4    Q.        Was the team still in session at that

5    point?

6    A.        No.

7    Q.        And how did that occur?

8    A.        He texted me saying that he wanted to pick

9    me up and that we should talk and get together.

10   Q.        Okay.   And how did you respond to that?

11   A.        I said okay.

12   Q.        And what did you do?

13   A.        We went to a local park down the street.

14   Q.        Did he pick you up in a car and drive you

15   there?

16   A.        Yes.

17   Q.        Where did he pick you up from?

18   A.        My house.

19   Q.        And were your parents home at this point?

20   A.        I do not remember.

21   Q.        Until this point in time had you discussed

22   anything pertaining to Mr. Romig communicating with

23   you other than softball-related matters to your

24   parents?

ELIZABETH A. NACE

1    A.      No.

2    Q.      Had you communicated that topic to any of

3    your friends?

4    A.      No.

5    Q.      All right.  Let's go back to where you went

6    to the park for the first time with Mr. Romig.

7    What happened?

8    A.      We just talked.

9    Q.      How long do you think you were with him?

10   A.      I would say about an hour.

11   Q.      In general what did you talk about?

12   A.      Just basic things that we talked about over

13   texts, like background and different things.

14   Q.      Anything else happen during that meeting?

15   A.      No.

16   Q.      Did he drive you home?

17   A.      Yes.

18   Q.      Did you leave things with him in some way

19   at that point?

20   A.      No.

21   Q.      No?

22   A.      No.

23   Q.      Did you assume you were going to continue

24   to communicate with him after he dropped you off?

ELIZABETH A. NACE

1    A.       Yes.

2    Q.       Did you?

3    A.       Yes.

4    Q.       So the texting continued, did you say, like

5    a couple of hundred times a day?

6    A.       Yes.

7    Q.       All right.  And did this continue through

8    the rest of June?

9    A.       Yes.

10   Q.       July?

11   A.       Yes.

12   Q.       August?

13   A.       Yes.

14   Q.       All right.  How often did you see him

15   during those months of late June, July, August?

16   A.       I would say a couple of times a week.

17   Q.       What were you doing that summer?  Did you

18   have a job or in some other softball program or

19   anything like that?

20   A.       I was on a travel softball team.

21   Q.       What is the travel softball team?

22   A.       I was on Deep Run.

23   Q.       Is that affiliated with the school?

24   A.       No.

ELIZABETH A. NACE

1    Q.        That's outside of school?

2    A.        Yes.

3    Q.        I've heard something about the Sellersville

4    Belles.  That's a different thing as well?

5    A.        Yes.

6    Q.        Was Mr. Romig affiliated with Deep Run?

7    A.        No.

8    Q.        And how much time during that summer did

9    that program take?

10   A.        That was about every weekend.

11   Q.        You would go on the road and travel to play

12   softball tournaments?

13   A.        Yes.

14   Q.        Were any of your teammates from Pennridge

15   on that team?

16   A.        Yes.

17   Q.        Which ones?

18   A.        There were a couple.

19   Q.        Best of your memory tell me their names.

20   A.        Lisa, Liv, Julia, Natalie.

21   Q.        Full name if you could.

22   A.        Lisa Baumueller.

23   Q.        Do you know how to spell that one's last

24   name?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

```
 1    A.        B-A-U-M-U-E-L-L-E-R.   Julia Helbling.

 2    Q.        H-E-L-B-L-I-N-G?

 3    A.        Yes.   Liv Campbell and Natalie Babik.

 4    Q.        B-A-B-B-I-T-T?

 5    A.        B-A-B-I-K.

 6    Q.        B-A-B-I-K.   I'm sorry.

 7    A.        Yes.

 8    Q.        Did you discuss your relationship with Mr.

 9    Romig with any of them during the summer of 2013 on

10    the Deep Run team?

11    A.        No.

12    Q.        During the week how were you spending your

13    time?

14    A.        For the most part, I was with friends.   I

15    wasn't with him.

16    Q.        And in order to be with him, did you have

17    to make special arrangements?

18    A.        Yes.

19    Q.        Describe that for me.

20    A.        Like he would pick me up a block away from

21    my house.

22    Q.        I don't want to assume anything, but if you

23    were -- back then that summer of 2013, if you were

24    going somewhere from the house, did you have to
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

```
 1    tell your parents where you were going?

 2    A.        Yes.

 3    Q.        Did you tell your parents you were going

 4    with Mr. Romig?

 5    A.        No.

 6    Q.        What reason did you not tell them that?

 7    A.        I didn't want them to know.

 8    Q.        Why didn't you want them to know?

 9    A.        He told me not to tell anyone.

10    Q.        Okay.  Did you want to tell your parents?

11    A.        Not really.

12    Q.        Was there a reason you didn't want to tell

13    your parents?

