ELIZABETH A. NACE

1    Q.      Then you felt like that might be something

2    you might want to do down the road?

3    A.      Yes.

4    Q.      Before he was arrested, did those feelings

5    change?

6    A.      No.

7    Q.      Did the frequency of communication increase

8    from roughly 200 a day or did it stay roughly -- I

9    realize certain days may be more than others, but

10   on average was that about what it was?

11   A.      I believe.

12   Q.      What cell phone number did you have during

13   the summer of 2013?

14   A.      (267) 424-5151.

15   Q.      And was the account in your name or your

16   parents' name?

17   A.      My parents' name.

18   Q.      Both or just one?

19   A.      I believe it was my dad.

20   Q.      And what provided was it?

21   A.      AT&T.

22   Q.      Do I understand that he sent pictures of

23   himself that were sexual in nature to you?

24   A.      Yes.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

52

| | | |
|---|---|---|
| 1 | Q. | How often did he do that? |
| 2 | A. | I would say there was about eight. |
| 3 | Q. | Do I understand that you sent pictures of |
| 4 | | yourself to him that were sexual in nature? |
| 5 | A. | Yes. |
| 6 | Q. | About how often did you do that? |
| 7 | A. | I would say about six. |
| 8 | Q. | These are just still photos, video, or |
| 9 | | both? |
| 10 | A. | Both. |
| 11 | Q. | Before his arrest, did you feel bad about |
| 12 | | any of those? |
| 13 | A. | A little bit, but not really. |
| 14 | Q. | Once the school year would be -- the |
| 15 | | beginning of your junior year started, that would |
| 16 | | have been either late August or early September of |
| 17 | | 2013, did the nature of your relationship with Mr. |
| 18 | | Romig change? |
| 19 | A. | No. |
| 20 | Q. | If I understand correctly, was he part of |
| 21 | | the coaching of the Sellersville Belles? |
| 22 | A. | Yes. |
| 23 | Q. | When did that team start? |
| 24 | A. | I believe it was August. |

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1   Q.      So during the summer you began playing for

2   the Sellersville Belles?

3   A.      Yes.

4   Q.      Was he your coach there?

5   A.      Yes.

6   Q.      So it sounds like how often did that group

7   get together either to play or practice?

8   A.      We had two practices a week, and then we

9   had tournaments on weekends eventually.

10   Q.      Am I understanding correctly that the other

11   league, the club team --

12   A.      Deep Run.

13   Q.      -- had ended?

14   A.      Yes.

15   Q.      Then you would have moved onto the

16   Sellersville Belles?

17   A.      Yes.

18   Q.      Had you played for that team before?

19   A.      No.

20   Q.      Had you played for any other teams where

21   Mr. Romig was a coach besides the high school and

22   the Sellersville Belles that fall?

23   A.      No.

24   Q.      And until late September, did the nature of

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

54

1    your relationship with him change?

2    A.       No.

3    Q.       Do I understand sometime later in September

4    of 2013 that your parents found out about you were

5    having a sexual relationship with him?

6    A.       Yes.

7    Q.       How did they find that out?

8    A.       My mom said she saw the -- how many times

9    we texted, and then they asked me about it.

10   Q.       Was that on a bill or did they actually

11   look at your phone?

12   A.       I think, it was on a bill.

13   Q.       And do you know what date that was?

14   A.       I do not.

15   Q.       In your parents' victim statements it

16   references September 29, 2013.  In speaking with

17   Mr. Romig, he says it was September 26, 2013.  Do

18   you know one way or the other?

19   A.       I don't.

20   Q.       So when your mother approached you with the

21   texting issue, tell me what happened in that

22   conversation.

23   A.       At first I denied everything because I

24   didn't want them to find out, but then I told them.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

```
 1    Q.      Over what period of time are we talking
 2    about you going from denial to admitting?
 3    A.      It was only a couple of minutes.
 4    Q.      All right.  What did you tell them?  What
 5    did you admit to?
 6    A.      I told them that we did have a relationship
 7    together.
 8    Q.      Sexual?
 9    A.      Yes.
10    Q.      Anything else?
11    A.      No.
12    Q.      What was their response?
13    A.      They started crying, and they were in fear
14    for me, and they weren't sure what to do.
15    Q.      And do you know when in relation to this
16    conversation they called the police?
17    A.      I believe, it was the next day or couple
18    days, but I don't know.
19    Q.      All right.  Do you have a memory after your
20    parents found out about the texts and the
21    relationship, but before Mr. Romig was arrested,
22    that you had a practice with the Sellersville
23    Belles that your parents took you to?
24    A.      Yes.
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    Q.      Was Mr. Romig coaching that?

2    A.      Yes.

3    Q.      And did your parents know that he was there

4    that day?

5    A.      Yes.

6    Q.      And did you attend that practice?

7    A.      Yes.

8    Q.      Your parents let you go to that practice?

9    A.      Yes.

10   Q.      Was that a couple of hours or so of time?

11   A.      I believe it was like an hour and a half.

12   Q.      Okay.  During that time, did you talk to

13   Mr. Romig?

14   A.      Not really, no.

15   Q.      During that time, did you make arrangements

16   with him or did he make arrangements with you where

17   he said he would get you a new phone?

18   A.      Yes.

19   Q.      Do I understand correctly that your parents

20   took your cell phone from you when you had this

21   talk, whatever evening that was?

22   A.      Yes.

23   Q.      Between the time that they took your cell

24   phone from you and that practice that we're talking

ELIZABETH A. NACE

```
 1    about, did you communicate with Mr. Romig in some

 2    other way?

