ELIZABETH A. NACE

96

1   A.       He knew they found out, and that's when we

2   talked about the cell phone that he gave me for a

3   little bit.

4   Q.       When was it you talked about the cell

5   phone?  Was it at that practice?

6   A.       Yes.

7   Q.       So did he have you off to the side or how

8   was it you were able to talk to him?

9   A.       Yes, he had me off to the side.

10  Q.       Can you tell me where that was and what

11  conversation you had?

12  A.       It was just at the field.  It was right off

13  to the side, and we just talked about like he said

14  he still wanted to keep in contact with me, so he

15  had a plan to give me a cell phone.

16  Q.       Was your mother able to see you talking to

17  him one on one?

18  A.       I do not know.

19  Q.       Did she say anything to you afterwards

20  like, hey, what were you talking to Mr. Romig

21  about?

22  A.       No.

23  Q.       Did your dad go to that practice?

24  A.       No.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    Q.        Did your dad -- when you were playing in --

2    before you started playing on JV in high school,

3    did you play softball before that?

4    A.        I played in middle school and on travel

5    teams.

6    Q.        Okay.  And did your dad go to your games?

7    A.        Yes.

8    Q.        Fairly regularly?

9    A.        Yes.

10   Q.        How about when you started high school, did

11   your dad continue to go to the games?

12   A.        Yes.

13   Q.        How about in your -- so he went to your

14   games when you were playing JV freshman and JV

15   sophomore?

16   A.        Yes.

17   Q.        How about as a junior?  When you were a

18   junior in high school, did you make the varsity

19   team?

20   A.        Yes.

21   Q.        Did your dad go to your games?

22   A.        He did not attend regularly, which he used

23   to.  And if he did attend, he would sit like far

24   away from all the parents and like be not like

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

98

1    associated with anyone else.

2    Q.       How many games do you play in a season in

3    high school?

4    A.       I would say about 20, I believe.  I'm not

5    sure.

6    Q.       In your sophomore year, how many of those

7    20 games did your dad go to?

8    A.       He basically made all of them.  The only

9    reason he couldn't is if he couldn't get out of

10   work to make them.

11   Q.       How about in your junior year, how many of

12   the 20 games did he make?

13   A.       He only made a couple.

14   Q.       When you say a couple, two, three?

15   A.       Yes, like three or four.

16   Q.       How about your senior year, the year you

17   just completed?

18   A.       I would say he attended about six.

19   Q.       Okay.  Lycombing College, how did you

20   decide on Lycombing?  You said you had three

21   choices.  Did you visit all three schools?

22   A.       Yes.

23   Q.       Did your dad go with you on your visits?

24   A.       He went to most of them.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1   Q.      I believe your mom went on the visits with

2   you also?

3   A.      Yes.

4   Q.      As part of those visits, did you interact

5   at all with the softball coach?

6   A.      I talked to the Kutztown coach, and they

7   said like they would take me.  I talked to the York

8   coach, and she said like I had to tryout for their

9   team, and I talked to the Lycombing a little bit.

10  Q.      What did Lycombing say as far as trying

11  out?

12  A.      That I can tryout for the team.

13  Q.      Did any of these schools or any other

14  schools actively recruit you for softball?

15  A.      The Kutztown one kind of did, like they

16  came to some of my tournaments, and I went to a

17  camp of theirs.

18  Q.      And you say that you are a pitcher and

19  outfielder.  Any particular position in the

20  outfield?

21  A.      No.

22  Q.      Are you basically a pitcher who sometimes

23  plays the outfield?  Is pitching your stronger

24  position?

ELIZABETH A. NACE

1   A.      Yes.

2   Q.      Is that what you hope to do in college is

3   pitch?

4   A.      Yes.

5   Q.      After your parents come up to you and talk

6   to about this phone bill and a number of text

7   messages, do they take the phone away from you

8   right away?

9   A.      Yes.

10  Q.      Do they look through the phone at all?

11  A.      I don't know.

12  Q.      At the time that they took the phone away

13  from you, any sexual explicit pictures of either

14  you or him on the phone?

15  A.      I don't think so.

16  Q.      The records at Nova talk about a Susan

17  Bizon, B-I-Z-O-N.  Do you know who that is?

18  A.      No.

19  Q.      Did you ever have to testify at any

20  criminal proceeding?

21  A.      No.

22  Q.      Did you attend any criminal hearings at

23  all?

24  A.      No.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1   Q.       All your contacts with the detectives were

2   -- was where?  Where did they occur?

3   A.       Mainly at my house.

4   Q.       And how many times did you meet with them?

5   A.       I met with them a couple of times, and then

6   when everything first happened, I had to go to the

7   police department in Perkasie and talk to them a

8   little bit.

9   Q.       Okay.  You talked about there was a

10  reference to your mother's statement about taking

11  you to the doctor afterwards for a pregnancy test.

12  Did you -- were there any measures that you -- that

13  were taken to prevent pregnancy while you were

14  having this relationship with Mr. Ronig?

15  A.       No.

16  Q.       And you intend to live at Lycombing at the

17  dorm?

18  A.       Yes.

19  Q.       Was there any discussion at all about maybe

20  you should live closer and not stay at a college or

21  is that something you always wanted to do is live

22  at college?

