IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION - LAW

JAMES NACE and APRIL NACE, as   :   NO. 15-0333
Guardians of E.N., a minor,

                         :

        Plaintiffs   :

                         :

    vs.   :

                         :

ERIC ROMIG, PENNRIDGE SCHOOL   :
DISTRICT, DR. THOMAS CREEDEN and:
DAVID BABB,   :

                         :

       and   :

                         :

FAITH CHRISTIAN ACADEMY, RYAN   :
CLYMER, RUSSELL HOLLENBACH,   :

                         :

        Defendants   :

------------------------------------

DEPOSITION OF APRIL NACE


        Taken in the law offices of
Drake, Hileman and Davis, 252 West Swamp Road, Suite 15,
Doylestown, Pennsylvania, on Friday, October 16, 2015,
commencing at 2:48 p.m., by Stacy D. Serba, Notary Public.

* * *

ERSA OF ALLENTOWN
Professional Court Reporters
Commerce Corporate Center, Plaza III
5050 Tilghman Street, Suite 120
Allentown, PA   18104
610.366.7119



APRIL NACE

APPEARANCES:

    HORNSTINE, PELLONI & HORNSTINE
    BY:  DAVID J. GROTH, ESQ.
    1500 Walnut Street
    Suite 300
    Philadelphia, PA  19102
     -- For the Plaintiffs
    EASTBURN AND GRAY, P.C.,
    BY:  ROBERT M. COX, ESQ.
    60 East Court Street
    Doylestown, PA  18901
     -- For Pennridge School District
        Dr. Thomas Creeden
        David Babb
    KELLY, GRIMES, PIETRANGELO &
    VAKIL, P.C.
    BY:  SEAN V. KEMETHER, ESQ.
    36 East Second Street
    Media, PA  19063
     -- For Faith Christian Academy
        Ryan Clymer
        Russell Hollenbach

    DRAKE, HILEMAN & DAVIS
    BY:  JONATHAN J. RUSSELL, ESQ.
    Bailiwick Office Campus
    252 West Swamp Road, Suite 15
    Doylestown, PA  18901
    -- For Faith Christian Academy
        Ryan Clymer
        Russell Hollenbach
    CASSIDY, CONNOR & PITCHFORD
    BY:  CARLA E. CONNOR, ESQ.
    295 East Swedesford Road, Suite 346
    Wayne, PA  19087
     -- For Faith Christian Academy
        Ryan Clymer
        Russell Hollenbach

APRIL NACE

3

APPEARANCES:   (Continued)

MARSHALL, DENNEHEY, WARNER

COLEMAN & GOGGIN

BY:   JOSEPH J. SANTARONE, ESQ.

2000 Market Street, Suite 2300

Philadelphia, PA  19103

-- For Faith Christian Academy

Ryan Clymer, Russell Hollenbach

ALSO PRESENT:  James Edward Nace

APRIL NACE

```
 1                    I N D E X
 2                   WITNESSES
 3   ALL WITNESSES                          PAGE
 4
 5     APRIL NACE
 6        Examination by MR. KEMETHER
                                            5:11
 7        Examination by MR. RUSSELL
                                            50:3
 8        Examination by MS. CONNOR
                                            84:5
 9        Examination by MR. COX
                                            86:24
10        Examination by MS. CONNOR
                                            102:20
11        Examination by MR. GROTH
                                            103:22
12        Examination by MR. KEMETHER
                                            108:22
13        Examination by MR. RUSSELL
                                            109:5
14        Examination by MR. COX
                                            111:9
15
                         EXHIBITS
16
     NO.      DESCRIPTION                   PAGE
17
     A. NACE
18
     No. 1    Letter
19                                          59:2
20   No. 2    Letter dated 10/1/15
                                            63:20
21
22
23
24
25
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

APRIL NACE

```
1                    (It is stipulated by and between

2    counsel for the respective parties that all

3    objections except as to the form of the question are

4    reserved until the time of trial, and the reading,

5    signing and sealing of the deposition transcript is

6    waived.)

7                    APRIL NACE, having been duly sworn,

8    was examined and testified as follows:

9                         * * *

10                      EXAMINATION

11   BY MR. KEMETHER:

12   Q.      Good afternoon, Mrs. Nace.  I'm Sean

13   Kemether.  I represent Ryan Clymer and Russ

14   Hollenbach in this lawsuit that you and your family

15   brought.  We're here today to take your deposition.

16              You sat through your husband's deposition

17   a little while ago.  Did you hear the instructions I

18   gave him?

19   A.      I did.

20   Q.      Do you want me to go through them again or

21   do you think you have the drill down?

22   A.      I think I have the drill down.

23   Q.      Your date of birth is what?

24   A.      4/24/1960.

25                    MR. KEMETHER:  And I understand the
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

APRIL NACE

1    request for Social Security number is not going to be

2    granted.

3                        MR. GROTH:  Right.

4                        MR. KEMETHER:  Just put that on the

5    record.

6                        MR. GROTH:  Correct.

7    BY MR. KEMETHER:

8    Q.       What's your highest level of formal

9    education?

10   A.       High school.

11   Q.       You graduated from high school?

12   A.       Yes, I did.

13   Q.       Where and when?

14   A.       Pennridge High School, 1978.

15   Q.       Have you had any formal education since high

16   school?

17   A.       I did one semester at college at Gwynedd

18   Mercy for nursing.

19   Q.       Do you currently work?

20   A.       I do.

21   Q.       What do you do for a living?

22   A.       I work at Acme Markets here in Doylestown.

23   Q.       And what do you do for them?

24   A.       Anything --

25   Q.       Whatever they want?

APRIL NACE

1    A.        Anything and everything.  I've been there --

2    in December will be 37 years.  I've been in

3    management.  I'm currently union.  But, anything they

4    need.

5    Q.        Is that the store your daughter works at in

6    summers and breaks and so forth?

