# Historical Grades

NACE, ELIZABETH ANNE  ID 106306  B  PHS  Admit 213

| Year/Term | Grd Lvl | Course number | Course | Earned Credit | E1 | E2 | Q1 | Q2 | Q3 | Q4 | Yr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14-15 YR | 12 | 520 | AP BIOLOGY | 1.25 | C | C | B | B | B | A | B |
| 14-15 YR | 12 | 469 | AP PSYCHOLOGY | 1.00 | C | C | A | A | B | B | B |
| 14-15 YR | 12 | 359 | AP STATISTICS | 1.00 | B | D | A | A | A | A | A |
| 14-15 S1 | 12 | 596 | FINANCIAL FOUNDATIONS | 0.50 | A | | A | A | | | A |
| 14-15 S1 | 12 | 5019 | GERMANY HON | 1.00 | B | | A | A | A | A | B |
| 14-15 YR | 12 | 789 | PHYS ED 11/12 | 0.25 | | | A | A | | | A |
| 14-15 S2 | 12 | 171 | SOCIOLOGY/ HONORS | 0.50 | | | | A | A | A | A |
| 14-15 YR | 12 | 445 | WESTERN LIT HON | 1.00 | B | B | A | A | A | B | A |
| 13-14 YR | 11 | 353 | AP CALC AB | 1.00 | C | | A | A | A | A | A |
| 13-14 YR | 11 | 329 | CHEMISTRY HON | 1.00 | C | | B | A | A | B | B |
| 13-14 S2 | 11 | 243 | CRIMINALISTICS | 0.50 | | A | | | A | A | A |
| 13-14 S1 | 11 | 341 | FORENSICS | 0.50 | A | | A | A | | | A |
| 13-14 YR | 11 | 5019 | GERMAN II HON | 1.00 | | | A | A | A | A | A |
| 13-14 YR | 11 | 789 | PHYS ED 11/12 | 0.25 | | | | A | A | A | A |
| 13-14 S1 | 11 | 122 | WORLD CULTURES HON | 1.00 | A | | A | A | | | A |
| 13-14 YR | 11 | 433 | WORLD LIT HON | 1.00 | A | B | A | A | A | A | A |
| 12-13 YR | 10 | 112 | 20 CENT AM CULTURES HON | 1.00 | B | A | B | A | A | A | A |
| 12-13 YR | 10 | 423 | AMERICAN LIT HON | 1.00 | B | A | A | B | B | B | B |
| 12-13 S1 | 10 | 635 | GERMAN I | 0.50 | A | | A | A | | | A |
| 12-13 S2 | 10 | 457 | CREATIVE WRITING | 0.50 | | | | A | A | A | A |
| 12-13 YR | 10 | 5017 | GERMAN II | 1.00 | A | | A | A | A | A | A |
| 12-13 YR | 10 | | GRAD PROJECT | 0.25 | A | | A | A | A | P | P |
| 12-13 YR | 10 | 775 | HEALTH 10 | 0.25 | | | | A | A | A | A |
| 12-13 YR | 10 | 784 | PHYS ED 10 | 0.25 | B | A | A | A | A | A | A |
| 12-13 YR | 10 | 571 | PHYSICS HON | 1.00 | B | C | A | B | B | C | B |
| 12-13 YR | 10 | 289 | PRECALCULUS HON | 1.00 | B | B | A | A | A | C | A |
| 11-12 YR | 9 | 105 | 19TH CENTURY AMERICAN CULTURE/NE HON | 1.00 | B | C | A | A | B | A | A |
| 11-12 YR | 9 | 252 | ALGEBRA II HON | 1.00 | B | C | A | A | A | A | A |
| 11-12 YR | 9 | 513 | BIOLOGY HON | 1.00 | B | D | A | A | B | B | B |
| 11-12 YR | 9 | 413 | ENGLISH HON | 1.00 | A | | A | A | A | A | A |
| 11-12 S1 | 9 | 737 | FOOD PREP I | 0.50 | | | | | | | A |
| 11-12 YR | 9 | 5016 | GERMAN I | 1.00 | | | A | A | A | B | A |
| 11-12 S2 | 9 | 681 | INTRO TO ART | 0.50 | | A | | | | B | A |
| 11-12 YR | 9 | 779 | WELLNESS | 1.00 | A | | A | A | A | A | A |

Grade 12

Pennridge High School
ATTENDANCE TO DATE
July 10, 2015

ELIZABETH NACE
300 VINE ST
PERKASIE, PA 18944
Mother: NACE, APRIL

Grade:            12
Homeroom:         213
Telephone:        215-453-9741
Father: NACE, JAMES

*Please see bottom of page for descriptions of attendance codes.*

**Total Number of School Days to Date: = 184.0**

**Total Cumulative Absences: 4.5**
CV - 10/03/2014
HDCM - 10/13/2014
HDCM - 12/05/2014
FDCM - 03/06/2015
FDCM - 05/27/2015
HDCM - 05/29/2015

**Total Non Cumulative Absences: 0**

**Total Non Cumulative Tardies: 0**

**Total Unexcused Absences: 0**

**Total Cumulative Tardies: 0**

**Total Unexcused Tardies: 0**

**Other Absences: 0**
EDCM - 11/14/2014
EDCM - 01/29/2015
EDCM - 04/17/2015
EDCM - 05/07/2015

**Other Tardies: 0**

Grade 11

Penridge High School
ATTENDANCE TO DATE
July 10, 2015

ELIZABETH NACE
300 VINE ST
PERKASIE, PA 18944
Mother: NACE, APRIL

Grade:          12
Homeroom:       213
Telephone:      215-453-9741
Father: NACE, JAMES

*Please see bottom of page for descriptions of attendance codes.*

**Total Number of School Days to Date: = 184.0**

**Total Cumulative Absences: 4.5**
FDCM - 09/12/2013
FDCM - 09/27/2013
FDCM - 10/01/2013
HDCM - 02/21/2014
FDCM - 06/12/2014

**Total Non Cumulative Absences: 0**

**Total Non Cumulative Tardies: 0**

**Total Unexcused Absences: 0**

**Total Cumulative Tardies: 0**

**Total Unexcused Tardies: 0**

**Other Absences: 0**
EDCM - 09/30/2013
EDCM - 10/07/2013
EDCM - 01/23/2014
EDCM - 02/27/2014
EDCM - 04/07/2014
EDCM - 04/24/2014
EDCM - 06/13/2014

**Other Tardies: 0**

Appendix1288

Grade 10

Pennridge High School
ATTENDANCE TO DATE
July 10, 2015

ELIZABETH NACE
300 VINE ST
PERKASIE, PA 18944
Mother: NACE, APRIL

Grade:           12
Homeroom:        213
Telephone:       215-453-9741
Father: NACE, JAMES

*Please see bottom of page for descriptions of attendance codes.*

**Total Number of School Days to Date: = 184.0**

**Total Cumulative Absences: 6.5**
HDCM - 10/26/2012
FDCM - 01/25/2013
FDCM - 04/29/2013
FDCM - 04/30/2013
FDCM - 05/01/2013
FDCM - 05/02/2013
FDCM - 05/03/2013

**Total Non Cumulative Absences: 0**

**Total Non Cumulative Tardies: 0**

**Total Unexcused Absences: 0**

**Total Cumulative Tardies: 0**

**Total Unexcused Tardies: 0**

**Other Absences: 0**
EDCM - 03/14/2013
EDCM - 04/03/2013
EDCM - 04/18/2013
EDCM - 06/07/2013

**Other Tardies: 0**

Appendix1289

Grade 9

ATTENDANCE TO DATE
July 10, 2015

ELIZABETH NACE
300 VINE ST
PERKASIE, PA 18944
Mother: NACE, APRIL

Grade:        12
Homeroom:     213
Telephone:    215-453-9741
Father: NACE, JAMES

*Please see bottom of page for descriptions of attendance codes.*

**Total Number of School Days to Date: = 184.0**

**Total Cumulative Absences: 7.5**
FDCM - 11/11/2011
FDCM - 01/10/2012
HDCM - 04/27/2012
FDCM - 04/30/2012
FDCM - 05/01/2012
FDCM - 05/02/2012
FDCM - 05/03/2012
FDCM - 05/04/2012

**Total Non Cumulative Absences: 0**

**Total Non Cumulative Tardies: 0**

**Total Unexcused Absences: 0**

**Total Cumulative Tardies: 0**

**Total Unexcused Tardies: 0**

**Other Absences: 0**

**Other Tardies: 0**

Appendix1290

PowerSchool

Start Page > Student Selection > Log Entries

## Log Entries

NACE, ELIZABETH ANNE   12   108308   B   PHS   Moffett   213

Edit Discipline Alert

New

| Date |
| --- |

No log entries were found for this student.

Student's Name (please print): **Liz Nace**

Homeroom # **213**     Grade **11**

September 3, 2013

Dear Parent/Guardian:

In an effort to keep parents and guardians informed and up-to-date regarding expectations for our students, we have provided each student with a student handbook. This handbook addresses the Pennridge High School Discipline Code and important information about our policies and procedures. All students have received a copy of the student handbook and are required to make themselves aware of all policies, rules, and regulations contained therein.

In order to ensure that all parents have been made aware of these policies, we are requiring each student to return this letter, with the student's signature and the signature of a parent or guardian, to his/her homeroom/first period teacher no later than September 11, 2013. Failure to return this letter by this date will result in the student being assigned a detention.

Please take a few minutes to look over the handbook then sign below to acknowledge that you have received and reviewed it. If you have any questions regarding these, or any other school policies, please feel free to contact the appropriate assistant principal at (215) 453-6944:

10th grade: Mr. David Laboski X1010      11th grade:  Mr. Ray Ott              X2010
12th grade: Mr. Scott Hegen   X4119      9th grade:   Mr. Nicholas Schoonover  X4022

Thank you for taking the time to review this material, with your help, we look forward to having a pleasant and successful school year.

Sincerely,

Dr. Thomas J. Creeden
Principal

My signature below acknowledges that I have received a copy of the student handbook. I understand it is my responsibility to make myself aware of, and familiar with, its contents.

Student's Signature: **Liz Nace**          Date: **9-3-13**

My signature below acknowledges that my son/daughter has received a copy of the student handbook. I understand, that every student is responsible for familiarizing himself/herself with their contents. I have received and reviewed the handbook.

Parent/Guardian's Signature: **April Nace**     Date: **9-3-13**

## 2013-2014 HIGH SCHOOL ADMINISTRATION
### PRINCIPAL
Dr. Thomas J. Creeden (215) 453-6944 x4021
### ASSISTANT PRINCIPALS
Mr. Scott Hegen – grade 12 (215) 453-6944 x4119
Mr. Raymond Ott -- grade 11 (215) 453-6944 x2010
Mr. David Laboski – grade 10 (215) 453-6944 x1010
Mr. Nicholas J. Schoonover III – grade 9 (215) 453-6944 x4022
### COUNSELORS
(215) 453-6944 Option #2
Mrs. Shannon O'Sullivan (coordinator)
### SUPERINTENDENT OF SCHOOLS
Dr. Jacqueline A. Rattigan (215) 453-2710
### DIRECTOR OF PUPIL SERVICES
Dr. Robert Phillips (215) 453-2785
### DIRECTOR OF ATHLETICS
Mr. Dave Babb (215) 453-6944 x4060
**Sports Hotline** (215) 453-2349
### ATTENDANCE (215) 453-6944
Grade 9&10 x4020  Grade 11&12 x4235
**Nurse's** Office (215) 453-6944 x4041
### TRANSPORTATION (215) 453-2756

### Introduction for your student handbook:

The purpose of the *Student Handbook* is to give Pennridge School District students and their parents/guardians an understanding of the general rules and guidelines for attending and receiving an education in our schools.  In a case of conflict between a board policy and the provision of this handbook, the board policy most recently adopted will prevail.

Students and parents/guardians should be aware that this document is reviewed annually because policy adoption and revision is an ongoing process.  These changes generally will supersede the provisions found in the handbook, which will become obsolete by the newly adopted policy.  The handbook is not a contract between the school and parents/guardians or students.  It can be amended at any time at the discretion of the district.  If policy changes are enacted during the school year, the administration will make every attempt to communicate those changes to students, staff, and parents/guardians.

Because a handbook of this nature cannot cover every possible item or incident that may arise, final resolution of each of these situations will be made by the school administration.

***SPECIAL THANKS TO 10th GRADER VANESSA LIZANO FOR THE DESIGN ON THE HANDBOOK'S COVER and 10th GRADER BRITTANY SMITH FOR THE DESIGN ON THE BACK OF THE HANDBOOK. THE PHOTO ON THE BACK COVER WAS TAKEN BY 10th GRADE GINA GIOVINCO.***

## TABLE OF CONTENTS

Principal's Message ........................................................................ 4
Alma Mater ................................................................................... 4
Mission Statement ......................................................................... 5
Unlawful Harassment ..................................................................... 5
Bullying ......................................................................................... 6
Cyber Bullying Statement .............................................................. 7
Daily Bell Schedule ....................................................................... 8
**GENERAL INFORMATION** .................................................... 9
Academic Honors .......................................................................... 9
Announcements ............................................................................. 9
Examinations ................................................................................. 9
Mid-year and Final Examinations .................................................. 9
Grading Procedures ..................................................................... 10
Graduation Requirements ............................................................ 11
Lockers ....................................................................................... 12
National Honor Society ............................................................... 13
Senior Privilege .......................................................................... 13
Physical Education Rules ............................................................ 13
Science Department Rules ........................................................... 14
Prescribed Drugs and Medication ............................................... 14
Release of Information to the Military ......................................... 15
Summer School ........................................................................... 15
Remediation ................................................................................ 15
Correspondence Courses ............................................................. 16
Sales Promotions ........................................................................ 16
Student Insurance ........................................................................ 16
Telephones .................................................................................. 16
Visitors ....................................................................................... 16
Weather Emergency .................................................................... 17
Fire Drills/Emergency Evacuations ............................................. 17
Student ID Cards ......................................................................... 17
**STUDENT SERVICES** ........................................................... 17
Counseling Services .................................................................... 17
College and Career Center .......................................................... 17
Dual Enrollment ......................................................................... 18
Working Papers ........................................................................... 19
Health Services ........................................................................... 19
Transportation – Late Buses ........................................................ 20
Bus Transportation Regulations .................................................. 20
Use of Computer and Technology Equipment .............................. 20
Internet Safety ............................................................................ 21
Computer Misconduct .................................................................. 21

2

Appendix1294

**STUDENT RIGHTS/ RESPONSIBILITIES** ................................ 21
Affection Policy ................................................................ 22
Attendance Regulations/Procedures ...................................... 22
Types of Absences .............................................................. 24
    Cumulative/Lawful ....................................................... 24
    Non-Cumulative ........................................................... 25
    Truancy/Unlawful ......................................................... 25
Credit Denial .................................................................... 26
Retesting ......................................................................... 26
Early Dismissal ................................................................. 26
Cheating/Plagiarism ........................................................... 27
Dress Code ...................................................................... 28
Discipline ........................................................................ 29
Obligations/Participation Requirements .................................. 30
Discipline Charts ............................................................... 31
Tardy/Late to Class Record .................................................. 41
Drug and Alcohol Policy/Student Assistance Program ................. 42
Administrative Procedures for Drug and Alcohol Violations .......... 44
Food/Drink in School Building .............................................. 48
Hall Passes ...................................................................... 49
Inappropriate/Abusive/Obscene Language ................................ 49
Library Rules and Regulations .............................................. 49
Parking Lot Regulations ...................................................... 51
Student Vehicles Being Searched ........................................... 52
Student Drop-off Points ...................................................... 53
Pornography ..................................................................... 53
Cell Phones/Camera Phones/ Pagers/etc. ................................. 53
Restricted Areas ............................................................... 54
Skateboards ..................................................................... 54
Smoking .......................................................................... 54
Threats of Violence and Physical Abuse ................................... 54
Cutting Class .................................................................... 54
Behavioral Adjustment Period (BAP) ...................................... 54
Detention Rules and Regulations ........................................... 55
Saturday Morning Detention (SMD) ........................................ 55
Saturday Morning Community Service (SMCS) ........................... 56
Alternative Instructional Program (AIP) ................................... 57
Rules for Out of School Suspension ........................................ 57
Study Hall Rules ................................................................ 57
Textbooks/School Equipment and Facilities ............................. 58
Weapons .......................................................................... 58
Ejection/Suspension Policy .................................................. 59
Athletic/Band Eligibility ..................................................... 59
Dance/Activity Regulations .................................................. 60
Policies Concerning Student Speakers at Commencement .............. 61

3

**PRINCIPAL'S MESSAGE**

Pennridge High School is very happy to provide its students with this handbook. It has been and continues to be a most useful tool to help students manage their daily assignments and appointments. We encourage you to use your handbook on a regular basis. Please take the time to familiarize yourself with the school's policies that are in the front of this handbook. Hopefully, you will find it easy to use, not only as an assignment book, but also as a resource for your classes. Please use this handbook to keep track of your progress as you work and plan. Best wishes for a successful year. Please do not hesitate to stop by my office.

Dr. Thomas J. Creeden
Principal

**ALMA MATER**

Raise a song of pride & friends
To our Pennridge High
Rally 'round her; pledge allegiance
Raise her standard high.
May she e'er be standing ready
To supply our needs;
And her name be never tarnished by
Our words or deeds.
'Tho our homes are widely scattered
Past acquaintance slight,
Here we stand as one, united,
"Neath the Green & White.
Here we toiled through all our classes,
Thronged the halls and cheered;
Here we made the friendships strong
That Time will leave endeared.

*Ellen Jane Bossard, '55*

4

# PENNRIDGE SCHOOL DISTRICT
# MISSION STATEMENT

Pennridge High School, as part of a broader community, will foster a sense of responsibility empowering all students to participate in a diverse and innovative range of opportunities to achieve their academic goals and to become vital members of society.

**Pennridge High School Recognition Statements**
We recognize that:
Each member of the Pennridge community is worthy of being treated with dignity and respect. It is the joint responsibility of students, parents, staff, and the community to ensure an educational environment that will enable all individuals to realize their potential.

**Pennridge High School Belief Statements**
We believe:
That all students should be able to attain the skills necessary to successfully compete on the 21st century global stage.
That all students should be provided with thought-provoking, meaningful curricula that inspire lifelong learning.
That all students should be able to communicate convincingly and effectively through verbal, written, and artistic expression.
That all students should be encouraged to achieve and maintain a healthy lifestyle.
That all students should be able to demonstrate technological competency.
That all students should be able to engage in the free exchange of ideas in a safe and supportive environment.

## UNLAWFUL HARASSMENT

Each student is responsible for respecting the rights of his/her fellow students and of staff, outside contractors and vendors and for ensuring and maintaining an atmosphere free from all forms of unlawful harassment. (School Board Policy 248)  Likewise, you as students, have the right to be free of discrimination and/or harassment in the school setting.  If you believe that you have been the victim of discrimination, you will report this to the school principal or assistant principal.   You may also report discrimination to any teacher or school guidance counselor.  Once a report of discrimination or harassment has been made, an investigation will be conducted.  An effort will be made to keep the investigation confidential. The investigation will be conducted according to Board Policy 248. Violation of the Non-discrimination/Harassment policy may result in discipline up to and including expulsion from school.   Administrative disciplinary action may be imposed, depending upon the severity of the incident and/or the student's disciplinary record.
The Pennridge School Board strives to provide a safe, positive environment for all students and staff members. Therefore, it is the policy of the District to maintain a learning and working environment in which discrimination

5

Appendix1297

and harassment in any form are not tolerated. Harassment on the basis of race, color, religion, ancestry, gender, national origin, age, or handicap/disability is a violation of both federal and state law as it is a form of discrimination. The Board prohibits all forms of unlawful harassment, including harassment because of sexual orientation.

The term **"harassment"** includes, but is not limited to, slurs, jokes, or other verbal, graphic, or physical conduct relating to an individual's race, color, religion, ancestry, gender, sexual orientation, national origin, age or handicap/disability.

**"Ethnic harassment"** includes the use of any derogatory word, phrase or action characterizing a given racial or ethnic group that creates an offensive educational environment.

**"Sexual harassment"** shall consist of unwelcome sexual advances, requests for sexual favors, and other inappropriate verbal or physical conduct of a sexual nature when:

1.  Acceptance of unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature is a term or condition of an individual's education.
2.  Submission to or rejection of such advances/conduct is the basis for academic decisions affecting the individual.
3.  Such conduct has the purpose or effect of substantially interfering with an individual's academic performance or of creating an intimidating, hostile, or offensive educational environment.

Examples of sexual harassment include, but are not limited to: sexual flirtations, advances, touching or propositions, verbal abuse of a sexual nature, graphic or suggestive comments about an individual's dress or body, sexually degrading words to describe an individual, sexual jokes, pin-ups, calendars, objects, graffiti, vulgar statements, abusive language, sexual innuendoes, references to sexual activities, overt sexual conduct, or any such conduct that has the effect of unreasonably interfering with a student's ability to learn or which creates an intimidating, hostile or offensive learning environment.

## BULLYING

Bullying occurs when one child or a group of students repeatedly hurt another child through words and/or actions. Bullying may involve physical aggression such as fighting, shoving or kicking; verbal aggression such as name calling and rumor spreading: and/or non-verbal aggression such as intimidation, threatening gestures, and deliberate exclusion from a group or activity.

**Bullying** shall mean an intentional electronic, written, verbal or physical act or a series of acts that occurs in school setting (*"School setting" shall mean in the school, on school grounds, in school vehicles, at a designated bus stop or at any activity sponsored, supervised, or sanctioned by the school)* and is severe, persistent or pervasive and is directed at another student or students; and substantially interferes with a student's education, creates a threatening environment; or substantially disrupts the orderly operation of the school.

6

A school entity is not prohibited from defining bullying in such a way as to encompass acts that occur outside a school setting, if those acts are severe, persistent or pervasive; are directed at another student or students; and have the effect of doing any of the following: substantially interferes with a student's education; creates a threatening environment; or substantially disrupts the orderly operation of the school.

## CYBER BULLYING STATEMENT

An individual's "lewd, indecent, or offensive speech" is not protected by the First Amendment. This applies equally to speech that is verbal, gestural or communicated in writing through the written word whether on paper or through other mediums. The school district may take disciplinary action if the speech would substantially disrupt or interfere with the work of the school or the rights of other students or staff members.

Peer to Peer harassment that occurs over the internet through the use of e-mail or a web-site is called cyber-bullying and will not be tolerated. Students who engage in this conduct, whether or not the conduct occurs outside of the school day and whether or not the bullying occurs through the use of privately owned computer equipment, will be disciplined in accordance with the Code of Conduct. Student to Teacher or Teacher to Student internet harassment is called cyber harassment and will not be tolerated. Students or staff members who engage in this conduct, whether or not the conduct occurs outside of the school day and whether or not the bullying occurs through the use of privately owned computer equipment, will be disciplined in accordance with the Code of Conduct. A student or staff member who believes that he or she has been the victim of cyber bullying or harassment should follow the same procedures set forth in the District's policy prohibiting harassment.

7

Appendix1299

## DAILY BELL SCHEDULE
### 7:05 – OPENING BELL 7:13 - FINAL WARNING BELL

| LUNCH 4 | | LUNCH 6 | | LUNCH 8 | |
|---|---|---|---|---|---|
| Period 1 | 7:15 - 8:10 | Period 1 | 7:15 - 8:10 | Period 1 | 7:15 - 8:10 |
| (AM V/T depart 8:05) | | (AM V/T depart 8:05) | | (AM V/T depart 8:05) | |
| Period 2 | 8:15 - 9:05 | Period 2 | 8:15 - 9:05 | Period 2 | 8:15 - 9:05 |
| Period 3 | 9:10 - 10:00 | Period 3 | 9:10 - 10:00 | Period 3 | 9:10 - 10:00 |
| **Lunch** | 10:00 - 10:30 | Period 4/5 | 10:05 - 10:55 | Period 4/5 | 10:05 - 10:55 |
| Period 5/6 | 10:35 - 11:25 | (PM V/T – depart 10:55) | | (PM V/T – depart 10:55) | |
| Period 7/8 | 11:30 - 12:20 | **Lunch** | 10:55 - 11:25 | Period 6/7 | 11:00 - 11:50 |
| Period 9 | 12:25 - 1:20 | Period 7/8 | 11:30 - 12:20 | **Lunch** | 11:50 - 12:20 |
| Period 10 | 1:25 - 2:15 | Period 9 | 12:25 - 1:20 | Period 9 | 12:25 - 1:20 |
| | | Period 10 | 1:25 - 2:15 | Period 10 | 1:25 - 2:15 |

**Afternoon announcements will be made daily
at the end of Period 9 – from 1:17 to 1:20 p.m.**

## TWO HOUR LATE START SCHEDULE

HomeRoom       9:15- 9:20
Period 1, 2 or 3   9:25-10:06
Return to Regular Schedule

## ACTIVITY SCHEDULE

| LUNCH 4 | | LUNCH 6 | | LUNCH 8 | |
|---|---|---|---|---|---|
| HR/Activity | 7:15 – 7:45 | HR/Activity | 7:15 – 7:45 | HR/Activity | 7:15 – 7:45 |
| Period 1 | 7:50 – 8:40 | Period 1 | 7:50 – 8:40 | Period 1 | 7:50 – 8:40 |
| (AM VT – departs 8:40) | | (AM VT – departs 8:40) | | (AM VT – departs 8:40) | |
| Period 2 | 8:45 – 9:30 | Period 2 | 8:45 – 9:30 | Period 2 | 8:45 – 9:30 |
| Period 3 | 9:35 – 10:20 | Period 3 | 9:35 – 10:20 | Period 3 | 9:35 – 10:20 |
| **Lunch** | 10:20 – 10:50 | Period 4/5 | 10:25 – 11:10 | Period 4/5 | 10:25 – 11:10 |
| Period 5/6 | 10:55 – 11:40 | (PM V/T – depart 11:10) | | (PM V/T – depart 11:10) | |
| Period 7/8 | 11:45 – 12:30 | **Lunch** | 11:10 – 11:40 | Period 6/7 | 11:15 – 12:00 |
| Period 9 | 12:35 – 1:25 | Period 7/8 | 11:45 – 12:30 | **Lunch** | 12:00 – 12:30 |
| Period 10 | 1:30 – 2:15 | Period 9 | 12:35 – 1:25 | Period 9 | 12:35 – 1:25 |
| | | Period 10 | 1:30 – 2:15 | Period 10 | 1:30 – 2:15 |

8

# GENERAL INFORMATION

**ACADEMIC HONORS**

At the end of each marking period, a Distinguished Honor Roll and Honor Roll are compiled and published by the Counseling Department.

**Distinguished Honor Roll**

To be eligible for Distinguished Honor Roll status, a student must obtain an overall grade point average of 3.6. No student who receives a grade of "D" or an incomplete grade in any subject is eligible for Distinguished Honor Roll.

**Honor Roll**

To be eligible for Honor Roll status, a student must obtain an overall grade point average of 3.2 – 3.59. No student who receives a grade of "D" or an incomplete grade in any subject is eligible for Honor Roll status.

**ANNOUNCEMENTS**

If you wish to have announcements made regarding school activities, you must have the announcements initialed by a teacher or administrator. All athletic announcements must be initialed by the Athletic Director. Announcements will be brief, accurate and necessary. Students who miss hearing an announcement can obtain the necessary information from the office bulletin boards where all announcements are posted. Announcements are also posted on the school website. All students are required to be silent during all announcements.

**EXAMINATIONS**

In an effort to promote learning and prepare students for higher education, semester and final examinations are administered annually during specific days at the end of the second and fourth quarters respectively. A special school schedule is implemented to provide testing periods for English, Health, Social Studies, Mathematics, Science, Foreign Languages, and Business Education.

The second semester examination (full year courses only) will test course material in the second semester and will count fifty percent of the final examination grade. It will be understood, however, that course-work is cumulative and the first semester material may be pertinent to the second semester, but cannot exclude all the first semester material. The final exam grade contributes one-fifth of a student's overall grade in a full year course. For semester courses, final examinations will count twenty percent of the final grade. Any attendance problems during scheduled exams will be referred to administration for resolution.

**MID-YEAR AND FINAL EXAMINATIONS**

Whether the student is passing or failing a course, he must take the final examination. A student who meets the following criteria in a full-year course will be exempt from taking the final exam in that course: 1) earn an "A" for every final marking period grade and 2) earn an "A" on the midterm exam. Any other final exam exception must be made by the principal.

9

**A student refusing to take a midyear/final exam will fail the course.** If the course is a full-year course, the student may be assigned to a study hall or a semester course for the remainder of the school year. If a student fails a course as a result of not taking the required mid-year/final exam; he may not take the course for credit in remedial summer school.

## GRADING PROCEDURES

### Letter Interpretation

The following is an interpretation of the grading system used at Pennridge High School:

A   Excellent - Superior achievement
B   Good - Above average achievement
C   Fair - Average achievement
D   Poor, but Passing - Below average achievement
    BARS THE PUPIL FROM ADVANCED WORK IN CERTAIN SUBJECT AREAS.
E   Failure. This grade may be remediated by summer school or approved private tutoring before the beginning of the next school term. (Examination may be required.)
F   Failure. This grade may be remediated only by repeating the course.

- Any student who fails to complete a course requirement or a major assignment (such as a notebook, project, research paper) may receive an "F" for the marking period or the course.

### Student's Incomplete Grades

A student will receive an incomplete grade only when the student is unable to complete the work because of an extended illness occurring near the end of the marking period.

If, after three weeks, the student has not completed assignments, he will receive a zero for each incomplete assignment. The student may receive an "F" for the entire marking period, unless there are extenuating circumstances.

### Grade Point Average

A Grade Point Average (GPA) is computed at the close of each semester. It is a cumulative GPA based on all graded courses, 9-12. Pass-fail courses are not included.

The GPA is computed by multiplying the final course grade's numerical value times the assigned course credit to equal the course quality points. The sum of quality points from all courses attempted is divided by the total credit value of all courses attempted to determine the GPA.

### Weighted Grades

A system of weighted grades will be used to calculate both eligibility for the Honor Roll and class rank. Grades will be weighted as follows:

Level 1   Courses will include Advanced Placement Courses in all areas of the curriculum. The weights will be:
    A=4.8, B=3.8, C=2.5, D=1.0, E/F= 0

10

Level II   Courses will include all honors courses.   The weights will be:
      A=4.5, B=3.5, C=2.3, D=1.0, E/F=0

Level III Courses will include all other courses in the curriculum. The
      weights will be:
      A=4.0, B=3.0, C=2.0, D=1.0, E/F=0

To continue with a Level I or II Course in the sequence of a curriculum area, a student must earn a final grade of "C" or higher. If a student receives a grade of "D" or lower in any marking period, the student will be responsible to contact the teacher to discuss his/her program.

**GRADUATION REQUIREMENTS**
Minimum credit requirements for graduation from Pennridge High School are 24.25 credits
These requirements include .25 credit for the graduation project. The requirements for graduation from Pennridge High School are:

|  |  |
|---|---|
| English | 4 credits |
| * Social Studies | 3 credits |
| Mathematics | 3 credits |
| Science | 3 credits |
| Humanities Electives | 1.5 credits |
| Fine & Performing Arts Electives | .5 credits |
| General Electives | 7 credits |
| Wellness/Physical Education/Health Education | 2 credits |
| **Graduation Project | .25 credits |
| **TOTAL** | **24.25 credits** |

      **-** Keystone Remediation, if necessary
   * Fulfillment of Pennridge School Board Policy # 217
   * For students enrolled in the business education program or the program at the Upper Bucks Vocational Technical School, the eleventh grade social studies course will count as one elective course required in the arts and humanities. For all other students, the eleventh grade social studies course will count as one course required as a general elective. Specific information on academic requirements and course selection is available in the PHS Program of Studies book which can be found on the high school's website.

<u>**The Graduation Project**</u>
   • **Option 1:  Research project, written report, and presentation linked to the Grade 10 research assignment.**  Students select a topic of personal interest for their research project; a student selecting this option (which requires an oral presentation) informs the English teacher of his/her choice.   Once a satisfactory research paper is submitted (based on the English Department's standards for a research paper), The English teacher submits the research paper and the student's Graduation Project Written Evaluation form to the Assistant Principal in charge of the Graduation Project.  The student is then scheduled for his/her oral

11

presentation. The student's presentation may be completed in-class (by arrangement with the teacher, if the topic is relevant to the curriculum). **This option will not be available after 10th grade.**

- **Option 2: Formal Research Project Grades 9 and 10:** Students will be able to accelerate the graduation project process during the summer months before their junior year by submitting a formal research project. This project consisting of a five page research paper in MLA format must be submitted to the assistant principal in charge of the graduation project during the months of June through August. A presentation will be made to an independent panel during the summer or school year.
- **Option 3: Research project that is curriculum-based** in a course taken by the student in grades 9-11 on a curriculum-relevant topic selected by the student   Students would be expected to obtain teacher agreement to serve as the student's presentation should be completed in-class.
- **Option 4: Action research project in an area of personal interest to the student,** perhaps in conjunction with an out-of-school interest or community-based activity. The student should choose an advisor (who may or may not be a member of the staff) and work with the assistant principal in charge of the Graduation Project. The student prepares a written "action research" report and makes his/her presentation to an independent panel.