14    A.        No.

15    Q.        Do you think, if you told your parents you

16    were starting a sexual relationship with Coach

17    Ronig, that they would have had a problem with

18    that?

19    A.        Yes, probably.

20    Q.        Did you try to hide that relationship from

21    your parents?

22    A.        Yes.

23    Q.        So when you were going to see him during

24    the summer of 2013, did you have like a stock
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    excuse or did it change all the time?

2    A.      I said I was going to a friend's.

3    Q.      Who was that friend?

4    A.      Alli.

5    Q.      A-L-I?

6    A.      A-L-L-I.

7    Q.      Alli, what's her full name?

8    A.      Wedman.

9    Q.      Is she still your friend?

10   A.      Yes.

11   Q.      During the summer -- if you see him a

12   couple of times a week, did you have regular days,

13   regular time periods, or did it vary?

14   A.      It varied.

15   Q.      When you would go to see him, was that

16   overnight?  For a few hours at a time?  Can you

17   describe that for me?

18   A.      Some of them were overnights at his house.

19   Q.      All right.  How often do you think that

20   occurred?

21   A.      I would say between 8 and 12 times.

22   Q.      All right.  And then the other ones were

23   they not overnighters?

24   A.      Yes.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

47

```
1   Q.      Did you spend overnighters anywhere other
2   than at his house?
3   A.      No.
4   Q.      Where else would you go if you weren't
5   going to his house?
6   A.      Sometimes we went to different parks or we
7   walked around.
8   Q.      Okay.  Did he tell you anything about his
9   personal life during this time period?
10  A.      Yes.
11  Q.      What did he tell about his personal life?
12  A.      Well, he told me that he wasn't with his
13  wife anymore, and he didn't really get to see his
14  kids, and that they were living at, I believe, her
15  parents' house for the summer.
16  Q.      Did he tell you anything about what the
17  problems were with his wife?
18  A.      No.
19  Q.      Did you ask him?
20  A.      No.
21  Q.      Did you ever meet his wife?
22  A.      She came to -- we had like a picnic after a
23  game, I believe, it was my freshman year, so.
24  Q.      Is that the only time you ever met her to
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    your knowledge?

2    A.       Yes.

3    Q.       Did you ever meet any of his kids?

4    A.       Yes, they came to the picnic too.

5    Q.       Other than that picnic, did you ever meet

6    any of his kids?

7    A.       No.

8    Q.       Did you go to school with any of his kids?

9    A.       No.

10   Q.       So tell me about how your relationship

11   changed from when school ended through the summer

12   of 2013 with him?

13   A.       That was when we started texting more, and

14   he like got to know me more and my whole background

15   and everything.

16   Q.       Okay.  And did he talk about things other

17   than what we've already discussed?  You told me you

18   mentioned about your eating disorder, family

19   history.  Any other things you were discussing?

20   A.       No.

21   Q.       Was it during the school year that the

22   relationship began to be sexual or after the school

23   year?

24   A.       After.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1              MR. GROTH:  Physically sexual?

2     BY MR. KEMETHER:

3     Q.       Physically sexual.  I apologize.  If I use

4     the word sex, do you have an understanding of what

5     that means?  I don't want to get into, you know,

6     part A and part B, but I want to get an idea how

7     often you were having sex with him in the summer of

8     2013?

9     A.       It was between eight and ten times.

10    Q.       Okay.  On any of those occasions, did he

11    ask you to do anything that you didn't want to do?

12    A.       No.

13    Q.       Did you ever tell him that you didn't want

14    to engage in sex with him once the relationship

15    started, the physical relationship?

16    A.       No.

17    Q.       Do you think that you fell in love with

18    him?

19    A.       Yes.

20    Q.       And did you tell him that?

21    A.       Yes.

22    Q.       Do you think that he fell in love with you?

23    A.       I do not know.

24    Q.       Did he tell you that he did?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

```
 1    A.        Yes.

 2    Q.        Was the nature of your relationship with

 3    him something that you were happy with during the

 4    summer of 2013?

 5    A.        Yes.

 6    Q.        Did that change before your arrest -- his

 7    arrest?  I apologize.  Sorry about that.

 8    A.        No.

 9    Q.        Did he make any promises to you about what

10    type of relationship that he wanted to have with

11    you?

12    A.        Yes.

13    Q.        What sort of promise did he make?

14    A.        He said that he wanted to get married later

15    on.

16    Q.        And did you respond to that in some way?

17    A.        Yes.

18    Q.        What was your response to that?

19    A.        At first I didn't want to, like I was

20    hesitant.

21    Q.        And did that change?

22    A.        Yes.

23    Q.        When did that change?

24    A.        I would say it was in July.
```