 3    A.      I believe I emailed him.

 4    Q.      Do you still have any of those emails?

 5    A.      No.

 6    Q.      What account did you have?  What was your

 7    account?

 8    A.      I believe it was enace217@gmail.com.

 9    Q.      Did you have a private email account that

10    you used just with him?

11    A.      No.

12    Q.      Do you know what became of the emails that

13    you sent to him?

14    A.      No.

15    Q.      Did you delete them?

16    A.      Yes.

17    Q.      Did someone tell you to delete them?

18    A.      No.

19    Q.      Did you ever give copies of them to the

20    police?

21    A.      They took the I-Pad that I used, and they

22    also like got into my email, so like they shut that

23    email down and so they had it.

24    Q.      Okay.  Do you remember if he had a
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1   particular email account that he used with you?

2   A.      I do not know.

3   Q.      And if I understood you correctly, the

4   emails did not begin until your parents found out

5   about the relationship?

6   A.      Yes.

7   Q.      No emails before then?

8   A.      No.

9   Q.      How many emails do you think you sent to

10  him?

11  A.      I would say only about 20.

12  Q.      And what basically were you communicating

13  about?

14  A.      I told him that my parents -- I told him

15  parents knew, and he told me that like he still

16  wanted to see me, so then that's when we talked

17  about the practice on Saturday and going to that.

18  Q.      Okay.  If these events had not happened, if

19  you were just on the team, would you have planned

20  to go to that practice anyway?

21  A.      Yes.

22  Q.      Just part of what you do on the team?

23  A.      Yes.

24  Q.      Where was the arrangement made that he

ELIZABETH A. NACE

1    would get you a second phone?

2    A.       I believe he mentioned it at the practice.

3    Q.       And what was the plan?

4    A.       He was going to put it in the back of my

5    house, like in a bush before he went to work in the

6    morning.

7    Q.       Did he do that?

8    A.       Yes.

9    Q.       Do you know what number that was?

10   A.       I do not.

11   Q.       Was that a trac phone or some other type?

12   A.       I believe, it was a trac phone.

13   Q.       Do you know what became of the phone, your

14   phone we'll call it, the first one your parents

15   took?

16   A.       The police took it.

17   Q.       Do you know what became of the second

18   phone, the trac phone?

19   A.       The police took that too.

20   Q.       Do you know what became of the texts on the

21   first phone?

22   A.       I deleted most of them, but.

23   Q.       When did you do that?

24   A.       I mean, I would do it regularly throughout

ELIZABETH A. NACE

1    the --

2    Q.      As you were going along?

3    A.      Yes.

4    Q.      And was the reason for that that you didn't

5    want your parents to find out?

6    A.      Yes.

7    Q.      So once the trac phone went into -- got

8    into place, did you resume just texting with him?

9    A.      Yes.

10   Q.      Did your parents find out about the trac

11   phone?

12   A.      After -- I believe it was right before he

13   got arrested.

14   Q.      Okay.  How did they find out about the trac

15   phone?

16   A.      They found it.

17   Q.      Okay.  Did you have any other meeting in

18   person with Mr. Romig from the time that your

19   parents found out about the texts initially and

20   took your first phone until he was arrested?

21   A.      No.

22   Q.      You mentioned the one time at practice.

23   Was that the only time you saw him?

24   A.      Yes.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    Q.      How did you learn that he had been

2    arrested?

3    A.      I believe, my parents told me from what I

4    remember.

5    Q.      And do you remember what they said?

6    A.      No.

7    Q.      And I believe the day was October 1st --

8    A.      Yes.

9    Q.      -- he was arrested.  Did you communicate

10   with him ever since he's been arrested?

11   A.      No.

12   Q.      Did he get arrested and released?  Did he

13   remain in custody?

14   A.      I don't know.

15   Q.      Don't know.  Did you ever tell him that you

16   wanted to continue a relationship with him after he

17   was arrested?

18   A.      No.

19   Q.      Did you ever communicate that to anyone?

20   A.      No.

21   Q.      Until the time that he was arrested, did

22   you tell anyone about your relationship with him

23   besides your parents?

24   A.      No.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    Q.      After your relationship with -- after he

2    was arrested, did you tell anyone besides your

3    parents and the police, of course, about your

4    relationship with him?

5    A.      No.

6    Q.      Have you ever told any of your friends

7    about your relationship with him?

8    A.      I told Alli, but I didn't tell her any

9    details or anything.  I just told her that it was

10   me.