23  A.       I always wanted to stay there.

24  Q.       Your mother, I think, in her statement

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

```
 1    talked about National Honor Society.  Are you a

 2    member of the National Honor Society?

 3    A.      Yes.

 4    Q.      What year did you get that?

 5    A.      You are allowed to become a junior year.

 6    Q.      Okay.  Did you become in your junior year?

 7    A.      Yes.

 8    Q.      Is that something then you keep into your

 9    senior year?

10    A.      Yes.

11    Q.      For two years you've been on the National

12    Honor Society?

13    A.      Yes.

14    Q.      In light of that, the National Honor

15    Society, and your grades, and we have a copy of

16    your grades, were you offered any academic money,

17    any academic scholarships --

18    A.      Yes.

19    Q.      -- to Lycombing.  What kind of academic

20    scholarship or what percentage of money are you

21    getting there?

22    A.      I believe I'm getting $19,000, and then

23    they also gave me a scholars award for, I believe,

24    $7,000.
```

ELIZABETH A. NACE

1    Q.       Okay.  Does that pretty much make up the

2    whole ride, do you know?

3    A.       I believe it's like a majority of it, like

4    three quarters, I think.

5    Q.       Okay.  Congratulations.

6    A.       Thank you.

7    Q.       Did any of the other schools offer you

8    money, academic money?

9    A.       I think York a little bit, but York and

10   Kutztown, like they have a cheaper tuition, so.

11   Q.       You talked about in your freshman year, Mr.

12   Romig was a coach of the JV team.  At that time

13   when he's coaching the JV team, you said you didn't

14   know of any prior relationship or anything he had

15   with any other players.  Were there any rumors

16   about it, Mr. Romig is this or Mr. Romig is that?

17   A.       No.

18   Q.       What did you know about his personal life?

19   A.       During my freshman year, I didn't.  Like I

20   knew he had kids and a wife, and that was really

21   it.