7    A.        Yes.

8    Q.        Your daughter went to Pennridge High School,

9    as well?

10   A.        Yes.

11   Q.        Correct?

12             Let's start with 9th grade.  Was there

13   anything unusual about 9th grade, her 9th grade

14   experience?

15   A.        No.

16   Q.        Did she have any emotional or behavioral

17   issues in the 9th grade?

18   A.        No.

19   Q.        Seemed to be doing well in school?

20   A.        Yes.

21   Q.        10th grade, was that also the case?

22   A.        Seemed fine.

23   Q.        Now, in the 9th and 10th grade, she was also

24   on the softball team?

25   A.        Yes.

Appendix1151

APRIL NACE

1   Q.      Was Eric Romig the coach of that team both

2   years?

3   A.      Yes, he was.

4   Q.      Did you met him?

5   A.      Yes.

6   Q.      Did you have any -- any problems with him,

7   notice any problems with him?

8   A.      I did not.

9   Q.      Did you hear any rumors during 9th or 10th

10  grade that there were any issues with Eric Romig,

11  whether they involved your daughter or not?

12  A.      No.

13  Q.      Did you think him to be a good guy during

14  those years?

15  A.      Yes, I did.

16  Q.      This situation happened with -- I should say

17  that your awareness of the situation took place on

18  September 26th, 2013?

19  A.      Correct.

20  Q.      That would have been just the beginning of

21  her junior year?

22  A.      Yes.

23  Q.      11th grade?

24  A.      Yes.

25  Q.      I may have cut you off a moment ago.  Did

APRIL NACE

1    you become aware of your daughter having a sexual

2    relationship with Eric Romig on September 26th, 2013?

3    A.       Yes.

4    Q.       Okay.  During that summer between her 10th

5    grade and 11th grade, did she play softball?

6    A.       Yes, she did.

7    Q.       Was that for the Sellersville Belles?

8    A.       Not yet, no.  That was still Deep Run for

9    the summer.

10   Q.       Okay.  And in the fall -- towards the end of

11   the summer, did the Sellersville Belles start?

12   A.       Yes.

13   Q.       Was Eric Romig not a coach of Deep Run?

14   A.       No, he was not.

15   Q.       But he was for Sellersville Belles?

16   A.       He had just been hired by them.

17   Q.       During the summer, that summer we're talking

18   about, was there anything unusual about your

19   daughter's behavior?

20   A.       Starting in the spring, she had been very

21   secretive and very withdrawn.  I didn't know why at

22   that time.

23   Q.       Did you ask her anything about that?

24   A.       We teased her about boyfriends.  The family

25   would tease her.  And she denied.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