**Any 11th grade student who has not completed all aspects of this project by the end of the 4th marking period of their junior year will receive an incomplete "I" on their transcript.**

**All students must have their Graduation Project requirement completed by the end of the third marking period of their senior year. If the project is not completed the student(s) will not walk in the graduation ceremony with their class.**

## LOCKERS

Each student is assigned a locker with a lock where personal items and books may be stored. It is a student's responsibility to maintain a neat and sanitary locker. Students are responsible for the upkeep of their lockers. Students will be billed for any and all damages. If it is necessary to have a valuable item in school, this should be kept in the main office for the day. Students should report any difficulty with their locks or lockers to their grade level administrator. If students leave school, it is their responsibility to take their personal contents from their locker. Anything left in a locker will be discarded after three days.

**Students must bear in mind that locks and lockers are school property, and are subject to inspection.** Any illegal material seized may be used as evidence against the student in disciplinary, juvenile, or criminal proceedings. Under no circumstances will a student open the door of another student's locker. Students may not share lockers unless assigned to do so. **Locker repair can be a minimum of $150 to $200.**

12

## NATIONAL HONOR SOCIETY

Selection to the National Honor Society at Pennridge is an honor awarded to those students who possess the qualities of scholarship, character, leadership and service. These criteria are designated by the National Honor Society at the national level. Selection to membership is a benefit to which all students have a fair and equal opportunity for consideration. The following procedure will be used to determine selection:

1. One induction will be held each year for the students in the Sophomore and Junior Classes (Spring Semester). Candidates must have been in attendance at Pennridge for at least one semester before selection. Candidates must have a cumulative grade point average of 3.8 or higher.
2. Students who meet the academic requirements will be notified by mail and MUST complete the Student Activity Information Form for further consideration. The high school professional staff will submit a comment on the quality of each candidate's character.
3. A Selection Committee will then assess the scholastic standing, faculty comments and Student Activity Information Forms, and select the members.
4. An induction will be held to swear the newly selected members into the National Honor Society.
5. All members are required to complete a minimum of 5 NHS Sponsored Service Activities each year. Failure to complete a minimum of 5 Service Activities will result in expulsion from the organization.
6. A complete copy of the selection process guidelines is available on the NHS website located on the high school's website.

Members must continue to meet the standards of the school and the National Honor Society or dismissal from the organization may occur. A member may be dismissed for failing to maintain standards. The faculty council which selected the members also has the responsibility for dismissing a member for the "flagrant or chronic" violation of a school or civil law, or if a member acts in a manner unbecoming of membership in the National Honor Society.

## SENIOR PRIVILEGE

Seniors must have and maintain a "C" average to be eligible for any and all Senior Privileges. Seniors may receive a card for early dismissal or late arrival to school. This card is issued by the 12th grade assistant principal. Students issued a card must follow all rules and regulations to maintain card privileges. Students issued this privilege must follow all rules and regulations or the privilege will be revoked. Only seniors have access to the tables outside the café during lunch periods.

## PHYSICAL EDUCATION RULES AND REPSONSIBILITIES

The physical education department will distribute a list of all the rules and responsibilities attached to its area the first day of class for each student. Included among these rules will be dress requirements, class participation

13

responsibilities, locker room requirements, grading procedures, and penalties and procedures for students who are unprepared for class. **Students must lock all materials/belongings in PE lockers. Valuables must be given to the PE teacher so they can be locked in the teacher's office. Failure to do so will result in disciplinary consequences. The Pennridge School District will not be responsible for lost/stolen materials.**

Additionally, these rules include the pertinent information as to how students who fail physical education can make up the state mandated course requirement necessary for graduation from high school.

## SCIENCE DEPARTMENT RULES/RESPONSIBILITIES

The science department will distribute a list of all the rules and responsibilities attached to its area the first day of class for each student. Included among these rules will be no food or drink in any of the science classrooms, closed toes shoes for chemistry labs, class participation responsibilities, grading procedures, student responsibility for making up missed class work and/or labs, and course requirements. Students are responsible to pay a replacement fee (50% of catalog cost) of items that are damaged or broken due to neglect or carelessness. Failure to comply will result in disciplinary consequences.

## PRESCRIBED DRUGS AND MEDICATION

Whenever possible, medication should be taken before or after school. When it is necessary for medications to be dispensed to students during the school day, the medication must be brought to the nurse by an adult. The physician and the parent/guardian must give written permission for the student to receive any type of medication (**prescription or non-prescription**). Medication will be administered to students during school hours only when such medication is needed by the student to remain in school. **No medication will be administered to any student without proper completion of the medication dispensing form (available on Pennridge High School health website: www.pennridge.org).**

This form needs to be used for both prescription and non-prescription medications (ex. Advil, Motrin, and all other over the counter medications). This form needs to be on file for any student to receive medication during the school day. Parents need to update PowerSchool with any medical issues.

All medications must be delivered in the original and properly labeled container to the school nurse by the parent or designated adult, at which time the medication will be counted and documented. No student is permitted to carry or store in his/her locker prescription or over the counter medicines in school or to self-administer any of these drugs. This includes cough drops and throat lozenges. Failure to comply with these guidelines is a violation of our district's drug and alcohol policy.

All medications are to be kept and administered in the nurse's office. Students are not permitted to carry any medication with them in school. Exception: Properly labeled inhalers and epi-pens.

Please go to the PHS Health Services site to read the policy for field trip medications. The field trip form is on the website under permission for

14

school sponsored trips. Parents must know that a nurse is not available on field trips to give medications.

Medication permission forms are available from the nurse's office, and from our Health Services District Website. Parents must give yearly permission for their child to receive Tylenol/Antacid. If you have any questions, please contact the nurse at extension 4041.

**RELEASE OF INFORMATION TO THE MILITARY**

Under the provisions of the Federal Law the various military branches are permitted to request directory information (name, address, and phone number) of students entering their junior and senior years of high school.

Routinely, in May, a letter is sent to parents of all soon to be juniors and seniors. This letter discusses the Federal Law <u>and</u> provides a form that parents can fill out if they DO NOT wish to have their child's information released.

**SUMMER SCHOOL**

The Pennridge Secondary Summer School program is designed to enable students who have failed subjects during the regular school year to remediate courses before school opens again in September. A limited number of required subjects are offered, and students must earn a failing grade of "E" to qualify for Summer School. Students who receive an "F" grade in a required course must repeat the course during the regular school year. Summer School runs based on enrollment. There is always the chance that Summer School may not be offered.

**REMEDIATION**

Failure in a core course subject is indicated by a grade of "E" or "F". Both grades result in the loss of credit for the course, but each has different implications for remediation.

Students receiving the grade of "E" in a core course subject may complete the required hours of remediation and receive a "satisfactory" for that course. The grade of "E" will remain on the student's cumulative record. **The "E" grade may be remediated before the beginning of the next school term only.**

The remediation of an "E" grade can be accomplished in the following ways:

1. By completing the required hours of approved private tutoring with a teacher certified to teach the subject failed. This teacher must be approved by the principal. The student will receive a grade of "satisfactory" and credit for the course if the private, approved tutoring is completed satisfactorily. The school reserves the right to require that these students pass an examination prepared by the school staff in addition to the work completed under the tutor's instruction.

2. By attending Pennridge High School Summer School, or a similar summer school operated by a public or private school recognized by the Pennsylvania Department of Public Instruction.

15

3.  A senior with a grade of "E" in English or Social Studies may be rescheduled in the second semester.
4.  Any student who withdraws from a course as a result of negative discipline will not be permitted to make up the course during summer school.
5.  A senior who fails an elective course with an "E" during the first semester only may complete twenty hours of private, approved tutoring prior to May 1st.

## CORRESPONDENCE COURSES
Students will be allowed to take two correspondence courses during their high school career if they are approved by their guidance counselors and the high school principal.

## SALES PROMOTIONS
All sales promotions must have the approval of the principal. A Fund Raising Report must be filed at least two weeks prior to the beginning of any sale. This includes sales both in and out of school. An accounting of sales must be filed with the secretary in the main office at the termination of the event.

## STUDENT INSURANCE
Students are urged to purchase the group accident insurance provided by the school district at a nominal cost, if similar coverage is not provided by any other insurance which they may have.
Two types of coverage are provided:
1.  Provides protection while school is in session.
2.  Provides protection 24 hours per day whether school is or is not in session.
Benefits and limitations are described in a folder issued early in the school term. This folder will be carefully filed with other insurance papers for reference if the need arises.

## TELEPHONES
**Students are not to use cell phones during the school day for any reason except for a student's designated lunch period on a trial basis.** There is always a possibility students could get bumped off the wireless network. Students may use the courtesy phones in the offices, provided they have permission from a teacher or administrator and use the telephone closest to their classroom or study hall. Important phone messages will be delivered from parents **only**. A student will be called from class to answer a personal telephone call only in the case of an emergency.  Phone calls must be limited to a maximum of **three minutes**.

## VISITORS
**Administrative approval is needed for any visitation**.  Students are not permitted to bring friends or relatives to spend the day unless they have administrative approval.  They must follow the student visitation process and complete the necessary form.  Alumni are encouraged to visit former teachers after school hours.
Students from local school districts are not permitted as visitors at Pennridge High School.  Students from other schools /districts may contact the counseling office for a conference and personal tour. Immunization

16

cards may be required in order to visit our school. Pennridge High School reserves the right to refuse guests during certain times throughout the school year. Pennridge High School also reserves the right to accept/reject any request on a case by case basis.

## WEATHER EMERGENCY

Should a weather emergency be announced at any time during the school day, including lunch, all students and staff members are to quietly follow weather emergency procedures and wait for further instructions over the public address system. When a decision is made to close school before the school day begins, students and parents are to listen to the radio for **CODE #757** as indication for school closing. Also, students/parents can check the Pennridge District website, www.pennridge.org, or local television stations.

## FIRE DRILLS/ EMERGENCY EVACUATIONS

Fire drill and exit information procedures are posted in all parts of the buildings. All students will acquaint themselves with the primary and secondary exits and accept direction from the adults in charge. Students who use the fire alarm system for any reason other than that for which it is intended will be subject to a fine of up to $700 and additional consequence as outlined in the Discipline Code. A quiet and orderly exit must be enforced to preserve the safety of everyone. Students should report to their assigned teacher once outside the building. Failure to do so will result in disciplinary consequences.

## STUDENT ID CARDS

All students will be issued a student ID card. Students who need a replacement card will need to pay a $10 fee. New students should have their ID taken within two weeks of entering school. Once the two weeks expires, a $10 fee will be charged. Please report to the main office for questions/concerns.

# STUDENT SERVICES

## COUNSELING SERVICES

Counselors are concerned with all phases of student development. Each counselor is available to help students and their parents with academic and personal problems. Referrals to outside agencies and professionals will be made as needs are determined. Counselors will help develop career and educational plans by using available data identifying the student's abilities, interests, and skills, and through discussions with career and post-secondary representatives.
Students wishing to schedule an appointment with a counselor must complete a request pass in the counseling office. Parents should contact the counseling office at 215-453-6944 extension 4025.

## COLLEGE AND CAREER CENTER (Room 343)

The guidance office will be offering its own Career and College Center. This is a classroom that is open all day to students looking for information on colleges and or careers. Students will have the opportunity to work on their Naviance accounts, ask questions about applying to colleges, visit with college recruiters and employers from the community, and research and contact colleges of interest

17

**Course Selection and Student Scheduling Regulations**

Students are advised to make careful decisions regarding course selections and to be aware of the credits necessary for graduation. Withdrawal from a course may make it difficult for a student to accumulate the required number of credit in four years. Every effort will be made to assign students to the courses of their first choice.

Scheduling will depend upon class enrollments and scheduling availability. Conflicts may require students to accept another choice. Elective courses will not be offered unless there are fifteen applicants. This is subject to school board and administrative review.

Students considering Vocational/Technical School are advised to schedule fine arts electives in their freshman year. Students selected to attend Vocational/Technical School will be entitled to the privileges and responsibilities associated with Pennridge High School. It will be possible to participate in all inter-scholastic athletics. When a student enrolled in the Vocational/Technical School is unable to complete the requirements for graduation, he/she may have to return to Pennridge High School as a full time student.

Requests for subject changes on PowerSchool curriculum selection sheets must be made before May 1, 2013. Contact the counseling department. **CHANGES WILL ONLY BE MADE AFTER MAY 1, 2013,** for the following reasons:

1. Should a student attend summer school, he will be permitted to change subjects related to those taken in summer school.
2. Changes that are recommended by the administration and the counselor prior to the first day of school.
3. Student schedules found to be in conflict or in error may cause course changes in order to complete a student's schedule.

**DUAL ENROLLMENT**

Seniors at Pennridge High school may have the opportunity for Dual Enrollment through Bucks County Community College to earn both high school and college credit. Students who are interested in Dual Enrollment must meet with their Guidance Counselor to make certain that they are meeting all graduation requirements while Dual Enrolled. Transportation, Tuition and Fees for the courses(s) are the student's responsibility. More information regarding Administrative Guidelines, Placement Testing and Registration can be obtained in the Guidance Department.

**Adding or Dropping a Course**

1. COURSE WITHDRAWALS – Any course dropped after six days of class must be recorded as a W/F (Withdrawal Failing) and will appear on the student's transcript. Minimum credit loads must be carried.
2. Students who request a level change must make the change before the end of the fourth cycle of class. Administrative approval is needed.
3. A student may add a course during the first six days of each semester; any course which is added must fit into a free period.

18

Please note that schedules will not be changed to allow students to leave early or arrive late. Administrative approval is needed.

4. In cases of dispute, the Principal's decision will be final. A student's final grade point average will be based on the number of courses completed, rather than the number of courses attempted. A WF will not affect the cumulative grade point average but it will appear on the transcript.

## Obtaining Assignments During Absences

Student's who are absent for one to three days are encouraged to obtain assignments from classmates. Students are encouraged to use technology (e-mail, PowerSchool) to access assignments. Students can access the school website for contact information. If students anticipate being absent for more than three days, they should contact the guidance office to request homework.

## Student Transfer/ Withdrawal from School

A student transferring to another school or dropping out of school must report this to the counseling office. For any student under 18 years of age, a parent must come to the counseling office to sign permission for the student to withdraw. A transfer card or permission to drop out will be granted only after all school property and obligations have been cleared through the counseling office. Technical School students must first withdraw from the Technical School and bring a note to this effect to the home school counseling office.

## WORKING PAPERS

The employment of minors less than 18 years of age is regulated by the Child Labor Law. The Pennridge School District is the issuing agent for all Pennridge residents. Employers are required to have work permits on hand for any minor(s) in their work place. Since each employer must be able to show proof of age to any inspector, it is necessary for you to have a permit for each job you might have. Minors 14 through 17 years old are issued a transferable work permit and carry the transferable work permit from job to job. Any minor under 18 years of age needs a work permit, whether attending school or not.

Parents requiring information on work permits can visit or call the Main office between 7:30 a.m. and 3:30 p.m. (215-453-6944 extension 4022).

Obtaining a work permit is a **two-part process**. Applications for a work permit must be picked up in the main office.  A parent/guardian must then sign the application and ORIGINAL proof of age must be shown. This proof can be a **birth certificate, baptismal record, passport** or a variety of other legal documents.  SCHOOL RECORDS ARE NOT ACCEPTABLE. The main office will check the application and issue the work permit. Once the permit is issued, the student must sign the permit in the presence of the person issuing the permit.

## HEALTH SERVICES

A school nurse is available from 6:45 a.m. until 2:35 p.m. **The nurse is the only person able to excuse a student from class or detention for health reasons during the school day.** If the school nurse is not available, students must report to the main office. Reporting anywhere else will be considered a class cut.

19

If a student becomes ill during the school day, he/she must report directly to the health suite. He/she must always inform his/her teacher where he/she is going. If it is necessary to go home, the nurse will inform the parent or guardian and the student will be released from school with parental permission. **If this procedure is not followed, and the student leaves without properly checking out, the student will be subject to disciplinary action.** Parents called to pick up a student must report to the main office.

## TRANSPORTATION – LATE BUSES

Bus transportation is provided to students who meet the bus requirements. Students involved in extracurricular activities and teacher supervised academic work are provided with a late bus at 4:45 p.m. each day at the Athletic Entrance.   There is a late bus at 4:00 p.m. on Tuesdays and Thursdays.  Students must register in the main office to ride the 4:00 p.m. bus.  **STUDENTS ASSIGNED TO DETENTION MUST TAKE THE 4:00 PM BUS.**   This bus will pick up students near the pond.

## BUS TRANSPORTATION REGULATIONS

Pupil transportation is an important part of the total school program. Maintaining order on school buses requires the cooperation of pupils, parents, teachers, principals, and bus drivers. Transportation of students is provided by the Pennridge School District in accordance with State Regulations and District Policies. Transportation of students is a privilege, not a right.    A student whose behavior causes disruption to the safe operation of the bus or poses a danger to the student or others may be disciplined in accordance with the student discipline policy and may be removed permanently from bus transportation.   **Warning to all students riding any bus that is operated by the Pennridge School District:  your activity on the bus may be under surveillance by an audio/video system.**

## USE OF COMPUTER AND TECHNOLOGY EQUIPMENT

No student in the Pennridge School District is permitted to use any computer or technology equipment unless the student has submitted a signed Computer Use Agreement Form that is kept in the student's file. Without the submission of the completed form, which is to be signed by the student and the parent, the student may not utilize any and all computer and technology equipment in the classroom, in the computer labs, or in the library/media centers. Those students who have not returned a completed from will be given alternate forms of education when the student's class is using the equipment in a classroom setting. Copies of the form can be obtained in the main offices of each high school building, as well as in the guidance and counseling offices of each building.

In addition, students may not use a school computer unless a teacher, teaching assistant, or administrator supervises them.  Unsupervised use of a computer is considered inappropriate use of school equipment and subject to disciplinary action.

20

**INTERNET SAFETY**

It is the responsibility of the Pennridge School District to keep its students safe during the school day. This responsibility includes Internet Safety. In an effort to keep students safe while using the Internet, the district has gone to great lengths to limit access to potentially harmful and inappropriate web sites. It is the responsibility of all students to refrain from accessing or attempting to access potentially harmful web sites.

In addition, it is the responsibility of all students to never use the Internet for the purpose of Cyber Bullying. Further, it is the responsibility of all students to report immediately incidents of cyber bullying to the school administration.

Finally, students should always avoid posting personally identifiable information such as their name, address, phone number, etc., on the Internet. The Internet is replete with predators and identity thieves seeking potential victims. Posting personally identifiable information on the Internet should be considered an extremely unsafe act, one that could cause serious harm if this information is obtained by a predator or an identity thief.

**COMPUTER MISCONDUCT**

1. The Pennridge Student Computer User Agreement forbids misconduct while using the district's computers, information systems or online services. Examples of computer misconduct include (but are not limited to): using another student's password, using computers without permission or while unsupervised, and attempting to browse pornographic or hateful web sites, and attempting to gain access to district file servers or another person's documents. In addition, any attempt to circumvent the district's internet filter either directly or through the use of "proxy" (filter avoidance) web sites is strictly forbidden.

2. Students are not permitted to check e-mail on school computers without permission. Misuse of computers and computer equipment, including accessing unauthorized websites or engaging in unauthorized activities through use of the computer will be subject to disciplinary action under the Discipline Code Outlined on pages 40 and 41 of this handbook.

# STUDENT RIGHTS AND RESPONSIBILITIES

Student responsibilities include regular school attendance, conscientious effort in academic work, and conformance to school rules and regulations. Students, faculty and the administration share a responsibility to develop and maintain a climate within the school that is conducive to learning and good citizenship. It is with this goal in mind that the following guidelines for student conduct have been established.

(a) Student responsibilities include regular school attendance, conscientious effort in classroom work and homework, and conformance to school rules and regulations. Most of all,

21

students are responsible to share with the administration and faculty a responsibility to develop a climate within the school that is conducive to wholesome learning and living.

(b) No student has the right to interfere with the education of fellow students. It is the responsibility of each student to respect the rights of teachers, students, administrators and all others who are involved in the educational process.

(c) Students should express their ideas and opinions in a respectful manner.

(d) It is the responsibility of the students to conform to the following:

1) Be aware of all rules and regulations for student behavior and conduct themselves in accordance with them. Students should assume that, until a rule is waived, altered or repealed in writing, it is in effect.

2) Volunteer information in matters relating to the health, safety and welfare of the school community and the protection of school property.

3) Dress and groom to meet standards of safety and health, and not to cause substantial disruption to the educational processes.

4) Assist the school staff in operating a safe school for the students enrolled therein.

5) Comply with Commonwealth and local laws.

6) Exercise proper care when using public facilities and equipment.

7) Attend school daily and be on time at all classes and other school functions.

8) Make up work when absent from school.

9) Pursue and attempt to complete satisfactorily the courses of study prescribed by local school authorities.

10) Report accurately in student media.

11) Not use obscene language in student media or on school premises.

## AFFECTION POLICY

We recognize that caring for others and showing affection are important. Public displays of affection are not wrong, they simply are inappropriate in a school setting. There is nothing wrong with a simple show of affection, such as holding hands; however, kissing and close physical contact in school are inappropriate. In order to avoid offending or embarrassing others, students are to confine displays of affection to hand holding while on school property. Violations will be handled according to the Discipline Code.

## ATTENDANCE REGULATIONS AND PROCEDURES

Regular school attendance is essential to the successful completion of the educational objectives of the school system. Too often, students assume that the educational process involves only the passing of tests and the

22

completion of assignments. However, the philosophy and objectives of the school district (as mandated by the State) list required learning outcomes in such areas as self-understanding, understanding others, citizenship, creativity, etc., as well as simple skill development and basic subject matter understanding. Students enrolled in Pennridge obligate themselves to regular and punctual attendance. They also obligate themselves to all work assigned in each course in which they are enrolled. The following guidelines are intended to promote student responsibility and learning. **To participate in any activity or practice, a student must be at school before 9:15 am on the day of the event.**

**Tardy to School**

- Students will be excused for a doctor's or dentist's appointment. A doctor's/dentist's note(s) must be given to the attendance office when the student returns to school.
- A tardy will be excused if a parent writes a note stating that the student was ill. Only two parent notes will be allowed per marking period. A parent note beyond the two allowed will be documented as unexcused.
- The student has three school days to present a note for a tardy to be excused. If the note is not received the tardy will be documented as unexcused.
- Driving related issues (car troubles) are not accepted as valid excuses.
- Students having repeated problems with unexcused lateness will have privileges taken away, which may include but is not limited to, driving privileges or extra-curricular activities.
- Every four hundred and twenty minutes of unexcused late to school equals one day of cumulative absence.
- Detentions will be assigned for unexcused tardies in accordance with the tardy policy outlined on page 42.
- Students arriving before 7:24 am need to go directly to class. Any student arriving after 7:24 am must report to the attendance office.

Students who accumulate nine (9) unexcused tardies for a semester course or eighteen (18) unexcused tardies in a year-long course of ten (10) or more minutes will be withdrawn/failing the course for which they are tardy and not be eligible for summer school. For Health and Physical Education for students in grades 10 through 12, the maximum number of unexcused tardies for the school year is six (6) per course.

**Late to Class**

Teachers should write a discipline referral every time a student is late to class. A third late to class and every subsequent tardy will result in disciplinary action. **A student's tardy to class record does not start over at the end of the semester.** The record is cumulative and remains in effect the entire year. An unexcused late to class of ten minutes or more will be considered a class cut.

23

**Cutting Class**

If a student cuts a class, he/she is given no credit for the class or for assignments due that day. If the assignment is a course requirement, the student must complete that assignment for no credit. The third cut in the same class will result in the removal of the student from the class with a grade of WF (withdrawn failing).

**Cutting an Exam**

*A student who cuts a mid-term or final exam will automatically lose credit for that course.*

**TYPES OF ABSENCES**

**Cumulative/Lawful Absences**

- Illness covered by parent note (note must be into the attendance office within three days after the absence). **If a note is not presented within three school days after the student's return to school, the absence will be recorded as unlawful/truant.**
- Family vacation while school is in session (the student must fill out Family Vacation Form prior to trip). **Failure to submit this form prior to the trip may result in the absence being recorded as unlawful/truant.**
- Truancy (see truancy/unlawful absence)
- Sent home by nurse/counselor/administration
- Other absences not classified as non-cumulative
- A tardy becomes a half day absent if a student arrives at school past 9:15 AM and misses two (2) hours or more of school and does not submit a doctor's note.
- Arrival after 11:15 am (student misses four hours or more of school) becomes a full day absence unless a doctor's note is submitted
- An early dismissal becomes a half day absence if a student misses two (2) hours or more of school and the student leaves before 12:15 p.m. and does not return and does not submit a doctor's note.
- An early dismissal becomes a full day absence if a student misses four (4) hours or more of school and the student leaves before 10:15 a.m. and does not return and does not submit a doctor's note.
- Four hundred and twenty minutes of unexcused late to school or any early dismissal from school
- Students will have only nine cumulative absences per semester and eighteen cumulative absences per school year. When nine absences are reached during a semester, a parent conference may be held, and a doctor's note will be required for all additional absences. The same procedure will be followed when eighteen absences are reached during the school year.
- **All absences beyond ten (10) cumulative days require an excuse note from a physician, according to Pennsylvania State Law.**
- Students who are 16 or under will be referred to District Magistrate for their 4th unlawful absence.

24

**Students will have three school days to make up all work missed for an absence that is excused under this policy.** A student who is absent more than three days will contact the counseling office for work missed.

**Faxing Excuse Notes – (215) 257-3547** In an attempt to accommodate parents who have access to FAX machines, Pennridge High School will accept excuse notes for student's absences when faxed to the high school within three days of a student's absence. The dated FAXED excuse note must include the date of the absence, the reason for the absence, and the parent's signature. Direct all FAXED notes to the attention of the attendance secretary at the following numbers:

**Verbal Confirmation of Absences** Parents/guardians are encouraged to confirm a student's absence by calling the attendance office at the following numbers:

- (grades 11 & 12):          215-453-6944 x4235
- (grades 9 & 10):           215-453-6944 x4020

**Non-Cumulative Absences**

- Illness verified by a doctor's note
- Death in the family (note required)
- Religious holiday as designated by the Department of Education (note required)
- Administrative reasons - school activities, field trip, mentoring programs. **The student must fill out and submit the School Activity/College Visitation Form to the Attendance Office prior to visit or trip. Failure to do so will result in the absence being recorded as cumulative or unlawful/truant.**
- AIP (Alternative Instructional Placement)
- Out-of-School Suspension

**Truancy/Unlawful Absence (an absence not approved by parent and/or the administration)**

- Counts towards cumulative absences
- Student will receive no credit for assignments or class work for the days of truancy
- Student must complete work for course requirements
- Truancy will be documented for possible referral to district magistrate
- Student may be placed in alternative school setting

Students age 13 to 16 will be referred to the District Magistrate after the third unlawful absence. The penalties for a summary conviction of truancy are a fine of up to $300.00 plus court cost or completion of adjudicated alternative program. Students who are convicted of truancy under the Compulsory Attendance Act will be reported to the PA Department of Transportation.

The penalties are as follows:

1st Conviction- **operating privileges and applications for licenses and permits are suspended for 90 days.**

2nd Conviction- **same privileges are suspended for 6 months for each conviction.**

25

Notification of absence letter(s) to parents for semester courses will be mailed on the fifth, seventh and eighth absences. The eighth absence notification letter will be an invitation to an administrative conference. If absences without a doctor's note continue after the parent conference, credit can be denied.

Letter to Parents for yearlong courses will be mailed on the tenth, thirteenth, fifteenth, and seventeenth day of absence. The seventeenth day letter will be an invitation to a conference. If absences without a doctor's note continue after the parent conference, credit can be denied.

**CREDIT DENIAL**
Students who have cumulative absences of nine days in semester courses, eighteen days in year-long courses, or a prorated total for courses less than a full cycle may lose credit in any or all of their courses.

If credit is withdrawn, one of the following administrative options may be exercised:

    a.   Alternative education program placement
    b.   Partial student schedule (work/study) program
    c.   Enrollment in General Educational Development (GED) program
    d.   Temporary withdrawal with the option of returning to school (16 year olds need full-time employment)

**Making Up Academic Work**
Students must consult with all of their teachers the day they return to school from an excused absence to make arrangements for making up the missed work within three school days. Exceptions to this three-day requirement may be authorized by an administrator in cases of extended illness or tragedy. Students who have an excused absence on the day of an announced test or an announced quiz must make up that test or quiz on the day they return, assuming, of course, that they did not miss any of the work covered by the test or quiz. The teacher has the discretion to choose the manner in which this work will be completed. Students missing classes for extracurricular activities must contact their teachers ahead of time. In all cases of missing class it is the student's responsibility to initiate the process of making up work.

**RETESTING**
In order to encourage mastery learning, each department at Pennridge High School has adopted procedures for retesting and reassessing assignments. Statements detailing each department's guidelines will be noted in course expectations.

**EARLY DISMISSALS**
Students are not permitted to leave school grounds at any time during the school day without permission from the appropriate grade level administrator or school nurse. Failure to follow the proper procedures for leaving school may result in disciplinary action.

A student will be excused from school prior to dismissal time if he or she has a permission note from a parent or guardian. This note must be

26

presented to the attendance office upon arrival on the day of the request. A parent or guardian is required to come into the building, present identification and sign the student out of school. If a student is a driver with a designated parking spot at Pennridge they will be allowed to drive home without a parent signing them out.

If a parent/guardian fails to send a note for early dismissal, please contact the attendance office before the early dismissal. Early dismissals without notice are not encouraged. Early dismissals will be limited to medical appointments. Return notes verifying doctor's visits are required when the student returns to school. Students are encouraged to attend school prior to, and after, all doctor, dental and special appointments. An early dismissal becomes a half-day absence if they leave before 12:15 pm without a doctor's note. It will be considered a full day absence if a student leaves prior to 10:15 am without a doctor's note.

Technical School students must obtain an early dismissal permission slip from the home school attendance office before departure to the Vo-Tech School. Parents or others designated by parents must meet students in the main office. If possible, all dental and medical appointments should be scheduled after 2:15 p.m., in the evenings, on school holidays or on Saturdays.

Students who have an Abbreviated School Day may not leave school and return to school grounds or to the building unless they have the permission of their grade level Administrator. These students also must gain permission if they wish to stay in the building past their scheduled end of the day.

## CHEATING/ PLAGIARISM

Pennridge High School is an academically oriented school. Course work is often difficult, and students at times may feel pressured to succeed at all costs. As a result, some students consider cheating as an accepted part of school life. Students who choose to cheat will be disciplined. The penalties are delineated in the Pennridge High School Discipline Code.

Plagiarism, whether intentional or unintentional, is a form of cheating. To plagiarize is "to steal and pass off as one's own (the ideas or words of another)," or "to present as one's own an idea or product derived from an existing source." Using the words or the ideas of another, be it a friend, relative, published writer, or technology site without giving credit to that person, is unacceptable in all types of writing assignments, including research papers, compositions, book reports, lab reports and homework assignments. Any student who gives information or work to another student is also guilty of cheating/ plagiarism. If any student commits plagiarism twice in the same year, he/she will receive a WF for the course in which the second offense takes place. Every subsequent offense will also result in a WF.

A teacher who has determined that plagiarism has been committed will give no credit (a zero) for the assignment. The teacher also has the option of requiring the student to rewrite the paper correctly for no credit. In addition, any student who has plagiarized will be subject to the penalty for cheating provided in the discipline code. When a plagiarism/cheating issue

27

cannot be resolved between the teacher and the student, the case is referred to the PHS Academic Integrity Panel, composed of impartial teachers, who will hold a hearing to determine if plagiarism was committed. This determination will then be submitted to the appropriate assistant principal for academic and disciplinary consequences, if necessary.

**DRESS CODE**

All students in the Pennridge schools are expected to be neat, clean, fully-clothed and well groomed at all times. Any and all clothing that is disruptive to the educational process may not be worn in school. The following guidelines have been established by the Pennridge School Board and will be enforced by the high school administration:

1. All clothes must be clean, neat, in good repair and in good taste. Dress should be appropriate for the business of learning. Pajamas and look-alike pajamas are not permitted.

2. Students may not wear potentially dangerous/destructive clothing, or footwear i.e. rivet jewelry, cleats, ornamental belts, etc. No heavy gauge chains or choke collars may be worn at any time.

3. Muscle shirts, garments exposing the stomach and/or back, clothing with indecent, suggestive or unsavory slogans, expressions, pictures, words and symbols are not to be worn. Drug, alcohol and tobacco symbols and expressions are prohibited. Any garment that reveals bare shoulders is not permitted. The entire shoulder needs to be completely covered. Tank tops, sundresses, and pants exposing too much of a student's anatomy may not be worn. Spaghetti straps are not allowed.

4. Coats that cause a disruption may not be worn. The administration will make this determination.

5. Exposure of any undergarment is not acceptable in school. Clothing with guns, knives, weapons, or depicting violence is not permitted.

6. Hats, bandanas, ear-buds, and headphones should not be visible during the school day. All hats and bandanas should be put away in lockers or bags by 7:13 a.m. Students holding, wearing, carrying, etc. hats, bandanas, ear-buds, and headphones after 7:13 a.m. will have them confiscated. Hats, hoods, caps, headbands, sweatbands, bandanas and other head covering may be worn for medical purposes only.

7. Gloves (with or without finger coverings) are not to be worn in the building during the school day.

8. Students taking classes in art, family and consumer science, technology education, and science, should be concerned about length of hair, loose clothing, sandals, and eye protection. These items and others will be discussed by the teacher. (Proper attire for physical education will be required by the teacher.)

28

9.   Students must have appropriate footwear on at all times, in the school building, fields and parking lot.  Bedroom slippers are not appropriate.  All footwear must have a hard sole.