11   Q.      Told her that --

12   A.      It was me because she saw it on the news.

13   Q.      So when you did -- during the summer of

14   2013 when you told your parents that you were

15   staying at Alli's house overnight, did you make

16   some sort of arrangement with Alli?

17   A.      No.

18   Q.      You didn't tell Alli that you were using

19   her as your excuse?

20   A.      No.

21   Q.      Did she ever find that out?

22   A.      Yes.  After everything happened, I told

23   her.

24   Q.      What did you tell Alli about your

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    relationship with Mr. Romig?

2    A.      I didn't tell her anything.  I just told

3    her that it was me.

4    Q.      I think you mentioned a few minutes ago or

5    a minute ago that you told her that you used her as

6    your excuse so to speak?

7    A.      Yes.

8    Q.      How did she react to that?

9    A.      How did she react to that?

10   Q.      Yes.

11   A.      She wasn't -- she understood basically.

12   Q.      Before October 1st of 2013, had you ever

13   gone to a psychiatrist, psychologist, mental health

14   provider of any kind?

15   A.      No.

16   Q.      Since October 1, 2013, have you treated

17   with any mental health providers?

18   A.      No.

19   Q.      Have you been to any psychiatrists or

20   psychologists?

21   A.      I went to two.

22   Q.      Okay.  What two did you go to?

23   A.      I believe one of them was Trishelle, and

24   the other one was Levenberg.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1   Q.      And that's the doctor's names?

2   A.      Yes.

3   Q.      And can you spell them?

4   A.      I don't know how to spell them.

5   Q.      How many times did you go to Trishelle?

6   A.      It was only a couple, like two or three.

7   Q.      What time period are we talking about?

8   A.      That was last year in 2014.

9   Q.      Why did you go to Dr. Trishelle?

10  A.      My parents wanted me to.

11  Q.      Okay.  What did you discuss with them --

12  with Dr. Trishelle?

13  A.      We basically talked about the whole

14  relationship, like she talked to me about

15  everything that happened, and then we talked about

16  like having post-traumatic stress, and then we

17  talked about like different things that happened to

18  me afterwards, like, the stress that it put on me

19  and the psychological and mental factors.

20  Q.      And the stress that what put on you?

21  A.      The whole relationship and afterwards and

22  like going back to school and everything.

23  Q.      While you were having the relationship, was

24  the relationship stressful?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

1   A.      Not really, no.

2   Q.      Was it after he was arrested and you had to

3   participate in the criminal matters that things

4   became stressful for you?

5   A.      Yes.

6   Q.      In terms of was having your parents know

7   about this relationship stressful for you?

8   A.      Yes.  I thought it would change our

9   relationship and, like, I didn't know how they

10  would react to it.

11  Q.      How did they react to it?

12  A.      They were very supportive of me.

13  Q.      Okay.  And Dr. Levenberg -- first of all,

14  what town is Dr. Trishelle in?

15  A.      I believe, it was Hatboro.

16  Q.      And Dr. Levenberg, how many times did you

17  see him or her?

18  A.      I saw her, I would say, about a dozen.

19  Q.      Is she affiliated with some practice?

20  A.      She's with Nova.

21  Q.      Nova.  Okay.  When did you start seeing her

22  approximately?

23  A.      It was last year, 2014.

24  Q.      How long after Mr. Romig was arrested was

ELIZABETH A. NACE

1    it that you first sought mental health treatment?

2    A.       It was the next year, like I didn't want to

3    go at first because I didn't want to talk about

4    anything, and I just kind of wanted to put it

5    behind me.

6    Q.       Took roughly six months to a year for you

7    to go to one?

8    A.       Yes.

9    Q.       Were you discharged by Dr. Trishelle?

10   A.       Yes.

11   Q.       And have you been discharged by Dr.

12   Levenberg?

13   A.       Yes.

14   Q.       Any other mental health treatment that

15   you've had?

16   A.       No.

17   Q.       Have you taken medications for any reason

18   --

19   A.       No.

20   Q.       -- pertaining to mental health?

21   A.       No.

22   Q.       Were there any physical -- let me rephrase

23   this.  Did the physical sexual relationship with

24   Mr. Romig result in any physical harm to you?

ELIZABETH A. NACE

1   A.       After it all happened, like I said, there

2   was problems with sleeping for a while and

3   nightmares and in my face you could see it, and the

4   eating, like, I stopped eating for a while again.

5   Q.       I guess, my question was more in terms of

6   that -- the physical nature of the relationship was

7   rough or that you would have damage to your

8   personal areas?

9   A.       No.

10   Q.       Did he force you to do anything that you

11   didn't want to do?

12   A.       No.

13   Q.       Had you ever had any issues with acne

14   before his arrest?

15   A.       A little bit but not really.

16   Q.       Did you receive treatment for it other than

17   over-the-counter?

18   A.       No.

19   Q.       Did you take any Accutane or any of the

20   medications for acne?

21   A.       No.

22   Q.       How often would you have nightmares?

23   A.       For a while it was every night, like right

24   after the arrest.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1   Q.      And do you have a memory of what the

2   nightmares were about?