22   Q.       Did he wear a wedding ring?

23   A.       I do not know.

24   Q.       How about during the time in 20 -- June of

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

104

```
1     2002 to October of 2003, did he wear a wedding

2     ring?

3                         MR. GROTH:  '13.

4                         THE WITNESS:  No.

5   BY MR. SANTARONE:

6   Q.        He didn't?

7   A.        No.

8   Q.        When you went to his house on the eight to

9   twelve times, were there pictures of children

10  around or did it look like it was his family home?

11  A.        There were pictures of kids.

12  Q.        And where did he say his wife and children

13  were?

14  A.        He told me that they were at her parents'

15  house.

16  Q.        Was that down the shore?  Up the mountains?

17  A.        I don't know.

18  Q.        You didn't get into that at all?

19  A.        No.

20  Q.        You talked about you went to your senior

21  prom?

22  A.        Yes.

23  Q.        Do they have a junior prom at Pennridge?

24  A.        Yes.
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    Q.        Did you go to your junior prom?

2    A.        Yes.

3    Q.        Who did you go to your junior prom with?

4    A.        I went with my friends.

5    Q.        Was that something that was kind of what

6    some people do, go to the junior prom?

7    A.        Yes.

8    Q.        The summer league you played in was Deep

9    Run.  Was that the summer between your sophomore

10   and junior year?

11   A.        Yes.

12   Q.        2013?

13   A.        Yes.

14   Q.        And how long did that season last?

15   A.        That lasted, I believe, until like July.

16   Q.        And then the Belles started after that?

17   A.        It started in August.

18   Q.        Okay.  How long would the Belles season

19   run?

20   A.        They had a fall season, so that lasted from

21   like August, and we started tournaments in, I

22   guess, September, and then that lasted until as

23   long as we could play, to like late October or

24   early November.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

106

1    Q.      Did you play for the Belles until late

2    October?

3    A.      Yes, and then there was a spring season

4    that we -- that like went into the summer of the

5    next year.

6    Q.      So after Mr. Romig's arrest, did you

7    continue to play for the Belles and finish out that

8    season with them?

9    A.      Yes.

10   Q.      How did that team do?  How did the Belles

11   do?

12   A.      We did okay.

13   Q.      Are there playoffs or championships for

14   that league?

15   A.      No.

16   Q.      Do you know what the record was of the

17   team?

18   A.      I don't know.

19   Q.      Did you personally play well?

20   A.      Yes.

21   Q.      Were you pitching or playing outfield or

22   both?

23   A.      I was mainly pitching.  I played the

24   outfield a little bit.

ELIZABETH A. NACE

1  Q.      You were asked about Alli Wedman.  Were you

2  concerned -- was Alli Wedman someone who came over

3  your house, was a friend of yours that would come

4  over?

5  A.      Yes.

6  Q.      Did you ever have concern your mother would

7  say, Liz stayed last week at your house?

8  A.      No.

9  Q.      You never thought that would happen?

10  A.      No.

11  Q.      When you told Alli Wedman about this

12  relationship, you said I'm the girl?

13  A.      Yes.

14  Q.      Did she ask questions?

15  A.      What do you mean?

16  Q.      Like did she ask you questions about what

17  happened?  How did the relationship evolve?

18  A.      Not really, like she understood, if I

19  wanted to talk about it, I would.  She was just

20  there for me.

21  Q.      Have you ever talked to her about it?

22  A.      No, not really.

23  Q.      Okay.  How was it that you came to get

24  involved in the Sellersville Belles?  Had you

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1   played for them any previous year?

2   A.      No.

3   Q.      How was it you came to be involved with

4   them?

5   A.      Mr. Romig, he said like he was going to

6   become a coach there, and he wanted me to join the

7   team.

8   Q.      Did any other girls from the Pennridge team

9   join that summer, the Belles?

10  A.      Yes.

11  Q.      Who else?

12  A.      Natalie Babik, again, Julie Helbling, and

13  Alyssa Hughes.

14  Q.      Do you know if Mr. Romig had recruited them

15  to play on the team also?

16  A.      I don't know.

17  Q.      Your phone you had was taken -- was given

18  to the police.  The police ended up with it?

19  A.      Yes.

20  Q.      Was that a an I-Phone?  What kind of phone?

21  A.      I believe, it was an android.

22  Q.      Okay.  Did you get -- do you have a phone

23  now?

24  A.      Yes.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1   Q.      What kind of phone do you have now?

2   A.      Samsung Galaxy.

3   Q.      How long after the police or your parents

4   took your phone was it you got another phone, not

5   counting the one that Mr. Romig gave you?

6   A.      It was months because then the police had

7   it, so it was, I would say, like four months or so

8   that I was able to get a new one.

9   Q.      Okay.  In four months you didn't get the

10  phone back, and then you got a brand new phone?

11  A.      Yes.

12  Q.      Did you get a new number?

13  A.      No.

14  Q.      So you kept the same phone number you had?

15  A.      Yes.

16  Q.      You are still on the same AT&T plan?

17  A.      Yes.

18  Q.      During the times that you saw Levenberg or

19  Trishelle, did they do any kind of testing?  Did

20  they give any where you sat down and did tests?

21  A.      No.

22  Q.      So it was all conversation?

23  A.      Yes.

24  Q.      Do you know if -- how long would the

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    sessions last, do you know?

2    A.       They would normally last about an hour,

3    hour and a half.

4    Q.       During the sessions with Levenberg, did she

5    take notes during it?

6    A.       I believe so.

7    Q.       How about Trishelle?  You only saw her a

8    couple of times you said?

9    A.       Yes.

10   Q.       Did she take notes?

11   A.       Yes.

12   Q.       And following Romig's arrest, did you ever

13   make any attempt to communicate with him at all?

14   A.       No.

15   Q.       You talked about when you first got back to

16   school the start of your junior year.  Romig was

17   arrested October of that year, correct?

18   A.       Yes.

19   Q.       When you first -- when you go back to

20   school, do you start September?

21   A.       Yes.

22   Q.       After Labor Day?

23   A.       Yes.

24   Q.       Between whenever you start school after

ELIZABETH A. NACE

1    Labor Day until the time of the arrest, did you see

2    Mr. Romig at all at school?

3    A.        No.

4    Q.        You said that after this happened, there

5    was talk at the school about they were trying to

6    figure out who it was, but that lasted a couple of

7    weeks?

8    A.        Yes.

9    Q.        Other than somebody -- you told, I guess,

10   Alli being the only one, did anybody figure out who

11   it was?

12   A.        I believe my teammates figured it out.

13   Q.        Have any of them ever said anything to you?

14   A.        No.

15   Q.        What leads you to believe they figured it

16   out?

17   A.        Well, through the news articles they could

18   figure it out and everything.

19   Q.        Okay.  Has any of your teammates ever asked

20   you any questions about this lawsuit?

21   A.        No.

22   Q.        Has anybody ever asked you any questions

23   about this lawsuit other than us sitting here

24   today?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1   A.      No.

2   Q.      And you said that, since this is over, you

3   feel like your relationship with your parents is

4   stronger than it was before?

5   A.      Yes.

6   Q.      Have you talked to your dad about why he

7   does not come to your games?

8   A.      It's kind of hard for him to like just go

9   back to watching softball and everything again.

10  Q.      Have you asked him to come to your games?

11  A.      Not really.

12          MR. SANTARONE:  That's all I have.

13          Thank you.

14  BY MS. CONNOR:

15  Q.      Miss Nace, my name is Carla Connor.  I

16  represent Faith Christian Academy and two of the

17  individual defendants.  I really only have a few

18  questions for you.  With regard to Alli, did she go

19  to Pennridge with you?

20  A.      Yes.

21  Q.      Was she in your class?

22  A.      No.  She's a year older.

23  Q.      She in college now?

24  A.      Yes.

ELIZABETH A. NACE

113

| | | |
|---|---|---|
| 1 | Q. | Where does she go? |
| 2 | A. | Messiah. |
| 3 | Q. | Did she play softball? |
| 4 | A. | No. |
| 5 | Q. | Did Mr. Romig ever buy you presents? |
| 6 | A. | Yes. |
| 7 | Q. | What did he get you? |
| 8 | A. | He got me a necklace. |
| 9 | Q. | Anything else? |
| 10 | A. | Not that I remember. |
| 11 | Q. | Did you ever by him presents? |
| 12 | A. | No. |
| 13 | Q. | You said that you went out with, I think, |
| 14 | | Brooks Countess, is it? |
| 15 | A. | Yes. |
| 16 | Q. | For about a month or two, I guess, after |
| 17 | | the prom? |
| 18 | A. | Yes. |
| 19 | Q. | Your breakup with him have anything to do |
| 20 | | with what we're here for today with regard to Mr. |
| 21 | | Romig? |
| 22 | A. | No. |
| 23 | Q. | You also testified that Dr. Levenberg |
| 24 | | taught you some coping mechanisms.  What type of |

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