APRIL NACE

```
 1    Q.        You thought -- tease her that, oh, you must

 2    have a boyfriend, that type of thing?

 3    A.        Uh-huh.

 4    Q.        And she denied that she had one?

 5    A.        Yes.

 6    Q.        Did this secretiveness or being withdrawn

 7    lead you to do anything different as a parent than

 8    you had done previously?  Again, we're talking about

 9    the summer of 2013.

10    A.        I watched her more.  Evidently not well

11    enough.

12    Q.        Did you look at her cell phone at all during

13    the summer of 2013?

14    A.        No.  It's password protected.

15    Q.        Do you -- she was 15 and then turned 16 late

16    in the spring?

17    A.        Yes.

18    Q.        Still a minor?

19    A.        Correct.

20    Q.        That phone is hers -- that phone is yours

21    technically, legally?

22    A.        Technically.

23    Q.        And did you feel it appropriate to say, hey,

24    I want to look at this phone?

25    A.        No.
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

| | | |
|---|---|---|
| 1 | Q. | I want to see what you're doing? |
| 2 | A. | (Witness shakes head.) |
| 3 | Q. | Is that something you generally would not do |
| 4 | as a parent? | |
| 5 | A. | No. |
| 6 | Q. | Not your style? |
| 7 | A. | That's correct. |
| 8 | Q. | Was she staying out late at night for |
| 9 | unexplained reasons during the summer of 2013? | |
| 10 | A. | In the beginning of the summer, no.  Towards |
| 11 | the end of the summer, yes. | |
| 12 | Q. | And did this cause any problems with you |
| 13 | between you and her? | |
| 14 | A. | I was unhappy about it.  But I didn't do |
| 15 | anything about it. | |
| 16 | Q. | You didn't ground her or say -- |
| 17 | A. | No. |
| 18 | Q. | -- here's a curfew? |
| 19 | A. | No. |
| 20 | Q. | Did she give you an excuse for what she was |
| 21 | doing when she was out late? | |
| 22 | A. | She was always with friends. |
| 23 | Q. | Did she say anyone in particular? |
| 24 | A. | If she was staying overnight, there were two |
| 25 | friends that she usually stayed overnight at.  One | |

APRIL NACE

1    was a relative of ours, her cousin.  And the other

2    one was Ally.

3    Q.      Did you ever discuss this situation with

4    Ally?

5    A.      Before his arrest or even later, no.

6    Q.      Would it be fair to say that by the end of

7    her sophomore year, it appeared that she was doing

8    well in school, socially, academically?

9    A.      In the spring of her sophomore year, I --

10   when I saw that she was becoming more withdrawn, I

11   noticed that it was harder for her to keep up her

12   grades and her -- I felt her grades were slipping.

13   Her grades that would be reported would look okay,

14   but the daily grades going into them, she would --

15   there would be D's or F's or things that were not

16   consistent with her normal student behavior.

17   Q.      And did these findings lead you to do

18   anything as a parent?

19   A.      I would ask her about them and she would,

20   you know, just shrug it off.  And by the time the end

21   of the marking period would roll around, she'd have

22   her grade up.  So there wasn't -- didn't seem to be a

23   need to fully explore why.

24   Q.      Was there anything prior to September 26th,

25   2013, that you suspected that she may be having some

APRIL NACE

1    sort of a sexual relationship with anyone?

2    A.      Yes.

3    Q.      What was that?

4    A.      She would -- we thought she had a boyfriend.

5    I thought she had a normal-aged boyfriend.  She would

6    go out and when she was going out, she would not get

7    picked up in front of our house.

8    Q.      When did this start?

9    A.      I'd say late July, early August.

10   Q.      And did that development lead you to do

11   anything as a parent?

12   A.      I watched.  I would try to watch to see what

13   car went by after she would be picked up.

14   Q.      Did you ask her why did you go somewhere

15   else to be picked up or something like that?

16   A.      She would deny and, say, that, you know --

17   you didn't notice correctly or you didn't --

18   Q.      Prior to September 26th, 2013, was there

19   anything that led you to think that you should put

20   some sort of limits on her activities; in other

21   words, you can't go out, or if you go out, you have

22   to do certain things?

23   A.      No.

24   Q.      Do you know if she had had any plans prior

25   to her junior year of college -- of high school, I

Appendix1157

APRIL NACE

1    should say, as to what she was going to do in the

2    future?

3    A.        She was looking into psychology.  She wanted

4    to be a child psychologist.  She took a criminal

5    justice class in her junior year and quickly fell in

6    love with the whole criminal system.

7    Q.        Do you have a belief that her plan for her

8    college and beyond has changed in any way due to what

9    happened with her and Eric Romig?

10   A.        Several times, yes.  She -- before he got

11   involved with her, she had big dreams and was looking

12   at Division I schools, big schools.  California,

13   University of Tennessee.  Grandiose dreams.  We knew

14   that would not happen, but that's what her dreams

15   were.

16             After she became involved with him, he

17   had told her she was not going to be going to

18   college.  And she made the statement to us that she

19   wouldn't be going to play any more and she was not

20   going to go to college.

21   Q.        And when did she say this to you?

22   A.        It was a few weeks before I found out what

23   was going on.

24   Q.        And did she tell you that Eric Romig had

25   told her that she's not going to college?

Appendix1158

APRIL NACE

1    A.        No.

2    Q.        How did you find that out?

3    A.        She came down from her room and stated that

4    it didn't -- nothing really mattered and that she was

5    not going to be going to college or playing.  And I

6    asked her why.  She said this -- when it was so anti

7    what she had dreamed and always said to us.  And she

8    said that -- no reason.  I said, you just didn't do a

9    160, 80 degree turn and change your mind.  Why the

10   difference.  And she refused to answer and said,

11   there's no reason.

12              I knew she had been on her phone and

13   texting.  So, I made a note in my mind of what the

14   day was and the time.  And I checked into it a few

15   days later.

16   Q.        So this -- this event of her coming down

17   into the kitchen and saying I'm not going to school

18   was just a few days before you found out about the

19   Eric Romig situation?

20   A.        Yes.

21   Q.        Was this what triggered you to look at the

22   phone records?

23   A.        Yes.

24   Q.        Did it trigger you to decide I want to look

25   at the phone to see what she's doing?

APRIL NACE

1    A.        Her phone was password protected, so I

2    couldn't look at it.

3    Q.        Did you ask her about it?

4    A.        I would have liked to.  I did not ask her