10.  Students may wear shorts of appropriate length. The length of the shorts must exceed the palm of the student's hand when that student is standing with their arms at his/her side. This measure will also be applied to skirts. STYLE: No spandex leggings, yoga pants or cycling shorts. No "boxer" shorts – no garment that is designed, as underwear will be allowed. NO cut-offs – this includes cut-off jeans, sweatpants, etc. No gym shorts or jogging shorts. If in doubt, don't wear it to school! OTHER REMINDERS: **No bare midriffs. No shorts or tops that are cut-off or expose too much of the anatomy.  NO LOW-CUT TOPS.**

11.  Sunglasses may not be worn unless there is a verified medical reason.

12.  **Any special "dress-up" days must be approved by the administration.**

The principals of the schools of Pennridge School District shall suspend any and all pupils who shall persist in disregarding any of the guidelines listed above, and such suspension shall continue until such time as the student presents himself for readmission to class, having corrected and given assurances that he will not repeat the conditions of dress or personal appearance which were the cause of his suspension.

**DISCIPLINE**

The Pennridge School District has the authority to make reasonable and necessary rules governing the conduct of students in its schools. Pennsylvania School Code dictates "every teacher, assistant principal, and principal in the public schools shall have the right to exercise the same authority as to conduct and behavior over the pupils attending his school, during the time required in going to and from their homes, as the parents, guardians, or persons in parental relation to such pupils may exercise over them."

The vast majority of students want to learn. Anyone who disrupts the learning process will be dealt with quickly and fairly. As a last resort, the student will be removed from class. Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.

Each faculty member is encouraged to establish, within school district policies, his/her own standards with each member of his/her classes. For example, conduct in shop and the gym require different levels of control. The school has the ability to use many resources, such as faculty members, parents, guidance counselors, psychologists, social workers, community personnel, and other social agencies in an attempt to resolve a disciplinary problem. Methods of dealing with a problem include revoking privileges, Behavior Adjustment Period, After School Detention, Saturday Morning Detention, Saturday Morning Community Service, Alternative Instructional Placement, Out of School suspension, parent conference, alternative school, or, ultimately, expulsion.

**Where appropriate, a student may be referred to an alternative school or may be expelled. Any student in an alternative school or who has been expelled is**

29

**NOT allowed on school property. Students may not return to Pennridge High School from an alternative school until there is a meeting with a grade level administrator.**

**SCHOOL SECURITY** Security personnel and security cameras will be present within the school campus and on school buses to enhance the safety of the school community. Any evidence of wrongdoing derived from either security personnel or surveillance equipment can be used in disciplinary situations and criminal procedures as well.

**Searches** **The Pennridge School District reserves the right to search students, their materials, their bags, and any and all possessions in cases of violation of school rule/procedures-examples would be sleeping in class, theft, harassment, etc. Students who leave the building and/or school grounds and then return to school are subject to a search of their person, possessions, lockers and vehicles.**

**OBLIGATIONS/PARTICIPATION REQUIREMENTS**
No student who has completed the requirements for graduation shall be denied a diploma as a disciplinary measure. Students may be denied participation in the graduation ceremony when personal conduct so warrants. Such exclusion shall be regarded as a school suspension. Students that are in alternative schools for disciplinary or probationary reasons will not be permitted to participate in commencement/graduation ceremonies and/or senior activities. Students must resolve all obligations, including serving all detentions and suspensions, before they take their final exams. Also, the school will not release records of any student who has an outstanding obligation. Any student who does not resolve all obligations will not participate in the Senior or Junior Prom or the Graduation Ceremony.

30

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*

Level 1- Student's misbehavior which impedes orderly classroom procedures or interferes with the orderly operation of the school. These misbehaviors can usually be handled by the individual teacher, but sometimes require the intervention of the school administrator.

| Examples of Offenses | First Offense | Misconduct Second Offense | Third Offense | Fourth Offense |
|---|---|---|---|---|
| Eating or drinking outside of Cafeteria | Warning | 1 Detention | 2 Detentions | 1 SMD |
| Library Misconduct | Library privileges denied for 2 weeks | Library privileges denied for 3 weeks | Library privileges denied until reinstated by administration | Library privileges denied for the year |
| Cafeteria Misconduct | 1 Week cleanup/ 1 week BAP for lunch | 2 Weeks cleanup/ 1 detention/ 2 weeks of BAP | 3 Weeks cleanup/BAP 2 Detentions Assigned Seat | 2 SMDs or administrative discretion—BAP or assigned seat for the remainder of the school year |
| Class Misconduct/ Insubordination/ Substitute Report Referral/ Inappropriate Behavior | 1-3 Teacher detentions or office detentions depending on severity and parent contact by teacher BAP | 1 SMD/parent contact by teacher/ BAP | 2 SMDs/counselor contact at administrative discretion | 1-2 SMCS per offense w/ possible removal from class with WF grade or alternative school placement |
| Study Hall Misconduct | 1-3 Detentions | 1-3 Detentions | 2 SMDs | 1-2 SMCS |
| Audion/Hallway Misconduct | Administration Decision | 2 Detentions/ administrative decision | 2 SMDs/ administrative decision | 2 SMCS/ administrative decision |
| Dress Code Violation | Warning Change of clothing | 1 Detention Change of clothing | 2 Detentions Change of clothing | 1 SMD Change of clothing |
| Affection Code Violation | Warning Parent contact | 1 Detention Parent contact | 2 Detentions Parent contact | SMD Parent contact |
| Walking around – holding, displaying, wearing and/or having a hat, bandana, head covering, ear-buds, and headphones being visible | Warning Confiscation and returned at the end of the day | 1 Detention Confiscation and returned at the end of the day | 1 SMD Confiscation and returned at end of school year | |

31

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*

Level I- Student's misbehavior which impedes orderly classroom procedures or interferes with the orderly operation of the school. These misbehaviors can usually be handled by the individual teacher, but sometimes require the intervention of the school administrator.

| Examples of Offenses | Pass Violations | | | |
| --- | --- | --- | --- | --- |
| | First Offense | Second Offense | Third Offense | Fourth Offense |
| After School without Supervision | 1-3 Detentions depending on severity/ parent contact by administration | 2 SMD/parent contact by administration | 1-2 SMCS/parent contact by administration | 2-3 SMCS per offense/ parent contact by administration |
| Violation of early dismissal/late arrival- Senior Privilege | Warning | Loss of late arrival or early dismissal privileges/loss of Honor Card | | |
| Pass violation/ Hall Wandering | 1 Detention/pass restriction | 3 Detentions/parent contact by administrator/ pass restriction | 1 SMD/loss of pass privileges for 1 month/ pass restriction | 2 SMD/loss of pass privileges for 1 marking period/pass restriction |
| Failure to Report to office when requested by pass | 2 Detentions | 2 – 3 Detentions | 3 – 4 Detentions | 1 – 2 SMDs |
| Throwing Snow Balls | Warning/2 Detentions | 2 SMDs | 1 SMCS | 2 SMCS |
| Late to Detention | 1 Detention | 1 Detention/parent contact | 1 Detention/1 SMD/ parent contact | 1 Detention/2 SMD/ parent contact |
| Loitering on the stairwells before/after school or between classes | Warning | 1 SMD | 2 SMDs | 2 SMCS |

32

Appendix1324

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*
LEVEL II- Infractions that tend to disrupt the learning climate because of their seriousness. These infractions require the intervention of administrative personnel. Included in this level are misbehaviors, which may but do not necessarily represent a direct threat to the health and safety of others, but whose educational consequences are serious enough to require corrective action. Some of these actions may require a referral to the legal authorities.

| Examples of Offenses | Cutting | | | |
| --- | --- | --- | --- | --- |
| | First Offense | Second Offense | Third Offense | Fourth Offense |
| Leaving School building, grounds, campus w/out Permission | 1 SMD/recorded as unlawful absence /truancy/zero for all classes missed | 2 SMDs/ recorded as unlawful absence/truancy/ zero for all classes missed | 1 SMCS/recorded as unlawful absence/ truancy/zero for all classes missed | 2 SMCS/ recorded as unlawful absence/ truancy/zero for all classes missed |
| Detention Cut | 2 Detentions | 1 SMD/make up detentions | 2 SMDs /make up detentions | 2 SMCS and one SMD/make up detentions |
| Class Cut/Leaving class w/o Permission/Unex. Absence from Class over 10 mins. | 1 SMD Loss of Parking – 2 wks zero for all classes missed | 2 SMDs Loss of Parking – 4 wks zero for all classes missed | 1 SMCS/ removal from class with WF (credit denial) Loss of Parking – 2 mths, zero for all classes missed | |
| Class Cut/Supervision | 2 Detentions or administrative decision | 1 SMD or administrative decision | 2 SMDs or administrative decision | 1 SMCS or administrative decision |
| Out of Assigned Area | 2 Detentions or administrative decision | 1 SMD or administrative decision | 2 SMDs or administrative decision | 1 SMCS or administrative decision |
| After school Detention Misconduct | 2 Detentions | 3 Detentions | 2 SMDs | 1-2 SMCS |
| Saturday Morning Detention Cut | 2 SMDs | 1 SMCS and make up cut SMDs | 2 AIPs and make up cut SMDs | 2 AIPs/ make up cut SMDs/possible placement in Alt school |
| SMD Misbehavior | Day of SMD + 2-5 AIPs/OSSs | | Administrative Discretion | |
| Failure to report to SMCS or to complete SMCS in satisfactory fashion | 2 SMCS | 1 SMCS 1 AIP | 1 SMCS 2 AIPs | 1 SMCS 3 AIPs/ possible placement to Alt. School |
| Misconduct at SMCS | 2 SCMS Possible police notification | 1 SMCS 2 AIPs Possible police notification | 1 SMCS 3 OSSs Possible placement in Alternative school Possible police notification | |

33

Appendix1325

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*

LEVEL II- Infractions that tend to disrupt the learning climate because of their seriousness. These infractions require the intervention of admin. personnel. Included in this level are misbehaviors, which may but do not necessarily represent a direct threat to the health and safety of others, but whose educational consequences are serious enough to require corrective action. Some of these actions may require a referral to the legal authorities.

**Vehicular Violations – UNREGISTERED VEHICLES PARKED ON SCHOOL PROPERTY TOWED @ STUDENT/OWNER'S EXPENSE.**

**Administration may revoke parking privileges at any time.**

| Examples of Offenses | First Offense | Second Offense | Third Offense | Fourth Offense |
|---|---|---|---|---|
| Reckless Driving/ Excessive Speed/Spinning Tires/Uncooperative Behavior with Staff | Loss of parking privileges for 45 school days | Removal of parking permit for remainder of the school year | | |
| Bus Violation (minor) | Administrative conference | Warning/Administrative discretion | Detention | 2 Detentions Administrative discretion |
| Bus Violation (routine) | 2 Detentions/parent contact by administrator | 1 SMD, 1 day off the bus/parent contact by administrator | 2 SMDs, 3 days off the bus or administrative discretion/parent contact by administrator | 1-2 SMCS or admin. discretion/ possible removal from bus for 1 month/parent contact by administrator |
| Bus Violation (major) | 2 SMDs, 5 days off the bus/parent contact by administrator | 2 SMCS, 10 days off the bus/parent contact by administrator | 3 SMCS, 30 days off the bus/parent contact by administrator | 5-10 AIPs/parent contact by administrator/ permanent suspension from bus |
| Parking on School Property Without Permit | 1 Detention Car towed at student/owner's expense | 2 Detentions Car towed at student/owner's expense | 1 SMD Car towed at student/owner's expense | 1 SMCS Car towed at student/owner's expense |
| Parking in Staff or Unauthorized Areas | 1 Detention Car towed at student/owner's expense | 2 Detentions Car towed at student/owner's expense | Car towed at student/ owner's expense/removal of parking permit for remainder of school year | |

34

***Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.***

LEVEL II- Infractions that tend to disrupt the learning climate because of their seriousness. These infractions require the intervention of administrative personnel. Included in this level are misbehaviors, which may but do not necessarily represent a direct threat to the health and safety of others, but whose educational consequences are serious enough to require corrective action. Some of these actions may require a referral to legal authorities.

| Examples of Offenses | First Offenses | Second Offense | Third Offense | Fourth Offense |
|---|---|---|---|---|
| | | **Smoking** | | |
| Observed Use and/or Possession of Tobacco Products including electronic cigarettes on /off visible School Property | 2 SMCS and referral to district justice | 3 SMCS and referral to district justice | 2 AIPs and referral to district justice | 3 OSSs and referral to district justice |
| Display/Possession of Smoking Materials | 2 Detention/ confis-cation of materials | 1 SMD/confiscation of materials | 2 SMDs/confiscation of materials | 1-2 SMCS/confiscation of materials |
| | | **Dishonesty** | | |
| Forgery/Lying | 1-3 SMDs | 1-2 SMCS | 3 SMCS | |
| Cheating/Plagiarism (including using any electronic devices to share information at home or school–device will be confiscated if used in school) | 1-3 SMDs, no credit for test/assignments. Teacher option to require students to complete paper in satisfactory manner for no credit. | The second cumulative offense (even if it is the first offense in the course) will be 1-2 SMCS and a WF from course where the second cumulative cheating offense occurred | The third cumulative offense (even if it is the first offense in the course) will be 2 AIPs and a WF from course where the third cumulative cheating offense occurred | Referral to superintendent for expulsion |
| * Theft/Receiving Stolen Property | * 1-3 SMCS/referral to police/restitution | * 3 AIPs/referral to police/restitution/possible referral to Alt. School | * 4-10 OSSs/referral to police/restitution/student sent to Alt. School | |
| Computer Misconduct | Administrative decision | 2 SMDs or administrative decision | 1-2 SMCS or administrative decision | 4-10  OSSs – sent to Alt. School |
| Gambling/Card Playing | Warning/confiscation of materials/parent contact | 1-3 Detentions | 2 SMDs | 3-5 SMCS |

35

* Students under reasonable suspicion of theft will be searched by Administration.

Appendix1327

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*

LEVEL II- Infractions that tend to disrupt the learning climate because of their seriousness. These infractions require the intervention of administrative personnel. Included in this level are misbehaviors, which may but do not necessarily, represent a direct threat to the health & safety of others, but whose educational consequences are serious enough to require corrective action. Some of these actions may require a referral to the legal authorities.

| Examples of Offenses | First Offense | General Misbehavior | | |
| --- | --- | --- | --- | --- |
| | | Second Offense | Third Offense | Fourth Offense |
| Inappropriate Behavior/Language | 1-2 Detentions | 2-3 SMDs | 1-2 SMCS | 2-3 AIPs |
| Defiant Insubordination and Disrespect | 2 SMDs/Administrative Discretion/BAP | 2 SMCS/Administrative Discretion/BAP | 2 AIPs possible referral to Alt. School | 3-10 OSSs/referral to alternative school |
| Minor Vandalism - less than $10.00 | Restitution/1 SMD/ parents notified | Restitution/ 1 AIPs | Restitution/ 2 OSSs | Restitution/ 3-10 OSSs |
| Display of Electronic Devices-MP3s, iPods/ Hackey Sacks/ Pagers/ Laser Pointers/ Phones/ Toys, etc. until 2:15 p.m. Student may take battery/ sim card unless required for school/police investigation | Warning/confiscation of materials/returned to parents only | 1 SMD/confiscation of materials/ returned to parents only | 2 SMDs/confiscation of materials/returned to parents only | 1-2 SMCS/ confiscation of materials until the conclusion of the school year |
| Abusive/Obscene Language | 1 SMD | 2 SMDs | 1-2 SMCS/possible referral to Alt. School | 4-10 OSSs/referral to Alt. School |
| Abusive/Obscene Language Directed at Student(s) | 2 SMDs | 1-2 SMCS | 2-3 SMCS/possible referral to Alt. School | 4-10 OSSs/referral to Alt. School |

36

Appendix1328

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*

LEVEL II – Infractions that tend to disrupt the learning climate because of their seriousness. These infractions require the intervention of administrative personnel. Included in this level are misbehaviors, which may but do not necessarily, represent a direct threat to the health and safety of others, but whose educational consequences are serious enough to require corrective action.

| Behavioral Infractions | | | | |
|---|---|---|---|---|
| Examples of Offenses | First Offense | Second Offense | Third Offense | Fourth Offense |
| Inappropriate Behavior or Failure to Report to AIP | Additional days in AIP Program; possible placement in alternative school program- administrative discretion | | | |
| Rude/Inappropriate Comments or Symbols | Warning, administrative discretion | 2 Detentions/ administrative discretion | 2 SMDs/administrative discretion | 3 AIPs/administrative discretion |
| Disruptive Toys, ie: snappers, noise makers, etc | 1-2 SMCS/Confiscation of materials | 2-3 SMCS | 2 AIPs/possible referral to Alt. School | 4-10 OSSs/referral to Alt. School/referral to police |

| Attendance | | | | |
|---|---|---|---|---|
| Examples of Offenses | First Offense | Second Offense | Third Offense | Fourth Offense |
| Excuse Note Not Returned Within 3 days (A parent or guardian's fax within 3 days is also acceptable) | 2 Detentions/no credit for period of absence. Absence recorded as unlawful/truancy | 2 Detentions and no credit for period of absence. Absence recorded as unlawful/truancy | 2 SMDs and no credit for period of absence. Absence recorded as unlawful/truancy | 1 SMCS and no credit for period of absence. Absence recorded as unlawful/truancy |
| *Excessive Absences | After 9 days of absences in a semester, or 18 days in a year-long course, whether cumulative or non-cumulative, administrative staff may require a physician's note to cover all absences, including early dismissal / late arrivals. | | | |
| Truancy | 2 SMCS/no credit for classes | 3-4 SMDs/no credit for classes | 2 SMCS/no credit for classes | 1-3 OSSs/no credit for classes/placement in alternative program |
| Use of Electronic Devices (pagers, iPods/MP3 cellular phones, etc.) until 2:15 pm Student may take battery/ sim card unless required for school/police investigation | 2 Detentions/confiscation of all materials returned to parents only | 2 SMDs/confiscation of all materials and returned to parents only | 2-4 SMCS/confiscation of all materials until the conclusion of the school year | |

Truant students will be denied opportunity to make up any work missed. After the 3rd day of truancy, notice will be filed w/ the Dist. Just. which may result in fine of up to $300, loss of driver's license, etc. ADMIN. DISCRETION MAY BE USED IN MULTIPLE DAYS OF TRUANCY.

\* For those students 16 and younger, referral to District Magistrate for 14th absence from school could result in possible loss or delay of issuance of driver's license.

37

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*

LEVEL III - Acts directed against persons or property, but whose consequences do not seriously endanger the health or safety of others in the school. These acts might be considered criminal, but most frequently can be handled by the disciplinary mechanism of the school. Where applicable, appropriate legal action may be taken. Restitution of property and damages will be made when the situation warrants it.

| Examples of Offenses | First Offense | Second Offense | Third Offense |
|---|---|---|---|
| Fighting - Verbal Assault | 1-3 SMCS / referral to police | 3 OSSs/ referral to police/possible referral to Alt. School | 4-10 OSSs / referral to Alt. School/referral to police |
| Fighting - Physical Assault | 3 OSSs or administrative discretion/ referral to police/possible referral to Alt. School | 4-10 OSSs/referral to police/referral to Alt. School | Referral to superintendent for expulsion |
| Vandalism/ Institutional vandalism - $10.01- $100.00 | 1-2 SMCS and restitution/police notified and administrative discretion | 2-3 OSSs and restitution/ possible referral to Alt. School/ police notified and administrative discretion | 4-10 OSSs, restitution and referral to Alt. School/police notified and administrative discretion |
| Fireworks | **Possession:** 4-10 OSSs / referral to the police – referral to Alt. School **Use:** 10 OSSs /referral to police | 10 OSSs/ referral to police/referral to superintendent for expulsion | |
| Pornography (refer to page 66 in handbook) | 1-3 SMCS and possible referral to police – confiscation of all materials | 1-3 OSSs and possible referral to police or administrative decision – confiscation of all materials | 4-10 OSSs and referral to Alt. School or administrative decision – referral to the police – confiscation of all materials |
| Use of Laser Pointers | 2 SMDs/confiscation and returned only to parent/guardian | 2 SMCS/confiscation and return only to parent/guardian | 4-10 OSSS/confiscation to the end of the school year |
| Ethnic, racial, gender, sexual slurs, insensitive remarks | 1-3 SMCS or administrative decision | 1-3 OSSs and possible referral to police | 4-10 OSSs/possible referral to alternative placement |

38

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*

LEVEL III – Acts directed against persons or property, but whose consequences do not seriously endanger the health or safety of others in the school. These acts might be considered criminal, but most frequently can be handled by the disciplinary mechanism of the school. Where applicable, appropriate legal action may be taken. Restitution of property and damages will be made when the situation warrants it. Referral to the Superintendent of Schools may result in a recommendation for expulsion from school after a hearing before the Board of School directors.

| Examples of Offenses | First Offense | Second Offense | Third Offense |
|---|---|---|---|
| Gross Misconduct | 1-3 SMDs /Administrative decision | 2-4 SMCS/Administrative decision/ | 4-10 OSSs/placement in alternative school/referral to superintendent |
| Abusive/Obscene Language Directed at School Personnel | 1-3 SMCS/Administrative decision 3 days of BAP | 1-3 OSSs/Administrative decision/referral to Alt. School | 4-10 OSSs/referral to superintendent for expulsion |
| Teasing, Inappropriate comments | 1-3 SMCS/Administrative decision | 1-3 OSS/Administrative decision/possible referral to Alt. School | 4-10 OSSs/placement in Alt. School/Referral to superintendent |
| Harassment/Threats/Bullying/ Cyber Bullying (see p. 6 & 7) | 1-3 OSSs/Administrative decision/referral to school psychologist/ possible referral to Alt. School | 4-10 OSSs/Administrative decision – referral to Alt. School | 4-10 OSSs/referral to superintendent for expulsion |
| Browsing pornographic/hateful web sites/attempting to circumvent internet filter directly or with a proxy web site | SMD remove computer privilege for 45 days | SMCS remove computer privilege for 60 days | 3 OSSs/ loss of computer privilege for the remainder of the school year |
| Sexting – Transmitting any inappropriate images, likenesses, photos, videos, etc. | SMD/Confiscation of instrument of communication/ police notified/ parents must pick it up/ referral to school psychologist | 2 SMCS/ Confiscation of instrument of communication/ police notified/ parents must pick it up/ referral to school psychologist | 2-3 OSSs/ possible placement in Alt. School/ Confiscation of instrument of communication/ police notified/ parents must pick it up/ referral to school psychologist |
| Possessing, receiving, transmitting pornography via computers, cell phones, or other electronic means | 2 SMDs Referral to the police | 2 SMCS Referral to the police | 4-10 OSSs/ Referral to the Superintendent for expulsion/ Referral to the police |
| Alcohol and Other Drugs | REFER TO DISTRICT POLICY | | |

39

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*

LEVEL IV– Acts which result in violence, which pose a direct threat to the safety of others in school. These acts are clearly criminal and are so serious that they always require administrative action which results in the immediate removal of the student from school, the intervention of law enforcement authorities and action by the Board of School Directors.

| Examples of Offenses | First Offense | Second Offense | Third Offense |
|---|---|---|---|
| Unmodified Level I and II Misconduct | | | |
| Creating/Risking a Catastrophe | | | |
| Computer Hacking/Internet Misuse Related to School Personnel or Students/Tampering with the School Web Site | | Immediate Full Suspension (4-10 OSSs) and Referral to Superintendent Referral to School Psychologist – Possible Expulsion | |
| Extortion | | | |
| Bomb Threat/Terroristic Threat/Threat to School Personnel | | | |
| Vandalism, Theft, Burglary – Cost more than $100.00 | | | |
| Possession/Use/Transfer of Explosive or Incendiary Devices, Smoke Bombs, et al. | | | |
| Assault/Battery | | | |
| Possession/Use/Transfer of Guns, Fire Arms, Look-Alikes, and Other Dangerous Weapons | **Immediate suspension from school; Referral to Law Enforcement; Referral to Superintendent of School and Possible Expulsion by the Board of School directors. For additional information, refer to the Pennridge Weapons Policy and Procedures** | | |

40

## PENNRIDGE HIGH SCHOOL TARDY/LATE TO CLASS RECORD

NAME _____  GR ____ HR ____ YEAR ____

I.D. # _____  HR TEACHER _____

### TARDY TO SCHOOL RECORD

| # | DATE | TIME | CONSEQUENCE 7:15-7:24 | # | DATE | TIME | CONSEQUENCE 7:25-9:15* |
|---|------|------|------------------------|---|------|------|-------------------------|
| 1 | | | Warning | 1 | | | Administrative Conference |
| 2 | | | Administrative Conference | 2 | | | 1 SMD |
| 3 | | | 1 Detention | 3 | | | 1 SMD, Tardiness Elimination Plan Meeting*, Loss of Parking |
| 4 | | | 1 Detention | 4 | | | |
| 5 | | | 2 Detentions Loss of Parking | 5 | | | 1 SMD |
| 6 | | | 2 Detentions | 6 | | | 1 SMD |
| 7 | | | 2 Detentions | 7 | | | 2 SMD |
| 8 | | | 1 SMD | 8 | | | 2 SMD |
| 9 | | | 2 SMD | 9 | | | 2 SMD |
| 10 | | | 1 SMCS | 10 | | | 2 SMD |
| 11 | | | Administrative Discretion | 11 | | | 1 SMCS |
| 12 | | | | 12 | | | |

### LATE TO CLASS RECORD

| # | Date | Min. | Teacher | Date | Consequence |
|---|------|------|---------|------|-------------|
| 1 | | | | | Warning |
| 2 | | | | | Warning |
| 3 | | | | | 1 Detention |
| 4 | | | | | 1 Detention |
| 5 | | | | | 2 Detentions |
| 6 | | | | | 2 Detentions |
| 7 | | | | | 2 Detentions |
| 8 | | | | | 1 SMD |
| 9 | | | | | 2 SMDs |
| 10 | | | | | 1 SMCS |
| 11 | | | | | 1 SMCS |
| 12 | | | | | 2 SMCS |

*Tardiness Elimination Plan Meeting—Includes the parent, student, Assistant Principal, Counselor, Social Worker

^Students who accumulate nine (9) unexcused tardies for a semester course or eighteen (18) unexcused tardies for a year-long course of ten (10) or more minutes will be withdrawn/fail the course for which they are tardy and not be eligible for summer school

41

## DRUG AND ALCOHOL POLICY
## STUDENT ASSISTANCE PROGRAM

**Preface**

The Pennridge School Board and personnel value each member of the school community and believe that all individuals have the right to develop to their fullest potential. We recognize that chemical abuse and dependency seriously impair the ability of students to develop to their full potential. We also recognize that other self-destructive behaviors of certain "at-risk" students have an adverse effect on the ability of all members of the school community to achieve personal and district educational goals. This policy is based on the belief that chemical dependency is a life-threatening illness that affects the emotional, physical, intellectual, and social development of all individuals. This policy is based also on our convictions that chemical dependency is a treatable illness and early intervention among "at-risk" students will enhance the effectiveness of our schools.

**Any student using, possessing or distributing any drugs or alcohol on school property or at school functions will be immediately referred to the superintendent for possible expulsion and/or placement in an alternative program.**

**Regulation Statements**

1. The Board of School Directors of the Pennridge School District recognizes that the misuse of chemicals, including alcohol, is serious and may be accompanied by physical, emotional, social and legal implications for the school community. The Board adopts the position that students must be chemically free in order to learn and develop in the most productive and healthy manner.

   The Pennridge School District policy prohibits any and all controlled substances, drug, drug paraphernalia, alcohol, counterfeit drug, and mood altering chemicals. This includes any alcohol or malt beverage, controlled substance, under state or federal law, look alikes, or illegal or abused substance or medication not approved and registered by the health office, and any substance which is intended to alter mood.

2. It is a violation of District policy to possess, use or deliver or attempt to possess, use or deliver alcohol or a controlled substance or over the counter medication (unless permitted by the nursing staff) or look-a-like substance at school, on school based transportation or at any school event whether on district premises or another school. It is also a violation of District policy to arrange while on school property for the delivery, use or possession of alcohol or a controlled substance even if the delivery, use or possession is to take place off school property or outside normal school hours. This policy applies to violations on school property, at school-sponsored events wherever held, on school buses, and en route to and from schools by any mode of travel. Violations of the District drug and alcohol policy will result in disciplinary action up to and including expulsion from school.

42

3.  The policy authorizes the establishment of the Pennridge Student Assistance Program (SAP) to provide intervention for students experiencing "at-risk" behaviors. The Student Assistance Core Team will consist of a trained, school-based intervention core team of various individuals to which those at-risk students will be referred. The teams are linked with outside agencies to provide appropriate professional recommendations and services to students and their families. Failure to comply with the Student Assistance Core team and/or professional assessment recommendations will result in a referral to the Superintendent of Schools for further disciplinary action and/or expulsion.

4.  This policy will be implemented through the cooperative efforts of the faculty, administration, school support staff, students, parents/guardians, and community agencies of the Pennridge School District.

5.  All student medications brought to school must be registered with and taken in the presence of the school nurse or nurse designee. Medications may be returned to the student for self-administration if, in the judgment of the nurse or nurse designee, this action is warranted. Medication forms or a parent/physician note must accompany any and all medications.

6.  See Pennridge School District Student Assistance Program and Drug/Alcohol Procedures for further information and specific procedural concerns.

7.  Chemical awareness classes offered through the District are classes designed to educate students about substance abuse. The school administrator/Core Team reserves the right to require students who violate the policy to attend an approved program within a specified time frame. The cost of the program shall be the responsibility of the student and parent/guardian. Students who do not cooperate will be referred to the Superintendent of Schools for further disciplinary action and/or expulsion.

8.  Parents will be notified regarding violations of the Drug and Alcohol Policy and students will be referred to the SAP process. Information will be limited to school personnel (including CORE Team) with the need to know. Consent forms, including parent/guardian signatures for the release or disclosure of information to and from outside agencies, are required.

9.  Any student found in violation of this policy will be referred to the Superintendent for expulsion or placed in Alternative school. The student will also lose all privileges including proms, dances, extra-curricular activities, commencement, etc.

43

Appendix1335

## PENNRIDGE ADMINISTRATIVE PROCEDURES FOR
## DRUG AND ALCOHOL VIOLATIONS

### ARTICLE I

A student volunteers information about personal drug or alcohol use to a staff member and asks for help.

<u>Immediate Action</u> – The student is informed of the services available and that a referral will be made to the Core Team.  The student is also informed that no punitive action will be taken as a result of this referral.

<u>Investigation</u> – the staff member must contact a member of the Core Team as soon as possible.  Appropriate intervention procedures will be followed by the Core Team.

<u>Notification of Parents</u> – Parents will be notified if there is a clear and imminent danger to the student.

<u>Confidentiality</u> – Information shall be restricted to those with a need to know as mandated by school policy.

<u>Discipline</u> – Not applicable.

<u>Notification of Police</u> – Not applicable.

### ARTICLE II

A staff member is concerned about inappropriate behavior, poor class performance, tardiness, absenteeism, etc., which may or may not be related to drug and/or alcohol abuse.

<u>Immediate Action</u> – The staff member determines whether s/he can handle the situation or should refer it to a grade level counselor and/or administrator.  Prior to referral, the teacher will:

1. Observe and record inappropriate behaviors.
2. Discuss concerns (inappropriate behavior) with student.
3. Ask for a change in the student's behavior(s), possibly through contract procedure.
4. Evaluate behavior again in two to four weeks.
5. Confer with student's grade level guidance counselor and/or administrator regarding behavioral problem, if no satisfactory change occurs.
6. Refer to Core Team if behavioral problems remain unresolved and drug or alcohol use is suspected.

### ARTICLE III

The student demonstrates symptoms of possible drug or alcohol abuse (staggering, slurred speech, incoherence, dazed appearance, inability to respond, vomiting, unconsciousness, etc.); this situation will be handled as a medical emergency.

<u>Immediate Action</u> – All standard health and first aid procedures will be followed.  The student shall not be left alone.

<u>Investigation</u> – If drug or alcohol use is confirmed, the principal or authorized delegate is responsible for initiating the investigation procedures normally employed when a student is apprehended for drug/alcohol use or possession.

<u>Notification of Parents</u> – The parents/guardians will be contacted immediately and the situation described.

44

Appendix1336

<u>Confidentiality</u> – Information will be restricted to those with a need to know as mandated by school policy.

<u>Disposition of Substance</u> – If a substance is discovered at the time of the emergency, it will be provided to the appropriate medical personnel for the sole purpose of aiding in treatment.    Substance will then be sealed, documented, and submitted to the police for analysis.

<u>Disposition of Student</u> – If involvement is not confirmed, standard school health procedures will be followed.

<u>Discipline</u> – If drug and/or alcohol use is confirmed, student will be placed on a 7-10 days (OSS) out of school suspension.  An informal hearing will be held and possible placement in an alternative program or referral to Superintendent for an expulsion hearing.

<u>ARTICLE IV</u>

The student is in possession of drug (s) and/or alcohol for the first time.

<u>Immediate Action</u> – School personnel will confiscate the drug(s) and/or alcohol, escort the student to the principal's office or summon the principal or his/her designee.

<u>Investigation</u> – The principal or designee will request that the student empty his/her pockets and/or purse and volunteer all drug-like substances. The student's person, locker, desk, and all personal property will be searched according to policy.  The student shall not be left alone.

<u>Notification of Parents</u> – the principal or designee will contact the parent/guardian immediately and describe the situation.  The principal will attempt to provide the parent/guardian with an opportunity to be present when police are involved.