3   A.      No.

4   Q.      Just wake up in a cold sweat type of thing?

5   A.      Yes.

6   Q.      And that went on for a few weeks?  A month

7   or two?

8   A.      A few weeks.

9   Q.      Did they subside?

10  A.      Yes.

11  Q.      When did you last have one of those

12  nightmares that you think had something to do with

13  Mr. Romig's situation?

14  A.      I would say it was last year.

15  Q.      And how long did it take for you to put the

16  weight back on?

17  A.      About a couple of months.

18  Q.      So I have nightmares, acne, sleeping, lost

19  weight.  Anything else of a physical nature?

20  A.      At first like I didn't want to do anything,

21  so I was very tired and like lots of fatigue, and I

22  just didn't want to go anywhere, do any physical

23  activity at all.

24  Q.      How long did that go on for?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    A.        That was a couple of months.

2    Q.        Would you today call yourself depressed?

3    A.        Not today.

4    Q.        Do you think you've been depressed -- I

5    realize you are not a doctor, but what you would

6    call depressed since his arrest?

7    A.        Right after his arrest I believe I was.

8    Q.        For how long a period of time?

9    A.        A couple of months.

10   Q.        Were you depressed during the relationship?

11   A.        No.

12   Q.        Have your parents made you do anything that

13   you didn't want to do in terms of your relationship

14   with Mr. Romig?

15   A.        No.

16   Q.        Any other health care providers relating to

17   anything pertaining to Mr. Romig that we haven't

18   talked about?  Looks like there's two to Dr.

19   Trishelle and the people at Nova?

20   A.        No.

21   Q.        Anything else?

22   A.        No.

23   Q.        And you were discharged in 2014, so we're

24   now in the middle of 2015.  You've had no treatment

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

70

```
 1    this year?
 2    A.       No, I don't believe.
 3    Q.       Do you have any plans for future treatment?
 4    A.       No.
 5    Q.       When you were discharged, did Dr. Levenberg
 6    or his office give you any sort of a plan or
 7    strategy for the future?
 8    A.       She basically told me that, if I ever
 9    needed to come back, like I can come back to her.
10    She told me once I go to college, that there will
11    be other people that I can talk to, like, there
12    too.
13    Q.       Is this lawsuit stressful for you?
14    A.       A little bit but not really.
15    Q.       Do you know if it's stressful for your
16    parents?
17    A.       I believe so.
18    Q.       Are you worried about your parents?
19    A.       Yes.
20    Q.       Has your relationship with your parents
21    changed since they found out about your
22    relationship with Mr. Romig?
23    A.       I would say it got a little bit stronger.
24    Q.       Do you feel that you're closer to one
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    parent than the other?

2    A.      No.

3    Q.      If I've asked this before, I apologize.

4    I'll call it loosely anorexia or eating disorder,

5    you've never had any treatment for that?

6    A.      No.

7    Q.      During 2013, did you use social media?

8    A.      Yes.

9    Q.      What social media why your choice?

10   A.      Facebook.

11   Q.      And do you still have a Facebook account?

12   A.      Yes.

13   Q.      Have you made any entries at all relating

14   to directly or indirectly to Mr. Romig?

15   A.      No.

16   Q.      Ever?

17   A.      No.

18   Q.      And is access to your Facebook private or

19   public?

20   A.      It's private.

21   Q.      Okay.  We're going to ask you at some point

22   to give your -- give us access to that so we can

23   see what's been posted on there.  Have you made any

24   deletions from that account since the beginning of

ELIZABETH A. NACE

72

```
 1    2013?

 2    A.      No.

 3    Q.      Are you a twitter person?

 4    A.      No.

 5    Q.      And there's a list of other ones.  Do you

 6    use any other social media?

 7    A.      Instagram.

 8    Q.      Any photos of Mr. Romig or yourself --

 9    A.      No.

10    Q.      --pertaining to Mr. Romig --

11    A.      No.

12    Q.      -- in Instagram?

13    A.      No.

14    Q.      Did you have boyfriends before you had a

15    physical relationship with Mr. Romig?

16    A.      Yes.

17    Q.      How many?

18    A.      There was only a couple.

19    Q.      What were their names?

20    A.      There was Kyle.

21    Q.      What's Kyle's full name?

22    A.      Peters.

23    Q.      Okay.  When was he your boyfriend?

24    A.      That was in eighth grade, I believe.
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

```
 1   Q.        And any others before you started having a
 2   relationship with Mr. Romig?
 3   A.        I don't believe so.
 4   Q.        Did you have sexual -- sex with anyone
 5   before Mr. Romig?
 6   A.        No.
 7   Q.        Do you know a man named Mark Geary?
 8   A.        Yes.
 9   Q.        Who is he?
10   A.        He was a -- he's a father of one of the
11   girls who's a year younger than me, and he was my
12   coach for Deep Run.
13   Q.        And he's the father of one of the girls who
14   played softball?
15   A.        Yes.
16   Q.        That was a year younger than you?
17   A.        Yes.
18   Q.        What's her name?
19   A.        Brianna.
20   Q.        Geary, I assume?
21   A.        Yes.
22   Q.        Have you ever had a sexual relationship
23   with Mark Geary?
24   A.        No.
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

```
1    Q.        Has anyone ever accused you of that?