```
1    coping mechanisms did she teach you?
2    A.      She basically taught me to like do what I
3    like doing, which is like I do community service
4    and like we do mission trips at my church and
5    everything, and then she told me to like do outdoor
6    things like with Girl Scouts.  We go hiking and do
7    different things.  And then she basically told me
8    like some days like it's okay to have like down
9    time and like read or like relax and everything.
10   Q.      Have you stayed involved in Girl Scouts?
11   A.      Yes.
12   Q.      And how many mission trips have you been on
13   since the end of, I guess, your sophomore year?
14   A.      I believe there's been three.  Altogether
15   I've gone on four.
16   Q.      Where do you go?
17   A.      We went to the Appalachian Mountains.  Each
18   year we change states, but it was all like in the
19   mountains.
20   Q.      For how long a period of time do you go
21   away?
22   A.      A week.
23   Q.      Do your parents go with you?
24   A.      My mom does.
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1   Q.      What type of work do you do?

2   A.      We did, like, we rebuild houses basically.

3   Sometimes we would work on the floor or the ceiling

4   or the walls.

5   Q.      When with were talking about that softball

6   practice after your parents found out about Eric

7   Romig, you said that you thought you should go to

8   that practice so that the other girls wouldn't

9   think anything.  Why would they have thought

10  anything?

11  A.      Like after he was arrested, they would be

12  able to like figure out it was me or something.

13  Q.      Was that softball practice after he was

14  arrested or before?

15  A.      No, before.

16  Q.      So at that point you were already

17  contemplating that he was going to be arrested?

18  A.      Yes.

19  Q.      Had you gone to -- had your parents gone to

20  the police yet?

21  A.      I believe so.

22          MR. CONNOR:  I don't have any other

23          questions.  Thank you.

24  BY MR. COX:

ELIZABETH A. NACE

116

1    Q.        Miss Nace, Rob Cox, and I represent the

2    Pennridge defendants in this case, and you've

3    already answered a lot of questions today.  So I'm

4    going to make an effort to not make you re-tread

5    terrain that you've already covered, but there may

6    be some overlap, but let me get started.  I think

7    in response to a question from Mr. Kemether that

8    you would try to keep the relationship with Romig

9    secret from your parents.  Did you also try to

10   prevent anyone from Pennridge learning of the

11   relationship?

12   A.        Well, I never really talked about it.  I

13   didn't really try to prevent it.  I just never

14   mentioned it to anyone or talked about it at all.

15   Q.        Why didn't you mention it to anyone at

16   Pennridge or elsewhere?

17   A.        He told me not to.

18   Q.        All right.  In response to a question from

19   Mr. Kemether about how your parents would have

20   responded had they found out, I think, you said

21   something to the effect they would have had a

22   problem if they found out about the relationship

23   prior to when they did, and that that was a reason

24   that you -- that you didn't share the relationship

ELIZABETH A. NACE

```
 1    with them.  Do you remember saying that or
 2    something to that effect?
 3    A.      Yes.
 4    Q.      All right.  How do you think your teachers
 5    or staff at Pennridge would have responded to
 6    finding out that you had a relationship with Mr.
 7    Romig?
 8                 MR. GROTH:  Object to the form of
 9                 the question.  Calls for her to speculate
10                 about somebody else's mindset and their
11                 thinking about a certain topic, but you
12                 can answer the question if you can.
13                 THE WITNESS:  I don't really know
14                 how they would respond.  Like now I know
15                 they wouldn't be okay with it, but back
16                 when I was younger and when I was in the
17                 relationship, I wouldn't really know.
18    BY MR. COX:
19    Q.      When you say that you think now they would
20    have had -- it wouldn't have been okay with it, why
21    do you say that?
22    A.      Like now I know it was not okay, and back
23    then I was like young and inexperienced and I
24    didn't really know any better.
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

118

1    Q.      All right.  What steps did you take to try

2    to keep the relationship with Romig a secret?

3    A.      Well, he picked me up -- like he didn't

4    pick me up at my house.  He picked me up like a

5    block away, and we just didn't discuss it with

6    anyone.

7    Q.      All right.  Prior to late September when

8    your parents found your phone, did they ever ask

9    you about your relationship with Eric Romig?

10   A.      No.

11   Q.      Did they ever ask you about Eric Romig or

12   talk to you about Eric Romig at all prior to

13   finding your phone?

14   A.      No.

15   Q.      Do you know what they thought of him as a

16   coach?

17   A.      They -- like they thought he was a good

18   coach, and he was very helpful for the team.

19   Q.      How do you know they thought that?

20   A.      They said it and like the parents talked

21   about it on the team and they all liked him.

22   Q.      All right.  Did your -- did the other

23   players on your team feel that way with Mr. Romig

24   to your knowledge prior to this -- prior to late

ELIZABETH A. NACE

119