5    for her password.  She would not have given it to me.

6    Q.        In fact, when -- in other words, when did

7    she start looking for colleges, actually going and

8    visiting colleges and so forth?

9    A.        It was -- we did a few drive by of schools,

10   one in the spring of 2013 down in South Carolina.

11   She wasn't really interested -- excuse me.  That was

12   August.  That was -- I'm sorry, it wasn't spring.

13   That was August.

14   Q.        Was this before the events in the kitchen?

15   A.        It was before the events in the kitchen, but

16   it was while she was seeing him.  So she had already

17   developed a not really interested, so she didn't pay

18   attention.

19   Q.        This school in -- did you say Maryland or

20   North Carolina?

21   A.        South Carolina.  It was in Myrtle.

22   Q.        What made you pick -- what made someone pick

23   that one?

24   A.        We vacationed a lot in South Carolina and it

25   was close to where we vacationed.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

APRIL NACE

1   Q.      Were you down on a trip to begin with for a

2   vacation --

3   A.      Yes.

4   Q.      -- when this happened?

5   A.      Yes.

6   Q.      Okay.

7   A.      We also, during our mission trip, we had

8   been to Tennessee, so I knew she wanted to see the

9   University of Tennessee, so we went and drove through

10   that.  It was raining cats and dogs, so we did not

11   get out.

12   Q.      Was that also the summer of 2013?

13   A.      Yes.  That was in July.

14   Q.      And then in the fall and -- fall of 2013,

15   the winter of 2014, was she looking at schools?

16   A.      She immediately after his arrest said, no,

17   she was not going to, she had no interest whatsoever.

18   He had basically taken all of her dreams away from

19   her and she did not want to have anything to do with

20   college or softball.

21   Q.      Okay.  Did she stay on the Sellersville

22   Belles that fall?

23   A.      She did.

24   Q.      And then the next team -- next softball

25   team -- that would have gone through October into

APRIL NACE

1    November, Sellersville Belles?

2    A.        In the fall.  And she finished the spring

3    season.

4    Q.        Finished the season in the fall of '13.

5    Next season for her for softball would have been the

6    spring of '14 for high school?

7    A.        The high school.  But the Belles also played

8    spring and summer.

9    Q.        Did she do both of those in the spring of

10   2014?

11   A.        Yes, she did.

12   Q.        And that would have been the end of her

13   junior year?

14   A.        Yes.

15   Q.        Did she play in the summer of '14, between

16   her junior and senior year?

17   A.        Yes.

18   Q.        Was that for the Belles alone or someone

19   else, as well?

20   A.        That was the end of the Belles.

21   Q.        Okay.  Did she play with someone else in the

22   summer of '14?

23   A.        No.  She started the fall season for

24   somebody else.

25   Q.        So she played in the fall of '14, as well,

APRIL NACE

1   for a team?

2   A.        Yes, she did.

3   Q.        And then in the spring of '15, she played

4   for both the high school and the --

5   A.        And the new team.

6   Q.        So is it fair to say that she continued to

7   play softball throughout the rest of high school?

8   A.        Yes, she did.

9   Q.        All right.  And she's in college now?

10  A.        Correct.

11  Q.        The three schools that were mentioned, the

12  ones here in Pennsylvania, when did she start looking

13  at those?

14  A.        It was during her -- would have been the

15  summer -- late summer, early fall of her senior year.

16  Q.        So it would have been the summer of '14 into

17  the fall of '14?

18  A.        I believe so, yes.

19  Q.        So between October of '13 and, say, June of

20  '14, was there any talk about her going to college?

21  A.        Once we got him out of her life and we were

22  back on track more, we -- she did, she turned herself

23  around.  And she said -- the school had open house

24  type college visit things and I was able to get her

25  to go to see various colleges at the school.  So it

APRIL NACE

1    sparked her interest.

2    Q.      Did Liz ever tell you that Eric didn't want

3    her to go to college?

4    A.      Yes, she did.

5    Q.      When did she tell you that?

6    A.      It would have been after his arrest.

7    Q.      So September 26th is the day you looked at

8    the phone bill.  The phone bill came in the mail that

9    day, I assume?

10   A.      I actually looked at it the day before.  The

11   phone bill doesn't come in the mail.  I do it on

12   line.

13   Q.      On the 25th, you told me that you were

14   worried because she came down to the kitchen and said

15   I'm not going to college and this triggered you to

16   think somebody must be in her life, so you decided to

17   look at the phone bill?

18   A.      Correct.

19   Q.      What did you find out?

20   A.      I found that it was a couple hundred pages

21   long, which seemed extremely excessive to me.  Most

22   of it due to texting activity on her phone.  I then

23   looked back to see how long and what kind of pattern,

24   looked at the numbers involved.

25   Q.      And when did this number we're talking about

Appendix1164

APRIL NACE

1    that you've attributed to Eric Romig start being on

2    the bill on a regular basis?

3    A.        Early to mid-April of 2013.

4    Q.        And did it increase in frequency through

5    September?

6    A.        Yes.

7    Q.        So on the 25th, you learned this?

8    A.        Yes.

9    Q.        And did you learn that day whose phone

10   number that was?

11   A.        Yes, I did.

12   Q.        How did you learn that?

13   A.        Mr. Romig was her coach and had sent out

14   e-mails to the parents to keep them informed and to

15   give his cell number to us.  And I recognized the

16   number.  I didn't know whose it was.  But when I

17   looked at the e-mail, I confirmed that that number

18   was the same as on the e-mail from him.

19   Q.        Was that on the 25th?

20   A.        Yes.

21   Q.        You were able to determine it was his

22   number?

23   A.        Yes.

24   Q.        What did you do once you saw the bills and

25   you saw that it was his number that day?

APRIL NACE

 1    A.        I worried.  I was extremely upset and I

 2    didn't know what to do.

 3    Q.        Did you talk to your husband?

 4    A.        No.

 5    Q.        Did you talk to Liz?

 6    A.        No.

 7    Q.        You went to sleep that night without having

 8    talked to anybody about this?

 9    A.        I didn't sleep much, but, yes.

10    Q.        Next morning, what happens?

11    A.        I went back to work and I made it through

12    the day and decided that I had to do something, I

13    couldn't -- I was a basket case.  I needed to do

14    something.

15    Q.        So you went to work.  You work during fairly