<u>Confidentiality</u> – Information will be restricted to those with a need to know as mandated by school policy.

<u>Disposition of Substance</u> – If a substance is discovered at the time of the incident, it will be provided to the appropriate medical personnel for the sole purpose of aiding in treatment.    Substance will then be sealed, documented, and submitted to the police for analysis.

<u>Disposition of Student</u> – Student will be referred to Core Team to investigate student's background and make findings known to parents/guardians, counselors, assessment counselor and principals.

<u>Discipline</u> – If a student is in possession of a drug and/or alcohol, the student will be placed on a 7-10 days (OSS) out of school suspension.

An informal hearing will be held to determine possible placement in an alternative program or referral to Superintendent for an expulsion hearing.

Middle school/elementary school principals may recommend to the Superintendent a lesser consequence due to the age and school level of the student.  The Superintendent shall make exceptions on a case by case basis.

<u>ARTICLE V</u>

The student is found using, in possession of, or suspected to be under the influence of a drug and/or alcohol when attending, as a participant or spectator, any school sponsored function on or off school property, including any extra-curricular event at another school district, school, or public/private location.

45

<u>Immediate Action</u> – The group sponsor or accompanying administrator will be notified. Security will be summoned if necessary.

<u>Investigation</u> – Police or security will be notified and assistance requested. The sponsor or administrator will request that the student empty his/her pockets and/or purse and volunteer all drug-like substances. The student shall not be left alone.

<u>Notification of Parents</u> – The parents/guardians will be contacted immediately and the situation described. The parent/guardian will be requested to transport the student home. If parents/guardians are unable or unwilling to transport student, police will be contacted and the student will be placed in their custody.

<u>Confidentiality</u> – Information will be restricted to those who need to know as mandated by school policy.

<u>Disposition of Substance</u> – If a substance is discovered at the time of the incident, it will be provided to the appropriate medical personnel for the sole purpose of aiding in treatment. Substance will then be sealed, documented, and submitted to the police for analysis.

<u>Disposition of Student</u> – The student will be referred to the Core Team which will investigate his/her background and make findings known to parents/guardians, counselors, assessment counselors, and principals.

<u>Discipline</u> – If drug and/or alcohol is in use/possession, student will be placed on a 7-10 days (OSS) out of school suspension. An informal hearing will be held and possible placement in an alternative program or referral to Superintendent for an expulsion hearing. Middle school/elementary school principals may recommend to the Superintendent a lesser consequence due to the age and school level of the student. The Superintendent shall make exceptions on a case by case basis.

<u>Notification of Police</u> – In cases of drug and/or alcohol abuse, police must be notified.

## ARTICLE VI

The student is caught with drugs and/or alcohol for the second time either in school or at a school sponsored activity.

<u>Immediate Action</u> – School personnel will confiscate the drugs and/or alcohol, escort student to the principal's office or summon the principal or his/her designee.

<u>Investigation</u> – Police or security will be notified and assistance requested. The sponsor or administrator will request that the student empty hi/her pockets and/or purse and volunteer all drug-like substances. The student shall not be left alone.

<u>Notification of Parents</u> – The principal or designee will contact the parent/guardian immediately and describe the situation. The principal will attempt to provide the parent/guardian with an opportunity to be present when police are involved.

<u>Confidentiality</u> – Information will be restricted to those who need to know as mandated by school policy.

<u>Disposition of Substance</u> – If a substance is discovered at the time of the incident, it will be provided to the appropriate medical personnel for the

46

sole purpose of aiding in treatment.  Substance will then be sealed, documented, and submitted to the police for analysis.

<u>Disposition of Student</u> – The student will be referred to the Core Team to investigate student's background and make findings known to parents/guardians, counselors, assessment counselor and principals.

<u>Discipline</u> – Minimum – ten (10) days out-of-school suspension and referral to Board for expulsion hearing.  Middle school/elementary school principals may recommend to the Superintendent a lesser consequence due to the age and school level of the student.  The Superintendent shall make exceptions on a case by case basis.

<u>Notification of Police</u> – In cases of drug and/or alcohol abuse, police must be notified.

<u>Re-entry Conference</u> – The grade-level administrator or designee and possibly a member of the Core Team will confer with the parents/guardians before the student re-enters school.

## ARTICLE VII

The student is caught in the process of distributing drug(s) and/or alcohol to anyone.

<u>Immediate Action</u> – School personnel will confiscate the drug and/or alcohol, escort the student to the principal's office or summon the principal or his/her designee.

<u>Investigation</u> – Police will handle from legal point of view.  Core Team will gather data, assess and plan for intervention process with all involved.

<u>Notification of Parents</u> – The principal or designee will contact the parent/guardian immediately and describe the situation.  The principal will attempt to provide the parent/guardian with an opportunity to be present when police are involved.

<u>Confidentiality</u> – Information will be restricted to those who need to know as mandated by school policy.

<u>Disposition of Substance</u> – If a substance is discovered at the time of the incident, it will be provided to the appropriate medical personnel for the sole purpose of aiding in treatment.  Substance will then be sealed, documented, and submitted to the police for analysis.

<u>Disposition of Student</u> – The student will be referred to the Core Team to investigate student's background and make findings known to parents/guardians, counselors, assessment counselor and principals.

<u>Discipline</u> – Ten (10) days out-of-school suspension and referral to Board for expulsion hearing.  Middle school/elementary school principals may recommend to the Superintendent a lesser consequence due to the age and school level of the student.  The Superintendent shall make exceptions on a case by case basis.

<u>Notification of Police</u> – In cases of drug and/or alcohol abuse, police must be notified.

<u>Re-entry Conference</u> – The grade-level administrator or designee and if possible a member of the Core Team will confer with the parents/guardians before the student re-enters school.

47

<u>Prohibition of Anabolic Steroids</u>

Eligibility for participation in school athletics shall be limited. No student, if tested positive for anabolic steroids, shall be eligible to resume participation in school athletics unless there has been a medical determination that no residual evidence of steroids exists. The Board may require participation in any drug counseling, rehabilitation, testing or other programs as a condition of reinstatement into a school athletic program.

The use of steroids involved in athletics is prohibited. In addition to the prohibition of use, the Board directs the administration to develop educational plans regarding the use of anabolic steroids.

The Superintendent shall prescribe, implement and enforce rules and regulations to prohibit the use of anabolic steroids, except for a valid medical purpose, by any student involved in school-related athletics. Body building and muscle enhancement of athletic ability are not valid medical purposes. Human Growth Hormone (HGH) shall not be included as an anabolic steroid under the provisions of the law.

Education regarding the dangers of anabolic steroids shall be provided in other district drug and alcohol programs.

The following minimum penalties are prescribed for any student found in violation of the rules and regulations required above. Violation of rules and regulations include:

1.  For a first violation, suspension from school athletics for the remainder of the season.
2.  For a second violation, suspension from school athletics for the remainder of the season and for the following season.
3.  For a third violation, permanent suspension from school athletics.

Students should be made aware that anabolic steroids are classified as controlled substances and that the use, unauthorized possession, purchasing, or selling could subject them to suspension, expulsion and/criminal prosecution.

## FOOD/DRINK IN SCHOOL BUILDING

As the direct result of our concern for the health and welfare of our students, students are not permitted to eat or drink in the hallways or classrooms or carry food or drinks in the hallways unless they are proceeding to the cafeteria for lunch. All food and drink should be placed in a backpack before a student uses a hallway. Students who repeatedly violate this policy will be assigned discipline in accordance with the disciplinary code. Additionally, all refreshments carried by students outside the cafeteria will be confiscated. Food/drink related to the curriculum will be supervised by the classroom teacher and students should have a pass from their teacher if they are being sent to the café for food/drink. Teachers monitoring study halls may send students to the café during the first three periods on a limited basis. These students should also have a pass. **Please know energy drinks are not permitted anywhere in school.**

48

## HALL PASSES

Except in the mornings, between class periods, the beginning and end of each lunch period, and at dismissal time, no student may be in the hall without a properly signed pass by the teacher whose supervision he has just left. **Do not come to the main office for a late pass.** Students leaving an area on a pass must sign out and sign in on the form provided in each area. There is no such thing as a "no return pass." A student may not sign, alter, or add names to any pass. This violation will be regarded as forgery and is punishable as such.

## INAPPROPRIATE/ABUSIVE/OBSCENE LANGUAGE

The use of inappropriate, abusive or obscene language in any situation is one of the worst habits any person can develop. Regardless of the circumstances, the use of such language by students will not be tolerated. Consequences, depending on the nature of the language, the setting in which the infraction takes place, and the frequency of the student's violations, may be one detention to several days of out-of-school suspension. The use of inappropriate language coupled by any form of violent or threatening behavior or statements will be cause for immediate discipline including but not limited to suspension from school, referral to law enforcement authorities and to the Superintendent for possible expulsion recommendation.

## LIBRARY RULES AND REGULATIONS

Library hours are as follows:
7:00 a.m. – 3:30 p.m. Monday and Wednesday
7:00 a.m. – 2:45 p.m. Tuesday, Thursday, and Friday

Students need an individual pass to come to the library during school hours. Lunch monitors can write students a pass during their lunchtime. Every student must sign into the library on the lunch sheet upon entering. There are two types of passes used to come to the library:

**White Passes** can be issued by any classroom teacher for a research purpose. The student must be completing work in the library. When coming from study hall, student's need to have a pass from a subject teacher to come to the library. Study hall teachers cannot write white passes to the library.

**Pink Passes** can be written out by the library staff only for Activity schedule. Up until the day of the Activity schedule, only teachers will be able to send students to the library to pick up pink passes. It is the student's responsibility to pick up a pass before the start of Activity schedule to use the library during this time. No passes will be written during the special schedule. Students who receive a pink pass must come to the library during this time or will be given a cut for the period. **No other type of pass will be accepted during Activity schedule.** This is a research period and students must be completing work for a teacher.

When students enter the library, they must sign in. The time of entering and exiting will be noted on the pass. All students taking longer than the

49

allotted time will have their passes marked and can be asked to leave. At the end of the period, every student must return to class, no exceptions. The library staff will send all students back to class 5 minutes before the end of class to give ample time to return. All students found not returning to class will be issued a disciplinary consequence.

The library does not permit food, beverages, and gum at any time. Personal electronic devices can be used for appropriate academic reasons only. Students will be sent back to class/study hall and issued disciplinary consequences for using electronics for non-academic purposes. All electronics must be put away before leaving the library.

Students will be asked for their student ID to check out any materials. All materials can be checked out of the library except materials placed on teacher reserve and each current magazine title on display. Fiction and non-fiction books circulate for two weeks. All Reference materials and other magazines are overnight. Only three books on the same topic can be circulated at one time. Flash drives circulate for three days with no renewal.

Books can be renewed by signing the renewal sheet or asking the library staff. Students do not need the materials to renew. When returning materials, they can be dropped off by placing them in the book drop.

If materials are overdue, notices will be sent to students weekly. Fines for materials are as follows:

    Magazines: $.05 a day
    Fiction and Nonfiction Books: $.10 a day
    Reference Materials: $.25 a day
    Flash drives $.25 a day

Students will not be allowed to check out any materials if obligations are 50¢ or more. Materials can be put on hold until this time. If materials are lost or damaged, the student will be charged the replacement cost.

Computers in the library can only be used for school research purposes. **Games or non-research topics are not allowed on library computers.** Scanners are available free of charge if logged in to specially marked computers.

From the computer, students can print 10 pages without charge, and all other pages are 10¢ a page. Color copies can be printed from the computers, each page is 50¢. Photo copies can be made for 15¢ each. Library personnel monitor all usage of the library computers and students can be asked to log off and lose computer privilege if computers are being used improperly. By logging on to a library computer, you are giving consent to being monitored.

Students can use the library online resources at any time, from any Internet computer. Go to https://sites.google.com/a/pennridge.us/pennridge-high-school and click Library for the links to the library card catalog and online databases. Passwords for the databases are available by stopping by the library to pick up a free copy of the Library Resources pamphlet or clicking on the password link on the library webpage and entering the student's Google account information.

50

Appendix1342

**PARKING LOT REGULATIONS**

Since many students find it necessary to travel to school by car, certain rules and regulations have been established to help curb accidents, theft, vandalism, and violations of the Motor Vehicle Code.

Driving to school is a privilege, not a right, since the Pennridge School Board provides bus service from all points within the Pennridge area. Ninth and tenth graders do not have the privilege to purchase parking permits and are not eligible to drive to school or to park on school grounds.

Failure to comply with traffic regulations may result in suspension and/or revocation of this privilege. Police services will also be used in enforcement of our safety rules.

All students are expected to abide by the following rules, which have been established for the benefit of all concerned:

1.   SPEED LIMIT: The speed limit in our parking lot is posted. Our parking lots will be patrolled by local police and school personnel.

2.   PARKING TAGS: All vehicles parked in the school parking lots must have an up-to-date parking permit attached to the rear window. Parking registration costs $75.00. Individuals not complying will have their driving privileges revoked. Parking stickers for all students can be purchased in the first floor office. **They are not transferable.**

3.   Bikes are to be parked in the designated areas. The use of skateboards on school property is prohibited.

4.   Buses have the right-of-way at all times on the parking lot, driveways, and exits.

5.   Students are not to drive their cars in restricted areas. Certain areas of the traffic lanes are for buses only and are restricted to students.

6.   Regardless of where students park, if they are late to homeroom, they must sign in tardy- this will not be an excused tardy.

7.   VIOLATIONS:

a.  Parking on the lot without a permanent permit or a temporary tag. The temporary tag must be secured from the first floor office. Temporary tags may be requested by students with parking permits only.

b.   Failure to remove the keys from the car and failure to lock the ignition. **BE SURE TO LOCK YOUR CAR.**

c.   Not placing the parking permit in the proper place.

d.   Parking in a restricted area. ALL YELLOW LINED AREAS ARE RESTRICTED. YELLOW CURBS INDICATE NO PARKING. Students may only park in white-lined spaces. Absolutely no parking in faculty lots, visitor's spaces or emergency areas is permitted. Any exceptions to this rule will be granted by the parking lot supervisors and the administration.  Vehicles parked in fire lanes will be towed at owner's expense.

e.   Parking that hinders the movement of traffic or blocks more than one parking space.

f.  Making excessive noise by gunning loud mufflers, screeching tires, etc.

51

g.   Excessive speed on parking lots or on school grounds may be referred to police and suspension of driving privileges.

h.   Conduct unbecoming of a young man or a young woman, swearing or use of abusive language or gestures, smoking, loitering, or drinking on or near the parking lot.

i.   Failure to cooperate with traffic supervisors and/or school staff (includes bus drivers and custodians) **will result in loss of driving/parking privilege for the remainder of the school year.**

j.   Cars parked improperly anywhere on the school grounds; these cars may be towed away at student's expense.

k.   **STUDENTS WHO DRIVE TO SCHOOL AND HAVE ACCUMULATED SEVEN TARDIES WILL HAVE THEIR DRIVING PRIVILEGES REVOKED FOR 45 SCHOOL DAYS.**

8.   Under the provisions of the School Laws of Pennsylvania, driving to and from school is considered to be in many respects a school privilege. Therefore, if anyone is reported for improper driving, it will be reported to the local police.

9.   Student offenders will be dealt with according to the Discipline Code.

10.  Unauthorized drivers: These people will be asked to leave the parking lot and if they persist in presenting problems the police will be called and arrests made for trespassing.

11.  Driving in an unsafe manner or in such a way as to endanger the safety of others may result in referral to law enforcement authorities, suspension of driving privileges, suspension from school and, in extreme cases, expulsion from school.

12.  Students should not be parking in surrounding neighborhoods or businesses.  If they do, they will be subject to local ordinances and are subject to fines and/or to towing.

13.  Students must have permission to leave the school to visit their car to retrieve items necessary for school purposes only. These visits should be minimal. The visits will be tracked by administration and security, which have the right to refuse any requests. If student visits to the car become habitual, they will be denied permission.

14.  Any student sent to an alternative placement will have their parking pass revoked. Their parking space will be issued to the next student on our waiting list. If they return to the high school, they will be placed on the waiting list to get their pass back.

**A reminder- upon entering the school property, a student is not permitted to leave the school property without permission from the administration. Any violation of this rule will result in disciplinary action.  <u>Note:</u> Students who receive an excessive number of discipline referrals will have their driving privileges revoked.**

**STUDENT VEHICLES BEING SEARCHED**
All students who drive vehicles to school and park on school property must know their vehicles are subject to being searched by school authorities. In cases where there is a reasonable suspicion that a student may have transported or possess any controlled substance, any drugs, alcohol, or

52

paraphernalia, any weapon or any other contraband, the school authorities will search the vehicle. Student and parent consent is not necessary for the administration to search a vehicle. If the search produces any of the above mentioned items, the Pennridge Regional Police Department will be notified. Reasonable suspicion includes, but is not limited to, periodic visual searches of vehicles parked on school property in which illegal substances or weapons are visible to school authorities.

**STUDENT DROP-OFF POINTS**
As more students are either driving to school or being dropped off by their parents prior to the opening of school, it has become necessary for the school to establish drop-off points for parents and students in order to ensure the safety of all people on school property. Parents driving their children are to drop their children off at the front of the school building by the flag poles. At no time are parents to stop indiscriminately on school driveways to drop off their children as this poses a definite safety hazard due to the volume of people using the school's parking lots. Vehicles parked in the yellow tow away zones at the side of the building reserved for school busses will be towed.

**PORNOGRAPHY**
Students may not have in their possession pornographic materials while in the school building or on the school grounds. Confiscated materials may be sent home or destroyed. Offenders will be disciplined according to the Discipline Code. Administrative discretion will be used in judging whether the material is pornographic in accordance with the legal precedents established by the United States Supreme Court.

**CELL PHONES, CAMERA PHONES, PAGERS, RADIOS/ ELECTRONIC EQUIPMENT**
Student possession of telephone paging devices, commonly referred to as beepers, is prohibited on school grounds, at school-sponsored events and on buses or other vehicles provided by the school district. Students are not permitted to use cell phones or camera phones during the school day. The one exception will be in the café during a student's lunch period only and on a trial basis. However, students are not permitted to use cellular phones or cellular camera phones to record the spoken word or visual image of any person, including other students or staff members, while on school property or at any school event. STUDENTS WHO POSSESS/DISPLAYS/USE CELL PHONES BETWEEN 7:13 AND 2:15 WILL HAVE THEM CONFISCATED. The students will be given the opportunity to remove their battery and/or sim card unless it is part of a school and/or police investigation.

Violation of this policy will result in the imposition of discipline up to and including suspension from school and/or referral to the local law enforcement authorities for prosecution in accordance with the laws regulating the recording of speech and visual images.

53

**RESTRICTED AREAS**

Students are not permitted in the faculty lounges, faculty dining rooms, or any other areas designated for faculty use, including the mailroom. This rule also applies to student employees. Students are not permitted to remove or place any materials into teachers' mailboxes.

Pupils are to leave the buildings as promptly as possible after school is dismissed. Pupils remaining in the buildings after 2:15 p.m. must be under the supervision of a teacher or coach. Those engaged in extra-curricular activities are to remove their belongings from the classroom at the close of school. Those waiting for the late bus shall do so by the pond in front of the cafe. Students in other parts of the buildings without proper permission will receive disciplinary action.

**SKATEBOARDS**

Skateboards are not permitted to be used on school property.  If they are on school property, they must be secured in a locker or in an office.

**SMOKING**

Because of the health hazards documented by the Surgeon General of the United States and the safety hazards indicated in the local fire regulations, smoking and/or the possession of tobacco products will not be permitted in the school buildings, in school buses, on school grounds, in the vicinity of the school, or at any school functions – including home and away athletic contests.  **Students, their lockers, vehicles and all possessions will be searched upon reasonable suspicion.**  Please see the Discipline Code for consequences.

**THREATS OF VIOLENCE & PHYSICAL ABUSE**

Any student who threatens another student or a member of the staff at Pennridge High School or physically or sexually abuses another student or a member of the staff faces the potential of being arrested by the local authorities. In all instances, the parents of those students who threaten violence or who commit willful violence against another person on school property will be contacted. Additionally, an appointment with the guidance and counseling department will be scheduled for the offending student(s) during which an evaluation will be made as to whether or not the student(s) will be required to undergo anger intervention counseling prior to the student(s) being allowed to return to school in the event a suspension has been assigned.   Students found in violation of this policy may be disciplined up to and including expulsion from school.  Please refer to the Discipline Code for an explanation of consequences.

**CUTTING CLASS**

Arriving late to class ten (10) minutes or more is considered a class cut. If a student cuts a class three times, the student will be removed from class with a Withdraw Failing (WF).

**BEHAVIORAL ADJUSTMENT PERIOD (BAP)**

A student who is disruptive /disrespectful to either teachers or students in class may be placed in a separate room for a period of time. While placed

54

in this room, the student must be respectful of adult supervision and is required to do school related work. Discipline problems while placed in BAP will result in continued assignment to the BAP room or other disciplinary measures up to and including suspension and expulsion and referral to law enforcement.

**DETENTION RULES AND REGULATIONS**

Detention may be assigned in accordance with the Pennridge School District Policies. Detention will be held Tuesday and Thursday from 2:25 PM until 3:50 PM. Administrative detention and teacher personal detention may be held on any school day. The detention period will be devoted to individual study. Students must take their coats and books with them to detention. There is no talking, eating, drinking, sleeping or placing one's head on the desk or against the wall. Use of any type of electronic device is prohibited.

Students who are tardy for detention will be assigned additional time by the high school administration, but must serve the remaining time. Staff in charge will note the time of arrival on the sign-in sheet for all late-comers. Students who fail to report for detention will be required to serve additional detentions, Saturday Morning Community Service (SMCS), or may be suspended at the discretion of the grade level administrator.

Students are to leave the building promptly after detention is dismissed. Those waiting for the late bus will remain outside the school. Students in other parts of the buildings without permission will receive further disciplinary action.

All detentions must be completed before the next term. All students must complete all detentions/community service obligations. Senior report cards and diplomas will be withheld until all detentions are completed. **No work certificates will be issued until detention time has been completed.** When assigned by an administrator or teacher, a student is expected to serve the next day in which detention is held. **STUDENTS ARE NOT EXCUSED FROM SERVING DETENTIONS DUE TO ATHLETICS, ACTIVITIES OR WORK OBLIGATIONS. NO EXCEPTIONS WILL BE MADE.** A teacher's personal detention takes priority over regular assigned detention. All students missing detention because of school closing(s) and absences must report to the next scheduled detention.

**SATURDAY MORNING DETENTION (SMD)**

The key to any successful high school program is to establish a safe, comfortable and orderly environment for learning. Our disciplinary policies, rules and regulations are designed to provide such an environment. Disciplinary policies are only words on a piece of paper unless there is consistent follow through by teachers, administrators, and parents. In addition, any successful disciplinary policy must have meaningful punitive measures to act as a deterrent and/or a corrective tool for students.

Suspension is often more harmful than helpful to the student involved. Suspension does little to bring about changes for the better. To the contrary,

55

Appendix1347

in addition to missing school, it often creates the opportunity for further inappropriate behavior. We expect this program will be successful in reducing the number of suspensions. Saturday detention hours are from 8:00 a.m. until 10:00 a.m.

The following regulations are in place for Saturday Morning Detentions:
No bus transportation is provided. Transportation is the student's/parent's responsibility. Students are to enter the detention by the cafeteria door. Students **must** sign in by 7:58 a.m. <u>Students arriving between 8:00 a.m. and 8:05 a.m. will be assigned an additional Saturday detention. Students arriving after 8:05 a.m. will be refused admission and charged with a SMD cut.</u>
All articles, books, book bags, etc. are to be kept on the floor or under the student's chair; only the assignment that the student is currently working on may be kept on the table. Students must do school related work or assignments. Students must remain in their seats at all times. Requests to do otherwise must be approved by a detention supervisor. Students will be permitted, by a supervisor, to ask relevant questions; however, students must raise their hands to be recognized. Communication of any kind, verbal or non-verbal, is not permitted between students during Saturday detention. During detention, students are prohibited from talking, eating, drinking, sleeping, or placing one's head on the desk or against the wall. Use of any type of electronic device is prohibited. Upon completion of Saturday detention (10:00 a.m.), students are to leave school grounds immediately. **STUDENTS ARE NOT EXCUSED FROM SERVING DETENTIONS DUE TO ATHLETICS, ACTIVITIES OR WORK OBLIGATIONS. NO EXCEPTIONS WILL BE MADE.**

**SATURDAY MORNING COMMUNITY SERVICE (SMCS)**
Because it is our policy to have students in class as much as possible and to use suspensions (in-school or out-of-school) on a very limited basis, we are running a community service program on Saturday mornings to help alter misbehaviors that go beyond what is typically covered by Saturday morning detention. As is the case with Saturday morning detention, we expect that this program will be successful in further reducing the number of suspensions at the high school. Saturday Morning Community Service (SMCS) hours are 8:00 a.m. until 11:00 a.m.

The following regulations are in place for Saturday Morning Community Service:

- <u>Transportation is the student's/parent's responsibility.</u> Students who wish to drive to SMCS must park in the lot by the café and report for service no later than 7:55 a.m.
- The grade level assistant principal will have the student complete a form including the student's name, address, parent/guardian, medical conditions, and emergency contact number. This form will need parent/guardian signature prior to any student participating in SMCS.
- Students must remain the entire time – no arrangements can be made for partial time.

56

- Students should dress appropriately for the weather conditions and be prepared to work either inside or outside each day. Gloves and tools will be provided, if necessary.
- In cases of inclement weather, students will need to check the website for cancellation.
- Students will not be permitted to use cell phones or any other devices (iPods, CD/MP3 players, etc.) during the hours of SMCS.
- Upon completion of SMCS at 11:00 a.m., students are expected to leave school grounds immediately.

**STUDENTS ARE NOT EXCUSED FROM SERVING COMMUNITY SERVICE DUE TO ATHLETICS, ACTIVITIES OR WORK OBLIGATIONS. NO EXCEPTIONS WILL BE MADE.**

**ALTERNATIVE INSTRUCTIONAL PROGRAM (AIP)**

Students must take all books and assignments to the program. Students are required to bring a lunch when placed in AIP. Inappropriate behavior while in the program or failure to report to the program will mean additional days in AIP or permanent placement in an alternative school program.

**RULES FOR OUT OF SCHOOL SUSPENSION**

- Students may not attend school related activities as a participant or spectator (e.g. prom, dances, concerts, games, trips, graduation, etc.)
- Students may not participate in extra-curricular activities (athletic practices or games, etc.)
- Suspensions that extend past the weekend mean that a student cannot participate in any athletic or school activity until the suspension is completed.
- Students may not be on school grounds without administrative approval. This includes driving on school property or the parking area. Violations may result in extended out-of-school suspension and trespassing charges will be filed with the local police department.
- Students have the responsibility to meet with their teachers and make up all work missed while on suspension.
- Students should stay home during suspension and work on school related homework.
- If school is canceled for any reason, the suspension dates will be extended accordingly (e.g. school closing due to inclement weather).

**STUDY HALL RULES**

1. Arrive to study hall on time. You may receive a detention for arriving late.
2. Bring something to do during the period.
3. Sit in your assigned seat quickly and quietly so that the study hall can begin promptly and efficiently.
4. If you need to see a teacher or go to the library during study hall, get a pass from the subject teacher before going to study hall. No "passes-to-get-passes" will be given.

57

5. If you leave study hall on a pass during the period, you must return to the study hall when you have completed your task or at least five minutes before the end of the period. There is no such thing as a "no-return" pass.
6. Phone passes will be issued on an emergency basis only. If a phone pass is given, the maximum phone time is 3 minutes.
7. Remember, <u>a pass permits you to go only to the place(s) marked on the pass. No side trips allowed.</u>
8. You may lose any or all of your study hall privileges for refusing to cooperate with your study hall teachers.
9. Request to Student Computer Lab
    a. Teacher issued
    b. Student request, depending on number in lab. Students must sign in/out upon entering computer lab.
10. At teacher discretion, students may converse at the end of the period.
11. Study halls assigned to the cafeteria may purchase food/drink in the next 10 minutes after attendance has been taken.

## TEXTBOOKS/SCHOOL EQUIPMENT AND FACILITIES

Students are furnished with the textbooks they need at the beginning of each course. Students are responsible for good care of all books and instructional materials used, as well as school furniture, athletic equipment, building equipment, and facilities in general. All school-issued books must be covered. Students must pay restitution for lost textbooks and for any school property which sustains unusual wear or damage. Students will be held responsible for all materials issued to them.

All accidental damage to school property must be reported to a high school administrator as soon as possible. Students may be required to do repair work after school. In addition to financial restitution, students who willfully or negligently damage school property will be subject to disciplinary action.

## WEAPONS

The District recognizes that the possession of weapons on school property presents a threat to the safety and welfare of its students and staff and also may constitute a criminal offense. A student may not knowingly possess, handle, deliver or transmit any object that can reasonably be considered a weapon, (1) on the school grounds, (2) to and from school, or (3) off the school grounds at a school-sponsored activity, function, or event. As stated in Act 26 of the Public School Code and the Pennridge School Weapons Policy, a weapon is "an instrument or implement capable of inflicting serious bodily injury" or "an instrument deemed dangerous." This would apply to guns, knives, etc., as well as any school material (compass, pencil) which may be used as a weapon with the intent to harm an individual. Students' lockers and belongings may be searched whenever reasonable suspicion exists. Possession of a weapon will result in immediate suspension, notification of proper law enforcement authorities and recommendation to the school superintendent for a mandatory one-year expulsion.

58

**Level Three Offense**

Possession of a gun of any caliber, including pellet and BB guns, will result in an immediate suspension pending expulsion of the student in violation. Law enforcement authorities will be contacted.

**Level Two Offense**

Possession of any instrument other that a gun which has the purpose of causing harm to or disabling another person, including but not limited to the following: switchblade knife, drop knife, mace, pepper spray, electronic stunning device, num-chucks, etc. will result in an automatic ten day suspension and referral for expulsion. Law enforcement authorities will be contacted.

Note: If the above mentioned instrument is actually used to harm or threaten another individual it is deemed a **LEVEL THREE OFFENSE** and handled accordingly.

**Level One Offense**

Possession of any other instrument that is dangerous and not needed by the student to directly support school related activities, including but not limited to the following: pen knife, scout knife, razor blade, slingshot, fireworks, club-like instrument, etc. will result in disciplinary action by the building principal. This action may vary in severity ranging from a single day of in-school suspension to a **LEVEL THREE OFFENSE,** based on the instrument in question and the nature of the violation. Students who use the instrument and cause of intend to cause bodily injury to another will be referred to law enforcement officials, suspended and referred for expulsion. The use of or intention to use an instrument will be a Level Three Offense.

**EJECTION/SUSPENSION POLICY**

The Pennridge School District is in compliance with the Suburban One League's policy on ejections from athletic events. As a result, any athlete/spectator in grades seven through twelve who is ejected from an athletic event for unsportsmanlike behavior will be disciplined in accordance with the extra-curricular code of conduct or school discipline code. This policy also includes any coach or adult supervisor of an interscholastic athletic program sponsored by the district. Suspended individuals are entitled to request a hearing with the principal and/or league committee charged with reviewing infractions of the policy.

**ATHLETIC/BAND ELIGIBILITY**

Students participating in inter-scholastic athletics and marching band must meet PIAA and Pennridge academic eligibility requirements prior to the issuance of the first Pennridge eligibility list of that season. A student must be passing all subjects, cumulative from the beginning of each grading period. This standard will be checked weekly during the season. If a student is failing one subject or more, he/she will be ineligible, until academic performance is within the eligibility requirements.

If a student completes a marking period with a failing grade, that student will be ineligible for the next 15 school days. The ineligible student will be reinstated following the 15 day period provided he/she is passing every

59

subject. Fall athletic eligibility will be based upon the final marking period grades from the previous school year.

A student who has been absent from school during the semester for a total of twenty or more school days, shall not be eligible to participate in any athletic contest. This suspension is in effect until the student completes sixty days of attendance beyond his twentieth absence. Summer school attendance does not count toward the sixty days required. When computing total days absent during a semester, days absent during a period of suspension shall count as part of the twenty-day absence total in a given semester.

If you have any additional questions relative to academic eligibility, please refer to the Pennridge High School Extracurricular Code.

## DANCE/ACTIVITY REGULATIONS

1. All high school dances are for Pennridge students and their guests. Guests must be in at least the ninth grade. The administration has the right to deny any guest based on age, and information received from other schools, agencies, or sources.
2. An "Application for Student Activity" must be completed by the organization and approved by the principal or his or her designee.
3. Members of the organization sponsoring the activity must help the chaperones with all responsibilities related to the activity.
4. A minimum of two male and two female faculty members must be chaperones for all activities.
5. Pennridge area police must be hired for the activity. Police must be notified at least two weeks in advance.
6. Students may bring only one guest. Students must pick up and complete a guest registration form in their grade level office to which they are assigned. Students bringing guests to the Winter Ball, Junior-Senior Proms, and any other semi-formal activity must have guests registered at least five days prior to the activity. Students bringing guests must introduce them to at least one chaperone and present their completed guest card upon arrival.
7. All school rules will apply. Also, students who are dancing in an inappropriate manner will be warned to stop. If they continue dancing in an inappropriate manner after their initial warning, they will be asked to leave the dance.
8. The admission will be determined by the sponsoring organization.
9. All students must be in school no later than 9:15 a.m. on the day of a contest, activity or performance in order to take part in the activity. The same will be true of practice (no school – no practice).
10. Any request for changes to this Activity Policy must be submitted to the Student Council and referred to the high school principal.
11. School dances/activities will end no later than 10:30 p.m. All students who choose to drive to dances/proms should do so at their own discretion. They are required to know the rules and regulations that permit/forbid them to drive with a junior license.