2    A.        No.

3    Q.        Did you ever have a sexual relationship

4    with any other man over 21 to date?

5    A.        No.

6    Q.        Have you had any boyfriends since the end

7    of your relationship with Mr. Romig?

8    A.        Yes.

9    Q.        How many?

10   A.        One.

11   Q.        What is his name?

12   A.        Brooks Countess.

13   Q.        Spell the last name.

14   A.        C-O-U-N-T-E-S-S.

15   Q.        When did you start first dating Brooks?

16   A.        That was this year, I believe, in May or

17   June.

18   Q.        Is he still your boyfriend?

19   A.        No.

20   Q.        You said this year, just in the last two

21   months?

22   A.        Yes.

23   Q.        Is there a boy you know or a young man you

24   know named Caleb?
```

ELIZABETH A. NACE

```
1    A.      Caleb.

2    Q.      C-A-L-E-B?

3    A.      Yes.

4    Q.      What is his last name?

5    A.      Hand.

6    Q.      Have you had a dating relationship or

7    sexual relationship with him?

8    A.      No.

9    Q.      Have you had any sexual relationship with

10   anyone since Mr. Romig?

11   A.      No.

12            MR. GROTH:  Okay.  I object to that

13            question on the basis of relevance.  What

14            relevance does that have in anything?

15            MR. KEMETHER:  It goes to the issue

16            of her damages, her mental health whether

17            the relationship with Mr. Romig would have

18            caused her to not want to be in a sexual

19            relationship with anybody else.

20            MR. GROTH:  She answered the

21            question.  Note my objection.

22            MR. KEMETHER:  Sure.

23   BY MR. KEMETHER:

24   Q.      For what period of time do you think that
```

ELIZABETH A. NACE

76

1    the end of your relationship with Mr. Romig and all

2    of the criminal proceedings and having your parents

3    find out, how long did that have an impact on your

4    mental health do you think?

5    A.        I believe it still does a little bit, like

6    there are some days where it's hard for me to just

7    do like my normal activities and what I like to do

8    sometimes.

9    Q.        And when you feel like that, you just don't

10   want to get out of bed or don't want to leave the

11   house?

12   A.        Yes.

13   Q.        Can you put into words what's making you

14   have that reaction?

15   A.        At first I felt like it was guilt, like I

16   felt guilty for a lot and everything, but it's just

17   hard for me to know that like I went through this

18   whole situation, and some days I just don't want to

19   like go out and do what I like doing.

20   Q.        Okay.  And the part of guilty, what were

21   you feeling guilty about?

22   A.        Just having the whole situation, and like

23   going through with it.

24   Q.        It's not clear to me, so I'm going to ask a

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

```
 1    little bit.  Guilty about having a relationship

 2    with Mr. Romig?

 3    A.      Yes.

 4    Q.      Guilty about the fact that he's in jail?

 5    A.      Not really.

 6    Q.      Guilty about letting your parents know

 7    about the relationship?

 8    A.      No.

 9    Q.      The guilt just simply about having the

10    relationship?

11    A.      Yes.

12    Q.      When did you first start feeling guilty

13    about that?

14    A.      It was right after he got arrested.

15    Q.      And what was it about -- what do you think

16    caused you to start feeling guilty about it?

17    A.      Once I -- like a couple of months down the

18    -- like after he was arrested, once I realized like

19    that he manipulated me, like I kind of felt like I

20    should have realized it.

21    Q.      Did someone suggest to you that he had

22    manipulated you?