```
 1    September of 2013?
 2    A.      I believe so.
 3    Q.      All right.  Did you ever hear from any of
 4    your teammates or anyone else that they had a
 5    problem with Eric Romig?
 6    A.      No.
 7    Q.      Did your parents interact with Mr. Romig?
 8    A.      Yes.
 9    Q.      When?
10    A.      Like at games they would just talk about
11    softball and things.
12    Q.      Just garden variety type conversations?
13    A.      Yes.
14    Q.      All right.  Did your parents ever interact
15    with Mr. Romig outside of the context of softball?
16    A.      Not that I know of.
17    Q.      So just games and practices?
18    A.      Yes.
19    Q.      For the most part, did your parents
20    typically transport you to practices and games?
21    A.      Yes.
22    Q.      Other than your relationship with Mr. Romig
23    as a player within the context of the coach/player
24    relationship, did any aspect of your relationship
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    with Mr. Romig occur on Pennridge School property?

2    A.      No.

3    Q.      Did it ever occur in any school vehicle?

4    A.      No.

5    Q.      Do you have any reason to believe that any

6    member of Pennridge's coaching staff or teaching

7    staff or any administrator prior to Mr. Romig's

8    arrest had knowledge of your relationship with him?

9    A.      No.

10   Q.      You may have already answered this and, if

11   you did, I apologize.  Your friend Alli found out

12   about the relationship after Mr. Romig's arrest.

13   Your parents found out about the relationship in

14   late September 2013.  Other than your parents and

15   Alli, do you have any reason to believe anyone knew

16   about the relationship prior to that time?

17   A.      No.

18   Q.      After the 2012 softball season at

19   Pennridge, so after your -- after your freshman

20   year, was there a banquet?

21   A.      Yes.

22   Q.      First of all, you were on the JV team your

23   freshman year?

24   A.      Yes.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    Q.      Was there a banquet in the spring of 2012

2    following your freshman year?

3    A.      Yes.

4    Q.      Did you attend that banquet?

5    A.      Yes.

6    Q.      Did your parents?

7    A.      Yes.

8    Q.      Was Mr. Romig there?

9    A.      Yes.

10   Q.      Did you have any interaction with Mr. Romig

11   at that banquet?

12   A.      Just like softball wise, like he made

13   speeches for all the girls and like all the coaches

14   made speeches about the team and how they did.

15   Q.      Do you know if your parents interacted with

16   Mr. Romig?

17   A.      I don't know.

18   Q.      Okay.  Do you recall whether -- do you know

19   the name David Babb?

20   A.      Yes.

21   Q.      He's the athletic director at Pennridge,

22   correct?

23   A.      Yes.

24   Q.      He was the athletic director at Pennridge

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    during the relevant time frame, is that your

2    understanding?

3    A.      Yes.

4    Q.      And do you know Tom Creeden?

5    A.      Yes.

6    Q.      He was your principal at Pennridge High

7    School?

8    A.      Yes.

9    Q.      You know he retired, but he was the

10   principal up until the '13/'14 school year, is that

11   correct?

12   A.      Yes.

13   Q.      All right.  Do you know if Mr. Creeden and

14   Mr. Babb were at the banquet in 2012?

15   A.      I don't believe so.

16   Q.      Okay.  Did Mr. Babb ever treat you

17   inappropriately in any way?

18   A.      No.

19   Q.      Did Mr. Creeden?

20   A.      No.

21   Q.      Did anyone at Pennridge other than Mr.

22   Romig ever treat you inappropriately in any way?

23   A.      No.

24   Q.      Did you ever hear from a teammate or a

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    classmate that they had been treated

2    inappropriately during their career at Pennridge?

3    A.       No.

4    Q.       When the relationship became public, as a

5    result of Mr. Romig's arrest, what changed for you

6    at school, if anything?

7    A.       Like I said, it was hard to walk through

8    the hallways and just see the -- my classmates

9    around me and everything, and it was hard for me to

10   focus in class, and some teachers allowed me to

11   makeup work that I missed like during the days that

12   I was absent, but some didn't, and it was just hard

13   for me to get back into the whole swing of things.

14   Q.       Do you know who on the Pennridge staff knew

15   about the relationship and that the student who had

16   been victimized was you?

17                MR. GROTH:  Are you talking after

18           his arrest?

19   BY MR. COX:

20   Q.       After Mr. Romig's arrest, do you know -- do

21   you have awareness who at Pennridge knew that the

22   victim in the matter was you?

23   A.       No, I don't know.

24   Q.       Okay.  You don't know -- you don't know of

ELIZABETH A. NACE

1    anyone at Pennridge who knew?

2    A.       I don't know.

3    Q.       Okay.  Did you meet with anyone at

4    Pennridge, Mr. Babb, Mr. Creeden, or anyone else

5    with respect to the situation, with respect to your

6    relationship with Mr. Romig after his arrest?