16    normal business hours, nine to five, eight to four,

17    something like that?

18    A.        No.  I work anywhere from five in the

19    morning until midnight.

20    Q.        That particular day?

21    A.        That day --

22    Q.        If you recall.

23    A.        It was normal hours during the day, but I

24    don't remember what hours.  I'm part time, so.

25    Q.        And during the day, that September 26th, you

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

APRIL NACE

1    knew that your daughter has a Sellersville Belles

2    practice where Romig would be present?

3    A.        That's correct.

4    Q.        Did you say anything to her about that

5    before she went to practice?

6    A.        No.

7    Q.        You got home from work.  Was your husband

8    home already or not?

9    A.        I don't remember.

10   Q.        At some --

11   A.        I don't think so.

12   Q.        -- point after work that day, you decided

13   that you had to do something.  What did you do?

14   A.        Everything normal, got dinner, took her to

15   practice.  I came home from dropping her off and I

16   told my husband that we needed to talk and that it

17   was about Liz and a situation going on in her life.

18   Q.        Okay.  And did you have a talk at that time?

19   A.        We did.

20   Q.        What did you talk about?

21   A.        I told him that I had seen the phone bill

22   and that there were texts, hundreds of them, told him

23   whose phone number it was.  His first inclination

24   was, we need to go get her and get her out of

25   practice.

APRIL NACE

1              I didn't know enough of what was going on

2     at the time.  I couldn't think of any goodly reason

3     for the number of texts, I could only think of bad

4     things.  But I wanted to give him the benefit of the

5     doubt and I didn't want to ruin his life if I was

6     wrong.

7              So I said I thought we should go to the

8     police and let them handle it and take it out of our

9     hands.

10    Q.       Okay.  So that happened on the 26th?

11    A.       (Witness nods head.)

12    Q.       You and your husband went to the police?

13    A.       We did.

14    Q.       Did you bring anything with you to the

15    police?

16    A.       I had printed up pages from the phone bill

17    trying to show the pattern.  The middle of the night,

18    early morning hours on a school day, late at night on

19    school days, weekends.  Just the sheer volume and the

20    consistency.  And so I had taken them several pages

21    of it.

22    Q.       Do you recall what was discussed with the

23    police that night or that evening?

24    A.       Just that I was not aware what was going on,

25    but I wanted them to look into it and do whatever

Appendix1168

APRIL NACE

1    they needed to do.

2    Q.        How long was this meeting with the police?

3    A.        I'd say less than an hour, probably a half

4    hour.

5    Q.        It was you, your husband and a police

6    officer?

7    A.        And whoever was -- he was coming out of the

8    building getting into his car and we stopped him in

9    the parking lot.  They were closed at the time.

10   Q.        The police department was closed?

11   A.        Yes.  It was after hours.

12   Q.        Did the police officer ask you to do

13   anything that night?  Did he say I want this

14   materials, that materials, talk to so and so,

15   anything like that?

16   A.        He asked us what our intentions were, if we

17   would talk to Liz.  And we told him we were going to

18   talk to Liz, yes.

19   Q.        Anything else he asked of you or told you?

20   A.        They wanted her phone.  We didn't have it on

21   us that night.  So --

22   Q.        Did you know you'd be going back the next

23   day to give him the phone?

24   A.        I made arrangements with him that -- I think

25   it was my husband ran it up to him, I believe.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

APRIL NACE

1    Q.       Now, your husband testified about your

2    daughter had just gotten a new phone?

3    A.       Correct.

4    Q.       That just happened to be a coincidence, that

5    didn't trigger anything for you to look into

6    anything?

7    A.       Well, the old phone was broken and the new

8    phone had come -- that same week we had gotten her

9    the new phone.  And I was -- along with trying to

10   find out what was going on with the texts and looking

11   at the texts, I wanted to check on the billing.

12   Q.       Did you ever look at any texts?

13   A.       No.

14   Q.       Even -- did the police show you any texts?

15   A.       No.  They alluded to them, but we were never

16   shown them.

17   Q.       Did you go home from the police station on

18   the 26th?

19   A.       Yes.

20   Q.       Was your daughter home yet?

21   A.       No.  I picked her up later.

22   Q.       And when -- your husband said that there was

23   talk that night with the three of you and I couldn't

24   tell if you actually spoke or not.  But the three of

25   you were present for a talk that night.  Is that

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

APRIL NACE

1    accurate?

2    A.       Yes.

3    Q.       About what time did that happen?

4    A.       I believe practice was about six to eight.

5    So it would have been about 8:15 because she said she

6    wanted to go out for ice cream.

7    Q.       Was there any talk on the way home with Liz

8    about anything?

9    A.       No.

10   Q.       You get home, what happens?

11   A.       We pretty much jumped her as soon as she

12   came in the door.  And she made a statement she was

13   going out and we said, no, you're not.

14   Q.       What happened from there?

15   A.       We asked her to tell us about her

16   relationship with Mr. Romig.

17   Q.       When you say we, were both of you talking to

18   her?

19   A.       My husband and I.  He did most of the

20   talking.  I had agreed that he should handle it.

21   Q.       Okay.  Please continue.

22   A.       She denied that there was a relationship

23   going on.  We --

24   Q.       Did your husband then speak again?

25   A.       Yes.  He kept asking her and kept saying,

Appendix1171

APRIL NACE

1   you have to tell us the truth.  And so eventually she

2   said, yes, yes, there is a relationship, but she felt

3   it was okay, they were going to get married, he had

4   made plans to run away with her and told her that he

5   wasn't with his wife, all would be well and fine.

6   Q.        Did she tell you that she was having a

7   sexual relationship with him that night?

8   A.        Eventually, yes.

9   Q.        Did she tell you that they had been

10  exchanging photographs and videos with each other?

11  A.        I don't believe that came out that night.

12  Upon looking at the phone bill, I could see that

13  there were -- I'm not sure what they're called, what

14  it alludes to on the phone bill, if it says videos or

15  how it breaks it down, but I knew that there had been

16  an exchange of some kind of visual.