60

Appendix1352

12. Students must have all obligations and fines cleared before they will be permitted to purchase tickets to the Junior Prom and Senior Prom.

## POLICIES CONCERNING STUDENT SPEAKERS AT COMMENCEMENT EXERCISES

1. Student speaker shall be selected from those seniors in the National Honor Society program who are in good standing.  All these pupils shall be invited to write a speech on the topic or theme chosen for Commencement and submit it for consideration by the Faculty Committee appointed by the High School Principal.
2. Student speakers shall be selected and notified at least three weeks prior to graduation.
3. Student speeches shall be limited to five minutes or less in length.
4. Student speakers shall write and deliver their own speeches with the understanding that a few ideas may be taken from other speeches or from suggestions from faculty members.  Basically the speech shall be representative of the speaker's own thoughts.
5. A Commencement Speakers Committee will guide this procedure. This committee will be composed of teachers, eligible students and administrators.
6. The selected students may provide another type of program, but it must be approved by the teacher sponsor and the principal.

The Pennridge School District is an equal opportunity education institution and will not discriminate on the basis of race, color, national origin, religion, sex, or disability in its activities, programs, or employment practices as required by Title VI, Title IX, Title VII, Section 504 of the Rehabilitation Act and state laws prohibiting discrimination. For information regarding civil rights or grievance procedures, contact Mr. Ray Scarpantonio, Title IX Coordinator and Section 504 Officer, District Education Center, 1200 N. Fifth St., Perkasie, Pennsylvania 18944. Telephone: (215) 453-5368.

61

Appendix1353

_Liz Nace_
**Student's Name (please print)**

Homeroom # _213_    Grade _10_

September 4, 2012

Dear Parent/Guardian:

In an effort to keep parents and guardians informed and up-to-date regarding expectations for our students, we have provided each student with a student handbook. This handbook addresses the Pennridge High School Discipline Code and important information about our policies and procedures. All students have received a copy of the student handbook and are required to make themselves aware of all policies, rules, and regulations contained therein.

In order to ensure that all parents have been made aware of these policies, **we are requiring each student to return this letter, with the student's signature and the signature of a parent or guardian, to his/her homeroom/first period teacher no later than September 6, 2012.** Failure to return this letter by this date will result in the student being assigned a detention.

Please take a few minutes to look over the handbook then sign below to acknowledge that you have received and reviewed it. If you have any questions regarding these, or any other school policies, please feel free to contact the appropriate assistant principal at (215) 453-6944:

12th grade: Mr. Dave Laboski   X1010        10th grade:    Mr. Ray Ott            X2010
11th grade: Mr. Scott Hegen    X4119        9th grade:     Mr. Nick Schoonover   X4022

Thank you for taking the time to review this material. With your help, we look forward to having a pleasant and successful school year.

Sincerely,

Dr. Thomas J. Creeden
Principal

My signature below acknowledges that I have received a copy of the student handbook. I understand it is my responsibility to make myself aware of, and familiar with, its contents.

_Liz Nace_                                      _9-4-12_
**Student's Signature**                          **Date**

My signature below acknowledges that my son/daughter has received a copy of the student handbook. I understand that every student is responsible for familiarizing himself/herself with their contents. I have received and reviewed the handbook.

_April Nace_                                    _9-4-12_
**Parent/Guardian's Signature**                  **Date**

**2012-2013 HIGH SCHOOL ADMINISTRATION**
**PRINCIPAL**
Dr. Thomas J. Creeden (215) 453-6944 x4021
**ASSISTANT PRINCIPALS**
Mr. David Laboski – grade 12 (215) 453-6944 x1010
Mr. Scott Hegen – grade 11 (215) 453-6944 x4119
Mr. Raymond Ott – grade 10 (215) 453-6944 x2010
Mr. Nicholas J. Schoonover III – grade 9 (215) 453-6944 x4022
**COUNSELORS**
(215) 453-6944 Option #2
Ms. Tracey Hill (coordinator)
**SUPERINTENDENT OF SCHOOLS**
Dr. Robert Kish (215) 453-2710
**DIRECTOR OF PUPIL SERVICES**
Dr. Robert Phillips (215) 453-2785
**DIRECTOR OF ATHLETICS**
Mr. Dave Babb
(215) 453-6944 x4060
**Sports Hotline (215) 453-2349**
**ATTENDANCE (215) 453-6944**
Grade 9&10 x4020  Grade 11&12 x4235
**TRANSPORTATION**
(215) 453-2756
**Introduction for your student handbook:**

The purpose of the *Student Handbook* is to give Pennridge School District students and their parents/guardians an understanding of the general rules and guidelines for attending and receiving an education in our schools.  In a case of conflict between a board policy and the provision of this handbook, the board policy most recently adopted will prevail.

Students and parents/guardians should be aware that this document is reviewed annually because policy adoption and revision is an ongoing process.  These changes generally will supersede the provisions found in the handbook, which will become obsolete by the newly adopted policy.  The handbook is not a contract between the school and parents/guardians or students.  It can be amended at any time at the discretion of the district.  If policy changes are enacted during the school year, the administration will make every attempt to communicate those changes to students, staff, and parents/guardians.

Because a handbook of this nature cannot cover every possible item or incident that may arise, final resolution of each of these situations will be made by the school administration.

*SPECIAL THANKS TO 12th GRADER TORE INDELICATO FOR THE DESIGN ON THE HANDBOOK'S COVER and 10th GRADER TAYLOR CHAPMAN FOR THE DESIGN ON THE BACK OF THE HANDBOOK.*

## TABLE OF CONTENTS

Principal's Message ................................................................................4
Alma Mater ............................................................................................4
Mission Statement..................................................................................5
Unlawful Harassment.............................................................................5
Bullying..................................................................................................6
Cyber Bullying Statement ......................................................................7
Daily Bell Schedule................................................................................8
**GENERAL INFORMATION** ............................................................9
Academic Honors ...................................................................................9
Announcements.......................................................................................9
Examinations..........................................................................................9
Mid-year and Final Examinations ..........................................................9
Grading Procedures..............................................................................10
Graduation Requirements.....................................................................11
Lockers.................................................................................................12
National Honor Society ........................................................................13
Senior Privilege ...................................................................................14
Physical Education Rules .....................................................................14
Science Department Rules ....................................................................14
Prescribed Drugs and Medication ........................................................14
Release of Information to the Military ..................................................15
Summer School ....................................................................................15
Remediation .........................................................................................15
Correspondence Courses ......................................................................16
Sales Promotions..................................................................................16
Student Insurance.................................................................................16
Telephones ...........................................................................................17
Visitors.................................................................................................17
Weather Emergency .............................................................................17
Fire Drills/Emergency Evacuations......................................................17
Student ID Cards ..................................................................................17
**STUDENT SERVICES** ...................................................................18
Counseling Services.............................................................................18
Career and College Center ...................................................................18
Dual Enrollment...................................................................................19
Working Papers ....................................................................................20
Health Services.....................................................................................20
Transportation – Late Buses.................................................................21
Bus Transportation Regulations ...........................................................21
Use of Computer and Technology Equipment ......................................21
Internet Safety......................................................................................21
Computer Misconduct ..........................................................................22

2

**STUDENT RIGHTS/ RESPONSIBILITIES** ................................ 22
Affection Policy ....................................................................... 23
Attendance Regulations/Procedures .......................................... 23
Types of Absences .................................................................... 25
 Cumulative/Lawful ............................................................ 25
 Non-Cumulative ................................................................ 26
 Truancy/Unlawful .............................................................. 26
Credit Denial ............................................................................ 27
Early Dismissal ........................................................................ 27
Cheating/Plagiarism ................................................................. 28
Dress Code ............................................................................... 29
Discipline ................................................................................. 30
Obligations ............................................................................... 31
Discipline Charts ...................................................................... 32
Tardy/Late to Class Record ...................................................... 42
Drug and Alcohol Policy/Student Assistance Program ............. 43
Administrative Procedures for Drug and Alcohol Violations ........... 45
Food/Drink in School Building ................................................. 49
Hall Passes ............................................................................... 50
Inappropriate/Abusive/Obscene Language ................................ 50
Library Rules and Regulations .................................................. 50
Parking Lot Regulations ........................................................... 52
Student Vehicles Being Searched .............................................. 54
Student Drop-off Points ............................................................ 54
Pornography ............................................................................. 54
Cell Phones/Camera Phones/ Pagers/etc. .................................. 54
Restricted Areas ....................................................................... 55
Skateboards .............................................................................. 55
Smoking ................................................................................... 55
Threats of Violence and Physical Abuse ................................... 55
Cutting Class ............................................................................ 56
Behavioral Adjustment Period (BAP) ....................................... 56
Detention Rules and Regulations .............................................. 56
Saturday Morning Detention (SMD) ......................................... 57
Saturday Morning Community Service (SMCS) ........................ 57
Alternative Instructional Program (AIP) ................................... 58
Rules for Out of School Suspension .......................................... 58
Study Hall Rules ....................................................................... 59
Textbooks/School Equipment and Facilities .............................. 59
Weapons ................................................................................... 60
Ejection/Suspension Policy ....................................................... 60
Athletic/Band Eligibility .......................................................... 61
Dance/Activity Regulations ...................................................... 61
Policies Concerning Student Speakers at Commencement .............. 62

3

**PRINCIPAL'S MESSAGE**

Pennridge High School is very happy to provide its students with this handbook. It has been and continues to be a most useful tool to help students manage their daily assignments and appointments. We encourage you to use your handbook on a regular basis. Please take the time to familiarize yourself with the school's policies that are in the front of this handbook. Hopefully, you will find it easy to use, not only as an assignment book, but also as a resource for your classes. Please use this handbook to keep track of your progress as you work and plan. Best wishes for a successful year. Please do not hesitate to stop by my office.

Dr. Thomas J. Creeden
Principal

**ALMA MATER**

Raise a song of pride & friends
To our Pennridge High
Rally 'round her; pledge allegiance
Raise her standard high.
May she e'er be standing ready
To supply our needs;
And her name be never tarnished by
Our words or deeds.
'Tho our homes are widely scattered
Past acquaintance slight,
Here we stand as one, united,
"Neath the Green & White.
Here we toiled through all our classes,
Thronged the halls and cheered;
Here we made the friendships strong
That Time will leave endeared.

*Ellen Jane Bossard, '55*

4

# PENNRIDGE SCHOOL DISTRICT
# MISSION STATEMENT

Pennridge High School, as part of a broader community, will foster a sense of responsibility empowering all students to participate in a diverse and innovative range of opportunities to achieve their academic goals and to become vital members of society.

**Pennridge High School Recognition Statements**
We recognize that:
Each member of the Pennridge community is worthy of being treated with dignity and respect. It is the joint responsibility of students, parents, staff, and the community to ensure an educational environment that will enable all individuals to realize their potential.

**Pennridge High School Belief Statements**
We believe:
That all students should be able to attain the skills necessary to successfully compete on the 21st century global stage.
That all students should be provided with thought-provoking, meaningful curricula that inspire lifelong learning.
That all students should be able to communicate convincingly and effectively through verbal, written, and artistic expression.
That all students should be encouraged to achieve and maintain a healthy lifestyle.
That all students should be able to demonstrate technological competency.
That all students should be able to engage in the free exchange of ideas in a safe and supportive environment.

**UNLAWFUL HARASSMENT**
Each student is responsible for respecting the rights of his/her fellow students and of staff, outside contractors and vendors and for ensuring and maintaining an atmosphere free from all forms of unlawful harassment. (School Board Policy 248)  Likewise, you as students, have the right to be free of discrimination and/or harassment in the school setting.  If you believe that you have been the victim of discrimination, you will report this to the school principal or assistant principal.   You may also report discrimination to any teacher or school guidance counselor.  Once a report of discrimination or harassment has been made, an investigation will be conducted.  An effort will be made to keep the investigation confidential. The investigation will be conducted according to Board Policy 248. Violation of the Non-discrimination/Harassment policy may result in discipline up to and including expulsion from school.   Administrative disciplinary action may be imposed, depending upon the severity of the incident and/or the student's disciplinary record.
The Pennridge School Board strives to provide a safe, positive environment for all students and staff members.  Therefore, it is the policy of the District to maintain a learning and working environment in which discrimination

5

Appendix1359

and harassment in any form are not tolerated.  Harassment on the basis of race, color, religion, ancestry, gender, national origin, age, or handicap/disability is a violation of both federal and state law as it is a form of discrimination.  The Board prohibits all forms of unlawful harassment, including harassment because of sexual orientation.

The term **"harassment"** includes, but is not limited to, slurs, jokes, or other verbal, graphic, or physical conduct relating to an individual's race, color, religion, ancestry, gender, sexual orientation, national origin, age or handicap/disability.

**"Ethnic harassment"** includes the use of any derogatory word, phrase or action characterizing a given racial or ethnic group that creates an offensive educational environment.

**"Sexual harassment"** shall consist of unwelcome sexual advances, requests for sexual favors, and other inappropriate verbal or physical conduct of a sexual nature when:

1. Acceptance of unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature is a term or condition of an individual's education.
2. Submission to or rejection of such advances/conduct is the basis for academic decisions affecting the individual.
3. Such conduct has the purpose or effect of substantially interfering with an individual's academic performance or of creating an intimidating, hostile, or offensive educational environment.

Examples of sexual harassment include, but are not limited to: sexual flirtations, advances, touching or propositions, verbal abuse of a sexual nature, graphic or suggestive comments about an individual's dress or body, sexually degrading words to describe an individual, sexual jokes, pin-ups, calendars, objects, graffiti, vulgar statements, abusive language, sexual innuendos, references to sexual activities, overt sexual conduct, or any such conduct that has the effect of unreasonably interfering with a student's ability to learn or which creates an intimidating, hostile or offensive learning environment.

## BULLYING

Bullying occurs when one child or a group of students repeatedly hurt another child through words and/or actions.  Bullying may involve physical aggression such as fighting, shoving or kicking; verbal aggression such as name calling and rumor spreading: and/or non-verbal aggression such as intimidation, threatening gestures, and deliberate exclusion from a group or activity.

<u>Bullying</u> shall mean an intentional electronic, written, verbal or physical act or a series of acts that occurs in school setting (*"School setting" shall mean in the school, on school grounds, in school vehicles, at a designated bus stop or at any activity sponsored, supervised, or sanctioned by the school)* and is severe, persistent or pervasive and is directed at another student or students; and substantially interferes with a student's education, creates a threatening environment; or substantially disrupts the orderly operation of the school.

6

A school entity is not prohibited from defining bullying in such a way as to encompass acts that occur outside a school setting, if those acts are severe, persistent or pervasive; are directed at another student or students; and have the effect of doing any of the following: substantially interferes with a student's education; creates a threatening environment; or substantially disrupts the orderly operation of the school.

## CYBER BULLYING STATEMENT

An individual's "lewd, indecent, or offensive speech" is not protected by the First Amendment. This applies equally to speech that is verbal, gestural or communicated in writing through the written word whether on paper or through other mediums. The school district may take disciplinary action if the speech would substantially disrupt or interfere with the work of the school or the rights of other students or staff members.

Peer to Peer harassment that occurs over the internet through the use of e-mail or a web-site is called cyber-bullying and will not be tolerated. Students who engage in this conduct, whether or not the conduct occurs outside of the school day and whether or not the bullying occurs through the use of privately owned computer equipment, will be disciplined in accordance with the Code of Conduct. Student to Teacher or Teacher to Student internet harassment is called cyber harassment and will not be tolerated. Students or staff members who engage in this conduct, whether or not the conduct occurs outside of the school day and whether or not the bullying occurs through the use of privately owned computer equipment, will be disciplined in accordance with the Code of Conduct. A student or staff member who believes that he or she has been the victim of cyber bullying or harassment should follow the same procedures set forth in the District's policy prohibiting harassment.

7

# DAILY BELL SCHEDULE
**7:05 – OPENING BELL 7:13 - FINAL WARNING BELL**

| **LUNCH 4** | | **LUNCH 6** | | **LUNCH 8** | |
|---|---|---|---|---|---|
| Period 1 | 7:15 - 8:10 | Period 1 | 7:15 - 8:10 | Period 1 | 7:15 - 8:10 |
| (AM V/T depart 8:05) | | (AM V/T depart 8:05) | | (AM V/T depart 8:05) | |
| Period 2 | 8:15 - 9:05 | Period 2 | 8:15 - 9:05 | Period 2 | 8:15 - 9:05 |
| Period 3 | 9:10 - 10:00 | Period 3 | 9:10 - 10:00 | Period 3 | 9:10 - 10:00 |
| **Lunch** | 10:00 - 10:30 | Period 4/5 | 10:05 - 10:55 | Period 4/5 | 10:05 - 10:55 |
| Period 5/6 | 10:35 - 11:25 | (PM V/T – depart 10:55) | | (PM V/T – depart 10:55) | |
| Period 7/8 | 11:30 - 12:20 | **Lunch** | 10:55 - 11:25 | Period 6/7 | 11:00 - 11:50 |
| Period 9 | 12:25 - 1:20 | Period 7/8 | 11:30 - 12:20 | **Lunch** | 11:50 - 12:20 |
| Period 10 | 1:25 - 2:15 | Period 9 | 12:25 - 1:20 | Period 9 | 12:25 - 1:20 |
| | | Period 10 | 1:25 - 2:15 | Period 10 | 1:25 - 2:15 |

**Afternoon announcements will be made daily
at the end of Period 9 – from 1:17 to 1:20 p.m.**

# TWO HOUR LATE START SCHEDULE

HomeRoom       9:15- 9:20
Period 1, 2 or 3   9:25-10:06
Return to Regular Schedule

# ACTIVITY SCHEDULE

| **LUNCH 4** | | **LUNCH 6** | | **LUNCH 8** | |
|---|---|---|---|---|---|
| HR/Activity | 7:15 – 7:45 | HR/Activity | 7:15 – 7:45 | HR/Activity | 7:15 – 7:45 |
| Period 1 | 7:50 – 8:40 | Period 1 | 7:50 – 8:40 | Period 1 | 7:50 – 8:40 |
| (AM VT – departs 8:40) | | (AM VT – departs 8:40) | | (AM VT – departs 8:40) | |
| Period 2 | 8:45 – 9:30 | Period 2 | 8:45 – 9:30 | Period 2 | 8:45 – 9:30 |
| Period 3 | 9:35 – 10:20 | Period 3 | 9:35 – 10:20 | Period 3 | 9:35 – 10:20 |
| **Lunch** | 10:20 – 10:50 | Period 4/5 | 10:25 – 11:10 | Period 4/5 | 10:25 – 11:10 |
| Period 5/6 | 10:55 – 11:40 | (PM V/T – depart 11:10) | | (PM V/T – depart 11:10) | |
| Period 7/8 | 11:45 – 12:30 | **Lunch** | 11:10 – 11:40 | Period 6/7 | 11:15 – 12:00 |
| Period 9 | 12:35 – 1:25 | Period 7/8 | 11:45 – 12:30 | **Lunch** | 12:00 – 12:30 |
| Period 10 | 1:30 – 2:15 | Period 9 | 12:35 – 1:25 | Period 9 | 12:35 – 1:25 |
| | | Period 10 | 1:30 – 2:15 | Period 10 | 1:30 – 2:15 |

8

# GENERAL INFORMATION

**ACADEMIC HONORS**
At the end of each marking period, a Distinguished Honor Roll and Honor Roll are compiled and published by the Counseling Department.

**Distinguished Honor Roll**
To be eligible for Distinguished Honor Roll status, a student must obtain an overall grade point average of 3.6. No student who receives a grade of "D" or an incomplete grade in any subject is eligible for Distinguished Honor Roll.

**Honor Roll**
To be eligible for Honor Roll status, a student must obtain an overall grade point average of 3.2 – 3.59. No student who receives a grade of "D" or an incomplete grade in any subject is eligible for Honor Roll status.

**ANNOUNCEMENTS**
If you wish to have announcements made regarding school activities, you must have the announcements initialed by a teacher or administrator. All athletic announcements must be initialed by the Athletic Director. Announcements will be brief, accurate and necessary. Students who miss hearing an announcement can obtain the necessary information from the office bulletin boards where all announcements are posted. Athletic announcements are posted outside the Student Activities Office. Announcements are also posted on the school website. All students are required to be silent during all announcements.

**EXAMINATIONS**
In an effort to promote learning and prepare students for higher education, semester and final examinations are administered annually during specific days at the end of the second and fourth quarters respectively. A special school schedule is implemented to provide testing periods for English, Health, Social Studies, Mathematics, Science, Foreign Languages, and Business Education.

The second semester examination (full year courses only) will test course material in the second semester and will count fifty percent of the final examination grade. It will be understood, however, that course-work is cumulative and the first semester material may be pertinent to the second semester, but cannot exclude all the first semester material. The final exam grade contributes one-fifth of a student's overall grade in a full year course. For semester courses, final examinations will count twenty percent of the final grade. Any attendance problems during scheduled exams will be referred to administration for resolution.

**MID-YEAR AND FINAL EXAMINATIONS**
Whether the student is passing or failing a course, he must take the final examination. A student who meets the following criteria in a full-year course will be exempt from taking the final exam in that course: 1) earn an "A" for every final marking period grade and 2) earn an "A" on the

9

midterm exam. Any other final exam exception must be made by the principal.

**A student refusing to take a midyear/final exam will fail the course.** If the course is a full-year course, the student may be assigned to a study hall or a semester course for the remainder of the school year. If a student fails a course as a result of not taking the required mid-year/final exam; he may not take the course for credit in remedial summer school.

## GRADING PROCEDURES

### Letter Interpretation

The following is an interpretation of the grading system used at Pennridge High School:

A   Excellent - Superior achievement

B   Good - Above average achievement

C   Fair -   Average achievement

D   Poor, but Passing - Below average achievement
        BARS THE PUPIL FROM ADVANCED WORK IN CERTAIN SUBJECT AREAS.

E   Failure.  This grade may be remediated by summer school or approved private tutoring before the beginning of the next school term. (Examination may be required.)

F   Failure.   This grade may be remediated only by repeating the course.

- Any student who fails to complete a course requirement or a major assignment (such as a notebook, project, research paper) may receive an "F" for the marking period or the course.

### Student's Incomplete Grades

A student will receive an incomplete grade only when the student is unable to complete the work because of an extended illness occurring near the end of the marking period.

If, after three weeks, the student has not completed assignments, he will receive a zero for each incomplete assignment. The student may receive an "F" for the entire marking period, unless there are extenuating circumstances.

### Grade Point Average

A Grade Point Average (GPA) is computed at the close of each semester. It is a cumulative GPA based on all graded courses, 9-12. Pass-fail courses are not included.

The GPA is computed by multiplying the final course grade's numerical value times the assigned course credit to equal the course quality points. The sum of quality points from all courses attempted is divided by the total credit value of all courses attempted to determine the GPA.

10

**Weighted Grades**

A system of weighted grades will be used to calculate both eligibility for the Honor Roll and class rank. Grades will be weighted as follows:

Level 1    Courses will include Advanced Placement Courses in all areas of the curriculum. The weights will be:
A=4.8, B=3.8, C=2.5, D=1.0, E/F= 0

Level II    Courses will include all honors courses.   The weights will be:
A=4.5, B=3.5, C=2.3, D=1.0, E/F=0

Level III    Courses will include all other courses in the curriculum. The weights will be:
A=4.0, B=3.0, C=2.0, D=1.0, E/F=0

To continue with a Level I or II Course in the sequence of a curriculum area, a student must earn a final grade of "C" or higher. If a student receives a grade of "D" or lower in any marking period, the student will be responsible to contact the teacher to discuss his/her program.

**GRADUATION REQUIREMENTS**

Minimum credit requirements for graduation from Pennridge High School are 24.25 credits

These requirements include .25 credit for the graduation project. The requirements for graduation from Pennridge High School are:

|  |  |
|---|---|
| English | 4 credits |
| * Social Studies | 3 credits |
| Mathematics | 3 credits |
| Science | 3 credits |
| Humanities Electives | 1.5 credits |
| Fine & Performing Arts Electives | .5 credits |
| General Electives | 7 credits |
| Wellness/Physical Education/Health Education | 2 credits |
| **Graduation Project | .25 credits |
| **TOTAL** | **24.25 credits** |

- PSSA Remediation, if necessary
* Fulfillment of Pennridge School Board Policy # 217
*  For students enrolled in the business education program or the program at the Upper Bucks Vocational Technical School, the eleventh grade social studies course will count as one elective course required in the arts and humanities. For all other students, the eleventh grade social studies course will count as one course required as a general elective. Specific information on academic requirements and course selection is available in the PHS Program of Studies book issued each February.

**The Graduation Project**

- **Option 1:  Research project, written report, and presentation linked to the Grade 10 research assignment.** Students select a topic of personal interest for their research project; a student

11

selecting this option (which requires an oral presentation) informs the English teacher of his/her choice. Once a satisfactory research paper is submitted (based on the English Department's standards for a research paper), The English teacher submits the research paper and the student's Graduation Project Written Evaluation form to the Assistant Principal in charge of the Graduation Project. The student is then scheduled for his/her oral presentation. The student's presentation may be completed in-class (by arrangement with the teacher, if the topic is relevant to the curriculum). **This option will not be available after 10th grade.**

- **Option 2: Formal Research Project Grades 9 and 10:** Students will be able to accelerate the graduation project process during the summer months before their junior year by submitting a formal research project. This project consisting of a five page research paper in MLA format must be submitted to the assistant principal in charge of the graduation project during the months of June through August. A presentation will be made to an independent panel during the summer or school year.
- **Option 3: Research project that is curriculum-based** in a course taken by the student in grades 9-11 on a curriculum-relevant topic selected by the student Students would be expected to obtain teacher agreement to serve as the student's presentation should be completed in-class.
- **Option 4: Action research project in an area of personal interest to the student,** perhaps in conjunction with an out-of-school interest or community-based activity. The student should choose an advisor (who may or may not be a member of the staff) and work with the assistant principal in charge of the Graduation Project. The student prepares a written "action research" report and makes his/her presentation to an independent panel.

**Any 11th grade student who has not completed all aspects of this project by the end of the 4th marking period of their junior year will receive an incomplete "I" on their transcript.**

**All students must have their Graduation Project requirement completed by the end of the third marking period of their senior year. If the project is not completed the student(s) will not walk in the graduation ceremony with their class.**

## LOCKERS

Each student is assigned a locker with a lock where personal items and books may be stored. It is a student's responsibility to maintain a neat and sanitary locker. Students are responsible for the upkeep of their lockers. Students will be billed for any and all damages. If it is necessary to have a valuable item in school, this should be kept in the main office for the day. Students should report any difficulty with their locks or lockers to their grade level administrator. If students leave school, it is their responsibility

12

to take their personal contents from their locker. Anything left in a locker will be discarded after three days. **Students must bear in mind that locks and lockers are school property, and are subject to inspection.** Any illegal material seized may be used as evidence against the student in disciplinary, juvenile, or criminal proceedings. Under no circumstances will a student open the door of another student's locker. Students may not share lockers unless assigned to do so. **Locker repair can be a minimum of $150 to $200.**

## NATIONAL HONOR SOCIETY

Selection to the National Honor Society at Pennridge is an honor awarded to those students who possess the qualities of scholarship, character, leadership and service. These criteria are designated by the National Honor Society at the national level. Selection to membership is a benefit to which all students have a fair and equal opportunity for consideration. The following procedure will be used to determine selection:

1. One induction will be held each year for the students in the Sophomore and Junior Classes (Spring Semester). Candidates must have been in attendance at Pennridge for at least one semester before selection. Candidates must have a cumulative grade point average of 3.8 or higher.
2. Students who meet the academic requirements will be notified by mail and MUST complete the Student Activity Information Form for further consideration. The high school professional staff will submit a comment on the quality of each candidate's character.
3. A Selection Committee will then assess the scholastic standing, faculty comments and Student Activity Information Forms, and select the members.
4. An induction will be held to swear the newly selected members into the National Honor Society.
5. All members are required to complete four Inside Activities, one Outside Activity with written verification, and either the Spring or Fall Adopt-A-Highway clean-up each year. Failure to complete all of these activities will result in expulsion from the organization.
6. A complete copy of the selection process guidelines is available in the counseling office.

Members must continue to meet the standards of the school and the National Honor Society or dismissal from the organization may occur. A member may be dismissed for failing to maintain standards. The faculty council which selected the members also has the responsibility for dismissing a member for the "flagrant or chronic" violation of a school or civil law, or if a member acts in a manner unbecoming of membership in the National Honor Society.

13

## SENIOR PRIVILEGE

Seniors must have and maintain a "C" average to be eligible for any and all Senior Privileges. Seniors may receive a card for early dismissal or late arrival to school. This card is issued by the 12th grade assistant principal. Students issued a card must follow all rules and regulations to maintain card privileges. Students issued this privilege must follow all rules and regulations or the privilege will be revoked. Only seniors have access to the tables outside the café during lunch periods.

## PHYSICAL EDUCATION RULES AND REPSONSIBILITIES

The physical education department will distribute a list of all the rules and responsibilities attached to its area the first day of class for each student. Included among these rules will be dress requirements, class participation responsibilities, locker room requirements, grading procedures, and penalties and procedures for students who are unprepared for class. **Students must lock all materials/belongings in PE lockers. Valuables must be given to the PE teacher so they can be locked in the teacher's office. Failure to do so will result in disciplinary consequences. The Pennridge School District will not be responsible for lost/stolen materials.**
Additionally, these rules include the pertinent information as to how students who fail physical education can make up the state mandated course requirement necessary for graduation from high school.

## SCIENCE DEPARTMENT RULES/RESPONSIBILITIES

The science department will distribute a list of all the rules and responsibilities attached to its area the first day of class for each student. Included among these rules will be no food or drink in any of the science classrooms, closed toes shoes for chemistry labs, class participation responsibilities, grading procedures, student responsibility for making up missed class work and/or labs, and course requirements. Students are responsible to pay a replacement fee (50% of catalog cost) of items that are damaged or broken due to neglect or carelessness. Failure to comply will result in disciplinary consequences.

## PRESCRIBED DRUGS AND MEDICATION

Whenever possible, medication should be taken before or after school. When it is necessary for medications to be dispensed to students during the school day, the medication must be brought to the nurse by an adult. The physician and the parent/guardian must give written permission for the student to receive any type of medication (**prescription or non-prescription**). Medication will be administered to students during school hours only when such medication is needed by the student to remain in school. **No medication will be administered to any student without proper completion of the medication dispensing form (available on Pennridge High School health website: www.pennridge.org)**
This form needs to be used for both prescription and non-prescription medications (ex. Advil, Motrin, and all other over the counter medications).

14

This form needs to be on file for any student to receive medication during the school day.

All medications must be delivered in the original and properly labeled container to the school nurse by the parent or designated adult, at which time the medication will be counted and documented. No student is permitted to carry or store in his/her locker prescription or over the counter medicines in school or to self-administer any of these drugs. This includes cough drops and throat lozenges. Failure to comply with these guidelines is a violation of our district's drug and alcohol policy.

All medications are to be kept and administered in the nurse's office. Students are not permitted to carry any medication with them in school. Exception: Properly labeled inhalers and epi-pens.
Please go to the PHS Health Services site to read the policy for field trip medications. The field trip form is on the website under permission for school sponsored trips. Parents must know that a nurse is not available on field trips to give medications.

Medication permission forms are available from the nurse's office, and from our Health Services District Website. If you have any questions, please contact the nurse at extension 4041.

**RELEASE OF INFORMATION TO THE MILITARY**
Under the provisions of the Federal Law the various military branches are permitted to request directory information (name, address, and phone number) of students entering their junior and senior years of high school.

Routinely, in May, a letter is sent to parents of all soon to be juniors and seniors. This letter discusses the Federal Law and provides a form that parents can fill out if they DO NOT wish to have their child's information released.

**SUMMER SCHOOL**
The Pennridge Secondary Summer School program is designed to enable students who have failed subjects during the regular school year to remediate courses before school opens again in September. A limited number of required subjects are offered, and students must earn a failing grade of "E" to qualify for Summer School. Students who receive an "F" grade in a required course must repeat the course during the regular school year. Summer School runs based on enrollment. There is always the chance that Summer School may not be offered.

**REMEDIATION**
Failure in a core course subject is indicated by a grade of "E" or "F". Both grades result in the loss of credit for the course, but each has different implications for remediation.

Students receiving the grade of "E" in a core course subject may complete the required hours of remediation and receive a "satisfactory" for that

15

course. The grade of "E" will remain on the student's cumulative record. **The "E" grade may be remediated before the beginning of the next school term only.**

The remediation of an "E" grade can be accomplished in the following ways:

1. By completing the required hours of approved private tutoring with a teacher certified to teach the subject failed. This teacher must be approved by the principal. The student will receive a grade of "satisfactory" and credit for the course if the private, approved tutoring is completed satisfactorily. The school reserves the right to require that these students pass an examination prepared by the school staff in addition to the work completed under the tutor's instruction.
2. By attending Pennridge High School Summer School, or a similar summer school operated by a public or private school recognized by the Pennsylvania Department of Public Instruction.
3. A senior with a grade of "E" in English or Social Studies may be rescheduled in the second semester.
4. Any student who withdraws from a course as a result of negative discipline will not be permitted to make up the course during summer school.
5. A senior who fails an elective course with an "E" during the first semester only may complete twenty hours of private, approved tutoring prior to May 1st.