23    A.      No.

24    Q.      Was that something that was discussed with
```

ELIZABETH A. NACE

1    your parents?

2    A.        No.  No.

3    Q.        Something discussed with any of your mental

4    health providers?

5    A.        Yes.

6    Q.        Which one?

7    A.        The Levenberg one.

8    Q.        What did Dr. Levenberg suggest to you in

9    terms of that Mr. Romig manipulated you?

10   A.        Well, she kept saying that like I was a

11   victim, and it was not fully my fault.  And she

12   also helped me with like coping mechanisms

13   afterwards and to try like go back to my normal

14   life.

15   Q.        Have you felt like you don't want to date

16   anybody else because of this?

17   A.        I believe like it's going to be hard in the

18   future especially for like my husband or like kids

19   to have to tell them about this relationship.

20   Q.        Okay.  Does it make you not want to do it?

21   A.        A little bit, yes.

22   Q.        All right.  Are you looking forward to go

23   off to college?

24   A.        Yes.

ELIZABETH A. NACE

1    Q.       I represent a man, two men, one's named

2    Ryan Clymer.  Do you know who he is?

3    A.       No.

4    Q.       And the second one is Russell Hollenbach.

5    Do you know who he is?

6    A.       No.

7    Q.       Do you know anything about Faith Christian

8    Academy?

9    A.       No.

10   Q.       Some things in your Complaint that I wanted

11   to ask about.  There's reference to a student with

12   the initials of KR being sexually assaulted by a

13   teacher at Faith Christian Academy about almost

14   20 years ago.  Do you know anything about that?

15   A.       No.

16                    MR. GROTH:  By the way, let me

17                    state for the record, when he's asking you

18                    these questions, he's asking you whether

19                    you have any personal knowledge separate

20                    and apart from discussions you may have

21                    had with me.

22   BY MR. KEMETHER:

23   Q.       I do not want to know anything you and your

24   attorney discussed.  I want to know from outside of

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    that setting from hearsay in the community, if your

2    parents told you, or anything like that?

3    A.        No.

4    Q.        There's reference in your Complaint that

5    Mr. Romig had a texting relationship of some kind

6    with a young woman with the initials EM, who was a

7    student at Faith Christian Academy.  Do you know

8    anything about that?

9    A.        No.

10   Q.        Your parents ever discuss that with you?

11   A.        No.

12   Q.        Do you know anything about a claim in the

13   Complaint that Mr. Romig had a sexual relationship

14   with another student with the initials of CC who

15   was also from Faith Christian Academy?

16   A.        No.

17   Q.        Do you know anything about a relationship

18   Mr. Romig may or may not have had at Faith

19   Christian Academy with a young lady with the

20   initials LF?

21   A.        No.

22   Q.        And do you know anything about a claim that

23   Mr. Romig had a sexual relationship with someone

24   named with the initials KK also at Faith Christian

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

81

1   Academy?

2   A.      No.

3   Q.      Did Mr. Romig ever tell you that he had a

4   sexual relationship with any other students or

5   person he was coaching?

6   A.      No.

7   Q.      Did you ever find out that he had?

8   A.      After he was arrested.

9   Q.      What did you find out after he was arrested

10  from people other than your attorney?

11  A.      Just the detective told me he had other

12  relationships with other students.

13  Q.      What did he say -- what did the detective

14  say in particular?

15  A.      That's all they told me.

16  Q.      They didn't tell you who or how many or

17  where or when?

18  A.      No.

19  Q.      Do you know about any communications

20  between the people at Faith Christian Academy and

21  the people at Pennridge --

22  A.      No.

23  Q.      -- pertaining to Mr. Romig?

24  A.      No.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

82

1    Q.      So talking about your damages a little bit

2    more, do you think we covered all of the physical

3    aspects of your damages?  Are we missing anything?

4    A.      I don't believe.

5    Q.      You think we covered everything?

6    A.      Yes.

7    Q.      In terms of an emotional or psychological

8    standpoint, have we covered everything?

9    A.      Just like that I couldn't focus, like it

10   was hard for me to walk through school because I

11   felt like other people would judge me or -- and

12   like sometimes I heard them like talking about it.

13   Once it first came out in the news, they would try

14   to figure out who the person was, and I would hear

15   that, so it was just hard being in school and

16   around other kids.

17   Q.      For how long did that -- did you feel that

18   way?

19   A.      Well, I felt that it was hard for like the

20   rest of the school year, but they only like -- the

21   kids stopped talking about it the next like week or

22   so.

23   Q.      All right.  For the first couple of weeks

24   after the arrest?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    A.       Yes.

2    Q.       And you felt that way for most of your

3    junior year.

4    A.       Yes.

5    Q.       During your senior year, did you feel that

6    way?

7    A.       No.

8    Q.       At any point did you feel like you should

9    go to a different school?

10   A.       No.

11   Q.       Any other emotional or psychiatric aspects

12   of the harm you claim to have covered that we

13   haven't talked about?

14   A.       I don't believe so.

15   Q.       For your senior year, would you say that

16   you were depressed or not depressed on average?

17   A.       Not depressed.

18   Q.       Not depressed.  Your senior year was a much

19   more favorable experience than your junior year?

20   A.       Yes.

21   Q.       Do you have any friends that you are

22   planning to go to Lycombing with?

23   A.       Yes.

24   Q.       Anyone you know was going there that you

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

84

1    are friends with?

2    A.       Yes.

3    Q.       Who is that?

4    A.       Jessica Sinnwell.

5    Q.       Can you spell the last name?

6    A.       S-I-N-N-W-E-L-L.

7    Q.       Is she -- did you go to Pennridge with her?

8    A.       Yes, and there's another one

9    Q.       Go ahead.

10   A.       Shelby Schoonever

11   Q.       Do you know how to spell that?

12   A.       S-C-H-O-O-N-E-V-E-R, I believe.

13   Q.       She also went to Pennridge?

14   A.       Yes.

15   Q.       Either of them on the softball team?

16   A.       No.

17   Q.       Anybody else besides those two?

18   A.       I don't believe so.

19   Q.       Are you planning to room with either of

20   those two?

21   A.       No.

22   Q.       Do you already have a living arrangement

23   set up there?

24   A.       I find out my roommate today, so.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

85

1    Q.        So you are going to live in a dorm with a

2    roommate?

3    A.        Yes.

4    Q.        All right.  Bear with me.  I have a few

5    notes to look through.  Have you ever seen your

6    parents' victim statements that they wrote for the

7    criminal matter?

8    A.        Yes.

9    Q.        Did you write one?

10   A.        No.

11   Q.        Were you asked to write one?

12   A.        No.

13   Q.        In your father's victim statement he says

14   that he prays every night that you can get past

15   this -- these events and live a somewhat normal

16   life.  Do you feel like you're living a normal life

17   at this point?

18   A.        At this point, yes.

19   Q.        At least for the last school year you have

20   been?

21   A.        Yes.

22   Q.        Did you ever feel suicidal?  Did you ever

23   feel like you wanted to kill yourself following any

24   of this?

ELIZABETH A. NACE