7    A.       We had meetings, like our guidance

8    counselors pulled the whole softball team together

9    and had meetings to talk to us and make sure we

10   were all okay and everything, and if we needed

11   anything, they said that they would be there for

12   us.

13   Q.       And during those meetings, I take it, you

14   attended but didn't reveal that you were the

15   victim?

16   A.       Yes.

17   Q.       Is that correct?

18   A.       Yes.

19   Q.       Do you know whether any of your teammates

20   on the team took advantage of that offer to meet

21   with guidance counselors or other people?

22   A.       I do not know.

23   Q.       Did you?

24   A.       Not really, no.  I mean, like my guidance

ELIZABETH A. NACE

```
 1    counselor pulled me aside, and she told me that if
 2    I needed to talk or anything, she would be there.
 3    Q.      Who was your guidance counselor?
 4    A.      Mrs. Moffet.
 5    Q.      All right.  And was she your guidance
 6    counselor all through high school?
 7    A.      Yes.
 8    Q.      Did you ever pull her aside per her offer
 9    and talk to her?
10    A.      No.
11    Q.      Did you use the guidance counselor's office
12    in 2013 or '14 for any reason related to the Romig
13    situation?
14    A.      No.
15    Q.      How about in 2014, '15?
16    A.      No.
17    Q.      Once your relationship with Mr. Romig
18    became public or became known on October 1, 2013,
19    from that date forward, do you have any criticism
20    of the way Pennridge handled the situation?
21    A.      I mean, I feel like there could have been
22    assemblies afterwards, like not making known of
23    what happened, but like to inform students like
24    that if they need anything, like the steps on what
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

126

1    to do or anything.

2    Q.       So just with respect to this kind of a

3    situation generally?

4    A.       Yes.

5    Q.       All right.  Prior to or after the

6    relationship, were there any assemblies like that

7    at Pennridge?

8    A.       No.

9    Q.       During the time that you played softball at

10   Pennridge, my understanding is the head coach was

11   Paul Kohler, is that correct?

12   A.       Yes.

13   Q.       Do you have -- do you know what his

14   relationship with Eric Romig was like?

15   A.       No.

16   Q.       Did you observe it at any time?

17   A.       Not off of the softball field, like they

18   just talked like coaches on the softball field.

19   Q.       Did Paul Kohler have any reason to suspect

20   a relationship between you and Eric Romig?

21                 MR. GROTH:  Object to the form of

22              the question.  Again, calls for

23              speculation on her part, but you can

24              answer if you can.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1                    THE WITNESS:   Not that I know of.

2      BY MR. COX:

3      Q.      Can you tell me who Leanne Kramer is?

4      A.      She was an assistant coach on the varsity

5      team.

6      Q.      What was your relationship with Ms. Kramer?

7      A.      My freshman and sophomore year I didn't

8      play on the varsity team so I didn't really

9      interact that much.  My junior and senior year --

10     or she was not there my senior year.  She was there

11     my junior year, and she was just an assistant

12     coach.

13     Q.      What was your relationship with her like?

14     A.      It was good.

15     Q.      How about your relationship with Paul

16     Kohler, was it good as well?

17     A.      Yes.

18     Q.      Can you tell us who Tyler Penhollow is if

19     I'm pronouncing that correctly?

20     A.      He was also an assistant coach throughout

21     the four years.

22     Q.      And how was your relationship with Mr.

23     Penhollow?

24     A.      Again, I didn't see him much my first two

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    years, but it was good the last two.

2    Q.        Mr. Kemether or Mr. Santarone might have

3    asked you a question before, and they clarified

4    that they didn't want you to tell them what you

5    might have learned from your attorney, but only

6    information that you have independently, so I'm

7    going to ask you a question or two like that, and I

8    don't want to know anything that you've learned

9    from your attorney in response to these questions.

10   I want to know what you know independently, if

11   anything.  Do you have any knowledge with respect

12   to a conversation between Mr. Babb and Mr.

13   Hollenbach that allegedly occurred at a PIAA

14   meeting and is referenced in your Complaint?  Do

15   you have any knowledge of that conversation?  The

16   Complaint refers to or alleges that Mr. Creeden

17   attempted to prevent certain classmates of yours

18   from attending Romig's sentencing hearing.  Do you

19   have any independent information about that issue?

20   A.        The girls just mentioned it like they were

21   upset that they were not able to go because of it.

22   Q.        When you say the girls, you mean,

23   teammates?

24   A.        Yes.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1   Q.      Did they tell you whether Mr. Creeden had

2   given them an explanation for that decision?

3   A.      They did not tell me.

4   Q.      I have a couple documents, Miss Nace, that

5   I would like you to take a look at.  I'll give them

6   to you all together.  Sean, you didn't mark any

7   exhibits?

8                   MR. KEMETHER:  I didn't mark any

9           exhibits, no.

10  BY MR. COX:

11  Q.      So the first one I would like you to look

12  at, Miss Nace, is your academic transcript, and we

13  can call it Nace 1, I guess.

14                  (At this time, documents were

15          marked for identification as Exhibits

16          1-5.)

17  BY MR. COX:

18  Q.      Miss Nace, if you would take a look at Nace

19  1, which is your academic transcript.  I think I

20  understand the column that says year, term, and

21  grade level, course number, and the course name.

22  I think that's all fairly self-explanatory.  The

23  column that has earned credits is the number of

24  credits that you earned for completing the course,

ELIZABETH A. NACE

```
1    correct?