17  Q.        Did she tell you any of the specifics of her

18  sexual relationship that night, when it started, how

19  long it had been going on, where it was going on,

20  things like that?

21  A.        Not really sure how much she told us that

22  night.  It was brought out a lot when we met with the

23  detectives at the courthouse.

24  Q.        Let's focus on that night.  Anything else

25  you remember about your conversation with Liz that

1    night that we haven't discussed?

2    A.      She was extremely distraught.  She was

3    crying.  She never cried.

4    Q.      Did she tell you why she was crying or why

5    she was distraught?

6    A.      We told her she wasn't going to see him any

7    longer.  And she told us that wasn't fair and that

8    she could.  And we said, no, she would not, and life

9    isn't always fair.  But she eventually quieted down

10   enough and let me hold her and she was just -- her

11   heart was breaking.

12   Q.      Did you take her phone from her that night?

13   A.      Yes, we did.

14   Q.      Did you take the old phone away, as well?

15   A.      I believe -- the old phone didn't work, I

16   don't believe.  If one -- it had the same SIM card,

17   so when the new phone was working, the old phone

18   wouldn't work.  Had to be done by the phone company

19   to --

20   Q.      Did you bring both phones to the police --

21   or did someone bring both phones to the police the

22   next day?

23   A.      I believe so, yes.

24   Q.      That night, the night of the 26th, after

25   this talk with Liz, or as part of the talk, did you

Appendix1173

APRIL NACE

1    or your husband ask to look at the phone?

2    A.      No.

3    Q.      Is there anything else that happened that

4    night in terms of this Eric Romig situation that we

5    haven't discussed on the night of the 26th?

6    A.      I don't believe so.

7    Q.      Next day is Friday the 27th.  You think you

8    left your husband -- asked your husband to bring the

9    phone to the police?

10   A.      He snuck out of the house and took them up

11   there.  We did not tell her.

12   Q.      Was that in the morning?

13   A.      I believe it was.  It might have been early

14   afternoon.  I'm not positive.

15   Q.      Did Liz go to school that day?

16   A.      We did not get any sleep.  We were all

17   pretty physically ill.

18   Q.      Did she ask what had happened to her phone?

19   A.      She kept asking for it back.  We told her

20   no.  We didn't tell her that we had taken it and did

21   not have it in our possession.

22   Q.      Did you talk again with Liz about her

23   relationship with Mr. Romig on the 27th?

24   A.      We tried to explain our side and to get her

25   to understand that this was not normal and that

APRIL NACE

1    16-year-old girls don't run around with 36-year-old

2    men and shouldn't be expected at that age to know

3    what normal is yet.

4              And that eventually she would come to

5    understand, we hoped.

6    Q.      Did she tell you anything more about the

7    details of their relationship that day?

8    A.      I don't believe so.

9    Q.      Is there anything else that happened that

10   day that you can recall that in any way pertained to

11   Mr. Romig, the 27th?

12   A.      She just wanted her phone and kept saying

13   she had to have it.  And we said no.

14   Q.      Do you know -- does she have a computer at

15   home?

16   A.      We had an iPad and one main house computer.

17   Q.      Do you know if she used either of those on

18   the 27th to communicate with Mr. Romig?

19   A.      I learned later that, yes, she did.

20   Q.      Did you know that on the 27th she already --

21   she had another cell phone at her disposal?

22   A.      At that time -- to my knowledge, she did not

23   yet.

24   Q.      Did you learn that she did have one before

25   he was arrested?

1    A.        Yes.   The police came to our house.   They

2    had talked to us during the day on Monday and they

3    wanted Liz to come to the police station in Perkasie

4    immediately upon getting home from school.

5    Q.        That would have been Monday, the 30th?

6    A.        (Witness nods head.)

7    Q.        Right.

8    A.        So I took her to the police station and we

9    met with several officers, Bucks County, and other

10   Perkasie Borough officers.   And the result of that

11   meeting, we were taken -- driven to the Bucks County

12   courthouse and we spent hours down there where I

13   believe she met with the district attorney, but

14   everything was separate from me.   I was kept away.

15   Q.        Is there anything else you can recall

16   happening on the 30th that we haven't discussed?

17   A.        The detectives, Slattery and Kemmerer, came

18   to the house after we got done, which would have been

19   late at night.   We were probably from, like, 3:30 to

20   9:30 with the police, her and I.   They came back to

21   the house.   They took our iPad, they took the tower

22   computer, the computer itself.   I was left with the

23   monitor and the keyboard, but no way to work it.

24             They asked her for -- they took her

25   upstairs to her room and asked her for any material

APRIL NACE

1   possessions that he may have given her.  She was

2   still in an uncooperative stage at that point and had

3   to be reminded that the police -- she couldn't lie to

4   the police and that she needed to tell the truth.

5            And she eventually gave up several items

6   that he had given her.

7   Q.      Some jewelry and so forth?

8   A.      Jewelry, clothing.  The other cell phone

9   eventually came to light.

10  Q.      That would have been on the 30th, that

11  night?

12  A.      Yes.

13  Q.      Does that cover pretty much everything you

14  remember about the 30th?

15  A.      Yes.

16  Q.      Just take you back in time because we

17  skipped a couple days.  We left on the 27th.  On the

18  28th is a Saturday.  No school, but there is a

19  Sellersville Belles practice?

20  A.      Correct.

21  Q.      And I understand she did attend that

22  practice?

23  A.      She did.

24  Q.      You drove her there?

25  A.      I drove her.  I was supposed to be at work,

APRIL NACE

1   but I was too sick and I wasn't going to make it

2   through work.  She wanted to go to practice and I --

3   he was not letting her go to practice.  And I said,

4   if you're going, I'm going to be there and I am not

5   leaving.

6   Q.      Just so we're clear with pronouns, when you

7   say he, you're talking about your husband?

8   A.      My husband, yes.  Sorry.

9   Q.      So Liz wanted to go to practice that day,

10   your husband did not want her to go.  Did you have a

11   position?

12   A.      I would have preferred that she did not,

13   but --

14   Q.      And did either of you tell her you're not

15   going?

16   A.      Yes.  He was very -- my husband was very

17   adamant about that.

18   Q.      I understand that.  But ultimately you drove

19   her to practice?

20   A.      I did.