## CORRESPONDENCE COURSES
Students will be allowed to take two correspondence courses during their high school career if they are approved by their guidance counselors and the high school principal.

## SALES PROMOTIONS
All sales promotions must have the approval of the principal. A Fund Raising Report must be filed at least two weeks prior to the beginning of any sale. This includes sales both in and out of school. An accounting of sales must be filed with the secretary in the main office at the termination of the event.

## STUDENT INSURANCE
Students are urged to purchase the group accident insurance provided by the school district at a nominal cost, if similar coverage is not provided by any other insurance which they may have.

Two types of coverage are provided:

1. Provides protection while school is in session.
2. Provides protection 24 hours per day whether school is or is not in session.

Benefits and limitations are described in a folder issued early in the school term. This folder will be carefully filed with other insurance papers for reference if the need arises.

16

Appendix1370

## TELEPHONES

**Students are not to use cell phones during the school day for any reason except for a student's designated lunch period on a trial basis.** Students may use the courtesy phones in the offices, provided they have permission from a teacher or administrator and use the telephone closest to their classroom or study hall. Important phone messages will be delivered from parents **only**. A student will be called from class to answer a personal telephone call only in the case of an emergency.  Phone calls must be limited to a maximum of **three minutes**.

## VISITORS

**Administrative approval is needed for any visitation.**  Students are not permitted to bring friends or relatives to spend the day unless they have administrative approval.  They must follow the student visitation process and complete the necessary form.  Alumni are encouraged to visit former teachers after school hours.

Students from local school districts are not permitted as visitors at Pennridge High School. Students from other schools /districts may contact the counseling office for a conference and personal tour. Immunization cards may be required in order to visit our school.  Pennridge High School reserves the right to refuse guests during certain times throughout the school year.  Pennridge High School also reserves the right to accept/reject any request on a case by case basis.

## WEATHER EMERGENCY

Should a weather emergency be announced at any time during the school day, including lunch, all students and staff members are to quietly follow weather emergency procedures and wait for further instructions over the public address system. When a decision is made to close school before the school day begins, students and parents are to listen to the radio for **CODE #757** as indication for school closing.  Also, students/parents can check the Pennridge District website, www.pennridge.org, or local television stations.

## FIRE DRILLS/ EMERGENCY EVACUATIONS

Fire drill and exit information procedures are posted in all parts of the buildings. All students will acquaint themselves with the primary and secondary exits and accept direction from the adults in charge. Students who use the fire alarm system for any reason other than that for which it is intended will be subject to a fine of up to $700 and additional consequence as outlined in the Discipline Code.  A quiet and orderly exit must be enforced to preserve the safety of everyone.  Students should report to their assigned teacher once outside the building.  Failure to do so will result in disciplinary consequences.

## STUDENT ID CARDS

All students will be issued a student ID card.  Students who need a replacement card will need to pay a $10 fee.  New students should have their ID taken within two weeks of entering school.  Once the two weeks expires, a $10 fee will be charged.  Please report to the main office for questions/concerns.

17

# STUDENT SERVICES

**COUNSELING SERVICES**

Counselors are concerned with all phases of student development. Each counselor is available to help students and their parents with academic and personal problems. Referrals to outside agencies and professionals will be made as needs are determined. Counselors will help develop career and educational plans by using available data identifying the student's abilities, interests, and skills, and through discussions with career and post-secondary representatives.

Students wishing to schedule an appointment with a counselor must complete a request pass in the counseling office. Parents should contact the counseling office at 215-453-6944 extension 4025.

**CAREER AND COLLEGE CENTER (Room 343)**

The guidance office will be offering its own Career and College Center. This is a classroom that is open all day to students looking for information on colleges and or careers. Students will have the opportunity to work on their Naviance accounts, ask questions about applying to colleges, visit with college recruiters and employers from the community, and research and contact colleges of interest

**Course Selection and Student Scheduling Regulations**

Students are advised to make careful decisions regarding course selections and to be aware of the credits necessary for graduation. Withdrawal from a course may make it difficult for a student to accumulate the required number of credit in four years. Every effort will be made to assign students to the courses of their first choice.

Scheduling will depend upon class enrollments and scheduling availability. Conflicts may require students to accept another choice. Elective courses will not be offered unless there are fifteen applicants. This is subject to school board and administrative review.

Students considering Vocational/Technical School are advised to schedule fine arts electives in their freshman year. Students selected to attend Vocational/Technical School will be entitled to the privileges and responsibilities associated with Pennridge High School. It will be possible to participate in all inter-scholastic athletics. When a student enrolled in the Vocational/Technical School is unable to complete the requirements for graduation, he/she may have to return to Pennridge High School as a full time student.

Requests for subject changes on curriculum selection sheets must be made before July 19, 2012. Contact the counseling department. **CHANGES WILL ONLY BE MADE AFTER JULY 19, 2012,** for the following reasons:

1. Should a student attend summer school, he will be permitted to change subjects related to those taken in summer school.

18

Appendix1372

2. Changes that are recommended by the administration and the counselor prior to the first day of school.
3. Student schedules found to be in conflict or in error may cause course changes in order to complete a student's schedule.

**DUAL ENROLLMENT**

Seniors at Pennridge High school may have the opportunity for Dual Enrollment through Bucks County Community College to earn both high school and college credit. Students who are interested in Dual Enrollment must meet with their Guidance Counselor to make certain that they are meeting all graduation requirements while Dual Enrolled. Transportation, Tuition and Fees for the courses(s) are the student's responsibility. More information regarding Administrative Guidelines, Placement Testing and Registration can be obtained in the Guidance Department.

**Adding or Dropping a Course**

1. COURSE WITHDRAWALS – Any course dropped after six days of class must be recorded as a W/F (Withdrawal Failing) and will appear on the student's transcript. Minimum credit loads must be carried.
2. Students who request a level change must make the change before the end of the fourth cycle of class. Administrative approval is needed.
3. A student may add a course during the first six days of each semester; any course which is added must fit into a free period. Please note that schedules will not be changed to allow students to leave early or arrive late. Administrative approval is needed.
4. In cases of dispute, the Principal's decision will be final. A student's final grade point average will be based on the number of courses completed, rather than the number of courses attempted. A WP/WF will affect the cumulative grade point average.

**Obtaining Assignments During Absences**

Student's who are absent for one to three days are encouraged to obtain assignments from classmates. Students are encouraged to use technology (e-mail, PowerSchool) to access assignments. Students can also call and leave a message for their teachers. Students can access the school website for contact information.

**Student Transfer/ Withdrawal from School**

A student transferring to another school or dropping out of school must report this to the counseling office. For any student under 18 years of age, a parent must come to the counseling office to sign permission for the student to withdraw. A transfer card or permission to drop out will be granted only after all school property and obligations have been cleared through the counseling office. Technical School students must first withdraw from the Technical School and bring a note to this effect to the home school counseling office.

19

## WORKING PAPERS

The employment of minors less than 18 years of age is regulated by the Child Labor Law. The Pennridge School District is the issuing agent for all Pennridge residents. Employers are required to have working permits on hand for any minors in their work place. Since each employer must be able to show proof of age to any inspector, it is necessary for you to have a permit for each job you might have. Minors 14 and 15 years old must obtain a new working permit for each job. Minors 16 and 17 years old are issued a transferable work permit and carry the transferable working permit from job to job. Any minor under 18 years of age needs a working permit, whether attending school or not.

Most students have a tentative offer of employment before requesting working papers. Usually an employer will allow you a few days to get them. Parents requiring information on working papers can visit or call the Main office between 7:30 a.m. and 3:30 p.m. (215-453-6944 extension 4022).

Obtaining working papers is a **two-part process**. Before working papers can be issued, a proof of age must be shown. This proof can be a **birth certificate**, a **driver's license, baptismal record, passport** or a variety of other legal documents.  SCHOOL RECORDS ARE NOT ACCCEPTABLE. IT IS NOT NECESSARY FOR BOTH PARENT AND STUDENT TO BE PRESENT AT THIS TIME. The application is then given to the employer who must complete the number of hours the student will be working. Maximum hours are regulated by the Child Labor Laws. A medical examination and a physician's signature are required for working papers.

When both the employer's section and the medical report have been completed, A PARENT MUST SIGN THE APPLICATION IN THE PRESENCE OF A SCHOOL OFFICIAL. A NOTARY IS ACCEPTABLE UNDER THE NEW PROVISIONS. The main office will check the application and then issue the working permit. The permit is then given to the student.

## HEALTH SERVICES

A school nurse is available from 6:45 a.m. until 2:35 p.m. **The nurse is the only person able to excuse a student from class or detention for health reasons during the school day.** If the school nurse is not available, students must report to the main office. Reporting anywhere else will be considered a class cut.

If a student becomes ill during the school day, he/she must report directly to the health suite. He/she must always inform his/her teacher where he/she is going. If it is necessary to go home, the nurse will inform the parent or guardian and the student will be released from school with parental permission. **If this procedure is not followed, and the student leaves without properly checking out, the student will be subject to**

20

**disciplinary action.** Parents called to pick up a student must report to the main office.

**TRANSPORTATION – LATE BUSES**

Bus transportation is provided to students who meet the bus requirements. Students involved in extracurricular activities and teacher supervised academic work are provided with a late bus at 4:45 p.m. each day at the Athletic Entrance. There is a late bus at 4:00 p.m. on Tuesdays and Thursdays. Students must register in the main office to ride the 4:00 p.m. bus. **STUDENTS ASSIGNED TO DETENTION MUST TAKE THE 4:00 PM BUS.** This bus will pick up students near the pond.

**BUS TRANSPORTATION REGULATIONS**

Pupil transportation is an important part of the total school program. Maintaining order on school buses requires the cooperation of pupils, parents, teachers, principals, and bus drivers. Transportation of students is provided by the Pennridge School District in accordance with State Regulations and District Policies. Transportation of students is a privilege, not a right. A student whose behavior causes disruption to the safe operation of the bus or poses a danger to the student or others may be disciplined in accordance with the student discipline policy and may be removed permanently from bus transportation. **Warning to all students riding any bus that is operated by the Pennridge School District: your activity on the bus may be under surveillance by an audio/video system.**

**USE OF COMPUTER AND TECHNOLOGY EQUIPMENT**

No student in the Pennridge School District is permitted to use any computer or technology equipment unless the student has submitted a signed Computer Use Agreement Form that is kept in the student's file. Without the submission of the completed form, which is to be signed by the student and the parent, the student may not utilize any and all computer and technology equipment in the classroom, in the computer labs, or in the library/media centers. Those students who have not returned a completed from will be given alternate forms of education when the student's class is using the equipment in a classroom setting. Copies of the form can be obtained in the main offices of each high school building, as well as in the guidance and counseling offices of each building.

In addition, students may not use a school computer unless a teacher, teaching assistant, or administrator supervises them. Unsupervised use of a computer is considered inappropriate use of school equipment and subject to disciplinary action.

**INTERNET SAFETY**

It is the responsibility of the Pennridge School District to keep its students safe during the school day. This responsibility includes Internet Safety. In an effort to keep students safe while using the Internet, the district has gone to great lengths to limit access to potentially harmful and inappropriate web sites. It is the responsibility of all students to refrain from accessing or attempting to access potentially harmful web sites.

21

In addition, it is the responsibility of all students to never use the Internet for the purpose of Cyber Bullying.  Further, it is the responsibility of all students to report immediately incidents of cyber bullying to the school administration.

Finally, students should always avoid posting personally identifiable information such as their name, address, phone number, etc., on the Internet. The Internet is replete with predators and identity thieves seeking potential victims.  Posting personally identifiable information on the Internet should be considered an extremely unsafe act, one that could cause serious harm if this information is obtained by a predator or an identity thief.

## COMPUTER MISCONDUCT

1.  The Pennridge Student Computer User Agreement forbids misconduct while using the district's computers, information systems or online services.  Examples of computer misconduct include (but are not limited to): using another student's password, using computers without permission or while unsupervised, and attempting to browse pornographic or hateful web sites, and attempting to gain access to district file servers or another person's documents.  In addition, any attempt to circumvent the district's internet filter either directly or through the use of "proxy" (filter avoidance) web sites is strictly forbidden.

2.  Students are not permitted to check e-mail on school computers without permission.  Misuse of computers and computer equipment, including accessing unauthorized websites or engaging in unauthorized activities through use of the computer will be subject to disciplinary action under the Discipline Code Outlined on pages 40 and 41 of this handbook.

## STUDENT RIGHTS AND RESPONSIBILITIES

Student responsibilities include regular school attendance, conscientious effort in academic work, and conformance to school rules and regulations. Students, faculty and the administration share a responsibility to develop and maintain a climate within the school that is conducive to learning and good citizenship. It is with this goal in mind that the following guidelines for student conduct have been established.

(a)  Student responsibilities include regular school attendance, conscientious effort in classroom work and homework, and conformance to school rules and regulations.  Most of all, students are responsible to share with the administration and faculty a responsibility to develop a climate within the school that is conducive to wholesome learning and living.

(b)  No student has the right to interfere with the education of fellow students.  It is the responsibility of each student to

22

respect the rights of teachers, students, administrators and all others who are involved in the educational process.

(c) Students should express their ideas and opinions in a respectful manner.

(d) It is the responsibility of the students to conform to the following:

1) Be aware of all rules and regulations for student behavior and conduct themselves in accordance with them. Students should assume that, until a rule is waived, altered or repealed in writing, it is in effect.

2) Volunteer information in matters relating to the health, safety and welfare of the school community and the protection of school property.

3) Dress and groom to meet standards of safety and health, and not to cause substantial disruption to the educational processes.

4) Assist the school staff in operating a safe school for the students enrolled therein.

5) Comply with Commonwealth and local laws.

6) Exercise proper care when using public facilities and equipment.

7) Attend school daily and be on time at all classes and other school functions.

8) Make up work when absent from school.

9) Pursue and attempt to complete satisfactorily the courses of study prescribed by local school authorities.

10) Report accurately in student media.

11) Not use obscene language in student media or on school premises.

## AFFECTION POLICY

We recognize that caring for others and showing affection are important. Public displays of affection are not wrong, they simply are inappropriate in a school setting. There is nothing wrong with a simple show of affection, such as holding hands; however, kissing and close physical contact in school are inappropriate. In order to avoid offending or embarrassing others, students are to confine displays of affection to hand holding while on school property. Violations will be handled according to the Discipline Code.

## ATTENDANCE REGULATIONS AND PROCEDURES

Regular school attendance is essential to the successful completion of the educational objectives of the school system. Too often, students assume that the educational process involves only the passing of tests and the completion of assignments. However, the philosophy and objectives of the school district (as mandated by the State) list required learning outcomes in such areas as self-understanding, understanding others, citizenship, creativity, etc., as well as simple skill development and basic subject matter

23

understanding.    Students enrolled in Pennridge obligate themselves to regular and punctual attendance. They also obligate themselves to all work assigned in each course in which they are enrolled. The following guidelines are intended to promote student responsibility and learning. **To participate in any activity or practice, a student must be at school before 9:15 am on the day of the event.**

**Tardy to School**
- Students will be excused for a doctor's or dentist's appointment. A note(s) must be given to the attendance office when the student returns to school.
- A tardy will be excused if a parent writes a note stating that the student was ill. Only two parent notes will be allowed per marking period. A parent note beyond the two allowed will be documented as unexcused.
- The student has three school days to present a note for a tardy to be excused. If the note is not received the tardy will be documented as unexcused.
- Driving related issues (car troubles) are not accepted as valid excuses.
- Students having repeated problems with unexcused lateness will have privileges taken away, which may include but is not limited to, driving privileges or extra-curricular activities.
- Every four hundred and twenty minutes of unexcused late to school equals one day of cumulative absence.
- Detentions will be assigned for unexcused tardies in accordance with the tardy policy outlined on page 42.

Students who accumulate nine (9) unexcused tardies for a semester course or eighteen (18) unexcused tardies in a year-long course of ten (10) or more minutes will be withdrawn/failing the course for which they are tardy and not be eligible for summer school.  For Health and Physical Education for students in grades 10 through 12, the maximum number of unexcused tardies for the school year is six (6) per course.

**Late to Class**
Teachers should write a discipline referral every time a student is late to class.   A third late to class and every subsequent tardy will result in disciplinary action**. A student's tardy to class record does not start over at the end of the semester**.  The record is cumulative and remains in effect the entire year. An unexcused late to class of ten minutes or more will be considered a class cut.

**Cutting Class**
If a student cuts a class, he/she is given no credit for the class or for assignments due that day. If the assignment is a course requirement, the student must complete that assignment for no credit. The third cut in the

24

same class will result in the removal of the student from the class with a grade of WF (withdrawn failing).

**Cutting an Exam**
*A student who cuts a mid-term or final exam will automatically lose credit for that course.*

**TYPES OF ABSENCES**

**Cumulative/Lawful Absences**
- Illness covered by parent note (note must be into the attendance office within three days after the absence). **If a note is not presented within three school days after the student's return to school, the absence will be recorded as unlawful/truant.**
- Family vacation while school is in session (the student must fill out Family Vacation Form prior to trip). **Failure to submit this form prior to the trip may result in the absence being recorded as unlawful/truant.**
- Truancy (see truancy/unlawful absence)
- Sent home by nurse/counselor/administration
- Other absences not classified as non-cumulative
- A tardy becomes a half day absent if a student arrives at school past 9:15 AM and misses two (2) hours or more of school and does not submit a doctor's note.
- Arrival after 11:15 am (student misses four hours or more of school) becomes a full day absence unless a doctor's note is submitted
- An early dismissal becomes a half day absence if a student misses two (2) hours or more of school and the student leaves before 12:15 p.m. and does not return and does not submit a doctor's note.
- An early dismissal becomes a full day absence if a student misses four (4) hours or more of school and the student leaves before 10:15 a.m. and does not return and does not submit a doctor's note.
- Four hundred and twenty minutes of unexcused late to school or any early dismissal from school
- Students will have only nine cumulative absences per semester and eighteen cumulative absences per school year. When nine absences are reached during a semester, a parent conference may be held, and a doctor's note will be required for all additional absences. The same procedure will be followed when eighteen absences are reached during the school year.
- **All absences beyond ten (10) cumulative days require an excuse note from a physician, according to Pennsylvania State Law.**
- Students who are 16 or under will be referred to District Magistrate for their 4th unlawful absence.

**Students will have three school days to make up all work missed for an absence that is excused under this policy.** A student who is absent more than three days will contact the counseling office for work missed.

25

**Faxing Excuse Notes – (215) 257-3547**
In an attempt to accommodate parents who have access to FAX machines, Pennridge High School will accept excuse notes for student's absences when faxed to the high school within three days of a student's absence. The dated FAXED excuse note must include the date of the absence, the reason for the absence, and the parent's signature. Direct all FAXED notes to the attention of the attendance secretary at the following numbers:

**Verbal Confirmation of Absences**
Parents/guardians are encouraged to confirm a student's absence by calling the attendance office at the following numbers:
- (grades 11 & 12):          215-453-6944 x4235
- (grades 9 & 10):           215-453-6944 x4020

**Non-Cumulative Absences**
- Illness verified by a doctor's note
- Death in the family (note required)
- Religious holiday as designated by the Department of Education (note required)
- Administrative reasons - school activities, field trip, mentoring programs.
  **The student must fill out and submit the School Activity/College Visitation Form to the Attendance Office prior to visit or trip. Failure to do so will result in the absence being recorded as cumulative or unlawful/truant.**
- AIP (Alternative Instructional Placement)
- Out-of-School Suspension

**Truancy/Unlawful Absence (an absence not approved by parent and/or the administration)**
- Counts towards cumulative absences
- Student will receive no credit for assignments or class work for the days of truancy
- Student must complete work for course requirements
- Truancy will be documented for possible referral to district magistrate
- Student may be placed in alternative school setting

Students age 13 to 16 will be referred to the District Magistrate after the third unlawful absence. The penalties for a summary conviction of truancy are a fine of up to $300.00 plus court cost or completion of adjudicated alternative program. Students who are convicted of truancy under the Compulsory Attendance Act will be reported to the PA Department of Transportation.
The penalties are as follows:
**1st Conviction- operating privileges and applications for licenses and permits are suspended for 90 days.**

26

Appendix1380

**2nd Conviction- same privileges are suspended for 6 months for each conviction.**

Notification of absence letter(s) to parents for semester courses will be mailed on the fifth, seventh and eighth absences. The eighth absence notification letter will be an invitation to an administrative conference. If absences without a doctor's note continue after the parent conference, credit can be denied.

Letter to Parents for yearlong courses will be mailed on the tenth, thirteenth, fifteenth, and seventeenth day of absence. The seventeenth day letter will be an invitation to a conference. If absences without a doctor's note continue after the parent conference, credit can be denied.

**CREDIT DENIAL**

Students who have cumulative absences of nine days in semester courses, eighteen days in year-long courses, or a prorated total for courses less than a full cycle may lose credit in any or all of their courses.

If credit is withdrawn, one of the following administrative options may be exercised:

    a.   Alternative education program placement
    b.   Partial student schedule (work/study) program
    c.   Enrollment in General Educational Development (GED) program
    d.   Temporary withdrawal with the option of returning to school (16 year olds need full-time employment)

**Making Up Academic Work**

Students must consult with all of their teachers the day they return to school from an excused absence to make arrangements for making up the missed work within three school days. Exceptions to this three-day requirement may be authorized by an administrator in cases of extended illness or tragedy. Students who have an excused absence on the day of an announced test or an announced quiz must make up that test or quiz on the day they return, assuming, of course, that they did not miss any of the work covered by the test or quiz. The teacher has the discretion to choose the manner in which this work will be completed. Students missing classes for extracurricular activities must contact their teachers ahead of time. In all cases of missing class it is the student's responsibility to initiate the process of making up work.

**In order to encourage mastery learning, each department at Pennridge High School has adopted procedures for retesting and reassessing assignments. Statements detailing each department's guidelines will be noted in course expectations.**

**EARLY DISMISSALS**

Students are not permitted to leave school grounds at any time during the school day without permission from the appropriate grade level

27

administrator or school nurse. Failure to follow the proper procedures for leaving school may result in disciplinary action.

A student will be excused from school prior to dismissal time if he or she has a permission note from a parent or guardian. This note must be presented to the attendance office upon arrival on the day of the request. A parent or guardian is required to come into the building, present identification and sign the student out of school. If a student is a driver with a designated parking spot at Pennridge they will be allowed to drive home without a parent signing them out.

If a parent /guardian fails to send a note for early dismissal, please contact the attendance office before the early dismissal. Early dismissals without notice are not encouraged. Early dismissals will be limited to medical appointments. Return notes verifying doctor's visits are required when the student returns to school. Students are encouraged to attend school prior to, and after, all doctor, dental and special appointments. An early dismissal becomes a half-day absence if they leave before 12:15 pm without a doctor's note. It will be considered a full day absence if a student leaves prior to 10:15 am without a doctor's note.

Technical School students must obtain an early dismissal permission slip from the home school attendance office before departure to the Vo-Tech School. Parents or others designated by parents must meet students in the main office. If possible, all dental and medical appointments should be scheduled after 2:15 p.m., in the evenings, on school holidays or on Saturdays.

Students who have an Abbreviated School Day may not leave school and return to school grounds or to the building unless they have the permission of their grade level Administrator. These students also must gain permission if they wish to stay in the building past their scheduled end of the day.

## CHEATING/ PLAGIARISM

Pennridge High School is an academically oriented school. Course work is often difficult, and students at times may feel pressured to succeed at all costs. As a result, some students consider cheating as an accepted part of school life. Students who choose to cheat will be disciplined. The penalties are delineated in the Pennridge High School Discipline Code.

Plagiarism, whether intentional or unintentional, is a form of cheating. To plagiarize is "to steal and pass off as one's own (the ideas or words of another)," or "to present as one's own an idea or product derived from an existing source." Using the words or the ideas of another, be it a friend, relative, published writer, or technology site without giving credit to that person, is unacceptable in all types of writing assignments, including research papers, compositions, book reports, lab reports and homework assignments. Any student who gives information or work to another student is also guilty of cheating/ plagiarism. If any student commits plagiarism twice in the same year, he/she will receive a WF for the course

28

in which the second offense takes place. Every subsequent offense will also result in a WF.

A teacher who has determined that plagiarism has been committed will give no credit (a zero) for the assignment. The teacher also has the option of requiring the student to rewrite the paper correctly for no credit. In addition, any student who has plagiarized will be subject to the penalty for cheating provided in the discipline code. When a plagiarism/cheating issue cannot be resolved between the teacher and the student, the case is referred to the PHS Academic Integrity Panel, composed of impartial teachers, who will hold a hearing to determine if plagiarism was committed. This determination will then be submitted to the appropriate assistant principal for academic and disciplinary consequences, if necessary.

**DRESS CODE**

All students in the Pennridge schools are expected to be neat, clean, fully-clothed and well groomed at all times. Any and all clothing that is disruptive to the educational process may not be worn in school. The following guidelines have been established by the Pennridge School Board and will be enforced by the high school administration:

1. All clothes must be clean, neat, in good repair and in good taste. Dress should be appropriate for the business of learning. Pajamas and look-alike pajamas are not permitted.

2. Students may not wear potentially dangerous/destructive clothing, or footwear i.e. rivet jewelry, cleats, ornamental belts, etc. No heavy gauge chains or choke collars may be worn at any time.

3. Muscle shirts, garments exposing the stomach and/or back, clothing with indecent, suggestive or unsavory slogans, expressions, pictures, words and symbols are not to be worn. Drug, alcohol and tobacco symbols and expressions are prohibited. Any garment that reveals bare shoulders is not permitted. The entire shoulder needs to be completely covered. Tank tops, sundresses, and pants exposing too much of a student's anatomy may not be worn. Spaghetti straps are not allowed.

4. Coats that cause a disruption may not be worn. The administration will make this determination.

5. Exposure of any undergarment is not acceptable in school. Clothing with guns, knives, weapons, or depicting violence is not permitted.

6. Hats, bandanas, ear-buds, and headphones should not be visible during the school day. All hats and bandanas should be put away in lockers or bags by 7:13 a.m. Students holding, wearing, carrying, etc. hats, bandanas, ear-buds, and headphones after 7:13 a.m. will have them confiscated. Hats, hoods, caps, headbands, sweatbands, bandanas and other head covering may be worn for medical purposes only.

29

7. Gloves (with or without finger coverings) are not to be worn in the building during the school day.

8. Students taking classes in art, family and consumer science, technology education, and science, should be concerned about length of hair, loose clothing, sandals, and eye protection. These items and others will be discussed by the teacher. (Proper attire for physical education will be required by the teacher.)

9. Students must have appropriate footwear on at all times, in the school building, fields and parking lot. Bedroom slippers are not appropriate. All footwear must have a hard sole.

10. Students may wear shorts of appropriate length. The length of the shorts must exceed the palm of the student's hand when that student is standing with their arms at his/her side. This measure will also be applied to skirts. STYLE: No spandex leggings, yoga pants or cycling shorts. No "boxer" shorts – no garment that is designed, as underwear will be allowed. NO cut-offs – this includes cut-off jeans, sweatpants, etc. No gym shorts or jogging shorts. If in doubt, don't wear it to school! OTHER REMINDERS: **No bare midriffs. No shorts or tops that are cut-off or expose too much of the anatomy. NO LOW-CUT TOPS.**

11. Sunglasses may not be worn unless there is a verified medical reason.

12. **Any special "dress-up" days must be approved by the administration**.

The principals of the schools of Pennridge School District shall suspend any and all pupils who shall persist in disregarding any of the guidelines listed above, and such suspension shall continue until such time as the student presents himself for readmission to class, having corrected and given assurances that he will not repeat the conditions of dress or personal appearance which were the cause of his suspension.

## DISCIPLINE

The Pennridge School District has the authority to make reasonable and necessary rules governing the conduct of students in its schools. Pennsylvania School Code dictates "every teacher, assistant principal, and principal in the public schools shall have the right to exercise the same authority as to conduct and behavior over the pupils attending his school, during the time required in going to and from their homes, as the parents, guardians, or persons in parental relation to such pupils may exercise over them."

The vast majority of students want to learn. Anyone who disrupts the learning process will be dealt with quickly and fairly. As a last resort, the student will be removed from class. Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.

30

Each faculty member is encouraged to establish, within school district policies, his/her own standards with each member of his/her classes. For example, conduct in shop and the gym require different levels of control. The school has the ability to use many resources, such as faculty members, parents, guidance counselors, psychologists, social workers, community personnel, and other social agencies in an attempt to resolve a disciplinary problem. Methods of dealing with a problem include revoking privileges, Behavior Adjustment Period, After School Detention, Saturday Morning Detention, Saturday Morning Community Service, Alternative Instructional Placement, Out of School suspension, parent conference, alternative school, or, ultimately, expulsion.

**Where appropriate, a student may be referred to an alternative school or may be expelled. Any student in an alternative school or who has been expelled is NOT allowed on school property. Students may not return to Pennridge High School from an alternative school until there is a meeting with a grade level administrator.**

## SCHOOL SECURITY

Security personnel and security cameras will be present within the school campus and on school buses to enhance the safety of the school community. Any evidence of wrongdoing derived from either security personnel or surveillance equipment can be used in disciplinary situations and criminal procedures as well.

## SEARCHES

**The Pennridge School District reserves the right to search students, their materials, their bags, and any and all possessions in cases of violation of school rule/procedures---examples would be sleeping in class, theft, harassment, etc. Students who leave the building and/or school grounds and then return to school are subject to a search of their person, possessions, lockers and vehicles.**

## OBLIGATIONS/GRADUATION REQUIREMENTS

No student who has completed the requirements for graduation shall be denied a diploma as a disciplinary measure.  Students may be denied PARTICIPATION IN GRADUATION CEREMONIES when personal conduct so warrants.  Such exclusion shall be regarded as a school suspension.  Students that are in alternative schools for disciplinary or probationary reasons will not be permitted to participate in commencement/graduation ceremonies and/or senior activities. Students must resolve all obligations, including serving all detentions and suspensions, before they take their final exams.  Also, the school will not release records of any student who has an outstanding obligation.   Any student who does not resolve all obligations will not participate in the Senior or Junior Prom or the Graduation Ceremony.

31

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*

Level 1- Student's misbehavior which impedes orderly classroom procedures or interferes with the orderly operation of the school. These misbehaviors can usually be handled by the individual teacher, but sometimes require the intervention of the school administrator.

| Examples of Offenses | First Offense | Misconduct Second Offense | Third Offense | Fourth Offense |
|---|---|---|---|---|
| Eating or drinking outside of Cafeterias | Warning | 1 Detention | 2 Detentions | 1 SMD |
| Library Misconduct | Library privileges denied for 2 weeks | Library privileges denied for 3 weeks | Library privileges denied until reinstated by administration | Library privileges denied for the year |
| Cafeteria Misconduct | 1 Week cleanup/ 1 week BAP for lunch | 2 Weeks cleanup/ 1 detention/ 2 weeks of BAP | 3 Weeks cleanup/BAP 2 Detentions Assigned Seat | 2 SMDs or administrative discretion – BAP or assigned seat for the remainder of the school year |
| Class Misconduct/ Insubordination/ Substitute Report Referral/ Inappropriate Behavior | 1-3 Teacher detentions or office detentions depending on severity and parent contact by teacher BAP | 1 SMD/parent contact by teacher/ BAP | 2 SMDs/counselor contact at administrative discretion | 1-2 SMCS per offense w/ possible removal from class w/ WF grade or alternative school placement |
| Study Hall Misconduct | 1-3 Detentions | 1-3 Detentions | 2 SMDs | 1-2 SMCS |
| Audion/Hallway Misconduct | Administration Decision | 2 Detentions/ administrative decision | 2 SMDs/ administrative decision | 2 SMCS/ administrative decision |
| Dress Code Violation | Warning Change of clothing | 1 Detention Change of clothing | 2 Detentions Change of clothing | 1 SMD Change of clothing |
| Affection Code Violation | Warning Parent contact | 1 Detention Parent contact | 2 Detentions Parent contact | SMD Parent contact |
| Walking around – holding, displaying, wearing and/or having a hat, bandana, head covering, ear-buds, and headphones be visible | Warning Confiscation and returned at the end of the day | 1 Detention Confiscation and returned at the end of the day | 1 SMD Confiscation and returned at end of school year | |

32

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*
Level I- Student's misbehavior which impedes orderly classroom procedures or interferes with the orderly operation of the school. These misbehaviors can usually be handled by the individual teacher, but sometimes require the intervention of the school administrator.

| Pass Violations | | | | |
|---|---|---|---|---|
| Examples of Offenses | First Offense | Second Offense | Third Offense | Fourth Offense |
| After School without Supervision | 1-3 Detentions depending on severity/ parent contact by administration | 2 SMD/parent contact by administration | 1-2 SMCS/parent contact by administration | 2-3 SMCS per offense/ parent contact by administration |
| Violation of early dismissal/late arrival- Senior Privilege | Warning | Loss of late arrival or early dismissal privileges/loss of Honor Card | | |
| Pass violation/ Hall Wandering | 1 Detention/pass restriction | 3 Detentions/parent contact by administrator/ pass restriction | 1 SMD/loss of pass privileges for 1 month/ pass restriction | 2 SMD/loss of pass privileges for 1 marking period/pass restriction |
| Failure to Report to office when requested by pass | 2 Detentions | 2 – 3 Detentions | 3 – 4 Detentions | 1 – 2 SMDs |
| Throwing Snow Balls | Warning/2 Detentions | 2 SMDs | 1 SMCS | 2 SMCS |
| Late to Detention | 1 Detention | 1 Detention/parent contact | 1 Detention/1 SMD/ parent contact | 1 Detention/2 SMD/ parent contact |
| Loitering on the stairwells before/after school or between classes | Warning | 1 SMD | 2 SMDs | 2 SMCS |

33

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*

LEVEL II- Infractions that tend to disrupt the learning climate because of their seriousness. These infractions require the intervention of admin-istrative personnel. Included in this level are misbehaviors, which may but do not necessarily represent a direct threat to the health and safety of others, but whose educational consequences are serious enough to require corrective action. Some of these actions may require a referral to the legal authorities.

| Examples of Offenses | First Offense | Second Offense | Third Offense | Fourth Offense |
|---|---|---|---|---|
| | | Cutting | | |
| Leaving School building, grounds, campus w/out Permission | 1 SMD/recorded as unlawful absence /truancy/zero for all classes missed | 2 SMDs/ recorded as unlawful absence/truancy/ zero for all classes missed | 1 SMCS/recorded as unlawful absence/ truancy/zero for all classes missed | 2 SMCS/ recorded as unlawful absence/ truancy/zero for all classes missed |
| Detention Cut | 2 Detentions | 1 SMD/make up detentions | 2 SMDs /make up detentions | 2 SMCS and one SMD/make up detentions |
| Class Cut/Leaving class w/o Permission/Unex. Absence from Class over 10 mins. | 1 SMD Loss of Parking – 2 wks zero for all classes missed | 2 SMDs Loss of Parking – 4 wks zero for all classes missed | 1 SMCS/ removal from class with WF (credit denial) Loss of Parking – 2 mths, zero for all classes missed | |
| Class Cut/Supervision | 2 Detentions or administrative decision | 1 SMD or administrative decision | 2 SMDs or administrative decision | 1 SMCS or administrative decision |
| Out of Assigned Area | 2 Detentions or administrative decision | 1 SMD or administrative decision | 2 SMDs or administrative decision | 1 SMCS or administrative decision |
| After school Detention Misconduct | 2 Detentions | 3 Detentions | 2 SMDs | 1-2 SMCS |
| Saturday Morning Detention Cut | 2 SMDs | 1 SMCS and make up cut SMDs | 2 AIPs and make up cut SMDs | 2 AIPs/make up cut SMDs/possible place-ment in Alt school |
| SMD Misbehavior | Day of SMD + 2-5 AIPs/OSSs | | | Administrative Discretion |
| Failure to report to SMCS or to complete SMCS in satisfactory fashion | 2 SMCS | 1 SMCS 1 AIP | 1 SMCS 2 AIPs | 1 SMCS 3 AIPs/ possible placement to Alt. School |
| Misconduct at SMCS | 2 SCMS Possible police notification | 1 SMCS 2 AIPs Possible police notification | 1 SMCS 3 OSSs Possible placement in Alternative school Possible police notification | |

34

Appendix1388

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*

LEVEL II- Infractions that tend to disrupt the learning climate because of their seriousness. These infractions require the intervention of admin. personnel. Included in this level are misbehaviors, which may but do not necessarily represent a direct threat to the health and safety of others, but whose educational consequences are serious enough to require corrective action. Some of these actions may require a referral to the legal authorities.