```
 1    A.        No.

 2    Q.        Your mother references that she took you

 3    for a gynecological exam, a pregnancy test, and HIV

 4    test, all these tests?

 5    A.        Yes.

 6    Q.        All those negative?

 7    A.        Yes.

 8    Q.        Did you ever think you had a sexually

 9    transmitted disease?

10    A.        No.

11    Q.        Are you at all concerned about Mr. Romig

12    getting out of jail?

13    A.        It scares me a little bit, like I'm afraid

14    he's going to try to contact me again.

15    Q.        Have you tried to have someone contact him?

16    A.        No.

17    Q.        What makes you think he might want to

18    contact you?

19    A.        I just feel like he would.

20    Q.        Your mother references that you were

21    brainwashed by him everything that he had told you.

22    Do you know what she means?

23              MR. GROTH:   Objection to the form

24              of the question.   You can answer if you
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

87

```
1           can.

2                   THE WITNESS:   I believe that she

3           just means like with the manipulation and

4           what he told me.

5    BY MR. KEMETHER:

6    Q.     What do you think about what he did was

7    manipulative?

8    A.     Well, he earned my trust, and he used how

9    young I was and how like inexperienced I was to his

10   advantage.

11   Q.     His advantage being to get you into a

12   sexual relationship with him?

13   A.     Yes.

14   Q.     To say he wanted to marry you?

15   A.     Yes.

16   Q.     To get you to say you wanted to marry him?

17   A.     Yes.

18   Q.     Do you have a reason to believe that his

19   feelings were not true?

20   A.     I do not know if they were true.

21   Q.     Would it make a difference to you one way

22   or the other if they were?

23   A.     No.

24   Q.     Your mother says that you've confided in
```

ELIZABETH A. NACE

1    one or two of your closest friends about your

2    relationship.  Do you know who she's talking about?

3    A.      I believe she's talking about Alli and how

4    I told her that it was me.

5    Q.      Okay.  And is that the only one?

6    A.      Yes.

7    Q.      She says one or two?

8    A.      Yes.

9    Q.      Okay.  Did you have any understanding of

10   whether your parents' relationship has changed as a

11   result of all of this?

12   A.      Not that I know of.

13   Q.      Did Mr. Romig ever tell you that you

14   shouldn't play softball in college?

15   A.      Yes, he didn't want me to go to college.

16   Q.      He didn't want you to go to college?

17   A.      Yes.

18   Q.      Did he tell you why?

19   A.      He told me he just wanted to -- he told me

20   that he wanted me to be at home with him.

21   Q.      And how long has it been since you came to

22   want to do criminal justice as your field of study?

23   A.      It was my junior year.  I took a class in

24   criminology in high school.

ELIZABETH A. NACE

89

```
 1    Q.      Did your experience with Mr. Romig have
 2   anything to do with this choice?
 3    A.      No.
 4    Q.      A few more notes, and I may pass the baton.
 5   Did you in the time period from when your parents
 6   first found your phone until Mr. Romig's arrest,
 7   did you ask him to promise you anything?
 8    A.      I do not remember.
 9    Q.      Did you ever ask him to promise that he
10   would get in touch you with once he got out of
11   jail?
12    A.      No.
13    Q.      Did you tell the investigating detective
14   that you loved him?
15    A.      Yes.
16    Q.      Were there school dances at Pennridge, in
17   your high school?  Did they occur on occasion?
18    A.      Yes.
19    Q.      Did you attend them?
20    A.      Some of them.
21    Q.      Did you attend them after his arrest?
22    A.      Yes.
23    Q.      Did you attend them before his arrest?
24    A.      Yes.
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

```
1    Q.       Did you go with dates on any of them?

2    A.       To prom this year.

3    Q.       To the prom.  Who was your prom date?

4    A.       Brooks, the one I mentioned.

5    Q.       To your knowledge, has Mr. Romig ever

6    apologized to you?

7    A.       I do not know.

8                    MR. KEMETHER:  Those are all the

9            questions I have for now.  Thank you.  I'm

10           sure the other attorneys have some

11           questions for you, though.