2    A.       Yes.

3    Q.       Can you tell me what E1 is?

4    A.       I believe there are exams, like we have

5    midterms and finals.

6    Q.       So E1 is your midterm exam?

7    A.       I believe.

8    Q.       E2 is your final exam in each court?

9    A.       Yes.

10   Q.       Q1 through 4 represents your grade in the

11   each respective course for each quarter, is that

12   correct?

13   A.       Yes.

14   Q.       Then the far right-hand column refers to

15   your overall grade for the course for the entire

16   year, is that correct?

17   A.       Yes.

18   Q.       All right.  And does that appear to be, you

19   know, a true and accurate depiction of your grades

20   during your high school career and the courses that

21   you took?

22   A.       I believe so.

23   Q.       All right.  Do you know what your weighted

24   GPA was for your high school career?
```

ELIZABETH A. NACE

1   A.      I know it was above a 4.0, but I'm not sure

2   exactly what it was.

3   Q.      What's a 4.0?  Is that an A?

4   A.      Yes.

5   Q.      So your GPA for your high school career was

6   above an a?

7   A.      Yes, sorry.

8   Q.      No problem.  Do you know what your class

9   rank was at the time you graduated, Miss Nace?

10  A.      I'm 74.

11  Q.      Out of how many students?

12  A.      I believe, there was 560 or around there.

13  Q.      Okay.  If you would turn your attention to

14  Nace 2.  I'll represent to you that these are pages

15  detailing the dates of your absences in each of

16  grades 12, 11, 10, and 9.  Do these look to be

17  accurate to you?  Take a minute and --

18  A.      I believe so.

19  Q.      All right.  If you would take a look at the

20  sheet for Grade 11, please, Miss Nace.  You

21  discussed earlier you had taken -- you mentioned

22  earlier you had taken some time off at the time

23  that the relationship -- at the time of Mr. Romig's

24  arrest.  Do you remember stating that?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

132

1    A.      Yes.

2    Q.      Is that time off reflected on page 2, Grade

3    11 with respect to September 27, 2013 and then

4    October 1, 2013?

5    A.      Yes.

6    Q.      Is that the time that you took off as a

7    result of Mr. Romig's arrest?

8    A.      From what I remember.

9    Q.      Okay.  Nace 3 I'll represent to you is your

10   disciplinary record, and it just reflects that you

11   have not been the subject of any discipline at

12   Pennridge School District during your tenure there,

13   is that accurate?

14   A.      Yes.

15   Q.      Nace 4 is an acknowledgement sheet dated

16   September 4, 2012, which acknowledges or purports

17   to acknowledge your receipt of the student handbook

18   for the 2012, 2013 school year.  Is that your

19   signature on that first page, Miss Nace, dated

20   September 4, 2012?

21   A.      Yes.

22   Q.      Does that look like your mom's signature of

23   the same date below yours?

24   A.      Yes.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1   Q.      And do you remember receiving a copy of

2   this student handbook in 2012/2013?

3   A.      Yes.

4   Q.      Okay.  Same questions for Nace 5 with

5   respect to the 2013/2014 handbooks.  Is that your

6   signature?

7   A.      Yes.

8   Q.      Is that also your mom's signature on your

9   first page of Nace 5?

10  A.      Yes.

11  Q.      Do you remember receiving a copy of this

12  handbook for '13/'14 as well?

13  A.      Yes.

14  Q.      All right.  Thank you.  Just a few more

15  minutes, miss Nace.  Who was your closest friend in

16  high school?  Was it Alli?

17  A.      Yes.

18  Q.      Did you take the SAT?

19  A.      Yes.

20  Q.      What did you score on that?

21  A.      I do not remember.  I believe it was in the

22  1600'a, but I don't remember.

23  Q.      Okay.  When did you take the SAT?

24  A.      My junior year.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

134

```
 1    Q.        So after your relationship with Mr. Romig?

 2    A.        Yes.

 3    Q.        Did you take the PSAT the prior yeah?

 4    A.        Yes.

 5    Q.        Do you remember what you scored on the

 6    PSAT?

 7    A.        No.

 8    Q.        Do you know what a perfect score is on the

 9    SAT?

10    A.        2400, I believe.

11    Q.        Okay.  You believe your score was somewhere

12    in the 1600's?

13    A.        I believe so.

14    Q.        Do you know the name Shannon O'Sullivan?

15    A.        I believe, she's a guidance counselor.

16    Q.        Did you ever discuss anything related to

17    the Romig matter with her?