21   Q.      So would it be fair to say you agreed to let

22   her go to practice?

23   A.      I agreed as long as I was there and could

24   watch everything.  And we laid ground rules that she

25   was not to be alone with him, she was not to talk to

Appendix1178

APRIL NACE

1    him privately, she was not to go anywhere that I

2    could not see her.

3    Q.       And how long was the practice?

4    A.       Usually an hour and a half to two hours.

5    Q.       Were you in -- how far away from you was she

6    during the practice?  In other words, were you on the

7    field or in your car?

8    A.       I was outside of my car in the parking lot

9    right next to the field.

10   Q.       You were aware that she was interacting with

11   Mr. Romig during that practice?

12   A.       Correct.

13   Q.       Did you see her the whole time?

14   A.       Yes, I did.

15   Q.       Do you know what they were discussing?  You

16   couldn't hear that, I assume?

17   A.       I could not hear that.  And I did not.

18   Q.       Is there anything else that happened on the

19   28th that pertained to Eric Romig?  That Saturday.

20   A.       She just felt that she had to go to practice

21   so that it didn't look strange.  We didn't want to

22   tip him off as to what was going down.  She did not

23   know of our involvement with the police.  She knew we

24   were going to seek out the police, we had told her.

25   She begged us not to.

Appendix1179

APRIL NACE

1  Q.      On the 28th, did she tell you anything more

2  about the nature and extent of her relationship with

3  Mr. Romig?

4  A.      No, I don't think so.

5  Q.      How about on the 29th, which is the Sunday?

6  A.      No.

7  Q.      Did anything unusual happen that day,

8  anything pertaining to Eric Romig, I should say?

9  A.      Not that I was aware of, no.

10  Q.      You told me about the 30th already.  She did

11  go to school that day?

12  A.      She did go to school.  We wanted to, like I

13  said, keep everything as close to normal as possible.

14  Q.      Was there a Sellersville Belles practice

15  that day?

16  A.      No.

17  Q.      Was there one on the 1st?

18  A.      Yes.

19  Q.      Did she go to that practice?

20  A.      Yes, she did.

21  Q.      By that time, Eric Romig was in custody?

22  A.      Yes, he was.

23  Q.      And did you discuss anything with -- on

24  October 1st about Eric Romig?

25  A.      I told her that he had been arrested before

Appendix1180

APRIL NACE

1   she had got to practice after she came home from

2   school.

3   Q.      How did she react to that?

4   A.      It upset her greatly.

5   Q.      Do you have an understanding why?

6   A.      She was still in love with him.  She

7   basically -- the detectives had told her that she

8   wasn't his first victim and that there were others.

9   She thought she was special.

10   Q.      And did you hear the detectives say this to

11   her?

12   A.      Yes.

13   Q.      What did they say?

14   A.      That she wasn't special.  She was -- he was

15   still with his wife when he led her to believe that

16   his wife and him had separated and that they were no

17   longer -- that they were getting a divorce.  He told

18   her, this is absolutely not true, that they had

19   spoken with friends of the Romigs.

20           And they did drive us after the

21   courthouse up to Romig's house to see if the vehicles

22   were there or to make sure that she had named it as

23   one of the places.  And so --

24   Q.      Was this on the 30th or the 1st?

25   A.      That was on the 30th.

Appendix1181

APRIL NACE

1    Q.       Did the detectives tell you on the 1st who

2    she was -- who Eric Romig was also having or had ever

3    had relations with?

4    A.       No.

5    Q.       As we sit here today, other than whatever

6    your attorney may have told you, do you have any

7    knowledge about other sexual relationships that Eric

8    Romig has had with school-aged girls?

9    A.       Just that Kemmerer and Slattery alluded that

10   there were others, but names, no.

11   Q.       Up until now in 2015, other than what your

12   attorney may have told you --

13   A.       Correct.

14   Q.         -- you don't know of any details about

15   that?

16   A.       Correct.

17   Q.       Did your daughter continue to go to school

18   after the arrest?

19   A.       She was not allowed to go the day of the

20   arrest.  They had said when she gave up the last cell

21   phone that had been hidden at our house, outside our

22   house, they had said she should not go to school

23   because they were afraid she would somehow get into

24   contact, borrow a friend's phone, computer, something

25   at school.  So other than that, she didn't -- she

APRIL NACE

1    missed some time for meetings with NOVA, but --

2    Q.       The meetings with NOVA is the support group

3    for victims of crimes?

4    A.       Correct.

5    Q.       When did those visits start?

6    A.       They met with her soon after his arrest, I

7    believe, in early October.

8    Q.       How many visits do you think she had with

9    those people?  I'm distinguishing, I believe they

10   come to court with you, as well.

11   A.       I was going to say.  There was separate --

12   the meetings we had in Perkasie, she just -- sort of

13   just observed and got her side of the happenings.

14   And then like six months later, she actually started

15   seeing somebody.  They had told me they would -- they

16   had assigned her a counselor and it was a male and

17   she would not talk to a male.  She had problems

18   dealing with male adults.

19   Q.       So let me make sure I'm getting it straight.

20   For the six months or so following his arrest,

21   whatever mental health treatment she had was through

22   NOVA?

23   A.       She did not have any for the first --

24   Q.       Did they provide any counseling for her at

25   all?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

APRIL NACE

1    A.        They had wanted to provide a male counselor

2    and she said no.  And I had said, no, right away,

3    also.

4    Q.        Did -- in those first six months, did you go

5    outside of NOVA and say I'm going to take her to this

6    person or that person?

7    A.        I told her that I thought she should, but

8    she refused and did not want to.

9    Q.        All right.  And if I'm understanding

10   correctly, after about six months, did they refer her

11   to someone else or did you and your husband find her

12   someone?

13   A.        I looked -- I looked into it.  The woman,

14   she eventually -- Miss Leventhal -- Levenberg --

15   Leventhal, I think it is.

16   Q.        We'll call her Dr. L.

17   A.        She was referred by her Girl Scout leader,

18   whose daughter had had problems also in this area and

19   was --

20   Q.        Problems with --

21   A.        Was in treatment.

22   Q.        Problems with having sexual relations with

23   an older man?

24   A.        Sexually abused, yes.

25   Q.        Sexually abused, I'm sorry.  Okay.

APRIL NACE