**Vehicular Violations - UNREGISTERED VEHICLES PARKED ON SCHOOL PROPERTY TOWED @ STUDENT/OWNER'S EXPENSE.**
Administration may revoke parking privileges at any time.

| Examples of Offenses | First Offense | Second Offense | Third Offense | Fourth Offense |
|---|---|---|---|---|
| Reckless Driving/ Excessive Speed/Spinning Tires/Uncooperative Behavior with Staff | Loss of parking privileges for 45 school days | Removal of parking permit for remainder of the school year | | |
| Bus Violation (minor) | Administrative conference | Warning/Administrative discretion | Detention | 2 Detentions / Administrative discretion |
| Bus Violation (routine) | 2 Detentions/parent contact by administrator | 1 SMD, 1 day off the bus/parent contact by administrator | 2 SMDs, 3 days off the bus or administrative discretion/parent contact by administrator | 1-2 SMCS or admin. discretion/ possible removal from bus for 1 month/parent contact by administrator |
| Bus Violation (major) | 2 SMDs, 5 days off the bus/parent contact by administrator | 2 SMCS, 10 days off the bus/parent contact by administrator | 3 SMCS, 30 days off the bus/parent contact by administrator | 5-10 AIPs/parent contact by administrator/ permanent suspension from bus |
| Parking on School Property Without Permit | 1 Detention Car towed at student/owner's expense | 2 Detentions Car towed at student/owner's expense | 1 SMD Car towed at student/owner's expense | 1 SMCS Car towed at student/owner's expense |
| Parking in Staff or Unauthorized Areas | 1 Detention Car towed at student/owner's expense | 2 Detentions Car towed at student/owner's expense | Car towed at student/ owner's expense/removal of parking permit for remainder of school year | |

35

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*
LEVEL II- Infractions that tend to disrupt the learning climate because of their seriousness. These infractions require the intervention of administrative personnel. Included in this level are misbehaviors, which may but do not necessarily represent a direct threat to the health and safety of others, but whose educational consequences are serious enough to require corrective action. Some of these actions may require a referral to legal authorities.

| Examples of Offenses | First Offenses | Second Offense | Third Offense | Fourth Offense |
|---|---|---|---|---|
| | | **Smoking** | | |
| Observed Use and/or Possession of Tobacco Products including electronic cigarettes on /off visible School Property | 2 SMCS and referral to district justice | 3 SMCS and referral to district justice | 2 AIPs and referral to district justice | 3 OSSs and referral to district justice |
| Display/Possession of Smoking Materials | 2 Detention/ confiscation of materials | 1 SMD/confiscation of materials | 2 SMDs/confiscation of materials | 1-2 SMCS/confiscation of materials |
| | | **Dishonesty** | | |
| Forgery/Lying | 1-3 SMDs | 1-2 SMCS | 3 SMCS | |
| Cheating/Plagiarism (including using any electronic devices to share information at home or school--device will be confiscated if used in school) | 1-3 SMDs, no credit for test/assignments. Teacher option to require students to complete paper in satisfactory manner for no credit. | The second cumulative offense (even if it is the first offense in the course) will be 1-2 SMCS and a WF from course where the second cumulative cheating offense occurred | The third cumulative offense (even if it is the first offense in the course) will be 2 AIPs and a WF from course where the third cumulative cheating offense occurred | Referral to superintendent for expulsion |
| * Theft/Receiving Stolen Property | * 1-3 SMCS/referral to police/restitution | * 3 AIPs/referral to police/restitution/possible referral to Alt. School | * 4-10 OSSs/referral to police/restitution/student sent to Alt. School | |
| Computer Misconduct | Administrative decision | 2 SMDs or administrative decision | 1-2 SMCS or administrative decision | 4-10 OSSs -- sent to Alt. School |
| Gambling/Card Playing | Warning/confiscation of materials/parent contact | 1-3 Detentions | 2 SMDs | 3-5 SMCS |

36

* Students under reasonable suspicion of theft will be searched by Administration.

Appendix1390

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*

LEVEL II- Infractions that tend to disrupt the learning climate because of their seriousness. These infractions require the intervention of administrative personnel. Included in this level are misbehaviors, which may but do not necessarily, represent a direct threat to the health & safety of others, but whose educational consequences are serious enough to require corrective action. Some of these actions may require a referral to the legal authorities.

| | General Misbehavior | | | |
|---|---|---|---|---|
| Examples of Offenses | First Offense | Second Offense | Third Offense | Fourth Offense |
| Inappropriate Behavior/Language | 1-2 Detentions | 2-3 SMDs | 1-2 SMCS | 2-3 AIPs |
| Defiant Insubordination and Disrespect | 2 SMDs/Administrative Discretion/BAP | 2 SMCS/Administrative Discretion/BAP | 2 AIPs possible referral to Alt. School | 3-10 OSSs/referral to alternative school |
| Minor Vandalism – less than $10.00 | Restitution/1 SMD/ parents notified | Restitution/ 1 AIPs | Restitution/ 2 OSSs | Restitution/ 3-10 OSSs |
| Display of Electronic Devices-MP3s, iPods/ Hackey Sacks/ Pagers/ Laser Pointers/ Phones/ Toys, etc. until 2:15 p.m. STUDENT MAY TAKE BATTERY/SIM CARD UNLESS REQUIRED FOR SCHOOL/POLICE INVESTIGATION | Warning/confiscation of materials/returned to parents only | 1 SMD/confiscation of materials/ returned to parents only | 2 SMDs/confiscation of materials/returned to parents only | 1-2 SMCS/ confiscation of materials until the conclusion of the school year |
| Abusive/Obscene Language | 1 SMD | 2 SMDs | 1-2 SMCS/possible referral to Alt. School | 4-10 OSSs/referral to Alt. School |
| Abusive/Obscene Language Directed at Student(s) | 2 SMDs | 1-2 SMCS | 2-3 SMCS/possible referral to Alt. School | 4-10 OSSs/referral to Alt. School |

37

Appendix1391

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*

LEVEL II – Infractions that tend to disrupt the learning climate because of their seriousness. These infractions require the intervention of administrative personnel. Included in this level are misbehaviors, which may but do not necessarily, represent a direct threat to the health and safety of others, but whose educational consequences are serious enough to require corrective action.

**Behavioral Infractions**

| Examples of Offenses | First Offense | Second Offense | Third Offense | Fourth Offense |
|---|---|---|---|---|
| Inappropriate Behavior or Failure to Report to AIP | Additional days in AIP Program; possible placement in alternative school program- administrative discretion | | | |
| Rude/Inappropriate Comments or Symbols | Warning, administrative discretion | 2 Detentions/ administrative discretion | 2 SMDs/administrative discretion | 3 AIPs/administrative discretion |
| Disruptive Toys, ie: snappers, noise makers, etc | 1-2 SMCS/Confiscation of materials | 2-3 SMCS | 2 AIPs/possible referral to Alt. School | 4-10 OSSs/referral to Alt. School/referral to police |

**Attendance**

| Examples of Offenses | First Offense | Second Offense | Third Offense | Fourth Offense |
|---|---|---|---|---|
| Excuse Note Not Returned Within 3 days (A parent or guardian's fax within 3 days is also acceptable.) | 2 Detentions/no credit for period of absence. Absence recorded as unlawful/truancy | 2 Detentions and no credit for period of absence. Absence recorded as unlawful/truancy | 2 SMDs and no credit for period of absence. Absence recorded as unlawful/truancy | 1 SMCS and no credit for period of absence. Absence recorded as unlawful/truancy |
| *Excessive Absences | After 9 days of absences in a semester, or 18 days in a year-long course, whether cumulative or non-cumulative, administrative staff may require a physician's note to cover all absences, including early dismissal / late arrivals | | | |
| Truancy | 2 SMDs/no credit for classes | 3-4 SMDs/no credit for classes | 2 SMCS/no credit for classes | 1-3 OSSs/no credit for classes/placement in alternative program |

Truant students will be denied opportunity to make up any work missed. After the 3rd day of truancy, notice will be filed w/the Dist. Just. which may result in fine of up to $300, loss of driver's license, etc. ADMIN. DISCRETION MAY BE USED IN MULTIPLE DAYS OF TRUANCY.

* For those students 16 and younger, referral to District Magistrate for 14th absence from school could result in possible loss or delay of issuance of driver's license.

38

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*

LEVEL III - Acts directed against persons or property, but whose consequences do not seriously endanger the health or safety of others in the school. These acts might be considered criminal, but most frequently can be handled by the disciplinary mechanism of the school. Where applicable, appropriate legal action may be taken. Restitution of property and damages will be made when the situation warrants it

| Examples of Offenses | First Offense | Second Offense | Third Offense |
|---|---|---|---|
| Fighting - Verbal Assault | 1-3 SMCS/ referral to police | 3 OSSs/ referral to police/possible referral to Alt. School | 4-10 OSSs/ referral to Alt. School/referral to police |
| Fighting - Physical Assault | 3 OSSs or Administrative Discretion/ referral to police/possible referral to Alt. School | 4-10 OSSs/referral to police/referral to Alt. School | Referral to superintendent for expulsion |
| Use of Electronic Devices (pagers, iPods/MP3,cellular phones, etc.) until 2:15 PM STUDENT MAY TAKE BATTERY/SIM CARD UNLESS REQUIRED FOR SCHOOL/POLICE INVESTIGATION | 2 Detentions/confiscation of all materials returned to parents only | 2 SMDs/confiscation of all materials and returned to parents only | 2-4 SMCS/confiscation of all materials until the conclusion of the school year |
| Vandalism / Institutional vandalism - $10.01- $100.00 | 1-2 SMCS and restitution/ Police notified and administrative discretion | 2-3 OSSs and restitution/ possible referral to Alt. School/ Police notified and administrative discretion | 4-10 OSSs, restitution and referral to Alt. School/ Police notified and administrative discretion |
| Fireworks | **Possession**: 4-10 OSSs / referral to the police – referral to Alt. School Use: 10 OSSs /referral to police | 10 OSSs/ referral to police/referral to superintendent for expulsion | |
| Pornography (refer to page 66 in handbook) | 1-3 SMCS and possible referral to police – confiscation of all materials | 1-3 OSSs and possible referral to police or Administrative decision – confiscation of all materials | 4-10 OSSs and referral to Alt. School or Administrative decision – referral to the police – confiscation of all materials |
| Use of Laser Pointers | 2 SMDs/Confiscation and returned only to parent/guardian | 2 SMCS/Confiscation and return only to parent/guardian | 4-10 OSSs/Confiscation to the end of the school year |

39

| *Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.* | | | |
|---|---|---|---|
| LEVEL III- Acts directed against persons or property, but whose consequences do not seriously endanger the health or safety of others in the school. These acts might be considered criminal, but most frequently can be handled by the disciplinary mechanism of the school. Where applicable, appropriate legal action may be taken. Restitution of property and damages will be made when the situation warrants it. Referral to the Superintendent of Schools may result in a recommendation for expulsion from school after a hearing before the Board of School directors. | | | |
| **Examples of Offenses** | **First Offense** | **Second Offense** | **Third Offense** |
| Gross Misconduct | 1-3 SMDs /Administrative decision | 2-4 SMCS/Administrative decision/ | 4-10 OSSs/placement in alternative school/referral to superintendent |
| Abusive/Obscene Language Directed at School Personnel | 1-3 SMCS/Administrative decision 3 days of BAP | 1-3 OSSs/Administrative decision/referral to Alt. School | 4-10 OSSs/referral to superintendent for expulsion |
| Teasing, Inappropriate comments | 1-3 SMCS/Administrative decision | 1-3 OSS/Administrative decision/possible referral to Alt. School | 4-10 OSSs/placement in Alt. School/Referral to superintendent |
| Harassment/Threats/Bullying/ Cyber Bullying (see p. 6 & 7) | 1-3 OSSs/Administrative decision/referral to school psychologist/ possible referral to Alt. School | 4-10 OSSs/Administrative decision – referral to Alt. School | 4-10 OSSs/referral to superintendent for expulsion |
| Browsing pornographic/hateful web sites/attempting to circumvent internet filter directly or with a proxy web site | SMD remove computer privilege for 45 days | SMCS remove computer privilege for 60 days | 3 OSSs/ loss of computer privilege for the remainder of the school year |
| Sexting – Transmitting any inappropriate images, likenesses, photos, videos, etc. | SMD/Confiscation of instrument of communication/ police notified/ parents must pick it up/ referral to school psychologist | 2 SMCS/ Confiscation of instrument of communication/ police notified/ parents must pick it up/ referral to school psychologist | 2-3 OSSs/ possible placement in Alt. School/ Confiscation of instrument of communication/ police notified/ parents must pick it up/ referral to school psychologist |
| Possessing, receiving, transmitting pornography via computers, cell phones, or other electronic means | 2 SMDs Referral to the police | 2 SMCS Referral to the police | 4-10 OSSs/ Referral to the Superintendent for expulsion/ Referral to the police |
| **Alcohol and Other Drugs** | | REFER TO DISTRICT POLICY | |

40

*Administrative discretion may be used depending upon the severity of the incident and/or the student's disciplinary record.*

LEVEL IV- Acts which will result in violence, which pose a direct threat to the safety of others in school. These acts are clearly criminal and are so serious that they always require administrative action which results in the immediate removal of the student from school, the intervention of law enforcement authorities and action by the Board of School Directors.

| Examples of Offenses | First Offense | Second Offense | Third Offense |
|---|---|---|---|
| Unmodified Level I and II Misconduct | | | |
| Creating/Risking a Catastrophe | | | |
| Computer Hacking/Internet Misuse Related to School Personnel or Students/Tampering with the School Web Site | | **Immediate Full Suspension** **(4-10 OSSs)** **and** **Referral to Superintendent** **Referral to School Psychologist – Possible Expulsion** | |
| Extortion | | | |
| Bomb Threat/Terroristic Threat/Threat to School Personnel | | | |
| Vandalism, Theft, Burglary - Cost more than $100.00 | | | |
| Possession/Use/Transfer of Explosive or Incendiary Devices, Smoke Bombs, et al. | | | |
| Assault/Battery | | | |
| Possession/Use/Transfer of Guns, Fire Arms, Look-Alikes, and Other Dangerous Weapons | **Immediate suspension from school; Referral to Law Enforcement; Referral to Superintendent of School and Possible Expulsion by the Board of School directors.  For additional information, refer to the Pennridge Weapons Policy and Procedures** | | |

41

Appendix1395

## PENNRIDGE HIGH SCHOOL TARDY/LATE TO CLASS RECORD

NAME _____   GR. ____ HR. ____ YEAR _____
I.D. # _____   HR TEACHER _____

### TARDY TO SCHOOL RECORD 7.15-7.24

| # | DATE | TIME | CONSEQUENCE |
|---|---|---|---|
| 1 | | | Warning |
| 2 | | | Administrative Conference |
| 3 | | | 1 Detention |
| 4 | | | 1 Detention |
| 5 | | | 2 Detentions Loss of Parking |
| 6 | | | 2 Detentions |
| 7 | | | 2 Detentions |
| 8 | | | 1 SMD |
| 9 | | | 2 SMD |
| 10 | | | 1 SMCS |
| 11 | | | Administrative Discretion |
| 12 | | | |

### TARDY TO CLASS RECORD 7.25-9.15^

| # | DATE | TIME | CONSEQUENCE |
|---|---|---|---|
| 1 | | | Administrative Conference |
| 2 | | | 1 SMD |
| 3 | | | 1 SMD, Tardiness Elimination Plan Meeting*, Loss of Parking |
| 4 | | | 1 SMD, Tardiness Elimination Plan Meeting*, Loss of Parking |
| 5 | | | 1 SMD |
| 6 | | | 1 SMD |
| 7 | | | 2 SMD |
| 8 | | | 2 SMD |
| 9 | | | 2 SMD |
| 10 | | | 2 SMD |
| 11 | | | 1 SMCS |

### LATE TO CLASS RECORD

| # | Date | Min. | Teacher | Date | Consequence |
|---|---|---|---|---|---|
| 1 | | | | | Warning |
| 2 | | | | | Warning |
| 3 | | | | | 1 Detention |
| 4 | | | | | 1 Detention |
| 5 | | | | | 2 Detentions |
| 6 | | | | | 2 Detentions |
| 7 | | | | | 2 Detentions |
| 8 | | | | | 1 SMD |
| 9 | | | | | 2 SMDs |
| 10 | | | | | 1 SMCS |
| 11 | | | | | 1 SMCS |
| 12 | | | | | 2 SMCS |

*Tardiness Elimination Plan Meeting—Includes the parent, student, Assistant Principal, Counselor, Social Worker

^Students who accumulate nine (9) unexcused tardies for a semester course or eighteen (18) unexcused tardies for a year-long course of ten (10) or more minutes will be withdrawn/fail the course for which they are tardy and not be eligible for summer school

42

## DRUG AND ALCOHOL POLICY
## STUDENT ASSISTANCE PROGRAM

**Preface**

The Pennridge School Board and personnel value each member of the school community and believe that all individuals have the right to develop to their fullest potential. We recognize that chemical abuse and dependency seriously impair the ability of students to develop to their full potential. We also recognize that other self-destructive behaviors of certain "at-risk" students have an adverse effect on the ability of all members of the school community to achieve personal and district educational goals. This policy is based on the belief that chemical dependency is a life-threatening illness that affects the emotional, physical, intellectual, and social development of all individuals. This policy is based also on our convictions that chemical dependency is a treatable illness and early intervention among "at-risk" students will enhance the effectiveness of our schools.

**Any student using, possessing or distributing any drugs or alcohol on school property or at school functions will be immediately referred to the superintendent for possible expulsion and/or placement in an alternative program.**

**Regulation Statements**

1.  The Board of School Directors of the Pennridge School District recognizes that the misuse of chemicals, including alcohol, is serious and may be accompanied by physical, emotional, social and legal implications for the school community. The Board adopts the position that students must be chemically free in order to learn and develop in the most productive and healthy manner.

    The Pennridge School District policy prohibits any and all controlled substances, drug, drug paraphernalia, alcohol, counterfeit drug, and mood altering chemicals. This includes any alcohol or malt beverage, controlled substance, under state or federal law, look alikes, or illegal or abused substance or medication not approved and registered by the health office, and any substance which is intended to alter mood.

2.  It is a violation of District policy to possess, use or deliver or attempt to possess, use or deliver alcohol or a controlled substance or over the counter medication (unless permitted by the nursing staff) or look-a-like substance at school, on school based transportation or at any school event whether on district premises or another school. It is also a violation of District policy to arrange while on school property for the delivery, use or possession of alcohol or a controlled substance even if the delivery, use or possession is to take place off school property or outside normal school hours. This policy applies to violations on school property, at school-sponsored events wherever held, on school buses, and en route to and from schools by any mode of travel. Violations of the District drug and alcohol policy will result in disciplinary action up to and including expulsion from school.

43

3. The policy authorizes the establishment of the Pennridge Student Assistance Program (SAP) to provide intervention for students experiencing "at-risk" behaviors. The Student Assistance Core Team will consist of a trained, school-based intervention core team of various individuals to which those at-risk students will be referred. The teams are linked with outside agencies to provide appropriate professional recommendations and services to students and their families. Failure to comply with the Student Assistance Core team and/or professional assessment recommendations will result in a referral to the Superintendent of Schools for further disciplinary action and/or expulsion.

4. This policy will be implemented through the cooperative efforts of the faculty, administration, school support staff, students, parents/guardians, and community agencies of the Pennridge School District.

5. All student medications brought to school must be registered with and taken in the presence of the school nurse or nurse designee. Medications may be returned to the student for self-administration if, in the judgment of the nurse or nurse designee, this action is warranted. Medication forms or a parent/physician note must accompany any and all medications.

6. See Pennridge School District Student Assistance Program and Drug/Alcohol Procedures for further information and specific procedural concerns.

7. Chemical awareness classes offered through the District are classes designed to educate students about substance abuse. The school administrator/Core Team reserves the right to require students who violate the policy to attend an approved program within a specified time frame. The cost of the program shall be the responsibility of the student and parent/guardian. Students who do not cooperate will be referred to the Superintendent of Schools for further disciplinary action and/or expulsion.

8. Parents will be notified regarding violations of the Drug and Alcohol Policy and students will be referred to the SAP process. Information will be limited to school personnel (including CORE Team) with the need to know. Consent forms, including parent/guardian signatures for the release or disclosure of information to and from outside agencies, are required.

9. Any student found in violation of this policy will be referred to the Superintendent for expulsion or placed in Alternative school. The student will also lose all privileges including proms, dances, extra-curricular activities, commencement, etc.

44

# PENNRIDGE ADMINISTRATIVE PROCEDURES FOR DRUG AND ALCOHOL VIOLATIONS

## ARTICLE I

A student volunteers information about personal drug or alcohol use to a staff member and asks for help.

<u>Immediate Action</u> – The student is informed of the services available and that a referral will be made to the Core Team. The student is also informed that no punitive action will be taken as a result of this referral.

<u>Investigation</u> – the staff member must contact a member of the Core Team as soon as possible. Appropriate intervention procedures will be followed by the Core Team.

<u>Notification of Parents</u> – Parents will be notified if there is a clear and imminent danger to the student.

<u>Confidentiality</u> – Information shall be restricted to those with a need to know as mandated by school policy.

<u>Discipline</u> – Not applicable.

<u>Notification of Police</u> – Not applicable.

## ARTICLE II

A staff member is concerned about inappropriate behavior, poor class performance, tardiness, absenteeism, etc., which may or may not be related to drug and/or alcohol abuse.

<u>Immediate Action</u> – The staff member determines whether s/he can handle the situation or should refer it to a grade level counselor and/or administrator. Prior to referral, the teacher will:

1. Observe and record inappropriate behaviors.
2. Discuss concerns (inappropriate behavior) with student.
3. Ask for a change in the student's behavior(s), possibly through contract procedure.
4. Evaluate behavior again in two to four weeks.
5. Confer with student's grade level guidance counselor and/or administrator regarding behavioral problem, if no satisfactory change occurs.
6. Refer to Core Team if behavioral problems remain unresolved and drug or alcohol use is suspected.

## ARTICLE III

The student demonstrates symptoms of possible drug or alcohol abuse (staggering, slurred speech, incoherence, dazed appearance, inability to respond, vomiting, unconsciousness, etc.); this situation will be handled as a medical emergency.

<u>Immediate Action</u> – All standard health and first aid procedures will be followed. The student shall not be left alone.

<u>Investigation</u> – If drug or alcohol use is confirmed, the principal or authorized delegate is responsible for initiating the investigation procedures normally employed when a student is apprehended for drug/alcohol use or possession.

<u>Notification of Parents</u> – The parents/guardians will be contacted immediately and the situation described.

45

Appendix1399

Confidentiality – Information will be restricted to those with a need to know as mandated by school policy.

Disposition of Substance – If a substance is discovered at the time of the emergency, it will be provided to the appropriate medical personnel for the sole purpose of aiding in treatment.   Substance will then be sealed, documented, and submitted to the police for analysis.

Disposition of Student – If involvement is not confirmed, standard school health procedures will be followed.

Discipline – If drug and/or alcohol use is confirmed, student will be placed on a 7-10 days (OSS) out of school suspension.  An informal hearing will be held and possible placement in an alternative program or referral to Superintendent for an expulsion hearing.

## ARTICLE IV

The student is in possession of drug (s) and/or alcohol for the first time.

Immediate Action – School personnel will confiscate the drug(s) and/or alcohol, escort the student to the principal's office or summon the principal or his/her designee.

Investigation – The principal or designee will request that the student empty his/her pockets and/or purse and volunteer all drug-like substances. The student's person, locker, desk, and all personal property will be searched according to policy.  The student shall not be left alone.

Notification of Parents – the principal or designee will contact the parent/guardian immediately and describe the situation.  The principal will attempt to provide the parent/guardian with an opportunity to be present when police are involved.

Confidentiality – Information will be restricted to those with a need to know as mandated by school policy.

Disposition of Substance – If a substance is discovered at the time of the incident, it will be provided to the appropriate medical personnel for the sole purpose of aiding in treatment.   Substance will then be sealed, documented, and submitted to the police for analysis.

Disposition of Student – Student will be referred to Core Team to investigate student's background and make findings known to parents/guardians, counselors, assessment counselor and principals.

Discipline – If a student is in possession of a drug and/or alcohol, the student will be placed on a 7-10 days (OSS) out of school suspension.

An informal hearing will be held to determine possible placement in an alternative program or referral to Superintendent for an expulsion hearing.

Middle school/elementary school principals may recommend to the Superintendent a lesser consequence due to the age and school level of the student.  The Superintendent shall make exceptions on a case by case basis.

## ARTICLE V

The student is found using, in possession of, or suspected to be under the influence of a drug and/or alcohol when attending, as a participant or spectator, any school sponsored function on or off school property, including any extra-curricular event at another school district, school, or public/private location.

46

Immediate Action – The group sponsor or accompanying administrator will be notified.  Security will be summoned if necessary.

Investigation – Police or security will be notified and assistance requested. The sponsor or administrator will request that the student empty his/her pockets and/or purse and volunteer all drug-like substances.  The student shall not be left alone.

Notification of Parents – The parents/guardians will be contacted immediately and the situation described.  The parent/guardian will be requested to transport the student home.  If parents/guardians are unable or unwilling to transport student, police will be contacted and the student will be placed in their custody.

Confidentiality – Information will be restricted to those who need to know as mandated by school policy.

Disposition of Substance – If a substance is discovered at the time of the incident, it will be provided to the appropriate medical personnel for the sole purpose of aiding in treatment.  Substance will then be sealed, documented, and submitted to the police for analysis.

Disposition of Student – The student will be referred to the Core Team which will investigate his/her background and make findings known to parents/guardians, counselors, assessment counselors, and principals.

Discipline – If drug and/or alcohol is in use/possession, student will be placed on a 7-10 days (OSS) out of school suspension. An informal hearing will be held and possible placement in an alternative program or referral to Superintendent for an expulsion hearing.  Middle school/elementary school principals may recommend to the Superintendent a lesser consequence due to the age and school level of the student.  The Superintendent shall make exceptions on a case by case basis.

Notification of Police – In cases of drug and/or alcohol abuse, police must be notified.

## ARTICLE VI

The student is caught with drugs and/or alcohol for the second time either in school or at a school sponsored activity.

Immediate Action – School personnel will confiscate the drugs and/or alcohol, escort student to the principal's office or summon the principal or his/her designee.

Investigation – Police or security will be notified and assistance requested. The sponsor or administrator will request that the student empty hi/her pockets and/or purse and volunteer all drug-like substances.  The student shall not be left alone.

Notification of Parents – The principal or designee will contact the parent/guardian immediately and describe the situation.  The principal will attempt to provide the parent/guardian with an opportunity to be present when police are involved.

Confidentiality – Information will be restricted to those who need to know as mandated by school policy.

Disposition of Substance – If a substance is discovered at the time of the incident, it will be provided to the appropriate medical personnel for the

47

sole purpose of aiding in treatment.  Substance will then be sealed, documented, and submitted to the police for analysis.

<u>Disposition of Student</u> – The student will be referred to the Core Team to investigate student's background and make findings known to parents/guardians, counselors, assessment counselor and principals.

<u>Discipline</u> – Minimum – ten (10) days out-of-school suspension and referral to Board for expulsion hearing.  Middle school/elementary school principals may recommend to the Superintendent a lesser consequence due to the age and school level of the student.  The Superintendent shall make exceptions on a case by case basis.

<u>Notification of Police</u> – In cases of drug and/or alcohol abuse, police must be notified.

<u>Re-entry Conference</u> – The grade-level administrator or designee and possibly a member of the Core Team will confer with the parents/guardians before the student re-enters school.

ARTICLE VII

The student is caught in the process of distributing drug(s) and/or alcohol to anyone.

<u>Immediate Action</u> – School personnel will confiscate the drug and/or alcohol, escort the student to the principal's office or summon the principal or his/her designee.

<u>Investigation</u> – Police will handle from legal point of view.  Core Team will gather data, assess and plan for intervention process with all involved**.**

<u>Notification of Parents</u> – The principal or designee will contact the parent/guardian immediately and describe the situation.  The principal will attempt to provide the parent/guardian with an opportunity to be present when police are involved.

<u>Confidentiality</u> – Information will be restricted to those who need to know as mandated by school policy.

<u>Disposition of Substance</u> – If a substance is discovered at the time of the incident, it will be provided to the appropriate medical personnel for the sole purpose of aiding in treatment.  Substance will then be sealed, documented, and submitted to the police for analysis.

<u>Disposition of Student</u> – The student will be referred to the Core Team to investigate student's background and make findings known to parents/guardians, counselors, assessment counselor and principals.

<u>Discipline</u> – Ten (10) days out-of-school suspension and referral to Board for expulsion hearing.  Middle school/elementary school principals may recommend to the Superintendent a lesser consequence due to the age and school level of the student.  The Superintendent shall make exceptions on a case by case basis.

<u>Notification of Police</u> – In cases of drug and/or alcohol abuse, police must be notified.

<u>Re-entry Conference</u> – The grade-level administrator or designee and if possible a member of the Core Team will confer with the parents/guardians before the student re-enters school.

48

PROHIBITION OF ANABOLIC STERIODS

Eligibility for participation in school athletics shall be limited. No student, if tested positive for anabolic steroids, shall be eligible to resume participation in school athletics unless there has been a medical determination that no residual evidence of steroids exists. The Board may require participation in any drug counseling, rehabilitation, testing or other programs as a condition of reinstatement into a school athletic program.

The use of steroids involved in athletics is prohibited. In addition to the prohibition of use, the Board directs the administration to develop educational plans regarding the use of anabolic steroids.

The Superintendent shall prescribe, implement and enforce rules and regulations to prohibit the use of anabolic steroids, except for a valid medical purpose, by any student involved in school-related athletics. Body building and muscle enhancement of athletic ability are not valid medical purposes. Human Growth Hormone (HGH) shall not be included as an anabolic steroid under the provisions of the law.

Education regarding the dangers of anabolic steroids shall be provided in other district drug and alcohol programs.

The following minimum penalties are prescribed for any student found in violation of the rules and regulations required above. Violation of rules and regulations include:

1.  For a first violation, suspension from school athletics for the remainder of the season.
2.  For a second violation, suspension from school athletics for the remainder of the season and for the following season.
3.  For a third violation, permanent suspension from school athletics.