12                   MR. SANTARONE:  Hi.

13                   THE WITNESS:  Hello.

14                   MR. GROTH:  Are you okay?

15                   THE WITNESS:  Yes.

16   BY MR. SANTARONE:

17   Q.       Do you want to take a break?

18   A.       I'm good.

19   Q.       Miss Nace, my name is Joe Santarone.  I'm

20   going to ask some questions.  You've been very

21   composed during this entire deposition.  You are

22   telling your story in front of nine people, eight

23   of whom you've never met before.  You haven't cried

24   at all or broken down at all during your testimony.
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    You smile appropriately.  When you were talking to

2    Levenberg or the other counselor, did you cry at

3    all when you were talking to them?

4    A.        A little bit, yes.

5    Q.        Just the first sessions or throughout the

6    12 sessions or --

7    A.        There were some at the end too.

8    Q.        Okay.  What kind of things would you talk

9    to them about that you would cry?

10   A.        Well, when I cried with the Levenberg one,

11   she had me just re-tell the whole story for the

12   last final sessions and that was hard for me to do

13   to just tell the whole thing from beginning to end.

14   Q.        At that time did you still feel like you

15   were in love with Mr. Romig?

16   A.        No.

17   Q.        Did you accept that Levenberg had told you

18   that he had manipulated you?

19   A.        Yes.

20   Q.        Did that counseling help you?

21   A.        Yes.

22   Q.        The anorexia you talked about, was that

23   self-diagnosed or did someone ever tell you you had

24   anorexia?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

```
 1    A.        It was self-diagnosed.

 2    Q.        Did your parents believe you were anorexic?

 3    A.        Yes.

 4    Q.        Did they ever take you to a doctor?

 5    A.        No.

 6    Q.        Did they talk to you about it?

 7    A.        Not really.

 8    Q.        Did you have a family doctor at the time?

 9    A.        Yes.

10    Q.        Who is your family doctor?

11    A.        Pennridge Pediatrics.

12    Q.        And when do you stop going to Pennridge

13    Pediatrics, when you were how old?

14    A.        I still go there.

15    Q.        Okay.  During the time that you were going

16    to Pennridge Pediatrics, did they ever raise

17    concern about weight loss?

18    A.        I believe there was one appointment that I

19    remember that they said I lost a couple pounds.

20    Q.        Do you remember when that appointment was?

21    A.        No.

22    Q.        Do you remember what grade you were in in

23    school when that appointment was?

24    A.        I believe it was ninth grade.
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1   Q.      It would have been when you were a freshman

2   in high school?

3   A.      Yes.

4   Q.      They commented then that you had lost a few

5   pounds?

6   A.      Yes.

7   Q.      How often did you go to Pennridge

8   Pediatrics?

9   A.      Regular checkups.

10  Q.      And what are they?  Once a year?

11  A.      I believe so.

12  Q.      When you went at all in your sophomore year

13  of high school or your junior year in high school,

14  was there any comment that they had been concerned

15  that you had a weight loss?

16  A.      No.

17  Q.      And they would have records whatever your

18  weight was for each of these years?

19  A.      Yes.

20  Q.      They weigh you every time you go?

21  A.      Yes.

22  Q.      The issue regarding the cell phone.  Your

23  mom looks at the bills and sees, you know, all

24  these text messages?

ELIZABETH A. NACE

94

```
1    A.        Yes.
2    Q.        Does she approach you individually or her
3    and your father both come?
4    A.        It was her and my father.
5    Q.        Do you know how long it had been before she
6    had seen the bill to when she said something to
7    your father about it?
8    A.        I have no idea.
9    Q.        Do you believe it was the same day?
10   A.        I don't know.
11   Q.        Okay.  And they both come to you, and they
12   have the actual bill in front of you?
13   A.        No.
14   Q.        What do they say to you?
15   A.        They just said that they saw how many times
16   he texted me, and they asked what was going on.
17   Q.        How do you know -- how would they have
18   known what number that was?
19   A.        Because he gave out his cell phone to all
20   of the parents.  I don't know when, but he gave it
21   to the parents too.
22   Q.        Okay.  The day you said that for a few
23   minutes you denied it, then you told them what was
24   going on?
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    A.      Yes.

2    Q.      Did you tell them right away that the

3    relationship was a sexual relationship?

4    A.      Yes.

5    Q.      And then do you remember -- there's a

6    practice then an on a Saturday?

7    A.      Yes.

8    Q.      How long before that Saturday does this

9    occur?

10   A.      I believe it was a couple of days.  I

11   believe it was a Thursday.

12   Q.      Okay.  So your parents find out about this

13   on Thursday evening before you go to the practice

14   on Saturday.  Was there discussion about whether or

15   not you should go to practice on Saturday?

16   A.      Yes.

17   Q.      What was the discussion?

18   A.      I thought that I should go because I didn't

19   want the other girls to question anything, so I

20   decided that I was going to go, and my mom sat

21   there the whole time.  She was right there.

22   Q.      Did you have any conversation with Mr.

23   Romig on that Saturday?  Did you say to him they

24   found out or say anything?