18    A.        No.

19    Q.        You had mentioned that you -- when I asked

20    you if you had any criticism of the way Pennridge

21    handled the situation after Romig's arrest, you had

22    mentioned -- you criticized there had been no

23    general assembly type programs with respect to your

24    situation generally, not your situation
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

135

1    specifically, but with respect to relations between
2    coaches and teachers and students and the players.
3    Do you have any criticism of the way Pennridge
4    handled anything after Mr. Romig's arrest other
5    than that criticism?
6    A.      I don't believe so.
7    Q.      All right.  Were you ever the victim of any
8    kind of harassment or other kind of bullying or any
9    other kind of inappropriate conduct by way of a
10   student while at Pennridge?
11   A.      No.
12   Q.      Did you ever -- did you ever file a
13   complaint with Pennridge of any kind during your
14   tenure there --
15   A.      No.
16   Q.      -- with respect to with the way anyone
17   treated you?
18   A.      No.
19   Q.      Did any of your friends ever do that?
20   A.      Not that I know of.
21   Q.      Do you have any idea how your teammates --
22   you suspect your teammates found out it was you.
23   Do you have any idea how that happened?
24   A.      Well, I know they went to -- I believe,

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    they went to one hearing or something.  I know they

2    were able to go to one, so I believe they found out

3    there.

4    Q.       And did you want them to go to that

5    hearing?

6    A.       I didn't really care.

7    Q.       Okay.  Is your -- your anorexia or eating

8    disorder, that's resolved now?

9    A.       Yes.

10   Q.       Okay.  Were you ever diagnosed with

11   post-traumatic stress disorder?

12   A.       No.

13                    MR. COX:  That's all I have.

14            Thank you very much.

15   BY MR. RUSSELL:

16   Q.       Ms. Nace, Jonathan Russell.  I represent

17   the Faith Christian defendants as well.  I have a

18   few follow-up questions also.  One of the reasons

19   that we have to ask you some questions is you

20   brought a Complaint that's alleging damages for

21   injuries that you sustained, so we have to kind of

22   sort through what those damages are and try to have

23   a better understanding of that.  One of the issues

24   that you mentioned was that in the event you have a

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    future relationship, future husband, you may have

2    to talk about this situation with Eric Romig and

3    what transpired.  I'm wondering if you ever, when

4    you were with Eric Romig, considered him your

5    boyfriend or how would you consider that?

6    A.      Yes.

7    Q.      Did you talk to him at all about your past

8    sexual experiences with him during that boyfriend

9    relationship?

10   A.      No.

11   Q.      Did you ever tell him that you had a sexual

12   relationship with a coach named Mark Geary?

13   A.      No.

14   Q.      Did you ever tell him that you had a sexual

15   relationship with Kyle?

16   A.      No.

17   Q.      Did you ever tell him that you had a sexual

18   relationship subsequently with someone named Caleb?

19   A.      No.

20   Q.      Did Eric Romig ever tell you during this

21   boyfriend/girlfriend relationship that he had had

22   sexual relations with anyone else other than his

23   wife?

24   A.      No.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

138

1   Q.      He did not tell you or there was no one

2   that he mentioned?

3   A.      He didn't tell me anyone but his wife.

4   Q.      Did you ever tell Eric Romig that you were

5   very accomplished sexually?

6   A.      No.

7   Q.      Did he ever tell you anything about Faith

8   Christian Academy when you were together?

9   A.      No.

10  Q.      And just so I have an understanding of the

11  timing of this, I'm trying to piece it together.  I

12  think in your prior testimony you talked about

13  texting communications started towards the end of

14  your sophomore year, which would be in 2013?

15  A.      Yes.

16  Q.      When did those texts become what you would

17  consider inappropriate?

18  A.      I would say the end of April or the end of

19  May.

20  Q.      What about those texts made it

21  inappropriate in your mind?

22  A.      Just that he was trying to earn my trust

23  and the things that he would say.

24  Q.      Well, let me take a step back.  You talked

ELIZABETH A. NACE

1    about earning your trust, asking about your family

2    or some situations.  Was there ever anything sexual

3    in those texts in April or May?

4    A.      No.

5    Q.      When did the first text that was sexual in

6    nature occur?

7    A.      I believe, it was around June.

8    Q.      Was it before school let out or after

9    school let out?

10   A.      I think before.

11   Q.      Was that after the softball season had

12   ended?

13   A.      I believe so.

14   Q.      Mr. Romig was not a teacher.  He was a

15   softball coach, correct?

16   A.      Yes.

17   Q.      Do you know when his contract term went

18   from, when to when?  Do you have any idea?

19   A.      I don't know.

20   Q.      When was the -- what was the first text

21   that was sexual in nature?  Do you recall that?

22   A.      I don't remember.

23   Q.      Do you know when, for lack of a better

24   term, a sexting occurred which would be an image or

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ELIZABETH A. NACE

1    video of part of your body or part of his body?

2    When was that first sent, do you know?

3    A.      I believe, in July.

4    Q.      Was that first sent by him or first sent by

5    you?

6    A.      Him.

7    Q.      In response to that, did you send a video

8    or a picture of yourself back to him?

9    A.      Not right away.

10   Q.      How soon after?

11   A.      Like the second or third time he did.

12   Q.      And at this time in July, were you on the

13   Silver -- Sellersville Belles, I'm sorry?  Were you

14   on the Sellersville Belles?

15   A.      No.

16   Q.      When did that team start up?

17   A.      In August.

18   Q.      With regard to the sexual intercourse that

19   occurred and you said between 8 to 12 times, I

20   think, when did that first occur?

21   A.      In July.

22   Q.      And that continued while he was coaching

23   the Sellersville Belles?

24   A.      Yes.