```
 1                 How many times do you think she saw Dr.
 2    L?
 3    A.        Several months.  I'd say at least ten to 12.
 4    Q.        And when did that end, approximately?
 5    A.        The end of the summer, I believe, it was or
 6    the middle of the summer in 2014.
 7    Q.        Has she seen any other healthcare -- mental
 8    healthcare providers since then?
 9    A.        She had seen one at the same time, Trushel.
10    That I was paying for.  She saw her -- I want to say
11    at least three times, but I believe her records state
12    that she didn't.  But I would have sworn I took her
13    more than that.
14    Q.        So in terms of mental health treatment that
15    she's had since this arrest, that you're aware of,
16    it's the 10 to 15 times with Dr. L and the roughly
17    three times with Dr. T?
18    A.        Yes.
19    Q.        Anyone else?
20    A.        No.
21    Q.        Any since the summer of 2014?
22    A.        No.
23    Q.        So for her junior year, her 11th grade year
24    in high school, did she appear to do well
25    academically?
```

Appendix1185

APRIL NACE

1    A.        During the -- after he was first

2    incarcerated, she was having problems and it was

3    extremely tough for her to pay attention and to just

4    concentrate.  So she had fallen behind a little bit

5    in the first semester, first quarter.

6    Q.        Was she able to make that up?

7    A.        She was.  I spoke with Pennridge and --

8    Q.        Do you believe that her academic performance

9    changed one way or the other in any significant way

10   in her junior and senior years other than what you

11   just told me about the first few weeks following the

12   arrest?

13   A.        I think it's gotten harder for her.  Other

14   than -- she's always been able to breeze through her

15   classes and it was never a struggle, everything came

16   easy to her.  And now it's -- it's much more

17   difficult.

18   Q.        When you say now, are you talking about now

19   that she's in college?

20   A.        The last year in school, in high school

21   even, she -- it takes her more to get the same

22   grades.  It's not as easy.

23   Q.        Am I to understand that her grades were

24   roughly the same as they had been before the arrest?

25   A.        Yes.

APRIL NACE

1    Q.        In terms of her social activity in her 11th

2    and 12th grade in high school, did that remain the

3    same?  In other words, interacting with her friends?

4    A.        When she was seeing him, when I looked back

5    on her phone texting, he pretty much excluded her

6    from seeing her friends and she basically only saw

7    him and texted him and she had cut off most of her

8    friendships.

9    Q.        I'm talking about after his arrest, from

10   then until she graduated from high school.

11   A.        After his arrest, she went back to being

12   friends and developing those relationships again.

13   Q.        That appeared to be similar to the way it

14   had been before the --

15   A.        Yes.

16   Q.          -- summer of 2014?

17   A.        Yes.

18   Q.        I know you talked about her softball

19   playing.  She was in the honor society both years?

20   A.        Yes, she was.

21   Q.        Was she in any other clubs or social groups,

22   either through the school or outside of the school

23   during that time?

24   A.        Outside of school, not at the school.  She

25   had done Key Club in her freshman year.  I believe

Appendix1187

APRIL NACE

1    she had done the -- the Yearbook Club her sophomore

2    year.

3    Q.        The three schools that she applied to for

4    college, who chose them?

5    A.        They were schools that we all agreed on.

6    Q.        Who picked them?  Who said I'm interested in

7    that one, I'm interested in that one, I'm interested

8    in that one?

9    A.        When we were on the Sellersville Belles,

10   when it was a team that played college tournaments --

11   to be seen by colleges for exposure.  So when

12   colleges came to those tournaments, she would get

13   exposed and she would see.  So it was basically a

14   mutual, you know, this college has had some interest

15   and --

16   Q.        In her 11th and 12th grade years, were there

17   colleges that she was interested in that you and your

18   husband pushed her away from, said I don't want you

19   to you go there?

20   A.        Yes.

21   Q.        Do you remember which one or ones they were?

22   A.        The one in Texas, east or west Texas A&M.

23   Q.        And I personally have my own issues with

24   Texas, but I'm not sure they're the same ones.  Your

25   husband described Texas was the problem.  What was

Appendix1188

APRIL NACE

1    the issue with Texas?

2    A.      It's personal, but -- it's next to Mexico.

3    I don't like the drug problem and the drug cartel

4    coming out of Mexico.  And it's way too close.

5    Q.      Was that the only one that there was a

6    problem that you guys didn't want her --

7    A.      That was the only one she pushed for out of

8    state.

9    Q.      Did she get exposed to that through the

10   coaches?

11   A.      No.

12   Q.      Do you know how she got exposed to that one?

13   A.      I'm not sure.

14   Q.      Was her -- this last year of high school an

15   overall positive experience?

16           MR. GROTH:  Object to the form.

17           You can answer.

18   A.      To my knowledge, yes.

19   Q.      Are you aware of any -- that she was shunned

20   or picked on or treated badly by anyone in school

21   during her senior year or her junior year, for that

22   matter?

23   A.      I believe not, that she was not.  She was

24   afraid that there would be, but --

25   Q.      That didn't actually happen, to your

Appendix1189

APRIL NACE

1   knowledge?

2   A.      No.

3   Q.      All right.  The summer of 2015, the one

4   after her graduation before she went to college, she

5   worked at the store, your store?

6   A.      Correct.

7   Q.      Was she socially active?

8   A.      Yes.

9   Q.      Since Eric was arrested, has she had any

10  boyfriends?

11  A.      Yes.

12  Q.      How many, to your knowledge?

13  A.      She went to the prom with the gentleman my

14  husband named, Brooks Countiss.  I believe she was

15  seeing him from early this year to probably July of

16  this year.

17  Q.      And your husband mentioned another guy and

18  he just knew his first name.

19  A.      His name is Josh.  I do not know his last

20  name.

21  Q.      Do you know her status with her relationship

22  with him now?

23  A.      She's still seeing him.

24  Q.      Does he go to college?

25  A.      No.  He's still in high school.  He's a

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

APRIL NACE

```
 1   senior.
 2   Q.        Pennridge?
 3   A.        No.  Coatesville.
 4   Q.        Does she come back to visit him?
 5   A.        No.
 6   Q.        Do you know how she sees him if she's in
 7   Lycoming --
 8   A.        When she was home during the summer, she
 9   would drive down to his mom's house.
10   Q.        I see.  Okay.  Was her experience in the
11   summer of 2015 overall positive, did she have a good
12   summer?
13   A.        I believe so.  We -- her and I do mission
14   trips together and we had gone on a mission trip this
15   summer, also.  And that went well.  And that is where
16   she met Josh.
17   Q.        Okay.  Now, she's a freshman at Lycoming
18   College up in the Williamsport area?
19   A.        Yes.
20   Q.        And she's been there for roughly two months.
21   Are you aware of how well that is going for her?
22   A.        Seems to be going well.  I know she's not
23   all that happy with her roommate.
24   Q.        Okay.  And she's on the softball team?
25   A.        Yes.
```

Appendix1191