Students should be made aware that anabolic steroids are classified as controlled substances and that the use, unauthorized possession, purchasing, or selling could subject them to suspension, expulsion and/criminal prosecution.

**FOOD/DRINK IN SCHOOL BUILDING**

As the direct result of our concern for the health and welfare of our students, students are not permitted to eat or drink in the hallways or classrooms or carry food or drinks in the hallways unless they are proceeding to the cafeteria for lunch. All food and drink should be placed in a backpack before a student uses a hallway. Students who repeatedly violate this policy will be assigned discipline in accordance with the disciplinary code. Additionally, all refreshments carried by students outside the cafeteria will be confiscated. Food/drink related to the curriculum will be supervised by the classroom teacher and students should have a pass from their teacher if they are being sent to the café for food/drink. Teachers monitoring study halls may send students to the café during the first three periods on a limited basis. These students should also have a pass. Please know energy drinks are not permitted anywhere in school.

49

**HALL PASSES**
Except in the mornings, between class periods, the beginning and end of each lunch period, and at dismissal time, no student may be in the hall without a properly signed pass by the teacher whose supervision he has just left. **Do not come to the main office for a late pass.** Students leaving an area on a pass must sign out and sign in on the form provided in each area. There is no such thing as a "no return pass." A student may not sign, alter, or add names to any pass. This violation will be regarded as forgery and is punishable as such.

**INAPPROPRIATE/ABUSIVE/OBSCENE LANGUAGE**
The use of inappropriate, abusive or obscene language in any situation is one of the worst habits any person can develop. Regardless of the circumstances, the use of such language by students will not be tolerated. Consequences, depending on the nature of the language, the setting in which the infraction takes place, and the frequency of the student's violations, may be one detention to several days of out-of-school suspension. The use of inappropriate language coupled by any form of violent or threatening behavior or statements will be cause for immediate discipline including but not limited to suspension from school, referral to law enforcement authorities and to the Superintendent for possible expulsion recommendation.

**LIBRARY RULES AND REGULATIONS**
Library hours are as follows:
7:00 a.m. – 3:30 p.m. Monday through Thursday
7:00 a.m. – 2:35 p.m. on Friday

Students need an individual pass to come to the library during school hours. Lunch monitors can write students a pass during their lunchtime. Every student must sign into the library upon entering. There are three types of passes used to come to the library:

**White Passes** can be issued by any classroom teacher for a research purpose. White passes are accepted anytime during the school day.

**Pink Passes** can be written out by the library staff only for Activity schedule. This is a research period and students must be completing work for a teacher. Up until the day of the Activity schedule, only teachers will be able to send students to the library to pick up pink passes. It is the student's responsibility to pick up a pass before the start of Activity schedule to use the library during this time. No passes will be written during the special schedule. Students who receive a pink pass must come to the library during this time or will be given a cut for the period. **No other type of pass will be accepted during Activity schedule.**

When students enter the library, they must sign in. The time of entering and exiting will be noted on the pass. All students taking longer than the

50

allotted time will have their passes marked and can be asked to leave. At the end of the period, every student must return to class, no exceptions. The library staff will send all students back to class 5 minutes before the end of class to give ample time to return. All students found not returning to class will be issued a class cut.

The library does not permit food, beverages, gum, headphones or any portable electronic devices at any time. Talking will be allowed by special permission by the library staff.

Students will be asked for their student ID to check out any materials. All materials can be checked out of the library except materials placed on teacher reserve and each current magazine title on display. Fiction and non-fiction books circulate for two weeks. All Reference materials and other magazines are overnight. Only three books on the same topic can be circulated at one time. Flash drives circulate for three days with no renewal.

Books can be renewed by signing the renewal sheet or asking the library staff. Students do not need the materials to renew. When returning materials, they can be dropped off by placing them in the book drop.

If materials are overdue, notices will be sent to students weekly. Fines for materials are as follows:
    Magazines: $.05 a day
    Fiction and Nonfiction Books: $.10 a day
    Reference Materials: $.25 a day
    Flash drives $.25 a day

Students will not be allowed to check out any materials if obligations are 50¢ or more. Materials can be put on hold until this time. If materials are lost or damaged, the student will be charged the replacement cost.

Computers in the library can only be used for school research purposes. **Email, IM, chat rooms, or non-research topics are not allowed on library computers**. Before using a computer for all computer programs except the card catalog, students must sign in at the computer book and sign out when they are finished. Scanners are available free of charge if logged on to computers #5 or #9. If a student needs computer log on information, the student must show proof of identification.

From the computer, students can print 10 pages without charge, and all other pages are 10¢ a page. Color copies can be printed from the computers, each page is 50¢. Photo copies can be made for 15¢ each. Library personnel monitor all usage of the library computers and students can be asked to log off and lose computer privilege if computers are being used improperly. By logging on to a library computer, you are giving consent to being monitored.

Students can use the library online resources at any time, from any Internet computer. Go to http://phs.pennridge.org/ and click Library for the links to the library card catalog and online databases. Passwords are available by

51

Appendix1405

stopping by the library to pick up a free copy of the Library Resources pamphlet.

**PARKING LOT REGULATIONS**

Since many students find it necessary to travel to school by car, certain rules and regulations have been established to help curb accidents, theft, vandalism, and violations of the Motor Vehicle Code.

Driving to school is a privilege, not a right, since the Pennridge School Board provides bus service from all points within the Pennridge area. Ninth and tenth graders do not have the privilege to purchase parking permits and are not eligible to drive to school or to park on school grounds.

Failure to comply with traffic regulations may result in suspension and/or revocation of this privilege. Police services will also be used in enforcement of our safety rules.

All students are expected to abide by the following rules, which have been established for the benefit of all concerned:

1.   SPEED LIMIT: The speed limit in our parking lot is posted. Our parking lots will be patrolled by local police and school personnel.
2.   PARKING STICKERS: All vehicles parked in the school parking lots must have an up-to-date parking permit attached to the rear window. Parking registration costs $75.00. Each successive registration cost is $5.00. Individuals not complying will have their driving privileges revoked. Parking stickers for all students can be purchased in the first floor office. **They are not transferable.**
3.   Motorcycles and bikes are to be parked in the designated areas. The use of skateboards on school property is prohibited.
4.   Buses have the right-of-way at all times on the parking lot, driveways, and exits.
5.   Students are not to drive their cars in restricted areas. Certain areas of the traffic lanes are for buses only and are restricted to students.
6.   Regardless of where students park, if they are late to homeroom, they must sign in tardy- this will not be an excused tardy.
7.   VIOLATIONS:
     a.   Parking on the lot without a permanent permit or a temporary tag. The temporary tag must be secured from the first floor office. Temporary tags may be requested by students with parking permits only.
     b.   Failure to remove the keys from the car and failure to lock the ignition. **BE SURE TO LOCK YOUR CAR.**
     c.   Not placing the parking permit in the proper place.
     d.   Parking in a restricted area. ALL YELLOW LINED AREAS ARE RESTRICTED. YELLOW CURBS INDICATE NO PARKING. Students may only park in white-lined spaces. Absolutely no parking in faculty lots, visitor's spaces or emergency areas is permitted.  Any exceptions to this rule will be granted by the parking lot supervisors and the administration.  Vehicles parked in fire lanes will be towed at owner's expense.

52

    e.  Parking that hinders the movement of traffic or blocks more than one parking space.

    f.  Making excessive noise by gunning loud mufflers, screeching tires, etc.

    g.  Excessive speed on parking lots or on school grounds may be referred to police and suspension of driving privileges.

    h.  Conduct unbecoming of a young man or a young woman, swearing or use of abusive language or gestures, smoking, loitering, or drinking on or near the parking lot.

    i.  Failure to cooperate with traffic supervisors and/or school staff (includes bus drivers and custodians) **will result in loss of driving/parking privilege for the remainder of the school year.**

    j.  Cars parked improperly anywhere on the school grounds; these cars may be towed away at student's expense.

    k.  **STUDENTS WHO DRIVE TO SCHOOL AND HAVE ACCUMULATED SEVEN TARDIES WILL HAVE THEIR DRIVING PRIVILEGES REVOKED FOR 45 SCHOOL DAYS.**

8.    Under the provisions of the School Laws of Pennsylvania, driving to and from school is considered to be in many respects a school privilege. Therefore, if anyone is reported for improper driving, it will be reported to the local police.

9.    Student offenders will be dealt with according to the Discipline Code.

10.  Unauthorized drivers: These people will be asked to leave the parking lot and if they persist in presenting problems the police will be called and arrests made for trespassing.

11.  Driving in an unsafe manner or in such a way as to endanger the safety of others may result in referral to law enforcement authorities, suspension of driving privileges, suspension from school and, in extreme cases, expulsion from school.

12.  Students should not be parking in surrounding neighborhoods or businesses. If they do, they will be subject to local ordinances and are subject to fines and/or to towing.

13.  Students must have permission to leave the school to visit their car to retrieve items necessary for school purposes only. These visits should be minimal. The visits will be tracked by administration and security, which have the right to refuse any requests. If student visits to the car become habitual, they will be denied permission.

14.  Any student sent to an alternative placement will have their parking pass revoked. Their parking space will be issued to the next student on our waiting list. If they return to the high school, they will be placed on the waiting list to get their pass back.

**A reminder- upon entering the school property, a student is not permitted to leave the school property without permission from the administration. Any violation of this rule will result in disciplinary action.**

**Note: Students who receive an excessive number of discipline referrals will have their driving privileges revoked.**

53

## STUDENT VEHICLES BEING SEARCHED

All students who drive vehicles to school and park on school property must know their vehicles are subject to being searched by school authorities. In cases where there is a reasonable suspicion that a student may have transported or possess any controlled substance, any drugs, alcohol, or paraphernalia, any weapon or any other contraband, the school authorities will search the vehicle. Student and parent consent is not necessary for the administration to search a vehicle. If the search produces any of the above mentioned items, the Pennridge Regional Police Department will be notified. Reasonable suspicion includes, but is not limited to, periodic visual searches of vehicles parked on school property in which illegal substances or weapons are visible to school authorities.

## STUDENT DROP-OFF POINTS

As more students are either driving to school or being dropped off by their parents prior to the opening of school, it has become necessary for the school to establish drop-off points for parents and students in order to ensure the safety of all people on school property. Parents driving their children are to drop their children off at the front of the school building by the flag poles. At no time are parents to stop indiscriminately on school driveways to drop off their children as this poses a definite safety hazard due to the volume of people using the school's parking lots. Vehicles parked in the yellow tow away zones at the side of the building reserved for school busses will be towed.

## PORNOGRAPHY

Students may not have in their possession pornographic materials while in the school building or on the school grounds. Confiscated materials may be sent home or destroyed. Offenders will be disciplined according to the Discipline Code. Administrative discretion will be used in judging whether the material is pornographic in accordance with the legal precedents established by the United States Supreme Court.

## CELL PHONES, CAMERA PHONES, PAGERS, RADIOS\ELECTRONIC EQUIPMENT

Student possession of telephone paging devices, commonly referred to as beepers, is prohibited on school grounds, at school-sponsored events and on buses or other vehicles provided by the school district. Students are not permitted to use cell phones or camera phones during the school day. The one exception will be in the café during a student's lunch period only and on a trial basis. However, students are not permitted to use cellular phones or cellular camera phones to record the spoken word or visual image of any person, including other students or staff members, while on school property or at any school event. STUDENTS WHO POSSESS/DISPLAYS/USE CELL PHONES BETWEEN 7:13 AND 2:15 WILL HAVE THEM CONFISCATED. The students will be given the opportunity to remove their battery and/or sim card unless it is part of a school and/or police investigation.

54

Violation of this policy will result in the imposition of discipline up to and including suspension from school and/or referral to the local law enforcement authorities for prosecution in accordance with the laws regulating the recording of speech and visual images.

**RESTRICTED AREAS**

Students are not permitted in the faculty lounges, faculty dining rooms, or any other areas designated for faculty use, including the mailroom. This rule also applies to student employees. Students are not permitted to remove or place any materials into teachers' mailboxes.

Pupils are to leave the buildings as promptly as possible after school is dismissed. Pupils remaining in the buildings after 2:15 p.m. must be under the supervision of a teacher or coach. Those engaged in extra-curricular activities are to remove their belongings from the classroom at the close of school. Those waiting for the late bus shall do so by the pond in front of the cafe. Students in other parts of the buildings without proper permission will receive disciplinary action.

**SKATEBOARDS**

Skateboards are not permitted to be used on school property. If they are on school property, they must be secured in a locker or in an office.

**SMOKING**

Because of the health hazards documented by the Surgeon General of the United States and the safety hazards indicated in the local fire regulations, smoking and/or the possession of tobacco products will not be permitted in the school buildings, in school buses, on school grounds, in the vicinity of the school, or at any school functions – including home and away athletic contests. **Students, their lockers, vehicles and all possessions will be searched upon reasonable suspicion.** Please see the Discipline Code for consequences.

**THREATS OF VIOLENCE & PHYSICAL ABUSE**

Any student who threatens another student or a member of the staff at Pennridge High School or physically or sexually abuses another student or a member of the staff faces the potential of being arrested by the local authorities. In all instances, the parents of those students who threaten violence or who commit willful violence against another person on school property will be contacted. Additionally, an appointment with the guidance and counseling department will be scheduled for the offending student(s) during which an evaluation will be made as to whether or not the student(s) will be required to undergo anger intervention counseling prior to the student(s) being allowed to return to school in the event a suspension has been assigned. Students found in violation of this policy may be disciplined up to and including expulsion from school. Please refer to the Discipline Code for an explanation of consequences.

**CUTTING CLASS**

55

Arriving late to class ten (10) minutes or more is considered a class cut. If a student cuts a class three times, the student will be removed from class with a Withdraw Failing (WF).

**BEHAVIORAL ADJUSTMENT PERIOD (BAP)**

A student who is disruptive /disrespectful to either teachers or students in class may be placed in a separate room for a period of time. While placed in this room, the student must be respectful of adult supervision and is required to do school related work. Discipline problems while placed in BAP will result in continued assignment to the BAP room or other disciplinary measures up to and including suspension and expulsion and referral to law enforcement.

## DETENTION RULES AND REGULATIONS

Detention may be assigned in accordance with the Pennridge School District Policies. Detention will be held Tuesday and Thursday from 2:25 PM until 3:50 PM. Administrative detention and teacher personal detention may be held on any school day. The detention period will be devoted to individual study. Students must take their coats and books with them to detention. There is no talking, eating, drinking, sleeping or placing one's head on the desk or against the wall. Use of any type of electronic device is prohibited.

Students who are tardy for detention will be assigned additional time by the high school administration, but must serve the remaining time. Staff in charge will note the time of arrival on the sign-in sheet for all late-comers. Students who fail to report for detention will be required to serve additional detentions, Saturday Morning Community Service (SMCS), or may be suspended at the discretion of the grade level administrator.

Students are to leave the building promptly after detention is dismissed. Those waiting for the late bus will remain outside the school. Students in other parts of the buildings without permission will receive further disciplinary action.

All detentions must be completed before the next term. All students must complete all detentions/community service obligations. Senior report cards and diplomas will be withheld until all detentions are completed. **No work certificates will be issued until detention time has been completed.** When assigned by an administrator or teacher, a student is expected to serve the next day in which detention is held. **STUDENTS ARE NOT EXCUSED FROM SERVING DETENTIONS DUE TO ATHLETICS, ACTIVITIES OR WORK OBLIGATIONS. NO EXCEPTIONS WILL BE MADE.** A teacher's personal detention takes priority over regular assigned detention. All students missing detention because of school closing(s) and absences must report to the next scheduled detention.

## SATURDAY MORNING DETENTION (SMD)

The key to any successful high school program is to establish a safe, comfortable and orderly environment for learning. Our disciplinary policies, rules and regulations are designed to provide such an environment.

56

Disciplinary policies are only words on a piece of paper unless there is consistent follow through by teachers, administrators, and parents. In addition, any successful disciplinary policy must have meaningful punitive measures to act as a deterrent and/or a corrective tool for students.

Suspension is often more harmful than helpful to the student involved. Suspension does little to bring about changes for the better. To the contrary, in addition to missing school, it often creates the opportunity for further inappropriate behavior. We expect this program will be successful in reducing the number of suspensions. Saturday detention hours are from 8:00 a.m. until 10:00 a.m.

The following regulations are in place for Saturday Morning Detentions:
No bus transportation is provided. Transportation is the student's/parent's responsibility. Students are to enter the detention by the cafeteria door. Students **must** sign in by 7:58 a.m. <u>Students arriving between 8:00 a.m. and 8:05 a.m. will be assigned an additional Saturday detention. Students arriving after 8:05 a.m. will be refused admission and charged with a SMD cut.</u>
All articles, books, book bags, etc. are to be kept on the floor or under the student's chair; only the assignment that the student is currently working on may be kept on the table. Students must do school related work or assignments. Students must remain in their seats at all times. Requests to do otherwise must be approved by a detention supervisor. Students will be permitted, by a supervisor, to ask relevant questions; however, students must raise their hands to be recognized. Communication of any kind, verbal or non-verbal, is not permitted between students during Saturday detention. During detention, students are prohibited from talking, eating, drinking, sleeping, or placing one's head on the desk or against the wall. Use of any type of electronic device is prohibited. Upon completion of Saturday detention (10:00 a.m.), students are to leave school grounds immediately. **STUDENTS ARE NOT EXCUSED FROM SERVING DETENTIONS DUE TO ATHLETICS, ACTIVITIES OR WORK OBLIGATIONS. NO EXCEPTIONS WILL BE MADE.**

<u>**SATURDAY MORNING COMMUNITY SERVICE (SMCS)**</u>
Because it is our policy to have students in class as much as possible and to use suspensions (in-school or out-of-school) on a very limited basis, we are running a community service program on Saturday mornings to help alter misbehaviors that go beyond what is typically covered by Saturday morning detention. As is the case with Saturday morning detention, we expect that this program will be successful in further reducing the number of suspensions at the high school. Saturday Morning Community Service (SMCS) hours are 8:00 a.m. until 11:00 a.m.

The following regulations are in place for Saturday Morning Community Service:
- <u>Transportation is the student's/parent's responsibility.</u> Students who wish to drive to SMCS must park in the lot by the café and report for service no later than 7:55 a.m.

57

- The grade level assistant principal will have the student complete a form including the student's name, address, parent/guardian, medical conditions, and emergency contact number. This form will need parent/guardian signature prior to any student participating in SMCS.
- Students must remain the entire time – no arrangements can be made for partial time.
- Students should dress appropriately for the weather conditions and be prepared to work either inside or outside each day. Gloves and tools will be provided, if necessary.
- In cases of inclement weather, students will need to check the website for cancellation.
- Students will not be permitted to use cell phones or any other devices (iPods, CD/MP3 players, etc.) during the hours of SMCS.
- Upon completion of SMCS at 11:00 a.m., students are expected to leave school grounds immediately.

**STUDENTS ARE NOT EXCUSED FROM SERVING COMMUNITY SERVICE DUE TO ATHLETICS, ACTIVITIES OR WORK OBLIGATIONS. NO EXCEPTIONS WILL BE MADE.**

## ALTERNATIVE INSTRUCTIONAL PROGRAM (AIP)

Students must take all books and assignments to the program. Students are required to bring a lunch when placed in AIP. Inappropriate behavior while in the program or failure to report to the program will mean additional days in AIP or permanent placement in an alternative school program.

## RULES FOR OUT OF SCHOOL SUSPENSION

- Students may not attend school related activities as a participant or spectator (e.g. prom, dances, concerts, games, trips, graduation, etc.)
- Students may not participate in extra-curricular activities (athletic practices or games, etc.)
- Suspensions that extend past the weekend mean that a student cannot participate in any athletic or school activity until the suspension is completed.
- Students may not be on school grounds without administrative approval. This includes driving on school property or the parking area. Violations may result in extended out-of-school suspension and trespassing charges will be filed with the local police department.
- Students have the responsibility to meet with their teachers and make up all work missed while on suspension.
- Students should stay home during suspension and work on school related homework.
- If school is canceled for any reason, the suspension dates will be extended accordingly (e.g. school closing due to inclement weather).

58

## STUDY HALL RULES

1. Arrive to study hall on time. You may receive a detention for arriving late.
2. Bring something to do during the period.
3. Sit in your assigned seat quickly and quietly so that the study hall can begin promptly and efficiently.
4. If you need to see a teacher or go to the library during study hall, get a pass from the subject teacher before going to study hall. No "passes-to-get-passes" will be given.
5. If you leave study hall on a pass during the period, you must return to the study hall when you have completed your task or at least five minutes before the end of the period. There is no such thing as a "no-return" pass.
6. Phone passes will be issued on an emergency basis only. If a phone pass is given, the maximum phone time is 3 minutes.
7. Remember, a pass permits you to go only to the place(s) marked on the pass. No side trips allowed.
8. You may lose any or all of your study hall privileges for refusing to cooperate with your study hall teachers.
9. "Free reading" passes to the library may be issued by the study hall teacher(s) up to limits set by the librarian. Issuing these passes is a privilege, not a right; and the privilege may be withdrawn by the librarian or by the study hall teacher(s) if a student's behavior, in the opinion of the teacher or librarian, warrants such action.
10. Request to Student Computer Lab
    a. Teacher issued
    b. Student request, depending on number in lab. Students must sign in/out upon entering computer lab.
11. At teacher discretion, students may converse at the end of the period.
12. Study halls assigned to the cafeteria may purchase food/drink in the next 10 minutes after attendance has been taken.

## TEXTBOOKS/SCHOOL EQUIPMENT AND FACILITIES

Students are furnished with the textbooks they need at the beginning of each course. Students are responsible for good care of all books and instructional materials used, as well as school furniture, athletic equipment, building equipment, and facilities in general. All school-issued books must be covered. Students must pay restitution for lost textbooks and for any school property which sustains unusual wear or damage. Students will be held responsible for all materials issued to them.

All accidental damage to school property must be reported to a high school administrator as soon as possible. Students may be required to do repair work after school. In addition to financial restitution, students who willfully or negligently damage school property will be subject to disciplinary action.

## WEAPONS

59

The District recognizes that the possession of weapons on school property presents a threat to the safety and welfare of its students and staff and also may constitute a criminal offense. A student may not knowingly possess, handle, deliver or transmit any object that can reasonably be considered a weapon, (1) on the school grounds, (2) to and from school, or (3) off the school grounds at a school-sponsored activity, function, or event. As stated in Act 26 of the Public School Code and the Pennridge School Weapons Policy, a weapon is "an instrument or implement capable of inflicting serious bodily injury" or "an instrument deemed dangerous." This would apply to guns, knives, etc., as well as any school material (compass, pencil) which may be used as a weapon with the intent to harm an individual. Students' lockers and belongings may be searched whenever reasonable suspicion exists. Possession of a weapon will result in immediate suspension, notification of proper law enforcement authorities and recommendation to the school superintendent for a mandatory one-year expulsion.

**Level Three Offense**
Possession of a gun of any caliber, including pellet and BB guns, will result in an immediate suspension pending expulsion of the student in violation. Law enforcement authorities will be contacted.

**Level Two Offense**
Possession of any instrument other that a gun which has the purpose of causing harm to or disabling another person, including but not limited to the following: switchblade knife, drop knife, mace, pepper spray, electronic stunning device, num-chucks, etc. will result in an automatic ten day suspension and referral for expulsion. Law enforcement authorities will be contacted.
Note: If the above mentioned instrument is actually used to harm or threaten another individual it is deemed a **LEVEL THREE OFFENSE** and handled accordingly.

**Level One Offense**
Possession of any other instrument that is dangerous and not needed by the student to directly support school related activities, including but not limited to the following: pen knife, scout knife, razor blade, slingshot, fireworks, club-like instrument, etc. will result in disciplinary action by the building principal. This action may vary in severity ranging from a single day of in-school suspension to a **LEVEL THREE OFFENSE,** based on the instrument in question and the nature of the violation.  Students who use the instrument and cause of intend to cause bodily injury to another will be referred to law enforcement officials, suspended and referred for expulsion.  The use of or intention to use an instrument will be a Level Three Offense.

**EJECTION/SUSPENSION POLICY**
The Pennridge School District is in compliance with the Suburban One League's policy on ejections from athletic events. As a result, any athlete/spectator in grades seven through twelve who is ejected from an athletic event for unsportsmanlike behavior will be disciplined in

Appendix1414

accordance with the extra-curricular code of conduct or school discipline code. This policy also includes any coach or adult supervisor of an interscholastic athletic program sponsored by the district. Suspended individuals are entitled to request a hearing with the principal and/or league committee charged with reviewing infractions of the policy.

**ATHLETIC/BAND ELIGIBILITY**
Students participating in inter-scholastic athletics and marching band must meet PIAA and Pennridge academic eligibility requirements prior to the issuance of the first Pennridge eligibility list of that season. A student must be passing all subjects, cumulative from the beginning of each grading period. This standard will be checked weekly during the season. If a student is failing one subject or more, he/she will be ineligible, until academic performance is within the eligibility requirements.

If a student completes a marking period with a failing grade, that student will be ineligible for the next 15 school days. The ineligible student will be reinstated following the 15 day period provided he/she is passing every subject. Fall athletic eligibility will be based upon the final marking period grades from the previous school year.

A student who has been absent from school during the semester for a total of twenty or more school days, shall not be eligible to participate in any athletic contest. This suspension is in effect until the student completes sixty days of attendance beyond his twentieth absence. Summer school attendance does not count toward the sixty days required. When computing total days absent during a semester, days absent during a period of suspension shall count as part of the twenty-day absence total in a given semester.

If you have any additional questions relative to academic eligibility, please refer to the Pennridge High School Extracurricular Code.

**DANCE/ACTIVITY REGULATIONS**
1. All high school dances are for Pennridge students and their guests. Guests must be in at least the ninth grade. The administration has the right to deny any guest based on age, and information received from other schools, agencies, or sources.
2. An "Application for Student Activity" must be completed by the organization and approved by the principal or his or her designee.
3. Members of the organization sponsoring the activity must help the chaperones with all responsibilities related to the activity.
4. A minimum of two male and two female faculty members must be chaperones for all activities.
5. Pennridge area police must be hired for the activity. Police must be notified at least two weeks in advance.
6. Students may bring only one guest. Students must pick up and complete a guest registration form in their grade level office to which they are assigned. Students bringing guests to the Winter Ball, Junior-Senior Proms, and any other semi-formal activity must have guests registered at least five days prior to the activity. Students bringing

61

guests must introduce them to at least one chaperone and present their completed guest card upon arrival.

7. All school rules will apply. Also, students who are dancing in an inappropriate manner will be warned to stop. If they continue dancing in an inappropriate manner after their initial warning, they will be asked to leave the dance.

8. The admission will be determined by the sponsoring organization.

9. All students must be in school no later than 9:15 a.m. on the day of a contest, activity or performance in order to take part in the activity. The same will be true of practice (no school – no practice).

10. Any request for changes to this Activity Policy must be submitted to the Student Council and referred to the high school principal.

11. School dances/activities will end no later than 10:30 p.m. All students who choose to drive to dances/proms should do so at their own discretion. They are required to know the rules and regulations that permit/forbid them to drive with a junior license.

12. Students must have all obligations and fines cleared before they will be permitted to purchase tickets to the Junior Prom, Senior Prom, or Senior Banquet.

**POLICIES CONCERNING STUDENT SPEAKERS AT COMMENCEMENT EXERCISES**

1. Student speaker shall be selected from those seniors in the National Honor Society program who are in good standing. All these pupils shall be invited to write a speech on the topic or theme chosen for Commencement and submit it for consideration by the Faculty Committee appointed by the High School Principal.

2. Student speakers shall be selected and notified at least three weeks prior to graduation.

3. Student speeches shall be limited to five minutes or less in length.

4. Student speakers shall write and deliver their own speeches with the understanding that a few ideas may be taken from other speeches or from suggestions from faculty members. Basically the speech shall be representative of the speaker's own thoughts.

5. A Commencement Speakers Committee will guide this procedure. This committee will be composed of teachers, eligible students and administrators.

6. The selected students may provide another type of program, but it must be approved by the teacher sponsor and the principal.

The Pennridge School District is an equal opportunity education institution and will not discriminate on the basis of race, color, national origin, religion, sex, or disability in its activities, programs, or employment practices as required by Title VI, Title IX, Title VII, Section 504 of the Rehabilitation Act and state laws prohibiting discrimination. For information regarding civil rights or grievance procedures, contact Mr. Ray Scarpantonio, Title IX Coordinator and Section 504 Officer, District Education Center, 1200 N. Fifth St., Perkasie, Pennsylvania 18944. Telephone: (215) 453-5368.

62

No. 248

| | |
|---|---|
| SECTION: | PUPILS |
| TITLE: | UNLAWFUL HARASSMENT |
| ADOPTED: | September 24, 2012 |
| REVISED: | |

# PENNRIDGE
# SCHOOL DISTRICT

---

### 248. UNLAWFUL HARASSMENT

**1. Purpose**

The Board strives to provide a safe, positive learning climate for students in the schools. Therefore, it shall be the policy of the district to maintain an educational environment in which harassment in any form is not tolerated.

**2. Authority**
43 P.S.
Sec. 951 et seq
Title IX
20 U.S.C.
Sec. 1681 et seq
29 CFR
Sec. 1606.8(a)

The Board prohibits all forms of unlawful harassment of students and third parties by all district students and staff members, contracted individuals, vendors, volunteers, and third parties in the schools. The Board encourages students and third parties who have been harassed to promptly report such incidents to the designated employees.

The Board directs that complaints of harassment shall be investigated promptly, and corrective action be taken when allegations are substantiated. Confidentiality of all parties shall be maintained, consistent with the district's legal and investigative obligations.

No reprisals nor retaliation shall occur as a result of good faith charges of harassment.

**3. Definitions**
29 CFR
Sec. 1606.8(a)

For purposes of this policy, **harassment** shall consist of verbal, written, graphic or physical conduct relating to an individual's race, color, national origin/ethnicity, sex, age, disability, sexual orientation or religion when such conduct:

1. Is sufficiently severe, persistent or pervasive that it affects an individual's ability to participate in or benefit from an educational program or activity or creates an intimidating, threatening or abusive educational environment.

2. Has the purpose or effect of substantially or unreasonably interfering with an individual's academic performance.

3. Otherwise adversely affects an individual's learning opportunities.

---

Appendix1417

248.  UNLAWFUL HARASSMENT - Pg. 2

| | |
|---|---|
| 29 CFR<br>Sec. 1604.11(a) | For purposes of this policy, **sexual harassment** shall consist of unwelcome sexual advances; requests for sexual favors; and other inappropriate verbal, written, graphic or physical conduct of a sexual nature when:<br><br>1.  Submission to such conduct is made explicitly or implicitly a term or condition of a student's academic status.<br><br>2.  Submission to or rejection of such conduct is used as the basis for academic or work decisions affecting the individual.<br><br>3.  Such conduct deprives a student of educational aid, benefits, services or treatment.<br><br>4.  Such conduct is sufficiently severe, persistent or pervasive that it has the purpose or effect of substantially interfering with the student's school performance or creating an intimidating, hostile or offensive educational environment. |
| 4.  Delegation of<br>Responsibility<br>Pol. 103 | In order to maintain an educational environment that discourages and prohibits unlawful harassment, the Board designates the Director of Human Resources as the district's Compliance Officer.<br><br>The Compliance Officer shall publish and disseminate this policy and the complaint procedure at least annually to students, parents/guardians, employees, independent contractors, vendors, and the public. The publication shall include the position, office address and telephone number of the Compliance Officer.<br><br>The administration shall be responsible to provide training for students and employees regarding all aspects of unlawful harassment.<br><br>Each staff member shall be responsible to maintain an educational environment free from all forms of unlawful harassment.<br><br>Each student shall be responsible to respect the rights of their fellow students and district employees and to ensure an atmosphere free from all forms of unlawful harassment.<br><br>The building principal or designee shall be responsible to complete the following duties when receiving a complaint of unlawful harassment:<br><br>1.  Inform the student or third party of the right to file a complaint and the complaint procedure. |

Appendix1418

248.  UNLAWFUL HARASSMENT - Pg. 3

<table>
<tr><td></td><td>2.  Inform the complainant that s/he may be accompanied by a parent/guardian during all steps of the complaint procedure.

3.  Notify the complainant and the accused of the progress at appropriate stages of the procedure.

4.  Refer the complainant to the Compliance Officer if the building principal is the subject of the complaint.</td></tr>
<tr><td>5.  Guidelines</td><td>Complaint Procedure – Student/Third Party

**Step 1 – Reporting**

A student or third party who believes s/he has been subject to conduct that constitutes a violation of this policy is encouraged to immediately report the incident to the building principal or a district employee.

A school employee who suspects or is notified that a student has been subject to conduct that constitutes a violation of this policy shall immediately report the incident to the building principal.

If the building principal is the subject of a complaint, the student, third party or employee shall report the incident directly to the Compliance Officer.

The complainant or reporting employee is encouraged to use the report form available from the building principal, but oral complaints shall be acceptable.

**Step 2 – Investigation**

Upon receiving a complaint of unlawful harassment, the building principal shall immediately notify the Compliance Officer. The Compliance Officer shall authorize the building principal to investigate the complaint, unless the building principal is the subject of the complaint or is unable to conduct the investigation.

The investigation may consist of individual interviews with the complainant, the accused, and others with knowledge relative to the incident. The investigator may also evaluate any other information and materials relevant to the investigation.

The obligation to conduct this investigation shall not be negated by the fact that a criminal investigation of the incident is pending or has been concluded.</td></tr>
</table>

Appendix1419