248.  UNLAWFUL HARASSMENT - Pg. 4

**Step 3 – Investigative Report**

The building principal shall prepare and submit a written report to the Compliance Officer within fifteen (15) days, unless additional time to complete the investigation is required. The report shall include a summary of the investigation, a determination of whether the complaint has been substantiated as factual and whether it is a violation of this policy, and a recommended disposition of the complaint.

The complainant and the accused shall be informed of the outcome of the investigation, including the recommended disposition of the complaint.

**Step 4 – District Action**

If the investigation results in a finding that the complaint is factual and constitutes a violation of this policy, the district shall take prompt, corrective action to ensure that such conduct ceases and will not recur. District staff shall document the corrective action taken and, where not prohibited by law, inform the complainant.

Disciplinary actions shall be consistent with the Code of Student Conduct, Board policies and district procedures, applicable collective bargaining agreements, and state and federal laws, and may include educational activities and/or counseling services.

If it is concluded that a student has knowingly made a false complaint under this policy, such student shall be subject to disciplinary action.

Appeal Procedure

1.  If the complainant is not satisfied with a finding of no violation of the policy or with the recommended corrective action, s/he may submit a written appeal to the Compliance Officer within fifteen (15) days.

2.  The Compliance Officer shall review the investigation and the investigative report and may also conduct a reasonable investigation.

3.  The Compliance Officer shall prepare a written response to the appeal within fifteen (15) days. Copies of the response shall be provided to the complainant, the accused and the building principal who conducted the initial investigation.

4.  The Compliance Officer may confirm, refuse or modify any finding or corrective action as part of the appeal procedure.

Appendix1420

248.  UNLAWFUL HARASSMENT - Pg. 5

References:

Pennsylvania Human Relations Act – 43 P.S. Sec. 951 et seq.

Federal Anti-Discrimination Law – 20 U.S.C. Sec. 1681 et seq. (Title IX)

Harassment Regulations and Guidelines

    Code of Federal Regulations – 29 CFR Sec. 1604.11(a), 1606.8(a)

    Office for Civil Rights – Revised Sexual Harassment Guidance: Harassment of Students By School Employees, Other Students, or Third Parties

Board Policy – 103, 103.1, 806

Appendix1421

NO. 237

| | |
|---|---|
| SECTION: | PUPILS |
| TITLE: | PERSONAL ELECTRONIC DEVICES |
| ADOPTED: | October 22, 2012 |
| REVISED: | |

## PENNRIDGE SCHOOL DISTRICT

| | 237. PERSONAL ELECTRONIC DEVICES |
|---|---|
| 1.  Purpose | The Board adopts this policy in order to maintain an educational environment that is safe and secure for district students and employees. |
| 2.  Definition | **Personal electronic devices** shall include all devices that can take photographs; record audio or video data; store, transmit or receive messages or images; or provide a wireless, unfiltered connection to the Internet. Examples of these electronic devices include, but shall not be limited to, radios, walkmans, CD players, iPods, MP3 players, DVD players, handheld game consoles, Personal Digital Assistants (PDAs), cellular telephones, BlackBerries, and laptop computers, as well as any new technology developed with similar capabilities. This does not apply to district-issued electronic devices where the use is governed by other policies and/or procedures. |
| 3.  Authority<br>SC 510 | The Board directs the Superintendent or designee to develop administrative procedures governing the use of electronic devices by students during the school day in district buildings; on district property; on district buses and vehicles; and during the time students are under the supervision of the district. |
| SC 1317.1 | The Board prohibits possession of laser pointers and attachments and telephone paging devices/beepers by students in district buildings; on district property; on district buses and vehicles; and at school-sponsored activities.<br><br>The district shall not be liable for the loss, damage or misuse of any electronic device.<br><br>Electronic Images And Photographs<br><br>The Board prohibits the taking, storing, disseminating, transferring, viewing, or sharing of obscene, pornographic, lewd, or otherwise illegal images or photographs, whether by electronic data transfer or other means, including but not limited to texting and emailing.<br><br>Because such violations may constitute a crime under state and/or federal law, the district may report such conduct to state and/or federal law enforcement agencies. |

Appendix1422

237.  PERSONAL ELECTRONIC DEVICES - Pg. 2

| | |
|---|---|
| | Off-Campus Activities |
| Pol. 218 | This policy shall also apply to student conduct that occurs off school property and would otherwise violate the Code of Student Conduct if any of the following circumstances exist: |
| | 1.  The conduct occurs during the time the student is traveling to and from school or traveling to and from school-sponsored activities, whether or not via school district furnished transportation. |
| Pol. 122, 123 | 2.  The student is a member of an extracurricular activity and has been notified that particular off-campus conduct could result in exclusion from such activities. |
| | 3.  Student expression or conduct materially and substantially disrupts the operations of the school, or the administration reasonably anticipates that the expression or conduct is likely to materially and substantially disrupt the operations of the school. |
| | 4.  The conduct has a direct nexus to attendance at school or a school-sponsored activity, for example, a transaction conducted outside of school pursuant to an agreement made in school, that would violate the Code of Student Conduct if conducted in school. |
| | 5.  The conduct involves the theft or vandalism of school property. |
| | 6.  There is otherwise a nexus between the proximity or timing of the conduct in relation to the student's attendance at school or school-sponsored activities. |
| 4.  Delegation of Responsibility | The Superintendent or designee shall annually notify students, parents/guardians and employees about the Board's electronic device policy. |
| | The Superintendent or designee shall develop administrative regulations to implement this policy. |
| 5.  Guidelines Pol. 218, 226, 233 | Violations of this policy by a student shall result in disciplinary action and may result in confiscation of the electronic device. |
| | Exceptions |
| | The building administrator may grant approval for possession and use of a personal electronic device by a student for the following reasons: |
| | 1.  An individual student's 504 Plan. |

Appendix1423

237.  PERSONAL ELECTRONIC DEVICES - Pg. 3

| | |
|---|---|
| Pol. 113 | 2.  An individualized education program (IEP). |
| | 3.  Classroom or instructional-related activities. |
| | 4.  Other reasons determined appropriate by the building principal. |
| SC 1317.1 | The building administrator may grant approval for possession and use of a telephone paging device/beeper by a student for the following reasons: |
| | 1.  Student is a member of a volunteer fire company, ambulance or rescue squad. |
| | 2.  Student has a need due to the medical condition of an immediate family member. |
| | 3.  Other reasons determined appropriate by the building principal. |
| | References: |
| | School Code – 24 P.S. Sec. 510, 1317.1 |
| | Board Policy – 000, 113, 122, 123, 218, 226, 233, 815 |

Appendix1424

No. 348

SECTION:    EMPLOYEES

TITLE:      UNLAWFUL HARASSMENT

ADOPTED:    October 22, 2012

REVISED:

# PENNRIDGE
# SCHOOL DISTRICT

| | 348. UNLAWFUL HARASSMENT |
|---|---|
| 1. Authority | The Board strives to provide a safe, positive working climate for its administrative, professional and support employees. Therefore, it shall be the policy of the district to maintain an employment environment in which harassment in any form is not tolerated. |
| 43 P.S. Sec. 951 et seq 20 U.S.C. Sec. 1681 et seq 42 U.S.C. Sec. 2000e et seq 42 U.S.C. Sec. 2000ff et seq 29 CFR Sec. 1606.8(a) | The Board prohibits all forms of unlawful harassment of employees and third parties by all district students and staff members, contracted individuals, vendors, volunteers, and third parties in the schools. The Board encourages employees and third parties who have been harassed to promptly report such incidents to the designated administrators. |
| | The Board directs that complaints of harassment shall be investigated promptly, and corrective action taken when allegations are substantiated. Confidentiality of all parties shall be maintained, consistent with the district's legal and investigative obligations. |
| | No reprisals nor retaliation shall occur as a result of good faith charges of harassment. |
| 2. Definitions 42 U.S.C. Sec. 2000ff et seq 29 CFR Sec. 1606.8(a) | For purposes of this policy, **harassment** shall consist of verbal, written, graphic or physical conduct relating to an individual's race, color, national origin/ethnicity, sex, age, disability, sexual orientation, religion or genetic information when such conduct: |
| | 1. Is sufficiently severe, persistent or pervasive that it affects an individual's ability to perform job functions or creates an intimidating, threatening or abusive work environment. |

Appendix1425

348. UNLAWFUL HARASSMENT - Pg. 2

|  |  |
|---|---|
| | 2. Has the purpose or effect of substantially or unreasonably interfering with an individual's work performance. |
| | 3. Otherwise adversely affects an individual's employment opportunities. |
| 29 CFR<br>Sec. 1604.11(a) | For purposes of this policy, **sexual harassment** shall consist of unwelcome sexual advances; requests for sexual favors; and other inappropriate verbal, written, graphic or physical conduct of a sexual nature when: |
| | 1. Acceptance of such conduct is made, explicitly or implicitly, a term or condition of an individual's continued employment. |
| | 2. Submission to or rejection of such conduct is the basis for employment decisions affecting the individual. |
| | 3. Such conduct is sufficiently severe, persistent or pervasive that it has the purpose or effect of substantially interfering with the employee's job performance or creating an intimidating, hostile or offensive working environment. |
| 3. Delegation of Responsibility<br>Pol. 104 | In order to maintain a work environment that discourages and prohibits unlawful harassment, the Board designates the Director of Human Resources as the district's Compliance Officer. |
| | The Compliance Officer shall publish and disseminate this policy and the complaint procedure at least annually to students, parents/guardians, employees, independent contractors, vendors, and the public. The publication shall include the position, office address and telephone number of the Compliance Officer. |
| | The administration shall be responsible to provide training for students and district employees regarding unlawful harassment. |
| | Each employee shall be responsible to maintain a working environment free from all forms of unlawful harassment. |
| | The building principal or designee shall be responsible to complete the following duties when receiving a complaint of unlawful harassment: |
| | 1. Inform the employee or third party of the right to file a complaint and the complaint procedure. |
| | 2. Notify the complainant and the accused of the progress at appropriate stages of the procedure. |

Appendix1426

348. UNLAWFUL HARASSMENT - Pg. 3

| | |
|---|---|
| | 3. Refer the complainant to the Compliance Officer if the building principal is the subject of the complaint. |
| 4. Guidelines | **Complaint Procedure – Employee/Third Party** |
| | **Step 1 – Reporting** |
| | An employee or third party who believes s/he has been subject to conduct that constitutes a violation of this policy is encouraged to immediately report the incident to the building principal. |
| | If the building principal is the subject of a complaint, the employee or third party shall report the incident directly to the Compliance Officer. |
| | The complainant is encouraged to use the report form available from the building principal, but oral complaints shall be acceptable. |
| | **Step 2 – Investigation** |
| | Upon receiving a complaint of unlawful harassment, the building principal shall immediately notify the Compliance Officer. The Compliance Officer shall authorize the building principal to investigate the complaint, unless the building principal is the subject of the complaint or is unable to conduct the investigation. |
| | The investigation may consist of individual interviews with the complainant, the accused, and others with knowledge relative to the incident. The investigator may also evaluate any other information and materials relevant to the investigation. |
| | The obligation to conduct this investigation shall not be negated by the fact that a criminal investigation of the incident is pending or has been concluded. |
| | **Step 3 – Investigative Report** |
| | The building principal shall prepare and submit a written report to the Compliance Officer within fifteen (15) days, unless additional time to complete the investigation is required. The report shall include a summary of the investigation, a determination of whether the complaint has been substantiated as factual and whether it is a violation of this policy, and a recommended disposition of the complaint. |
| | The complainant and the accused shall be informed of the outcome of the investigation, including the recommended disposition of the complaint. |

Appendix1427

348.  UNLAWFUL HARASSMENT - Pg. 4

| | |
|---|---|
| Pol. 317 | **Step 4 – District Action**<br><br>If the investigation results in a finding that the complaint is factual and constitutes a violation of this policy, the district shall take prompt, corrective action to ensure that such conduct ceases and will not recur. District staff shall document the corrective action taken and, when not prohibited by law, inform the complainant.<br><br>Disciplinary actions shall be consistent with Board policies, administrative regulations and procedures, applicable collective bargaining agreements, and state and federal laws.<br><br>If it is concluded that an employee has knowingly made a false complaint under this policy, such employee shall be subject to disciplinary action.<br><br>Appeal Procedure<br><br>1.  If the complainant is not satisfied with a finding of no violation of the policy or with the recommended corrective action, s/he may submit a written appeal to the Compliance Officer within fifteen (15) days.<br><br>2.  The Compliance Officer shall review the investigation and the investigative report and may also conduct a reasonable investigation.<br><br>3.  The Compliance Officer shall prepare a written response to the appeal within fifteen (15) days. Copies of the response shall be provided to the complainant, the accused and the building principal who conducted the initial investigation.<br><br><br>References:<br><br>Pennsylvania Human Relations Act – 43 P.S. Sec. 951 et seq.<br><br>Federal Anti-Discrimination and Civil Rights Laws –<br><br>    20 U.S.C. Sec. 1681 et seq. (Title IX)<br><br>    42 U.S.C. Sec. 2000e et seq. (Title VII) |

Appendix1428

348.  UNLAWFUL HARASSMENT - Pg. 5

Genetic Information Nondiscrimination Act of 2008 – 42 U.S.C.
   Sec. 2000ff et seq.

Harassment Regulations and Guidelines

   Code of Federal Regulations – 29 CFR Sec. 1604.11(a), 1606.8(a)

Board Policy – 000, 104, 317

Appendix1429

# PENNRIDGE HIGH SCHOOL
**Faculty Sign-Off Sheet - FACULTY HANDBOOKS**
**Year 2012-2013**

My signature below acknowledges that I am aware of where to locate the Faculty Handbook and Handbook for Professional Employees online and will be responsible for reading it.

| NAME | | NAME | |
|------|------|------|------|
| Mignogna, Mr. Michael | | Rutkowski, Mr. James | |
| Miller, Mr. Robert | | Sams, Ms. Lori L. | |
| Moffett, Mrs. Mary Ann | | Sariego, Ms. Angela | |
| Moos, Ms. Sarah | | Scanlon, Mrs. Lee Ann | |
| Mosser, Mr. Steve | | Schepis, Mr. Richard | |
| Murphy, Mr. Tyler | | Scott, Mrs. Elaine | |
| Muth, Mr. Stephen | | Seider, Mr. Christopher | |
| Nace, Mrs. Karen | | Serfass, Mrs. Sarah | |
| Nash, Mrs. Stephanie | | Sevenski, Mrs. Nancy | |
| Naudasher, Ms. Joanne | | Short, Ms. Victoria | |
| Nuneviller, Mr. Thomas | | Silber, Mr. Robert | |
| Ockershausen, Ms. Jenna | | Simkins, Mr. Matthew | |
| Olsen, Mrs. Jane | | Simmons, Ms. Roberta | |
| Oltman, Ms. Debra | | Skorup, Miss Judith | |
| O'Sullivan, Mrs. Shannon | | Spina, Mr. Mark | |
| Owens, Mr. Ross | | Sudac, Mr. Craig | |
| Parker, Mrs. Monika | | Swope, Mr. Randy | |
| Parkes, Mrs. Sharon | | Taylor Boehner, Shannon | |
| Pennypacker, Mrs. Britta | | Tennett, Mrs. Lynda | |
| Pietsch, Mrs. Mia | | Troutman, Mrs. Jill | |
| Plawa, Mr. Jason | | Valletta, Mr. James | |
| Pulsfort, Mrs. Rachael | | Vasoli, Mrs. Glenna | |
| Rabenda, Ms. Darcy | | Verespy, Mrs. Stacey | |
| Ramer Hunter, Mrs. Lydia | | Veverka, Mr. Keith | |
| Rapp, Miss Lindsey | | Vincent, Mr. Kenneth | |
| Raughley, Mrs. Jennifer | | Wagner, Ms. Lisa | |
| Reese, Ms. Kimberly | | Wallace,  Liz - on leave | |
| Reim, Mrs. Megan | | Wallace, Mr. Ryan | |
| Rendler, Mr. Robert | | Walter, Mrs. Traci | |
| Renner, Mr. Duane | | Ward, Mr. Henry | |
| Ressler, Mrs. Carol | | West, Jamie -on leave | |
| Reutlinger, Mrs. Kathy | | West, Mr. William | |
| Rissmiller, Mrs. Tammy | | White, Mr. Michael | |
| Roberts, Ms. Kimberly | | Wickard, Mr. Evan | |
| Robison, Mrs. Kate | | Wildrick, Mrs. Rebecca | |
| Rolston, Mrs. Rebecca | | Wills, Mr. Kevin | |
| Roth, Mr. Jon | | Winstanley, Mr. John | |
| Roush, Mrs. Brooke | | Witkowski, Mrs. Lauren | |
| Rubin, Ms. JoAnn | | Wyatt, Mr. Thomas | |
| Russell, Mr. A.C. | | Young, Ms. Kristin | |
| Russell, Mrs. Lisa | | Ziemer, Ms. Sabrina | |

# PENNRIDGE HIGH SCHOOL

**Faculty Sign-Off Sheet - FACULTY HANDBOOKS**
**Year 2012-2013**

| NAME | | NAME | |
|------|---|------|---|
| My signature below acknowledges that I am aware of where to locate the Faculty Handbook and Handbook for Professional Employees online and will be responsible for reading it. | | | |
| Allem, Mr. David | | Fusco, Mrs. Sharon | |
| Androkites, Mr. Allen | | Gannon, Mrs Maria | |
| Angeli, Mrs. Kelly | | Garns, Mrs. Kimberly | |
| Babb, Mr. David | | Garrison, Mr. Michael | |
| Barry, Mr. Justin | | Gaugler, Mrs. Nancy | |
| Behrens, Mr. Dean | | Gerhart, Mrs. Nancy | |
| Benson, Mr. Gregory | | Gilligan, Mrs. Josephine | |
| Bibleheimer, Mrs. Yesenia | | Godshall, Mrs. Hannah | |
| Bilotti, Mr. Nicholas | | Goodrich, Mrs. Leanna | |
| Brown, Mrs. Karen | | Gurysh, Ms. Cara | |
| Burgy, Mr. Charles | | Haldeman, Miss Katherine | |
| Burke, Mr. Sean | | Handschumacher, Angela | |
| Busch, Mr. Timothy J. | | Harris, Mr. Kevin | |
| Butz, Mr. Herbert | | Harrison, Ms. Christine | |
| Carnahan, Mrs. Melissa | | Harvie, Mrs. Mary-Anna | |
| Cernobyl, Ms. Michelle | | Heath, Mrs. Tara | |
| Cortazzo, Mr. Peter | | Henrysen, Mr. Erik | |
| Cotner-Davis, Mrs. Deborah | | Hess, Mrs. Amy | |
| Cotter, Mrs. Amy | | Hess, Mr. Darren - PT | |
| Crooke, Mr. Cody | | Hill, Ms. Tracey | |
| Cuthbert, Mr. Randall | | Hoff, Mrs. Paula | |
| Czaplicki, Mr. Hilary | | Hoffman, Miss Rachel | |
| D'Angelo, Mrs. Lori | | Hollenbach, Mr. Jeffrey | |
| Davis, Mrs. Janet | | Hutchison, Mr. Kurt | |
| Davy, Ms. Jessie | | Ireland, Mrs. Joanna | |
| Deisher, Ms. Diane | | Jerrom, Mr. Kyle | |
| Deose, Mr. Timothy R.J | | Johnson, Mr. Edward | |
| DePeppe, Mrs. Karin | | Kennel, Mrs. Kathy | |
| Dertouzos, Mr. Michael | | Klemmer, Mrs. Staci | |
| Destefano, Mrs. Kimberly | | Kluge, Mrs. Katie | |
| Dubin, Mr. Jeffrey | | Knott, Ms. Patricia | |
| Dyer, Mr. Christopher | | Kreft, Pamela - Speech | |
| Edwards, Mr. Jonathan | | Kulik, Ms. Heidi | |
| Egan, Mrs. Virginia | | Kuntz, Mrs. Christi | |
| England, Ms. Renee | | Labbe, Mrs. Staci | |
| Feldman, Mrs. Aliza | | Laiacona, Mr. Brian | |
| Fitzgeorge, Mr. John (Jack) | | Lainhart, Mr. Charlie | |
| Flanagan, Mr. Frank | | Ludlow, Mr. Mark | |
| Forliano, Mrs. Lauren | | Maderic, Ms. Lisa | |
| Forrest, Mrs. Karen | | Martin, Mrs. Robin | |
| Fosbenner, Mrs. Cindy | | McCormick, Katherine | |
| Frey, Mrs. Faye - Speech | | McKenzie, Mrs. Jill | |
| Friedman, Mr. Jeremy | | Michael, Ms. Carol | |
| | | | |
| | | | |
| | | | |

Nicole Gordienko -

# Pennridge School District

# Coach Handbook

**Revised: 7/2008**

Appendix1432

**Table of Contents**

Athletic Program Overview.................................................................................1
    Athletic Philosophy and Purpose................................................................2
    Goals of Athletic Program........................................................................2
Governing Authorities......................................................................................4
    Pennsylvania Interscholastic Athletic Association (P.I.A.A.)............................5
Administration/Protocols..................................................................................6
    Scheduling.............................................................................................7
    Early Dismissal......................................................................................7
    Gym Usage............................................................................................7
    Emergency School Closing........................................................................8
    Tournaments..........................................................................................8
    Transportation........................................................................................8
    Practice................................................................................................9
    Out of Season Practice.............................................................................9
    Physical Education -- Excusal from Athletics...............................................10
    Locker Room and Related Facilities..........................................................10
    Equipment, Training, and Weight Room.....................................................11
    Booster Club Information.........................................................................12
    Team Spirit..........................................................................................12
    Recruiting............................................................................................12
Coach and Employee Responsibility....................................................................13
    Head Coach's Job Description...................................................................14
    J.V. Coach's Job Description.....................................................................16
    Assistant Coach's Job Description..............................................................16
    Volunteer Coach's Job Description.............................................................17
    National Federation of Interscholastic Coaches Association.............................18
    Guidelines for Music Before, During, and After Sporting Events.......................19
    Senior Night Ceremonies.........................................................................19
    End of Season Sports Awards....................................................................19
    Sports Awards.......................................................................................20
    Coach's Responsibility Guide....................................................................21
    Evaluation Procedures.............................................................................22
Emergency Procedures....................................................................................23
    First Aid – Basic Skills............................................................................24
    Illness.................................................................................................26
    Emergency Procedures............................................................................27
    General Risk Management........................................................................28
    Negligence...........................................................................................28
    Reducing the Risk..................................................................................29
    Life-Threatening Crisis for Individuals.......................................................29
    Medication or Substance Overdose............................................................30
    Suicide................................................................................................31
Forms........................................................................................................33
    Pennridge Athletic Code..........................................................................34
    Pennridge School District Complaint Form..................................................41
    Away Game Transportation Permission Form...............................................45
    Head Coach Evaluation Form....................................................................46
    Assistant Coach Evaluation Form..............................................................50
    Booster Club By-Laws............................................................................54
    Fundraising Form...................................................................................61
    Agreement of Use of Facilities..................................................................62
    Athlete / Parent Survey...........................................................................78
    P.I.A.A. Physical Evaluation Form.............................................................79
    Acknowledge of Receipt and Understanding Form........................................83

Appendix1433

# PROGRAM OVERVIEW

- General Athletic Philosophy and Purpose

- Goals of Athletic Program

Appendix1434

# GENERAL ATHLETIC PHILOSOPHY AND PURPOSE

The opportunity for participation in a wide variety of student-selected activities is a vital part of the student's educational experiences. These experiences contribute to the development of learning skills and emotional patterns that enable the student to make maximum use of his or her education and talent. Such participation is a privilege that carries with it responsibilities to the school, to the activity, to the student body, to the community and to the student himself/herself.

Participation in athletics has the potential to bring about desirable changes in the attitudes, habits, and skills, not only of those participating, but also of the entire student body and community. It is the aim of an athletic program to develop healthy bodies, enhance physical skills and learn the values of teamwork while demonstrating character during competition.

Attendance at practice is required; failure to be present may result in dismissal from a team. However, all coaches are interested in the academic success of their students and, therefore, urge their athletes to remain immediately after school for extra help and/or make-up work. When the work is completed, the athlete can then report to practice. You are a student first, and an athlete second!

An Athletic Code of Conduct must be signed by the student athlete and parent.

# GOALS OF ATHLETIC PROGRAM

Through voluntary participation, the student athlete gives time, energy, and loyalty to the program. The athlete also accepts the training rules, regulations and responsibilities that are unique to an athletic program. In order to contribute to the welfare of the group, the athlete must willingly assume these obligations. The role of student-athlete demands that the individual make sacrifices not required of other students.

Sport participation should provide adequate and natural opportunities for:

1. Acquisition and development of special skills in activities of each student's choice.

2

2. Team play with the development of such commitments as loyalty, cooperation, fair play and pride.

3. Directed leadership and supervision that stresses self-discipline, self-motivation, excellence and the ideals of good sportsmanship that make for winning and losing graciously.

4. Achievement of initial goals as set by the school in general and the student as an individual.

5. Experiencing the benefits associated with living a healthy, active lifestyle.

6. Provisions for worthy use of leisure time in later life, either as a participant or spectator.

7. Participation by the most skilled that will enable these individuals to expand possibilities for future educational and career pursuits.

3

Appendix1436

# GOVERNING AUTHORITIES

- Pennridge School District Board of Directors

- Pennsylvania Interscholastic Athletic Association, Inc. (PIAA)

4

# P.I.A.A.

NAME
The name of this Association shall be the Pennsylvania Interscholastic Athletic
Association Inc. (herein sometimes referred to as P.I.A.A.).

PURPOSE
To organize, develop, and direct an interscholastic athletic program which will promote,
protect, and conserve the health and physical welfare of all participants.

EDUCATION
To formulate and maintain policies that will safeguard the educational values of
interscholastic athletics and cultivate the high ideals of good sportsmanship.

COMPETITION
To promote uniformity of standards in all interscholastic athletic competition.

MEMBERSHIP
All public high schools, intermediate schools, junior high schools, and middle schools
which are accredited by the Pennsylvania Department of Education, and all private
schools within Pennsylvania, meeting the membership requirements, shall be eligible for
membership in the
Pennsylvania Interscholastic Athletic Association.

**FOR THE 2008-2009 PIAA CONSTITUTION AND BY-LAWS
PLEASE REFER TO THE FOLLOWING WEB SITE.**

## www.piaa.org

**CONSTITUTION AND BY-LAWS MAY ALSO BE OBTAINED
FROM THE ATHLETIC DIRECTOR.**

Appendix1438

# ADMINISTRATION/PROTOCOLS

- Scheduling

- Early Dismissal

- Gym Usage

- Emergency School Closings

- Tournaments

- Transportation

- Practice

- Out of Season Practice

- Physical Education – Excusal of Athletes

- Locker Room and Related Facilities

- Equipment, Training, and Weight Rooms

- Booster Clubs

- Team Spirit

6

# SCHEDULING

Scheduling of all sports is handled through membership in the Suburban One League for Varsity and J.V. sports. **No games should be changed by the coach. All scheduled and rescheduled games need Athletic Director and Administrative approval**.

When athletic schedules cannot be completed within the established league, schools outside the leagues may be contacted to complete a schedule. All non-league schools must be either members of the PIAA or members of organizations similar to the PIAA, e.g., New Jersey Interscholastic Athletic Association.

# EARLY DISMISSAL

Student-athletes may be dismissed early from school for <u>away contests only</u>.

- Teams that dress prior to traveling may be dismissed up to fifteen (15) minutes before bus departure.
- Teams that do not dress prior to traveling may be dismissed up to five (5) minutes before bus departure.
- Any departure time before 1:15 PM requires the approval of the building Principal and the Athletic Director.
- Student-athletes **will not** be dismissed early for <u>home contests</u>. Any exceptions to this policy must be approved by the building Principal and the Athletic Director.

# GYM USAGE

**First Priority:**
   - In-season sports
**Second Priority:**
   - Drumline, Marching Band, Color Guard
   - Out-of-season sports
   - High School functions and activities
**Third Priority**
   - School District Functions/Activities
**Fourth Priority:**
   - Community Use
**Fifth Priority:**
   - Outside Groups

Appendix1440

\* Facility use forms must be filled out for all in-season and out-of-season requests.
\* Decisions about use of the Pennridge athletic facilities will be based upon the gym use priority schedule.
\* Seasonal Inclement Weather Schedules will be developed by the Athletic Director.
\* Facility requests must be submitted in a timely manner in order to ensure use of the desired facility.

## EMERGENCY SCHOOL CLOSINGS

When the school district is closed because of weather conditions, as a general rule all athletic activities will be postponed.  Athletic teams and coaches will not be permitted to practice on those days.

If schools are closed due to weather conditions on the last school day before a weekend, weekend activities may still be held if weather conditions permit.

## TOURNAMENTS

The Pennridge Athletic Department will cover entry fees for two in-season varsity tournaments per team.  Exceptions to the above mentioned policy require administrative approval.  Depending upon the location of the tournament and the number of participants, the athletic department may or may not provide transportation for these events. Decisions regarding transportation for tournaments will be made by the administration.

Any tournament or special event which requires student-athletes to stay overnight at the location of the event, must be approved by the Pennridge School Board.  A detailed itinerary must be presented to the Activities Committee prior to receiving such approval. Furthermore, lodging expenses will not be covered for regular season tournaments.  Such expenses must be covered by the Booster Club.

Registration for all tournaments require approval from the Athletic Director and must be processed through the athletic office.

In the event that a student-athlete will be missing school because of a tournament or athletic event, the head coach must provide the name/names of the student-athlete participants and dismissal times to the athletic secretary so that she can inform the attendance office.

## TRANSPORTATION

Student athletes must travel to and from contests, away from school, in transportation provided by the school.  The only exceptions are:

1. Injury to a participant that would require alternate transportation.

8

2.  An athletic permission note is signed by the student, parent, coach, and athletic director stating that the student-athlete has permission to travel HOME from the athletic contest with his/her parents.
3.  Where school transportation is not provided and alternative means are approved by administration.  Requests for alternative forms of transportation must be made at least one week prior to the requested date.

Under NO circumstances should a student-athlete travel in a coach's personal vehicle to or home from an athletic contest.  Furthermore, under NO circumstances should a student-athlete travel to or home from an athletic contest with another student or student-athlete.

Athletic team transportation is scheduled by the Athletic Director through the transportation department.  Please note that all in-season team trips, including games and special events, must be approved by the Athletic Director.

Coaches must submit transportation request forms with departure and return times noted to the athletic secretary **at least one month before the first official practice**.  This will ensure that proper transportation arrangements are made for each team.

## School Van Usage Policies/Procedures

Special circumstances may arise when a coach is asked to drive a few members of a team to a contest or tournament in a school van or rental van.  In such instances, coaches and student-athletes are protected by the Pennridge School District's insurance plan.  Coaches are asked to make sure that these vans are clean upon return from the trip.

## PRACTICE

Pennridge School District does NOT sanction any practice held on a Sunday.  The PIAA By-Laws (Article XII, Section 2) stipulates that... "no individual representing any PIAA-member school, may participate in an inter-school practice, scrimmage, or contest on more than six days in any calendar week during the regular season."

## OUT OF SEASON PRACTICE

Outside of the defined-season for sports, member schools may not sponsor teams, but member schools and coaches and/or students of member schools may be involved with sports activities such as training programs, recreational activities, "open gyms", clinics and camps provided that the school does not sponsor teams, and provided that any participation by coaches and/or students is as private citizens and is voluntary.  Coaches and/or students acting as private citizens, and on a voluntary basis, may participate on teams that are not affiliated with their school or other member schools during the out-of-season period.  The coach or other personnel representing the school shall not require a

Appendix1442

student to participate in a sport or a training program for a sport outside of the PIAA-defined sport's season. The participation of students in any sports activity that occurs outside of its defined-season must be voluntary. ***In order to participate in an out of season high school activity, students must be enrolled at Pennridge High School***

**Student-athletes involved in an in-season, P.I.A.A. sanctioned sport, should under NO circumstances be pressured to attend out of season workouts in another sport. Such expectations are against P.I.A.A. rules and are not in the best interest of the student-athletes.**

## PHYSICAL EDUCATION – EXCUSAL OF ATHLETES

Athletics is not a substitute for physical education. Therefore student-athletes may not be excused from physical education class in order to rest for an upcoming game.

## LOCKER ROOM AND RELATED FACILITIES

I.  **LOCKER ROOM RESPONSIBILITIES**
    A.  Security
        1.  Each coach is responsible for the action of members of his/her team from the time they report to the locker room for practice until they leave the building after practice.
        2.  It is the coach's responsibility to be present at the time that the athletes are to report for practice, games, meets, home or away, and stay until the last athlete has left.
        3.  The coach shall see that the showers are turned off and the room left as neat as possible.

    B.  Control of Keys
        1.  All necessary keys will be issued to coaches by the Assistant Principal, responsible for key distribution. All coaches will return their keys to the Assistant Principal on the final day of the season, unless permission has been granted for summer use of athletic areas.
        2.  Coaches are not to give athletes their keys at any time. Managers may use coaches' keys during practice sessions, but managers are not to have their own keys.
        3.  If keys to the athletic area are lost, the coach should report this to the Athletic Director immediately.

II. **LOCKER ROOM PROCEDURES**
    A.  Athlete Rules
        1.  Rough-housing and throwing towels or other objects is not permitted in the locker room. Hazing of other players is also not permitted.
        2.  All showers must be turned off after showering. The last person to leave the shower room is expected to check all showers.

Appendix1443

3. No one except coaches and assigned players are allowed in the locker room.
4. No GLASS containers are permitted in locker rooms.
5. All spiked or cleated shoes must be put on and taken off outside of the locker room in extreme or muddy weather conditions. No metal or hard-plastic spikes or cleats are ever allowed in any other part of the school building.
6. Equipment must be removed from all lockers by the end of the first school day following the conclusion of each sports season.

# EQUIPMENT, TRAINING AND WEIGHT ROOM

A. Controls
1. Each coach is responsible for communicating equipment requests with the Equipment Manager. When requesting a time to distribute game uniforms, please give the Equipment Manager at least **TWO FULL DAYS** notice to ensure that he has adequate time to schedule appointments.
2. Coaches and student-athletes wishing to access equipment from the equipment closet must have approval from the equipment manager or the athletic director.
3. Athletes are not to be in the training room unless they are being examined or receiving treatment by the trainer or coach. All use of the medical or rehabilitation equipment in the training room must be authorized by qualified personnel of the school district.
4. The weight room will be supervised by the team coach. Both out-of-season and in-season coaches may supervise the weight room at any given time. At no time are athletes permitted to use the weight room without authorized supervision.

B. Weight Room Objectives
1. To properly utilize a weight training facility in the best interest of all students.
2. To provide adequate coaching technique in weight training.
3. To provide program alternatives for achieving specific results.
4. To insure that the proper safety measures are being employed during all training sessions.
5. To provide responsibility in the proper care of equipment.
6. To make available opportunities for students to enjoy the benefits derived from a sound weight training program on a year-round basis.
7. To attempt to reduce sport connected injuries through well developed conditioning.

C. Weight Room Rules

Appendix1444

1. Shirt and shoes are required at all times.
2. No one in the weight room alone.
3. All students must be under the supervision of the coach and/or instructor assigned to the weight room.
4. Lifters must work with a partner.
5. Coaches must ensure that student-athletes are lifting within their limits.
6. A seasonal weight lifting schedule will be developed by the Athletic Director.

# BOOSTER CLUB INFORMATION

## RELATIONSHIP BETWEEN BOOSTER CLUB AND COACHES

The role of the Booster Club is to support the program and student-athletes so that the coach can fulfill his/her job duties to the best of his/her ability.

**A coach may not be a member of the Booster Club affiliated with his/her program. Furthermore, a coach should never handle any fundraising money.** The sole responsibility of the coach during the fundraising process is to ensure the proper supervision of student-athletes during fundraising activities.

Coaches must be familiar with the fundraising policies and Booster Club By-Laws established by the Pennridge School District Board of Directors (refer to the Fundraising Form and Booster Club By-Laws in the last section of the Coaches Manual).

## PROCEDURES FOR PROCESSING DONATIONS

**It is the responsibility of the head coach to inform the Athletic Director of any donations received by Booster Clubs or other individuals. Donations must be accompanied by a letter which states the intended purpose of the donation.**

# TEAM SPIRIT

Team "spirit dress" must be approved by the Athletic Director and participation can not be required. Signs / posters must be approved by the Principal and Superintendent prior to being posted around the school.

# RECRUITING

Student-athletes interested in playing collegiate sports must complete the NCAA clearinghouse application to ensure eligibility. Coaches should encourage student-athletes to meet with their guidance counselor to go over the academic requirements.

Appendix1445

# COACH AND EMPLOYEE RESPONSIBILITY

- Coaches Job Descriptions

- National Federation of Interscholastic Coaches Association

- Guidelines for Music Before, During, and After Sporting Events

- Senior Night Ceremonies

- End of Season Sports Awards

- Sports Awards

- Coach's Responsibility Guide

- Evaluation Procedures

13

# COACH'S JOB DESCRIPTION

COACH'S CONTRACTS
EDR contracts shall be issued for all interscholastic athletics on a seasonal basis. The signed EDR contracts shall be submitted by the Athletic Director for final approval by the Board of Education within 45 days following the end of the season.

COACHES
Coaches of the Pennridge School District should be leaders of young athletes, providing a positive role model for what it means to be an athlete. All coaches will be fair and consistent in all rules and regulations as applied to the athletes they coach.

Coaches are constantly under the scrutiny of the public and subject to praise and criticism. Coaches must conduct themselves as individuals of high moral character, integrity and dignity. The primary concern of a coach must be the welfare of each student-athlete.

# HEAD COACH – JOB DESCRIPTION

A. The coach is responsible for planning a continuous program of instruction. The plan should include written goals and objectives for all levels of their program.

B. The coach must meet with his/her players prior to the beginning of the season to provide information relative to (a) practice schedule, (b) policies governing absences, (c) general expectation conduct, commitment, attitude, and training rules, (d) health and nutrition, (e) pre-season and post-season conditioning, (f) eligibility and grading policy, (g) any other items deemed necessary by the coach. In addition to verbally reviewing this material, the coach must **provide in writing** all his/her rules and regulations.

C. The coach is encouraged to meet with parents, prior to the season. The purpose of the meeting is to have parents receive information about the program, to learn the coach's expectation of his/her players, and to meet the assistant coaches. Schedules, directions to the games and other important information should be provided to parents.

D. The coach is responsible for working with the equipment manager in the distribution and collection of all equipment used by his/her program. At the end of the season, all lost or stolen equipment must be reported to the Athletic Director. All equipment must be returned no later than one week following the close of his/her season.

Appendix1447

E. All equipment that has been deemed dangerous by the coach should be reported to the Athletic Director for immediate replacement. Any dangerous field conditions should be reported to the Athletic Director.

F. The coach shall develop safe practice plans for each practice.

G. The coach must never leave any athlete unsupervised. This includes before, during, and after practices, workouts, player meetings, on transportation, at visiting schools and during contests.

H. The coach must inform the Athletic Director, in writing, of any special practices and requests.

I. The coach must be familiar with emergency phone numbers, procedures and athlete emergency information cards.

J. The coach must not allow any athlete to take any school equipment home without the Athletic Director's approval.

K. The coach will direct requests and concerns regarding operating policies, scheduling and transportation to the Athletic Director.

L. **The coach must not expel an athlete from the team without consulting with the Athletic Director.**

M. All injuries must be reported to the Athletic Trainer as soon as possible. After verbally making contact with the Athletic Trainer, the coach must submit a completed injury report form.

N. The coach is responsible for developing an appropriate conditioning program. Coaches are responsible for the supervision and clean up of the weight room following workouts. Athletes are not permitted in the weight room without proper coach's supervision.

O. The coach will not allow any athlete to participate until they have submitted the following forms: (a) code of conduct, (b) medical history form, (c) physician's certificate, (d) emergency medical card.

P. The coach must submit an end of the season report. (NOTE THE END OF SEASON CHECKLIST)

Q. The coach will be responsible to attend one meeting scheduled by the Athletic Director to discuss his/her program and one meeting at the end of the season to discuss his/her evaluation.

R. The head varsity coach must attend PIAA mandated rules interpretation meeting.

15

Failure to do so will result in a $100 fine levied by the PIAA.  It is the responsibility of the coach to know the date, time, and location of this meeting.

S.  The coach is responsible to prepare for all end of season awards.

T.  The coach is responsible for adhering to the restrictions placed on an athlete for academic and or school related discipline reasons.

U.  The coach must report game scores to the appropriate media outlets as well as the athletic office on a daily basis.

V.  The coach shall abide by the guidelines set forth by the National Federation of Interscholastic Coaches Association.

## JUNIOR VARSITY COACH – JOB DESCRIPTION

All General Duties and Responsibilities apply to Junior Varsity head coaches.  In addition to the General Duties and Responsibilities, the Junior Varsity head coaches responsibilities are as follows:

A.  One week prior to the first regularly scheduled game, he/she shall forward a completed eligibility form to the Athletic Director.
B.  At the close of the respective sports seasons, he/she shall forward to the building Athletic Director a complete list of all letter winners.
C.  He/she shall attend all meetings and practices called by the Varsity coach.
D.  He/she shall be responsible in his coaching for carrying out the directions of the Varsity coach as they relate to fundamental drills, offenses, defenses, and overall theory.
E.  He/she shall be responsible to the Varsity coach for developing and maintaining the highest caliber of participation on the Varsity level.
F.  He/she is encouraged to meet on a regular basis to evaluate the program.

## ASSISTANT COACH – JOB DESCRIPTION

The Assistant Coaches are directly responsible to the Head Coach, and must follow his/her program.

A.  Assistant coaches shall assist the head coach in all duties assigned by the head coach.
B.  All assistant coaches must maintain a fair, unprejudiced relationship with their players and have the physical and emotional welfare of the players foremost in their mind.
C.  The Assistant Coach must report any major incident to the head coach.  Coaches also need to be familiar with emergency phone numbers and procedures.

Appendix1449

D. The Assistant Coach must be familiar with and follow all rules and regulations of the Pennridge School District Athletic Department.
E. The Assistant Coach will assist with supervision of team rooms before and after practice.

# VOLUNTEER COACH

The following are criteria for volunteer coaches in the Pennridge School District. General statement "Volunteer" is defined as follows: A person from the community who contributes his/her services to the Pennridge School District.  Volunteer athletic coaches are subject to all rules and procedures set down in this document, and District policies. Prudent judgment is expected of the volunteer at all times.

A. General Information

1. Volunteer coaches must be approved by the building Principal and Athletic Director.
2. Volunteer coaches will not receive any compensation by the Pennridge School District.
3. Volunteer coaches should not treat any injury sustained by student-athletes, however, appropriate first aid may be applied.
4. Volunteer coaches should never assume the sole responsibility for a student or group of students.
5. Volunteer coaches must submit a notorized "Statement by Volunteer" form to the Athletic Director and will sign a volunteer coaching contract.
6. Any volunteer coach assuming additional responsibilities related to the supervision of student-athletes, must be approved by the administration. Furthermore, these volunteers must present original Act 114, Act 34, and Act 151 clearance forms.

B. Relationship to appointed coach:

1. Volunteer coaches help coaches provide better instructional services to students.
2. Volunteer coaches shall be under the direct supervision of a head coach who is responsible for their direction.
3. Volunteer coach cannot be assigned to relieve coaches of their teaching responsibilities at any time.
4. Volunteer coaches cannot be assigned to relieve coaches and/or hold practice in the absence of a district coach.

C. The Volunteer Coach shall not:

1. Prescribe courses of study to student athletes, i.e., weight training, nutrition, injury, rehabilitation, etc.

17

2. Evaluate and/or report a pupil's academic or athletic growth and development other than informally with a coach.
3. Make reports to parents, guardians or school administrators with respect to any coaches competency, level of participation, working environment or any other aspect related to evaluation of a coach except at the request of the Athletic Director.
4. Prescribe and/or carry out disciplinary actions relating to student-athletes.
5. Excuse any student-athlete from attendance or participation in any classroom or school related activity.
6. Engage in any other act relating to instruction which has been delegated to the head coach without the direct supervision of the head coach.

# NATIONAL FEDERATION OF INTERSCHOLASTIC COACHES ASSOCIATION

The function of a coach is to properly educate students through participation in interscholastic competition. The interscholastic program is designed to enhance academic achievement and should never interfere with opportunities for academic success. Each child should be treated as though they were the coaches' own and their welfare shall be uppermost at all times. In recognition of this, the following guidelines for coaches have been adopted by the NFICA Board of Directors.

The Coach must be aware that he or she has a tremendous influence, either good or bad, in the education of the student athlete and, thus, shall never place the value of winning above the value of instilling the highest desirable ideals of character.

The Coach must constantly uphold the honor and dignity of the profession. In all personal contact with the student athlete, officials, athletic directors, school administrators, the state high school athletic association, the media, and the public, the coach shall strive to set an example of the highest ethical and moral conduct.

The Coach shall take an active role in the prevention of drug, alcohol and tobacco abuse and under no circumstances should authorize their use.

The Coach shall promote the entire interscholastic program of the school and direct his or her program in harmony with the total school program.

The Coach shall be thoroughly acquainted with the contest rules and is responsible for their interpretation to team members. The spirit and letter of rules should be regarded as mutual agreements. The coach shall not try to seek an advantage by circumvention of the spirit or letter of the rules.

Appendix1451

Coaches shall actively use their influence to enhance sportsmanship by their spectators, working closely with cheerleaders, pep club sponsors, booster clubs, and administrators.

Contest Officials shall have the respect and support of the coach. The coach shall not indulge in conduct which will incite players or spectators against the official. Public criticism of officials or players is unethical.

Before and after contests, rival coaches should meet and exchange friendly greetings to set the correct tone for the event.
A Coach shall not exert pressure on faculty members' to give student athletes special consideration.

It is unethical for coaches to scout opponents by any means other than those adopted by the league and/or state high school athletic association.

# GUIDELINES FOR MUSIC BEFORE, DURING, AND AFTER SPORTING EVENTS

Music played before, during, or after Pennridge sporting events shall be played through the facility sound system and controlled by authorized personnel. Spectators are NOT permitted to bring their own sound system to play music before, during, or after Pennridge sponsored sporting events.

Student-athletes must submit song requests to the head coach and Athletic Director for approval. Song requests must contain the name of the song with a copy of the lyrics. Songs containing explicit or inappropriate lyrics are strictly prohibited. Edited versions of songs which contain blatant evidence of offensive words being "bleeped" out, are also prohibited.

It is the responsibility of the head coach to communicate this information to his/her entire coaching staff and student-athletes. Failure to adhere to these guidelines will result in music privileges being revoked.

# SENIOR NIGHT CEREMONIES

All Senior Night Ceremonies must follow the guidelines established by the Suburban One League. The SOL guidelines include the following:
1. Visiting teams and game officials must be notified in advance of the Senior Night agenda.
2. It is expected that all varsity contests begin at, or close to, the scheduled game time.
3. Proper warm-up must be given to both teams.
4. An adult associated with the team must read senior profiles.
5. Senior profiles should include:

19

- Announced name of the student-athlete and his/her parents.
- A short summary of the senior's achievement in their sport.
- A sentence explaining the future plans of the student-athlete.

EXAMPLE: #21 Joe Smith is being escorted by his parents Cindy and Roger Smith. Joe is a four-year varsity letter winner and will finish his career as the school's all-time leading scorer. Joe plans on attending Temple University in the fall where he will play basketball and study Business Management.

The head coach must communicate details regarding the Senior Night Ceremony with the Athletic Director. Date, time, location, and any special requests must be communicated to the Athletic Director for approval.

## END OF SEASON SPORTS AWARDS

The purpose of the End of Season Sports Awards program is to provide a vehicle for our student athletes to receive proper recognition for their accomplishments. All student-athletes and their parents must be invited and encouraged to attend the end of season banquet. Coaches are to work at making this program meaningful.

During these programs the coaches are to make sure that they mention every participant and also be sure that the special accomplishments are noted.

## SPORTS AWARDS

**First Year Varsity Athletes** will receive:
- Varsity "P" Letter
- Sport Insert Pin
- Manager's receive a Varsity "P" Letter and Pin at the coach's discretion.

**Two Year, Three Year and Four Year Varsity Athletes** will receive:
- An additional bar for each year.

**Varsity Captains**
- Captain Star

**JV Athletes**
- JV Letter

**Freshman**
- Freshman Letter

**Suburban I All League Athletes**
All-League Certificate

GENERAL AWARD POLICY

A. The Pennridge Athletic Department will provide two awards for each **varsity** team at the conclusion of the season of play.
1. M.V.P. Award
2. Spirit Award

20

Appendix1453

B. Any deviation from this policy must be approved by the athletic director (ie. two spirit awards rather than one M.V.P. and one Spirit).

GENERAL REQUIREMENTS FOR RECEIVING A LETTER OR AWARD

1. A student must demonstrate good citizenship, sportsmanship, and cooperation on and off the field.
2. A student must maintain satisfactory scholastic achievement.
3. A student must be a member of the squad at the end of the season.
4. A student must regularly attend all practices and meetings except when excused by the coach.
5. A student must be a member of the team for over one-half the season as determined by the head coach. (In case of injury or transfer where it is impossible to meet this requirement, a letter may be awarded at the discretion of the coach and approval of the Athletic Director).
6. A student must adhere to the training rules and regulations set forth by the coach and approved by the Athletic Director.
7. A student, who is involved in a transfer between the varsity and junior varsity levels and does not meet the requirements for a varsity letter, may be eligible for a junior varsity letter.
8. The policies and procedures listed for varsity athletics also apply to the Freshman

## COACH'S RESPONSIBILITY GUIDE

Pre Season:
_____ Set up a pre-season meeting for prospective players
_____ Establish rules and regulations for your team in writing
_____ Make sure that student-athletes have signed the media release
_____ Review your schedule of contests
_____ Submit bus requests
_____ Request equipment needed by size
_____ Distribute equipment to players (work with equipment manager)
_____ Submit rosters by date requested
_____ Review and submit eligibility forms, physicals

Regular Season:
_____ Report contest results to media and the athletic office
_____ Check eligibility weekly
_____ Counsel athletes whose grades are low
_____ Review bus schedule upon receipt
_____ Check First Aid Kit regularly
_____ Keep record of players attendance at practice
_____ Complete injury reports in a timely fashion
_____ Submit reimbursement requests within one week of the event
_____ Submit signed officials vouchers to the athletic office within 24 hours following the completion of each contest.

Post Season:
_____ Submit requisitions for repairs or new equipment

21

    _____ Collect and account for all equipment issued within one week
                after the final contest of the season
    _____ Account for missing equipment
    _____ Return keys and handbook
    _____ Sign evaluation form
    _____ Submit official participation record before team banquet
    _____ Submit award/letter requests (at least 2 wks. before the banquet)

**PLEASE NOTE**: The final Head Coach salary will not be issued until **ALL** of the post-season responsibilities are completed.

## EVALUATION PROCEDURES

Head coaches will be responsible for evaluating each assistant coach (including volunteer coaches) on the staff. The head coach will complete a written evaluation (see form on page 53) and hold an evaluation meeting with each coach. Evaluations of assistant coaches must be completed no later than two weeks after the final varsity game of the season. Each evaluation form must be signed by the head coach and the assistant coach.

Each head coach will be evaluated by the Athletic Director. The Athletic Director will complete a written evaluation (see form at the back of the manual) and hold an evaluation meeting with each head coach. The evaluation meeting must take place no later than three weeks following the final contest of the season. Each evaluation form must be signed by the head coach and the assistant coach. Head coaches should be prepared to participate in the following procedures during the evaluation meeting:

1. Review and discuss the assistant coach evaluations for approval by the Athletic Director. If approved, the Athletic Director will sign each assistant coach's evaluation form, thus making a formal recommendation for the following season.
2. The head coach should come to the meeting prepared with a written explanation of how he/she performed relative to the pre-season goals he/she established for the program.
3. Review and discuss the head coach's evaluation. This discussion will include observations from the Athletic Director and formal feedback received from student-athletes and parents via the parent/player feedback form (see form on page 74).

When all of the evaluations have been completed for each season, the Athletic Director will meet with the Principal to review the evaluations for approval. If approved, the Principal will sign each head coach's evaluation form, thus making a formal recommendation for the following season.

Members of the coaching staff desiring to return and coach the following season and receiving formal approval by the Principal and Athletic Director, will be asked to sign a contract for the following season. These contracts shall be submitted to the Pennridge School District School Board for approval no later than 45 days following the last contest of the season.

Appendix1455

# EMERGENCY PROCEDURES

- FIRST AID
- PROCEDURES
- EMERGENCY ACTION PLAN
- GENERGAL RISK MANAGEMENT
- REDUCING THE RISK
- LIFE THREATENING SITUATIONS

Appendix1456

# FIRST AID – BASIC SKILLS

1. Prevention is the first step. Injuries can be prevented through environmental, biomechanical, physical, and managerial means. It is important to encourage proper physical conditioning.
2. Understand any medical conditions in the event of an emergency. These should be noted by the athletic trainer and may be recorded on the emergency card.
3. Complete first aid and CPR certification. Being prepared for an emergency.
4. No treatment, other than immediate first aid and CPR, is to be administered to a student unless it is under the direction of your athletic trainer or a physician.
5. Be familiar with the emergency action plan and venue specific instructions (EMS access, AED locations, etc.).
6. Coaches should have a med kit, ice, and emergency cards with their team for all practices and games.
7. Any student who is injured in a practice or game should be immediately referred to the athletic trainer, unless it is an emergency and the athletic trainer is not available. The athletic trainer will contact the parent/guardian.
8. If the injury is an emergency (unconscious, cardiac symptoms, breathing problems, injury to the spine, fracture/dislocation, uncontrolled bleeding, dental or eye injury, heat illness, shock) the coach should activate the emergency action plan.
9. A coach or school official must accompany the student to the hospital if a parent/guardian is not present. The student's emergency card must be given to the emergency medical personnel.

**Sprains and Strains**
R – Rest
I – Ice
C – Compression
E – Elevation (if no obvious fracture is observed)
Refer to the athletic trainer for evaluation and rehabilitation of injury.

**Fractures and Dislocations**
Remain calm and keep the student calm.
Control any bleeding.
Monitor for shock (weak/rapid pulse, pale/cool/clammy skin, nauseated, drowsy/sluggish)
    Maintain normal body temperature
    Elevate legs with victim lying down (unless you suspect spine injury)
Immobilize/protect

**Heat Illness**
Prevention is the key.
Allow for gradual acclimatization to hot/humid environment.
Weight records help in identifying fluid loss during activity. It is recommended that pre- and post-workout weights be recorded and that fluid intake reflects the fluid lost during activity.
Fluid replacement is important for replacing fluid lost in sweat and for cooling the body.
A well-balanced diet is important to provide essential nutrients.

24

## Illness

Students who are ill during regular school hours or need to be sent home due to illness are automatically dismissed from practice or game on that day. Students reporting to school late because of illness will not be permitted to practice or play on that day unless a written release from a physician is presented.

## Paperwork/Tryout

Paperwork required by the PIAA and Pennridge School District are due prior to participation in any in-season activity sanctioned by the PIAA. All paperwork should be completed and turned in to the athletic office prior to participation. It is requested that packets be turned in prior to the first practice day. For the current school year physicals must be dated after June 1. It is required that if the physical is dated six (6) weeks prior to the first practice date of the season a parent/guardian recertification (Section 5) is required, even if it is the first sport of the year.

## Physician Notes

If a student is under the care of a physician it is required that they provide documentation from the physician regarding participation in their sport. General clearance to return to activity is accepted. This documentation is required prior to returning to activity and must be on file with the athletic trainer.

## Concussion

Head injuries are a serious injury and require evaluation and assessment to take place early. A student with a head injury should not be permitted to return to activity on the same day. Return to play is made by the athletic trainer and physician.

Coaches are required to complete annual concussion education refresher. A link will be provided by the athletic trainer, but a coach may elect other means of completing this requirement. Documentation is required to be provided, which will be kept on file.

## ImPACT testing

All contact/collision sport athletes are required to have a baseline ImPACT test on file prior to participation. All freshman and new athletes will be scheduled for testing. Baseline testing is used to evaluate neuropsychological deficits following head injury.

## Strength and Conditioning

Coaches are encouraged to learn appropriate strength training techniques, including proper lifting techniques and appropriate spotting. The safety of students in a structured strength and conditioning program is important. Inappropriate use of equipment and improper techniques can lead to injuries. In addition, injury prevention recommendations from the athletic trainer will be provided based on student and team needs.

Appendix 1458

**Pennridge High School Athletic Department**
**Emergency Action Plan**

Many emergency situations can arise during athletics, regardless of how safe the sport may seem. It is important that everyone involved in Pennridge Athletics and in the delivery of care be familiar with the established emergency action plans for appropriate venues. The Pennridge High School Athletic Department Emergency Action Plan addresses the procedures to be followed in the event of a medical emergency involving those in attendance at Pennridge High School Athletics events. This plan should be an efficient process that ensures controlled, rapid care.

A serious injury is one in which the individual will obviously need to be hospitalized and there is little time to consult with the athletic training staff or team physician before taking action. Incidents that would necessitate utilization of this plan include: not breathing, severe bleeding, obvious deformity, allergic reaction requiring EpiPen, suspected head/neck injury. Moderate injuries (suspected concussion, laceration requiring suturing, possible fracture, administration of EpiPen, or other orthopedic injuries requiring immediate evaluation) may require early medical assessment or emergency treatment. Non-emergency injuries (strains, sprains, abrasions, contusions, etc.) should be evaluated by the staff athletic trainer(s) for all in-season athletes within 24 hours.

The following general steps should be followed in the event of an emergency involving an individual at any venue.

**STEP 1:** Examine scene for safety and request permission to help
Examine the victim for:
- Level of consciousness/suspected concussive symptoms
- Airway
- Breathing
- Pulse/Circulation
- Observe for type of injury: severe, moderate, or non-emergency injuries.
- Activate EMS (Step 2) for all severe and for some moderate injuries.
Do not move victim unless the scene is unsafe, you need to reach another victim in more serious condition, or you cannot perform care in location.

**STEP 2:** Call 911
Tell the dispatcher the following:
- Number of victims
- Victim's level of consciousness
- Victim's mechanism of injury (if known)
- Location (refer to Athletic Venues and Map of Venues)
- DO NOT HANG UP until the dispatcher tells you to do so
If necessary, assign someone to call the Athletic Training Staff at 215-801-9234 (Athletic Training Cell Phone) and notify them of the situation and the steps already taken.

**STEP 3:** Perform necessary first aid, CPR, etc.
NOTE: If deemed necessary, assign someone to retrieve the automated external defibrillator (AED) unit from the nearest site. AED Locations at Pennridge High School include:
- Athletic Training Room
- Athletic Training Mobile Unit
- White Gym near elevator
- Green Gym near elevator
- Natatorium

**STEP 4:** Ensure that doors or gates are unlocked or open for EMS. When ambulance arrives, let EMS personnel assume responsibility. Spectators should not be allowed near victim. Provide Emergency Information Card if a student-athlete. Provide information necessary for the care of individual, including:
- Person's name and age
- Primary complaint/injury
- Relevant findings: loss of consciousness, obvious deformity, vital signs
- Any relevant medical history
- Allergies: If EpiPen has been administered (ambulance must be called if EpiPen is administered)
- Medications currently being taken
- Assistance as needed
- Contact the Athletic Training Staff to make them aware of the incident for paperwork purposes and follow-up

Appendix1459

Pennridge High School Athletic Department
Emergency Action Plan

Always observe individual's confidentiality and do not speak to anyone about the incident that is not directly involved in his/her care. Always contact the parents immediately after an injury.

| Helman Turf Field/Track (Field 1) | Field 2 (along Blooming Glen Road) | Field 3 (Girls' Lacrosse and 9th Football) |
|---|---|---|
| Phone locations:<br>• Main office<br>• AT Staff cell phone<br>AED Locations:<br>• AT Mobile Unit<br>• High School Lobby<br>EMS Access<br>• Ambulance entrance to field is to the right of tennis courts (near front parking lot). Enter to the right of the pole barn and follow driveway behind tennis courts. Hill is steep to enter.<br>• Gurney entrance is at bottom of hill near entrance to the school. Follow sidewalk to main gate.<br><br>(See Appendix A) | Phone locations:<br>• Weight room<br>• AT Staff cell phone<br>AED Locations:<br>• AT Mobile Unit<br>• White Gym Lobby<br>• Natatorium<br>EMS Access<br>• Ambulance entrance to field is along driveway that runs parallel to Blooming Glen (entrance at Blooming Glen Road).<br>• Alternative access is from driveway to the right of pole barn in main parking lot. Continue behind tennis court. Follow to end of stadium fence and turn left. Follow across Field 4 and Field 3<br><br>(See Appendix A) | Phone locations:<br>• Athletic Office<br>• Natatorium Office<br>• AT Staff cell phone<br>AED Locations:<br>• AT Mobile Unit<br>• Natatorium<br>• White Gym Lobby<br>• Green Gym Lobby<br>EMS Access<br>• Ambulance entrance to field is from driveway to the right of pole barn in main parking lot. Continue behind tennis court. Follow to end of stadium fence and turn left. Follow across Field 4<br><br>(See Appendix A) |
| Field 4 (Field Events and Football Practice) | Field 5 | Field 6 |
| Phone locations:<br>• Boys' Locker Room<br>• Athletic Office<br>• Main Office<br>• AT Staff cell phone<br>AED Locations:<br>• AT Mobile Unit<br>• Green Gym Lobby<br>EMS Access<br>• Ambulance entrance to field is from driveway to the right of pole barn, continue around tennis courts and follow to the end of stadium fence. Turn left and proceed to Field.<br><br>(See Appendix A) | Phone locations:<br>• North Middle School<br>• AT Staff cell phone<br>AED Locations:<br>• AT Mobile Unit<br>EMS Access<br>• Ambulance entrance to field is from driveway to the right of pole barn, continue around tennis courts and follow to path even with hill. Stay along tree line. Terrain is bumpy.<br>• Alternative access is from driveway to rear of North Middle School (to bus parking depot). Enter driveway marked "Do Not Enter." Turn left after baseball field.<br><br>(See Appendix A) | Phone locations:<br>• North Middle School<br>• AT Staff cell phone<br>AED Locations:<br>• AT Mobile Unit<br>EMS Access<br>• Ambulance entrance to field is from driveway to the right of pole barn, continue around tennis courts and follow to second field. Stay along tree line. Hill terrain is bumpy.<br>• Alternative access is from driveway to rear of North Middle School (to bus parking depot). Enter driveway marked "Do Not Enter." Turn left onto Field 9 and continue across.<br><br>(See Appendix A) |
| Field 7 | Field 8 | Field 9 |
| Phone locations:<br>• North Middle School<br>• AT Staff cell phone<br>AED Locations:<br>• AT Mobile Unit<br>EMS Access<br>• Ambulance entrance to field is from driveway to the right of pole barn, continue around tennis courts and follow to the top of hill. Stay along tree line. Hill terrain is very bumpy.<br>• Alternative access is from driveway to rear of North Middle School (to bus parking depot). Enter driveway marked "Do Not Enter." Turn left at top of hill just after Field 9.<br>(See Appendix A) | Phone locations:<br>• North Middle School<br>• AT Staff cell phone<br>AED Locations:<br>• AT Mobile Unit<br>EMS Access<br>• Ambulance entrance to field is from driveway to rear of North Middle School (to bus parking depot). Enter driveway marked "Do Not Enter." Follow to top of hill. Turn left after Field 9.<br>• Alternative access is from driveway to the right of pole barn, continue around tennis courts and follow to the top of hill. Stay along tree line. Continue across Field 7. Hill terrain is very bumpy.<br>(See Appendix A) | Phone locations:<br>• North Middle School<br>• AT Staff cell phone<br>AED Locations:<br>• AT Mobile Unit<br>EMS Access<br>• Ambulance entrance to field is from driveway to rear of North Middle School (to bus parking depot). Enter driveway marked "Do Not Enter." Follow to top of hill. Field is above Field 10.<br>• Alternative access is from driveway to the right of pole barn, continue around tennis courts and follow to Field 6. Stay along tree line. Continue across Field 6. Hill terrain is very bumpy.<br>(See Appendix A) |

Appendix1460

Pennridge High School Athletic Department
Emergency Action Plan

| Field 10 | Field 11 (9th Baseball and JV Baseball) | Field 12 (Softball Field) |
|---|---|---|
| Phone locations:<br>• North Middle School<br>• AT Staff cell phone<br>AED Locations:<br>• AT Mobile Unit<br>EMS Access<br>• Ambulance entrance to field is from driveway to rear of North Middle School (to bus parking depot). Enter driveway marked "Do Not Enter." Field is just after baseball field.<br>• Alternative access is from driveway to the right of pole barn, continue around tennis courts. Stay along tree line. Continue on path even with hill to enter Field S. Continue across Field S. Hill terrain is very bumpy.<br>(See Appendix A) | Phone locations:<br>• North Middle School<br>• AT Staff cell phone<br>AED Locations:<br>• AT Mobile Unit<br>EMS Access<br>• Ambulance entrance to field is from driveway to rear of North Middle School (to bus parking depot). Enter driveway marked "Do Not Enter." Field is along driveway.<br>• Alternative access is from driveway to the right of pole barn, continue around tennis courts. Turn right where possible to enter softball field and cross to Field. Hill terrain is very bumpy.<br>(See Appendix A) | Phone locations:<br>• North Middle School<br>• AT Staff cell phone<br>AED Locations:<br>• AT Mobile Unit<br>EMS Access<br>• Ambulance entrance to field is from driveway to the right of pole barn, continue around tennis courts. Turn right where possible to enter Field. Hill terrain is very bumpy.<br>• Alternative access is from driveway to rear of North Middle School (to bus parking depot). Enter driveway marked "Do Not Enter." Cross Field 11.<br>(See Appendix A) |
| Tennis Courts | Cross Country Course | Green Gym |
| Phone locations:<br>• Main Office<br>• AT Staff cell phone<br>AED Locations:<br>• High School Lobby<br>• AT Mobile Unit<br>EMS Access<br>• Ambulance entrance to field is from driveway to the right of pole barn, continue around tennis courts. Gate is unlocked along path.<br>• Alternative access is from main parking lot.<br><br><br>(See Appendix A) | Phone locations:<br>• Main Office<br>• AT Staff cell phone<br>AED Locations:<br>• High School Lobby<br>• AT Mobile Unit<br>EMS Access<br>• Ambulance entrance to field is from driveway to the right of pole barn, continue around tennis courts. Continue along tree line.<br><br><br><br><br>(See Appendix A) | Phone locations:<br>• Green Gym Phone<br>• Athletic Training Office<br>• Main Office<br>• AT Staff cell phone<br>AED Locations:<br>• Green Gym Lobby<br>• Athletic Training Room<br>• White Gym Lobby<br>EMS Access<br>• Continue to rear of school from driveway along Blooming Glenn Road.<br>• Enter Door 25. Proceed down stairs. Gym to left. Gurney can be accommodated in Elevator 4.<br>(See Appendix A)<br>(See Appendix F for Entrances)<br>(See Appendix G for Location) |
| White Gym | Wrestling Room | Weight Room |
| Phone locations:<br>• White Gym Phone<br>• Main Office<br>• Athletic Training Office<br>• AT Staff cell phone<br>AED Locations:<br>• White Gym Lobby<br>• Athletic Training Room<br>• Green Gym Lobby<br>EMS Access<br>• Continue to rear of school from driveway along Blooming Glenn Road.<br>• Enter Door 11. Proceed down stairs. Gym to left. Gurney can be accommodated in Elevator 5.<br><br>(See Appendix A)<br>(See Appendix F for Entrances)<br>(See Appendix G for Location) | Phone locations:<br>• White Gym Phone<br>• Main Office<br>• Athletic Training Office<br>• AT Staff cell phone<br>AED Locations:<br>• White Gym Lobby<br>• Athletic Training Room<br>• Green Gym Lobby<br>EMS Access<br>• Continue to rear of school from driveway along Blooming Glenn Road.<br>• Enter Door 11. Proceed down stairs. Gurney can be accommodated in Elevator 5. Continue past concession stand. Entrance on left.<br>(See Appendix A)<br>(See Appendix F for Entrances)<br>(See Appendix G for Location) | Phone locations:<br>• Weight Room Phone<br>• Main Office<br>• Athletic Training Office<br>• AT Staff cell phone<br>AED Locations:<br>• White Gym Lobby<br>• Main Lobby<br>• Athletic Training Room<br>• Green Gym Lobby<br>EMS Access<br>• Continue to rear of school from driveway along Blooming Glenn Road.<br>• Enter Door 12. Room to the right.<br><br><br>(See Appendix A)<br>(See Appendix F for Entrances)<br>(See Appendix G for Location) |

28

Appendix1461

Pennridge High School Athletic Department
Emergency Action Plan

| | | |
|---|---|---|
| **Natatorium**<br>Phone locations:<br>• Natatorium Office<br>• Athletic Training Office<br>• Main Office<br>• AT Staff cell phone<br>AED Locations:<br>• Natatorium<br>• Athletic Training Room<br>• White Gym Lobby<br>EMS Access<br>• Continue to rear of school from driveway along Blooming Glenn Road.<br>• Enter Door 15.<br>(See Appendix A)<br>(See Appendix F) | **Kulp Park (Second Street)**<br>Phone locations:<br>• AT Staff cell phone<br>AED Locations:<br>• Portable Unit<br>EMS Access<br>• South 2nd Street and Chestnut Street.<br>• Access along right field.<br><br><br><br><br><br>(See Appendix B) | **Druckenmiller Park (Maple Avenue)**<br>Phone locations:<br>• AT Staff cell phone<br>AED Locations:<br>• Portable Unit<br>EMS Access<br>• Maple Avenue entrance to park.<br>• Fields are at same level as driveway.<br><br><br><br><br><br>(See Appendix D) |
| **Poppy Yoder Field**<br>Phone locations:<br>• South Middle School<br>• AT Staff cell phone<br>AED Locations:<br>• Portable Unit<br>EMS Access<br>• Ambulance entrance to the rear of South Middle School. Continue to gate (must be unlocked).<br>• Continue onto field.<br><br><br>(See Appendix C) | **Deep Run Park (Hilltown Pike)**<br>Phone locations:<br>• Deep Run Clubhouse<br>• AT Staff cell phone<br>AED Locations:<br>• Portable Unit<br>EMS Access<br>• Ambulance entrance along Hilltown Pike north of Callowhill Road on Left.<br>• Complex holds several softball and baseball fields.<br><br>(See Appendix E) | **Important Telephone Numbers**<br>EMS ............................................. 911<br>Grand View Ambulance      215-453-4396<br>Perkasie Police                215-257-6876<br>Athletic Office        215-453-6944 ext. 4060<br>Athletic Training    215-453-6944 ext. 4059<br>Main Office                      215-453-2728<br>North Office                     215-453-6932<br>Central Office                   215-258-0939<br>South Office                     215-257-0467<br>Ryan Wantz Cell              215-801-9234<br>Upper Bucks Orthopaedics   215-257-3700<br>Grandview Hospital          215-453-4000<br>Grandview Emergency Dept.  215-453-4674<br>Poison Control                 215-386-2100 |

29

Appendix1462

## GENERAL RISK MANAGEMENT

Participation in athletics has inherent risk. Typically, injuries incurred are not of tortuous origin, but they occur rather as a result of the normal risks associated with participation in such an activity. However, this is not always the case. Injuries can also occur as a consequence of arguably tortuous behavior by another participant or even by a coach. This section explores the law of negligence, which is the primary theory of tort liability that is available to an injured athlete for injuries that occur while participating in a given sport.

## NEGLIGENCE

Negligence is best defined as the failure to use such care as a reasonably prudent and careful person would use under similar circumstances; it is the doing of some act which a person of ordinary prudence would not have done under similar circumstances or failure to do what a person of ordinary prudence would have done under similar circumstances.

I. Elements of negligence
   a. The existence of a duty on the part of the defendant to conform to a specific standard of conduct for the protection of the plaintiff against an unreasonable risk of injury;
   b. Breach of that duty by the defendant;
   c. That the breach of duty by the defendant was the actual and proximate cause to the plaintiff's injury; and
   d. Damage to the plaintiff's person or property.
II. Duty of care
   a. Foreseeable – Unforeseeable Plaintiff
III. Standard of conduct
   a. The reasonable person
   b. The professional
IV. Breach of duty
   a. Where a defendant's conduct falls short of that level required by the applicable standard of care owned to a plaintiff, then the defendant has breached their duty of the
V. Causation
   a. Actual cause
   b. Proximate cause
VI. Liability for damages
   a. Personal injury
   b. Punitive damages

Appendix1463

# REDUCING THE RISK

Because sports have inherent risk, the question is what can be done to reduce or balance the risks. Risk management is simply the management of risk. However, we can do better than that. Think of risk management as a "discipline for living with uncertainty." As a coach or an advisor, there are steps that you can take to effectively manage the uncertainty involved in a sports program. Most importantly, you can help protect yourself, your school, and your athletes.

VII.   Competent and knowledgeable supervision
    a.   Actively supervising and physically present
    b.   Basic first aid knowledge and access to medical provisions
    c.   Knowledge of emergency procedures
    d.   Recognition of ability level and setting appropriate limits
    e.   Proper progression

VIII.   Professional development of coaches and advisors
    a.   State and national certification
    b.   Summer camp coach and advisor programs
    c.   Coaches' organizations
    d.   Coaches' and advisors' clinics
    e.   Coaches' and advisors' conferences
    f.   Printed materials and resources
    g.   Instructional video tapes

IX.   Program development and guidelines
    a.   Learning, understanding, and implementing new techniques
    b.   Learning, understanding, and implementing proper progression

X.   Interaction with parents
    a.   Open communication
    b.   Share pertinent information
    c.   Emphasize parental responsibility
    d.   Emphasize safety

Appendix1464

# LIFE-THREATENING CRISES

Any situation which occurs in the school or on the grounds which is life threatening for a student, staff member, or another person.

**Action Steps**

1.  When a life-threatening situation is perceived to exist, a coach should:
    a.  Call 911 immediately
    b.  Call athletic trainer and/or athletic director
    c.  Call parent/guardian, call secondary contact if none can be reached
    d.  Initiate first aid and life-sustaining techniques
2.  Do not make any statements to other students, parents, or to the press. Any information should come from the district.
3.  If a student makes a suicidal statement (veral or written form)
    a.  Alert athletic trainer and/or administrator, school nurse, school guidance counselor, or school psychologist.
    b.  Do not leave student alone
    c.  Show concern, but avoid being consumed by the student's emotional distortions of what is occurring.
    d.  Listen with genuine interest
    e.  Ask questions in a calm, straight forward manner
    f.  Accept and encourage appropriate expression of grief or anger
    g.  Help clarify the issues
    h.  Accompany the student to athletic trainer, administrator, school nurse, guidance counselor, or psychologist
    i.  Do not argue, lecture, reason with, analyze, challenge, be sworn to secrecy, or involve yourself in therapy

Appendix1465

# FORMS

- Pennridge Athletic Code of Conduct

- Pennridge School District Complaint Form

- Emergency Consent Authorization Form

- Away Game Transportation Permission Form

- Head Coach Evaluation Form

- Assistant Coach Evaluation Form

- Booster Club By-Laws

- Fundraising Request Form

- Agreement of Use of Facilities

- Athlete/Parent Survey

- P.I.A.A. Physical Evaluation Form

- Acknowledge of Receipt and Understanding Form

33

# PENNRIDGE HIGH SCHOOL
## EXTRACURRICULAR CODE

**Introduction:**

The Pennridge Code shall govern all students during the time they are participating in any programs or athletic teams/club or activity as identified and created by the Pennridge School District. The purpose of Pennridge's Code is to add to our student's mental, physical, social, emotional, moral, and ethical well-being. It is a positive step to prepare and enrich our students in becoming productive young adults.

Participation in any programs at Pennridge High School is a privilege and not a right. In the exercise of this privilege, all students shall comply with the Code beginning with the start of a new extra-curricular activity, and continuing to be in affect for the calendar year (including summer months). As a condition precedent to a student's participation in any program or the first practice or contest, the student and his or her parent/guardian shall acknowledge receipt of this Code by signing and returning to the program director or coach the attached consent form. The director or coach will send all consent forms to Administration for the students' eligibility.

A director or coach may distribute a separate Code, which shall govern students who participate in a particular program or sport. The student and his/her parent/guardian shall also acknowledge receipt of this Code and return the acknowledgment to the director or coach. The same standard of behavior and discipline for the regular student shall apply to the extracurricular participant. Therefore the **PENNRIDGE EXTRACURRICULAR CODE** shall supplement the Pennridge School District Code of Conduct or Student Handbook.

1. **Athletic/Event Eligibility**

    A. Eligible if a student has not reached the age of 19 prior to July 1st (athletics only).
    B. Student must be passing **five** credits each marking period, if not that student will be ineligible for a period of three weeks. At that time the student's teachers will be contacted and deemed eligible if they are passing five credits. Fall athletic eligibility will be determined by the previous school year's report card.
    C. Academic eligibility will be checked weekly for in-season student-athletes. If a student is failing **one subject** or more he/she will be ineligible to participate in any extra-curricular activity. If a student becomes ineligible because of failing grades, he/she will remain ineligible for one week at a time (Sunday to Saturday until he/she is no longer failing). **Furthermore, if a student is receiving a below average grade in any subject area, he/she will be placed on probation. Students on probation will not be permitted to practice or play without a completed grade report update form. This form must be completed and submitted to the head coach on a daily basis.**
    D. Students are not eligible for athletics/events after completion of 8 semesters following a student's entrance into 9th grade.

2. **Attendance in School**

    A. To participate in any activity or practice, a student must be in attendance at school before **9:15 A.M. on the day of the activity. In the event of a weekend contest, students must meet the attendance requirements on the preceding Friday.**
    B. Exceptions to the above rule would be a doctor's appointment, a family or medical emergency, or extenuating circumstances. These exceptions require a note from the student's parent or guardian, and are subject to review by the Administration.

34

3. **Pennridge Extracurricular Code – General Requirements**

   A. All students shall be governed by and are subject to the Code during the time they participate in the program.
   B. The student-athletes shall conduct themselves at all times showing good sportsmanship, courtesy to fellow players/participants, referees and opposing team members.
   C. All students shall abide by the Pennridge School District Student Code of Conduct or Student Handbook as printed or explained. The Administration and/or the Athletic Director will handle any infraction by the student.

      1. If a violation involves an exclusion/suspension, in school or out, the student will be suspended from the program, practice, games or event during the exclusionary period. He/she becomes eligible the next calendar day following the last day of exclusion. If multiple days occur for the exclusion, the student is ineligible until the exclusion is completed. A student who is a continuous behavior problem in school or has problems attending school as stated by the Pennridge School District Student Code or Student Handbook may be suspended or dismissed from the team/activity for a period of time until behavior becomes satisfactory as determined by Administration.
      2. A student who is assigned a detention, after serving the required time, he/she will report to the director or coach immediately after the detention.

   D. If a student is late to practice because of academic reasons, the student must bring a note from the teacher stating the dismissal time.
   E. A student-athlete must abide by the health and training routines as set forth by his/her coach.
   F. A student-athlete may be permitted to move from one sport to another with the approval of the Athletic Director and the coaches involved.

4. **The Pennridge Extracurricular Code – Unacceptable Actions and Sanctions**

   A. Ejection for misconduct during an athletic contest or event.
      - 1st offense – Coach/Director's Discretion
      - 2nd offense – One Game/Event Suspension
      - 3rd offense – Administrative Review; possible removal from activity for entire season.
   B. Use of profanity is prohibited. All offenses will be addressed by the coach/director.
   C. Conduct unbecoming a student during an activity or athletic contest or related activity, out of school or off the property, will be addressed by the Administration, the Athletic Director and Director/Coach and may result in:

   1. 1st offense – One Event Suspension
   2. 2nd offense – Two Event/Game Suspension
   3. 3rd offense – Removal from Program/Team
   4. Behavior unbecoming a student/athlete in school, community or athletic event will mean immediate removal/suspension from the team/activity. This may include, but is not limited to: verbal/physical abuse of player other student, official, teammate, coach, administrator and teacher or staff member. Coach/director and administration will determine the outcome in each case.

      a. **Behavior resulting in disciplinary action due to inappropriate conduct as a spectator at another sporting event will also result in immediate removal/suspension from the team/activity.**

Appendix1468

D. Tobacco
1. No student shall use, possess or distribute tobacco products during the season/event/duration of program.
2. If the offense takes place on school property, the administration shall enforce the code of conduct as stated in the student handbook.
3. The commission of the offense, whether on or off school property, shall result in one week suspension from team/program if verified by the coach/director. If a second offense occurs, the student will be dismissed from the team or program.

## 5. Alcohol and other Drugs
A. These regulations have been developed in order to discourage our student from using harmful drugs and alcohol and to foster the good health and welfare of all of our students.
1. No student shall use, possess, or distribute alcohol, drugs, steroids, controlled substances, look-alikes, or possess drug related paraphernalia on or off school property.
   a. If the offense takes place on school property or during a school sponsored activity, the following will apply:
   Possession/Distribution – 10 day suspension from school and dismissal from the activity/team for the remainder of the season; referral to the Student Assistance Program; if appropriate, referral to the proper law enforcement agency; referral to the Superintendent for possible expulsion; placement in Alternative School, if appropriate.

   b. If is a student is arrested/cited for drug/alcohol use, distribution or possession, he/she will be dismissed from the team for the season. This includes off-season incidents that may carry over to the following athletic season, (ex. summer infractions, off-season programs etc.) Each of these cases will be reviewed by the athletic director/administration and the outcome will be determined after an investigation.

   c. **If a student receives an alternative placement or withdrawals from Pennridge to attend another school because of violations at Pennridge, this student will not be permitted to participate in extra-curricular activities if they return to Pennridge during that school year.**

   d. Coaches/Advisors must report any off-season drug/alcohol violations or behavior violations to the athletic director immediately. Failure to do so may lead to possible disciplinary measures.

## 6. Hazing/Initiation Ceremonies
A. The Pennridge School District believes that students must be protected from hazing and/or initiation ceremonies. All verbal, written, or physical conduct, which harasses, humiliates, or persecutes students, or disrupts or interferes with any student's curricular or extracurricular experiences, shall not be tolerated.
1. Any student or Pennridge School District employee who is found, after appropriate investigation, to have engaged in the hazing of any student or the filing of false

36

charges shall be subject to disciplinary actions up to and including expulsion or termination.

2. Any student or Pennridge School District employee who witnessed or has knowledge of hazing activities and fails to report such actions shall be also being subject to appropriate measures.

## PARENT/COACH COMMUNICATION PLAN
### Pennridge School Distrist
### Athletic Department
### Office: 215-453-6944 ext. 4060
### Email: jderstin2@pennridge.org.

Both parenting and coaching are extremely difficult vocations. By establishing an understanding of each position, we are better able to accept the actions of the other and provide greater benefits to children.  As parents, when your children become involved in our programs, you have a right to understand what expectations are placed on your child.  This begins with clear directives from the program's coach.

### Communications from the Coach

1. Expectations the coach has for your child as well as all members of the squad.

2. Locations and times of all practices and contests.

3. Team requirements (i.e., practices, special equipment, out of season conditioning.)

4. Discipline that may result in denial of your child's participation.

### Communications from the parents

1. Concerns expressed directly to the coach.

2. Notification of any schedule conflicts.

As your child becomes involved in the programs of the Pennridge School District, they will experience some of the most rewarding moments of their lives.  It is important to understand that there also may be times when things do not go the way you or your child wishes.  At these times discussion with the coach is encouraged.

37

Appendix1470

### Appropriate concerns to discuss with coaches

1. The treatment of your child.

2. Ways to help your child improve.

3. Concerns regarding your child's behavior.

It is very difficult to accept your child not playing as much as you may hope. Coaches are professionals. They make judgment decisions based on what they believe to be the best for all the students involved. As you have seen from the list above, certain things can be and should be discussed with the coach. Other things, such as the following, must be left to the discretion of the coach.

### Issues not to be discussed with coaches

1. Playing time

2. Team strategy

3. Other student athletes

There are situations that may require a conference between the coach and the parent. These are to be encouraged. It is important that both parties involved have a clear understanding of the other's position. When these conferences are necessary, the following procedure should be followed to help promote a resolution to the issues or concerns.

### Recommended procedures for conferences

1. Please encourage your child to speak directly with the coach. Many times the matter can be taken care of at that time.

2. Call to set up a meeting.

3. If the coach cannot be reached, call the Assistant Principal / Athletic Director at the Middle School or use the Athletic Director at the High School who will assist you in arranging a meeting.

4. Please do not attempt to confront a coach before or after a contest or practice. These can be emotional times for both the parent and the coach. Meetings of this nature do not promote resolution.

5. If the meeting with the coach did not provide a satisfactory resolution, please call and set up an appointment with the Athletic Director to discuss the situation.

38

### Expectations of parent/guardian

1. Support their student athlete's efforts toward team goals.

2. Work to promote a positive environment that is conducive to the development of the student-athlete.

3. Become familiar with, and review the rules and regulations with the student athlete.  This review should include the coach's rules handout as well as the PHS Extracurricular Code.

4. Communicate any concerns in a timely manner, according to district protocol.

5. Treat all coaching personnel with courtesy and respect, and insist that their student-athlete does the same.

Since research indicates that students involved in co-curricular activities have an increased chance for success during adulthood, these programs have been established.  Many of the character traits required to be a successful participant are exactly those that will promote a successful life after high school.  We hope the information provided here helps to make both your child's and your experience with the Pennridge School District's Athletic Program less stressful and more enjoyable.

Jeff Derstine
Athletic Director

Appendix1472

## Pennridge School District Emergency Consent/Medical Release Authorization

Athlete's Name_____   Date_____

Sport(s):_____ Grade Level 7th, 8th, 9th, 10th, 11th, 12th

I _____ give permission for _____to participate in organized high school or middle school athletics, realizing that such activity involves the potential for injury which is inherent in all sports. I acknowledge that on rare occasions athlete injuries can be so severe as to result in total disability, paralysis or even death. I give consent for the athletic staff (team physician, certified athletic trainers emergency medical technicians and coaches) or school representative to administer appropriate medical treatment in the event of illness or injury during sanctioned practices/game, on or off campus and while traveling to and from events scheduled by Pennridge School District. I understand that in some cases additional medical care may be needed such as ambulance service and/or hospital admittance. In the event that hospital care is needed and time allows, I prefer that my child be taken to _____Hospital.

The athletic trainer or head coach has my permission to provide over the counter medications to my child as necessary: antacid (Tums), Tylenol (acetaminophen), ibuprofen (Advil/Motrin).

I here by authorize the athletic trainer/team physician/EMT to release information regarding the health status of my son/daughter or self (over 18 years old) injury/illness to their coach or other medical professionals as it relates to their ability to participate.

This Consent Authorization/Medical Release form will be in effect for the 20___/20___ school year, unless notified in writing by the athletic trainer or Pennridge school representative.

I certify that I have read the consent/medical release form and that I consent for my child to participate in Pennridge School District athletics.

Parent/Guardian Name:_____
<div align="center">(Print Please)</div>

Parent/Guardian Signature:_____

## Pennridge High School Extracurricular Code Agreement

I have read the Pennridge High School Extracurricular Code and agree to abide by the code.

Student Signature:_____ Date_____

I have also read the Pennridge High School Extracurricular Code as well as the Parent/Coaches Communications Guideline.

Parent/Guardian Signature_____ Date_____

Appendix1473

# COMPLAINT FORM

**Instructions for Completing Complaint Form**

If you have a complaint about a district employee you must complete the complaint form.

It is important to type or print clearly for your complaint to be processed.  Describe your complaint as completely as possible.  It is extremely important to include a phone number at which you can be reached for the individual investigating this complaint to contact you for additional information if needed.  If you have any documentation, which may support your complaint, please attach copies.  ***Do not send originals***.  If you have physical evidence, it is important for you to retain that evidence in its original condition, so the individual investigating your complaint, if necessary, can access it.

Be sure to sign and date your complaint and send it to the Building Principal or the address below.  When your complaint is received, it will be assigned to an investigator who will contact you in writing or by telephone.  You will have the opportunity to explain your complaint in more detail.  If we are unable to investigate your complaint and/or it is warranted to be referred to an appropriate agency, you will be contacted regarding this information.

Send to:

>    Mr. Ray Scarpantonio
>    Director of Human Resources
>    Pennridge School District
>    1228 N. Fifth St.
>    Perkasie, PA  18944
>    215-453-2368

41

Appendix1474

# Pennridge School District
# Complaint Form

Date of Complaint_____

Your Name_____

Your Telephone Number:  Day_____  Evening_____

INFORMATION ON THE PERSON(S) YOU ARE COMPLAINING ABOUT

Name of Person(s) Complaint is being made against_____

Assigned School/Department of that person(s) _____

Position Held by that person(s) _____

Describe your complaint here.  Be specific.  What happened? When? Where?
Use additional sheets, if necessary.

Have you previously reported, in writing, this complaint? _____  If yes, to whom and when?
_____

To the best of my knowledge, the information in this complaint is true and complete.

Signature_____          Date_____

___  Check here if you have included additional sheets or other materials.

42

___ Check here if you wish this complaint to be confidential (certain behaviors that are considered unlawful cannot be kept confidential and must be referred to the proper legal authorities).

INVESTIGATIVE FACT SHEET

**I.     The Complaining Party(ies):**

      Name: _____

      Address: _____

          _____

      Telephone Number: _____

**II.    The Investigator:**

      Name: _____

      Address: _____

          _____

      Telephone Number: _____

**III.   Investigation:**

      Date: _____

      Action Taken: _____

      _____

      _____

      _____

      _____

      _____

**IV.    Conclusions Reached:** _____

_____

_____

_____

_____

_____

_____

43

V.     **Actions Taken to Eliminate Improper Conduct (if applicable):** _____

_____

_____

_____

_____

_____

_____

VI.    **Date notification of conclusion given to complainant:**

_____

44

Appendix1477

## AWAY GAME TRANSPORTATION PERMISSION FORM

I, _____ will be taking my son / daughter
<div align="left">Parent's Name</div>

_____ home from the _____ game at
<div align="left">Student's Name                      Sport</div>

_____ High School on _____.
<div align="left">Game Location                  Date</div>

_____        _____
Athletic Director's Signature         Coach's Signature

_____        _____
Parent's Signature                Student's Signature

## AWAY GAME TRANSPORTATION PERMISSION FORM

I, _____ will be taking my son / daughter
<div align="left">Parent's Name</div>

_____ home from the _____ game at
<div align="left">Student's Name                      Sport</div>

_____ High School on _____.
<div align="left">Game Location                  Date</div>

_____        _____
Athletic Director's Signature         Coach's Signature

_____        _____
Parent's Signature                Student's Signature

Appendix1478

# HEAD COACH EVALUATION FORM

**Pennridge High School**
**Athletic Department**
**1228 North Fifth Street**
**Perkasie, PA 18944**

**Thomas J. Creeden**
Principal

**Jeffrey K. Derstine**
Athletic Director

Coach's Evaluation

---

Coach:

Title of Position:

Date of Evaluation:

---

Rating Code: S-Satisfactory    NI-Needs Improvement    U-Unsatisfactory    NA-Not Applicable
*Commendations/Recommendations where applicable will be written in each category.*

| Rating | I.  Administration |
|--------|--------------------|
|  | a.  Adheres to the athletic department/school philosophy and extracurricular code. |
|  | b.  Adheres to the equipment policy for issuing/collecting equipment |
|  | c.  Collection/records of the student activity fee |
|  | d.  Organization of coaching staff |
|  | e.  Rapport with coaching staff |
|  | f.   Preseason planning |
|  | g.  Organization of practice sessions |
|  | h.  Organization of facilities (equipment, weight room) |
|  | i.   Supervision of student-athletes |
|  | j.   Follows Suburban One League and P.I.A.A. rules |
|  | k.  Keeps up to date on academic eligibility of student-athletes |
|  | l.   Promotion of program |
|  | m. Public Relations (parents, media, booster club, public functions) |

Appendix1479

| | |
|---|---|
| | n.  Attends meetings called by the Athletic Director |
| | o.  Record keeping (eligibility, emergency cards, participation forms, physical cards, medical history forms) |
| | p.  Understands the N.C.A.A. Clearinghouse and counsels students in recruitment and future goals. |
| | q.  Adheres to district/school policies regarding use of school facilities. |

Commendations:

Recommendations:

Comments:

| Rating | II.  Skills |
|---|---|
| | a.  Caliber and quality of instruction |
| | b.  Demonstrates knowledge of the sport |
| | c.  Demonstrates knowledge and presentation of fundamental skills and sportsmanship |
| | d.  Demonstrates knowledge of conditioning programs related to the sport. |
| | e.  Understands the importance of strength training and incorporates it into the program |
| | f.  Provides individual, group, and team instruction |
| | g.  Prevention and care of injuries |
| | h.  Creates a safe environment for student-athletes during practice and competitions |
| | i.  Promotes integrity and mutual respect from himself and his/her student-athletes. |

Commendations:

Recommendations:

Comments:

| Rating | III.  Relationships |
|---|---|
| | a.  Cooperates with the Athletic Director |
| | b.  Communicates with the Athletic Director |
| | c.  Relationship with assistant coaches |
| | d.  Relationship with student-athletes |

47

|  |  |
|---|---|
|  | e. Relationship with the media |
|  | f. Relationship with officials |
|  | g. Relationship with opponents |
|  | h. Relationship with school staff/faculty |
|  | i. Concern for total school program/academics |
|  | j. Supportive to fellow coaches |
|  | k. Concern for total athletic program |
|  | l. Communication with student-athletes |
|  | m. Communication with parents |
|  | n. Communication with athletic trainer |

Commendations:

Recommendations:

Comments:

| Rating | IV. Performance |
|---|---|
|  | a. Coach's appearance |
|  | b. Devotion of time and effort to coaching duties |
|  | c. Conduct during games |
|  | d. Bench demeanor/control |
|  | e. Development and communication of team goals and rules |
|  | f. Ability to motivate players towards goals |
|  | g. Instills enthusiasm in student-athletes |
|  | h. Helps other coaches become better coaches |
|  | i. Exhibits strong moral character |

Commendations:

Recommendations:

Comments:

| Rating | V. Professional Development |
|---|---|
|  | a. Attends league coaches meetings and clinics |
|  | b. Attends educational coaching clinics |
|  | c. Maintains membership to coaching associations |
|  | d. Keeps updated by reading current literature/rule changes/supplemental material |

48

Appendix1481

| | e.  Develops goals and objectives for the program |
| | f.  Continuously evaluates staff and program and employs necessary changes when needed |

Commendations:

Recommendations:

Comments:

**VI.**     **Final summarization**

In your judgement, does this coach demonstrate an adequate expertise to enable him/her to make a high quality contribution to the position he/she holds?

Does he/she demonstrate that he/she understands the purposes of his/her activity in relation to the total program of Pennridge High School?

Does he/she demonstrate a spirit of cooperation with colleagues, supervisors, and students?

Would you recommend him/her for this position next year?

**VII.**    Coach's Reaction (below)

**VIII.**   **Signatures**

Signature of Head Coach        _____ Date

_____

Signature of Athletic Director_____ Date

_____

Signature of Principal         _____ Date

_____

Signatures indicate that a conference has taken place and a copy of the observation report has been received.

Attachments included        Yes_____        No _____

49

Appendix1482

# ASSISTANT COACH EVALUATION FORM

### Pennridge High School
**Athletic Department**
**1228 North Fifth Street**
**Perkasie, PA 18944**

**Thomas J. Creeden**
Principal

**Jeffrey K. Derstine**
Athletic Director

Coach's Evaluation

Coach:

Title of Position:

Date of Evaluation:

Rating Code: S-Satisfactory   NI-Needs Improvement   U-Unsatisfactory   NA-Not Applicable
*Commendations/Recommendations where applicable will be written in each category.*

| Rating | I. Administration |
|--------|-------------------|
| | a.  Adheres to the athletic department/school philosophy and extracurricular code. |
| | b.  Adheres to the equipment policy for issuing/collecting equipment |
| | c.  Collection/records of the student activity fee |
| | d.  Organization of coaching staff |
| | e.  Rapport with coaching staff |
| | f.  Preseason planning |
| | g.  Organization of practice sessions |
| | h.  Organization of facilities (equipment, weight room) |
| | i.  Supervision of student-athletes |
| | j.  Follows Suburban One League and P.I.A.A. rules |
| | k.  Keeps up to date on academic eligibility of student-athletes |
| | l.  Promotion of program |
| | m.  Public Relations (parents, media, booster club, public functions) |

50

|  | n.  Attends meetings called by the Athletic Director |
|---|---|
|  | o.  Record keeping (eligibility, emergency cards, participation forms, physical cards, medical history forms) |
|  | p.  Understands the N.C.A.A. Clearinghouse and counsels students in recruitment and future goals. |
|  | q.  Adheres to district/school policies regarding use of school facilities. |

Commendations:

Recommendations:

Comments:

| Rating | II.  Skills |
|---|---|
|  | a.  Caliber and quality of instruction |
|  | b.  Demonstrates knowledge of the sport |
|  | c.  Demonstrates knowledge and presentation of fundamental skills and sportsmanship |
|  | d.  Demonstrates knowledge of conditioning programs related to the sport. |
|  | e.  Understands the importance of strength training and incorporates it into the program |
|  | f.  Provides individual, group, and team instruction |
|  | g.  Prevention and care of injuries |
|  | h.  Creates a safe environment for student-athletes during practice and competitions |
|  | i.  Promotes integrity and mutual respect from himself and his/her student-athletes. |

Commendations:

Recommendations:

Comments:

| Rating | III.  Relationships |
|---|---|
|  | a.  Cooperates with the Athletic Director |
|  | b.  Communicates with the Athletic Director |
|  | c.  Relationship with assistant coaches |
|  | d.  Relationship with student-athletes |

51

Appendix1484

| | |
|---|---|
| | e.  Relationship with the media |
| | f.  Relationship with officials |
| | g.  Relationship with opponents |
| | h.  Relationship with school staff/faculty |
| | i.  Concern for total school program/academics |
| | j.  Supportive to fellow coaches |
| | k.  Concern for total athletic program |
| | l.  Communication with student-athletes |
| | m. Communication with parents |
| | n.  Communication with athletic trainer |

Commendations:

Recommendations:

Comments:

| Rating | IV.  Performance |
|---|---|
| | a.  Coach's appearance |
| | b.  Devotion of time and effort to coaching duties |
| | c.  Conduct during games |
| | d.  Bench demeanor/control |
| | e.  Development and communication of team goals and rules |
| | f.  Ability to motivate players towards goals |
| | g.  Instills enthusiasm in student-athletes |
| | h.  Helps other coaches become better coaches |
| | i.  Exhibits strong moral character |

Commendations:

Recommendations:

Comments:

| Rating | V.  Professional Development |
|---|---|
| | a.  Attends league coaches meetings and clinics |
| | b.  Attends educational coaching clinics |
| | c.  Maintains membership to coaching associations |
| | d.  Keeps updated by reading current literature/rule changes/supplemental material |

Appendix1485

| | e. Develops goals and objectives for the program |
| | f. Continuously evaluates staff and program and employs necessary changes when needed |

Commendations:

Recommendations:

Comments:

## VIII.  Final summarization

In your judgement, does this coach demonstrate an adequate expertise to enable him/her to make a high quality contribution to the position he/she holds?

Does he/she demonstrate that he/she understands the purposes of his/her activity in relation to the total program of Pennridge High School?

Does he/she demonstrate a spirit of cooperation with colleagues, supervisors, and students?

Would you recommend him/her for this position next year?

IX.  Coach's Reaction (below)

## VIII.  Signatures

Signature of Assistant Coach _____ Date

_____

Signature of Head Coach _____ Date

_____

Signature of Athletic Director_____ Date

_____

Signatures indicate that a conference has taken place and a copy of the observation report has been received.

Attachments included          Yes_____          No _____

53

Appendix1486

# Procedures and By-Laws

# for

# Pennridge High School

# Booster Clubs

Appendix1487

## Article I – Name of Booster Club/Group

Section 1:  Cannot use the name "Pennridge" or "Pennridge High School" or Pennridge School District in the name.

Accepted names as follows:
Rams Girls Soccer Booster Club,
Rams Men's Baseball Booster Club

## Article II – Purpose

Section 1:  Must be specific to the support of the team /club/group. Language should be as follows:

To support the student/athlete and the overall athletic/activity program financially and emotionally, so that the student/athlete and the coaches can focus on the sport or activity.  The Booster Club shall work with the High School administration and coach/sponsor/director to ascertain student/program needs while maintaining a role that is one of support, not advisory or administrative.

## Article III – Membership

Section 1:  Requirements for membership shall include a familial relationship to one or more students in the group being supported.  Members who have had students in the activity/sport may continue in a voluntary position but not in officer positions.

## Article IV – Governance

Section 1:  Fifty-one percent of members in attendance at a pre-announced meeting are required to approve/disapprove an action.

Section 2:  Fifty-one percent of members in attendance at a pre-announced meeting are required to elect officers.

Section 3:  An officer(s) may be removed from office provided that two thirds of members in attendance at the meeting vote to remove.

Appendix1488

Section 4:  Attendance standards must be established for officers or
their position is automatically vacated.
Example: No officer may miss more than two (2)
consecutive regular meeting or his/her position will be
vacated and a replacement officer will be elected at the
next regular meeting to fill the unexpired term of that
officer.

## Article V – Meetings

Section 1:  Meeting dates must be approved by the
Membership and be posted for all members in an accessible
manner (email, website, mailing, publication, etc.)

## Article VI – Officers

Section 1:  The officers of the organization shall be President, Vice-
President, Secretary and Treasurer.  The officers shall
perform the duties prescribed by these by-laws and by the
parliamentary authority adopted by the organization.

Section 2:  A Nominating Committee of three members shall be
appointed by the President.  This committee shall report a
slate of candidates at the general membership meeting in
_____ (select month).  Before the election at the Annual
Meeting in _____ (select month) additional nominations
from the floor shall be permitted.

Section 3:  The officers shall be elected by ballot to serve for one term or
until their successors are elected.  Their term of office shall
begin at close of old business at the last booster meeting
during the school year.

Section 4:  No member shall hold more than one office at a time, nor be
eligible to serve more than two consecutive terms in the
same office except when agreed upon by a membership
quorum.

Section 5:  Voting during the elections shall be by members present.

Appendix1489

**Article VII – Duties of the Officers**

Section 1:  The President shall:
  a. Preside over all meetings of the membership;
  b. Appoint the chairman of standing committees (including Nominating Committee);
  c. Be a member ex-officio of all committees except the Nominating Committee;
  d. Represent the organization before the public either personally or through delegates;
  e. Appoint an Audit Committee;
  f. Perform all other functions usually attributed to this office by the adopted parliamentary authority.

Section 2:  The Vice-President shall:
  a. Assume the duties of the President in his/her absence;
  b. Fill the un-expired term of office of President if it should become vacant;
  c. Serve as advisor to the President;
  d. Perform other duties as delegated by the President.

Section 3:  The Secretary shall:
  a. Keep minutes of all general Membership meetings;
  b. Forward all copies of minutes to all members, the High School Athletic Director and the High School Principal;
  c. Keep the President informed of new and old business;
  d. Be responsible for incoming mail;
  e. Conduct the general correspondence of the Booster Club;
  f. Maintain a current role of the general membership;
  g. Arrange publication of all scheduled meetings as per Article V, Section 1, and;
  h. Schedule all building use requests with the High School Assistant Principal in charge of Building Use.

Section 4:  The Treasurer shall:
  a. Be a member of the booster club;
  b. Receive and deposit all monies and pay all bills approved at a scheduled meeting;
  c. Keep account of all receipts and expenditures and render a written report at all meetings of the organization;
  d. Sign all checks in accordance with Article IX, Section 3.

Appendix1490

e. Submit all fundraising reports to the High School Principal and the High School Athletic Director for approval prior to implementation of the fundraising activity.

Section 5:  Any director or other officer may resign his/her office at any time.  A resignation must be made in writing to the general membership.

## Article VIII - Committees

Section 1:  The President shall appoint an Audit Committee at the _____ (select month) meeting consisting of the Treasurer and two (2) members at large.  The Audit Committee shall audit the financial records following the close of business no later than the _____ (select month) meeting of each year and report at the last meeting during the school year.  Financial records must be submitted to the Principal no later than June of each school year.  The Principal along with the Assistant Business Manager shall review the internal audit and determine if an external audit is necessary.

Section 2:  All appointments as Committee Chairpersons are made by the President and are subject to the approval of the membership.

## Article IX – Finance

Section 1:  All purchases must be approved by the membership.

Section 2:  A checking account must be established at a local bank. That checking account name may not include the name/words Pennridge or Pennridge School District. The name of the booster club shall serve as the name of the bank account.

Section 3:  All checks shall require the signatures of the President and the Treasurer.  In the absence of the President, the Vice President and the Treasurer shall sign the checks.

Section 4:  The end-of-year financial report must be submitted to the Principal no later than June 30th of each year.

Section 5:  Prompt and proper transfer of all documents and names of officers shall be transmitted to the bank and High School Principal's Office and the High School Athletic Office whenever a change occurs.

Appendix1491

Section 6:  All financial commitments must be approved by the general membership at a regular meeting and remain the obligation of the booster club, not the Pennridge School District.

## Article X – Rules of Order

Section 1:  Robert's Rules of Order or equivalent guidelines shall govern the proceedings of all meetings, except where they conflict with the by-laws, in which case the by-laws shall take precedence.

Page 5 of 5

Appendix1492

09

## RAMS BOOSTER CLUB
## STATEMENT OF ACTIVITY
## FISCAL YEAR 20XX

| Description/Payee | Date | Check Number | Fund Raiser #1 | Fund Raiser #2 | Fund Raiser #3 | Fund Raiser #4 | Checking General | Description/Explanation |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | |
| Deposits/Receipts<br>Include all deposits by date. For fundraiser/ receipts, please detail source of deposit (e.g. sponsorships, sales of products, receipts from activities, etc.) | | | | | | | 0 | |
| Checks/Expenses<br>List each check written accounting for ALL check numbers (including void)<br>For fund raiser, please detail source of all expenses (e.g. printing costs, products purchased, supplies, etc.) | | | | | | | 0 | |
| Net Revenue from Fundraiser<br>(to be transferred to General Fund) | | | 0 | 0 | 0 | 0 | | |
| Ending Balance - carryover to next year | | | | | | | 0 | |

Appendix1493

**PENNRIDGE SCHOOL DISTRICT**
**FUND-RAISING REQUEST**

**PLEASE FILL OUT FORM COMPLETELY!**

Name of Organization/Sport/Club/Class _____

Sponsor/Advisor/Coordinator _____ School _____

Products/Services to be sold _____

Gross sales goal $_____ Anticipated profit $_____ Charge per item $_____

Duration of fund-raiser – Begin _____ End _____
          Alternative dates – Begin _____ End _____

Customers to be contacted: _____ Students at school – When? _____
                       _____ Parents of students at _____School
                       _____ Retail stores
                       _____ Business and industry
                       _____ Residents of the school district
                       _____ Other: (Please specify) _____
                       _____
                       _____

Sales techniques to be used:_____ Group – door to door sales **(No individual door to door sales should take place)**
                       _____ Telephone
                       _____ Newspaper ads or articles
                       _____ Flyers sent home with students
                       _____ Posters, signs – (Please specify locations)
                       _____
                       _____
                       _____

Salespeople – Give approximate number:
                       _____ Student members of the organization
                       _____ Parents
                       _____ Others: (Please specify) _____

Purpose for which funds are to be used: _____
_____
_____

**Initial and circle "Yes" if approved, or "No" if not approved:**

Sponsor/Advisor/Coordinator: _____ YES  NO

Contact Address _____ Phone No. _____

Assistant Principal _____ YES  NO  Principal _____ YES  NO

Athletic Director_____ YES  NO  Superintendent _____ YES  NO

**THIS FORM NEEDS TO BE ON FILE IN THE ACTIVITIES OFFICE <u>BEFORE</u> ANY FUND-RAISING ACTIVITY BEGINS.**

REVISED 07/09 TJC/bem

# PENNRIDGE SCHOOL DISTRICT – PERKASIE, PA

## 2009-2010 REQUEST FOR USE OF SCHOOL FACILITIES

Pennridge School District; Business Office; 1200 N. Fifth Street; Perkasie, PA  18944

ame of the Organization Requesting Use of Facilities:_____

Address: _____

Classification of Organization: _____

Admission or Registration Fee: _____ Yes _____ No

Purpose of these fees: _____
_____

Building Requested: _____

Dates Desired:_____ Hours Desired:_____ to _____

Describe Special Needs for Use (such as chairs, tables, microphones, lighting, catering, elevators, scoreboard, etc.)
_____
_____

## Requested Facilities and Personnel

| | |
|---|---|
| _____ | Auditorium |
| _____ | Rehearsal(s) |
| _____ | Gymnasium |
| _____ | Wrestling Room (PHS) |
| _____ | Field(s) |
| _____ | Concession Stand |
| _____ | Cafeteria |
| _____ | Cafeteria/Kitchen |
| _____ | Multipurpose Room |
| _____ | MPR/Kitchen |
| _____ | Classroom(s) |
| _____ | Computer Lab |

## Event Staffing (Lessee will be Billed costs)

| | |
|---|---|
| _____ | *Custodian(s) |
| _____ | *Cafeteria Worker(s) |
| _____ | **AV Equipment Operator |
| _____ | *Event Manager |
| _____ | *Security/Police |
| _____ | *Parking Attendant |
| _____ | *Other Personnel (Scoreboard operator, etc.) |
| _____ | *Miscellaneous |

\* Reimbursement is based on present overtime cost and/or cost of persons requested.
\*\* Lighting system in the High School Auditorium must be operated by school personnel and the cost will be billed to lessee.

*Certificate of Insurance must be received by Business Office prior to final approval.*

## Agreement:

The undersigned is authorized to act on the behalf of the organization requesting the use of the facilities and agrees to hold harmless all members of the Pennridge Board of School Directors, administrators, certificated and non-certificated employees for loss of any material, equipment, and injury which may occur while using any of the school district owned buildings, facilities, fields, or equipment.  In addition, the undersigned agrees to hold harmless all parties identified above from all acts of negligence and to inform all members of this agreement.  **Furthermore, I have read and agree to the terms and conditions set forth in the attached Building Use Form Instructions.**

## Authorized Representative's Information (Please Print):

_____    _____    _____    _____
(Authorized Representative's Name)          (Complete Address)              (Phone & Fax)            (Date)

_____
(Authorized Representative's Signature)                      (Email Address)                            (Date)

_____    _____    _____
(Building Principal's Signature)            (Approval/District Rep)               (Date Approved)

greement   rec'd   by   Business          Approved Cost Estimate Agreement returned to
ffice:                                                    Business Office:

Appendix1495

Pennridge School District
Building Use Form
Instructions

**Purpose**
This form is used to request the use of school district facilities by organizations or individuals. The information contained on the form is necessary to determine the status of building use fees charged by the District. These charges are authorized by Pennridge School Board Policy No. 707, Use of School Facilities. All items must be completed by the individual that is authorized to represent the organization.

**Who must file this form?**
This form must be completed by any organization that is not under the direct authority of the Pennridge Board of School Directors. These organizations include, but are not limited to, booster clubs, parent/teacher organizations, other governmental organizations, youth athletic associations, individuals, non-profit organizations, private corporations, civic organizations, other non public schools, colleges and religious groups. Organization approved for the use of the facilities cannot transfer their rights and privileges to any other group. Any such actions will result in revoking the organization rights to utilize the facilities.

**Where should the completed Request for Use of School Facilities form be submitted for approval?**
The completed form must be submitted to the designated building administrator to authorize the use and certify that the requested facility is available at the requested time. After approving the request the building administrator will forward the form to the District's Business Administrator to determine the applicant's estimated fees for use of the facilities. This determination will be based on the provisions of the Pennridge School Board Policy No. 707 and the information submitted on the application. A copy of the form along with a fee estimate will be returned to the applicant for approval and signature. The original fee estimate must be returned to the district's business office and building administrator prior to use of the building.

**REQUIRED INFORMATION:**

**Name of the Organization Requesting Use of Facilities:**
The organization identified is responsible for all financial and operational issues resulting from the use of the district's facilities. The purpose for the use of the facility must be related to the organization's mission. Any organization or representative that uses the facilities or requests the use of facilities with misleading information will not be permitted to use the buildings in the future.

**Classification of Organization**
A factor in determining the building use fees to be charged to the applicant relates to the classification of the applicant as described in the Pennridge School District Board Policy No. 707. The following is a listing of these classifications:

| | |
|---|---|
| Pennridge School District Student Activity | Category 1 |
| Community within the District | Category 1 |
| Pennridge School District Parent or Booster Group | Category 1 |
| Non-Public Schools within the District | Category 1 |
| Adult Civic | Category 2 |
| Governmental | Category 2 |
| Non-Profit | Category 2 |
| Private Individual | Category 3 |
| Private Corporation, Partnership or Sole Proprietor | Category 3 |

Appendix1496

**Dates Desired**
The building use fees are charged based on the number of sessions the facility is being used. Each day of use is considered one session.

**Requested Facilities**
Please request every area of the building that you will require. This is necessary to properly plan the staffing needed for the event as well as effectively scheduling the usage of our facilities. The building use fees are based on the specific areas being used. Should a group utilize an area of the facility that has not been requested the district will charge the additional fee for that area. The following is a schedule of per session costs for the use of our facilities:

| | Category 3 Rates (100%) | Category 2 Rates (20%) | Category 1 Rates (10%)* |
|---|---|---|---|
| **High School** | | | |
| Auditorium (4 hours or less) | $ 1500 | $ 300 | $ 150 |
| Auditorium (Additional hourly fee) | 300 | 60 | 30 |
| Auditorium Rehearsal(s) | 100 | 20 | 10 |
| Gymnasium | 1500 | 300 | 150 |
| Wrestling Room | 900 | 180 | 90 |
| Cafeteria | 1200 | 240 | 120 |
| Cafeteria/Kitchen | 1600 | 320 | 160 |
| **Middle Schools** | | | |
| Auditorium | 750 | 150 | 75 |
| Auditorium Rehearsal(s) | 100 | 20 | 10 |
| Gymnasium | 750 | 150 | 75 |
| Cafeteria | 800 | 160 | 80 |
| Cafeteria/Kitchen | 1000 | 200 | 100 |
| **Elementary Schools** | | | |
| Multipurpose Rooms | 600 | 120 | 60 |
| Multipurpose Rooms/Kitchen | 800 | 160 | 80 |
| Gymnasium | 600 | 120 | 60 |
| **District wide** | | | |
| Field(s) | 100 | 20 | 10 |
| Concession Stand | 50 | 10 | 5 |
| Classroom(s) | 75 | 15 | 8 |
| Computer Lab | 150 | 30 | 15 |
| Field Use Deposit | 100 | 100 | 100 |
| High School Artificial Surface Field | See separate schedule of fees | | |

\* If applicable.

## OTHER REQUIREMENTS:

**Event Staffing**
A district employee must be on duty at all times the facility is in use. The district has the authority to increase staff and security personnel to maintain a safe environment and may require event staff to clean the areas in use after the event has been completed. The organization using the facilities is responsible for all costs associated with this staffing.

All event staffing or security personnel employed by the lessee must be pre-approved by the district. The district must approve the use of any private vendors.

**Insurance Requirement**
The organization utilizing the building must maintain personal and property liability insurance with a minimum coverage of $1,000,000. This must be evidenced with an insurance certificate that names the Pennridge School District as additionally insured. This certificate must be received in the business office prior to approval by Business Administrator.

64

Appendix1497

**Damage to the Facilities**

The organization utilizing the facility is responsible for any and all damages occurring during the event. The district will survey the facility after the use and the organization will be responsible for the costs associated with lost or damage to equipment or the facilities.

**Proper Adult Supervision**

Proper adult supervision of youth activities must be provided at all times. It is expected that children are not in public areas of the facility without adult supervision.

**Prohibitions**

1. Absolutely no use of alcohol or tobacco is allowed on school property, including ball fields and other outdoor facilities. Violation of this rule is grounds for revocation of use.
2. A representative of the sponsoring organization shall assume responsibility for making appropriate announcements to all in attendance pertaining to the regulations on smoking and eating in unauthorized areas.
3. Candles and/or open flames are prohibited in public assembly areas, auditoriums (including stages), gymnasiums, libraries and cafeterias.
4. Community groups may not schedule any event that would include animal rides, mechanical rides, hot air balloon rides, fireworks, or bon fires. School district properties including fields and parking lots may not be used for a circus or carnival.
   School district representatives may not schedule any event when it is believed that crowd control will represent a serious threat to the health and welfare of those attending, or will represent a serious risk to school district property.
5. Use of facility permits may not be transferred.

**Complying with State Laws**

Organizations must comply with state laws, local ordinances, and rules of the police and fire departments regarding public assemblies.

When admission is charged, the organization using the facilities is responsible for the payment of any admission tax required to the Collector of Internal Revenue.

**School Closings**

When schools are closed for emergency reasons, community use of the district facilities is also cancelled.

**Other**

1. School district use of facilities will have priority. Even when a community group has been given permission to use a facility, such use may be cancelled if the district needs the facility for school use.
2. Sneakers or gym shoes must be worn in the gymnasiums for all activities.
3. All equipment and materials brought into school buildings or on school grounds must be specifically mentioned on the application form and approved.
4. Violation of the rules and regulations of the school district may result in cancellation of the privilege granted to use facilities and/or equipment.

Appendix1498

# PENNRIDGE SCHOOL DISTRICT – PERKASIE, PA
## 2009-2010 REQUEST FOR USE OF SYNTHETIC TURF FIELD

Pennridge School District; Business Office; 1200 N. Fifth Street; Perkasie, PA  18944

Name of the Organization Requesting Use of Facilities:_____

Address: _____

Classification of Organization: _____

Dates Desired:_____   Hours Desired:_____ to _____

Requesting Use of Scoreboard:   _____

*Certificate of Insurance must be received by Business Office prior to final approval.*

## SCHEDULE OF FEES

<u>Pennridge Community Youth Organizations</u>
Field Rental-                                                                        $175.00 per hour
(Includes custodial fee and an event supervisor fee of $25.00)
Lighting Fee (if applicable)                                                  $50.00 per hour

<u>Pennridge Community Adult Organizations</u>
Field Rental-                                                                        $200.00 per hour
(Includes custodial fee and an event supervisor fee of $25.00)
Lighting Fee (if applicable)                                                  $50.00 per hour

<u>Outside Organizations</u>
Field Rental-                                                                        $225.00 per hour
(Includes custodial fee and an event supervisor fee of $25.00)
Lighting Fee (if applicable)                                                  $50.00 per hour


## ADDITIONAL EVENT STAFFING
Additional Event staffing can be required by School District and all costs must be reimbursed at the overtime cost and/or cost of persons requested.

## PAYMENTS FOR USE OF FIELD BY ORGANIZATIONS OUTSIDE THE DISTRICT
Any organization whose principal services are not provided to the Pennridge community must make payment in full prior to the use of the facility.  Should payment not be received the organization will be restricted from using the facilities.  It is the organizations responsibility to ensure that the cost of the use of facility is determined and provided to them.

## Agreement:
The undersigned is authorized to act on the behalf of the organization requesting the use of the facilities and agrees to hold harmless all members of the Pennridge Board of School Directors, administrators, certificated and non-certificated employees for loss of any material, equipment, and injury which may occur while using any of the school district owned buildings, facilities, fields, or equipment.  In addition, the undersigned agrees to hold harmless all parties identified above from all acts of negligence and to inform all members of this agreement.  **Furthermore, I have read and agree to the terms and conditions set forth in this document and the attached <u>Synthetic Turf Field Use Form Instructions</u>.**

## Authorized Representative's Information (Please Print):

_____     _____     _____     _____
(Authorized Representative's Name)        (Complete Address)        (Phone & Fax)        (Date)

[   signature box   ]
_____                        _____     _____
(Authorized Representative's Signature)            (Email Address)            (Date)

_____     _____     _____
(Building Principal's Signature)        (Approval/District Rep)        (Date Approved)

Agreement   rec'd   by   Business        Approved Cost Estimate Agreement returned to
Office:                                                   Business Office:
_____        _____

Appendix1499

## Rental Cost Calculation

| Date(s) of Use: | |
|---|---|
| (s) per date(s): | |

| Fee times total hours: | $ _____ X _____ = $ _____ |
|---|---|
| Lighting times hours requested: | $50.00 X _____ = _____ |

**Additional Event Staffing:**

| | |
|---|---|
| Security/Police | $ |
| Concession Stand | $ |
| Extra Custodial Staff | $ |
| Parking Attendant | $ |
| Scoreboard Operator | $ |
| Other – Specify | $ |
| _____ | $ |
| _____ | $ |
| Projected Cost: | $ |

67

<div align="center">

**Pennridge School District**
**Synthetic Turf Field Use Form**
**Instructions**

</div>

Purpose
    form is used to request the use of school district Synthetic Turf Field by organizations or individuals. The information contained on the form is necessary to determine the status of building use fees charged by the District. These charges are authorized by Pennridge School Board Policy No. 707, Use of School Facilities. All items must be completed by the individual that is authorized to represent the organization.

**Who must file this form?**
This form must be completed by any organization that is not under the direct authority of the Pennridge Board of School Directors. These organizations include, but are not limited to, booster clubs, parent/teacher organizations, other governmental organizations, youth athletic associations, individuals, non-profit organizations, private corporations, civic organizations, other non public schools, colleges and religious groups. Organization approved for the use of the facilities cannot transfer their rights and privileges to any other group. Any such actions will result in revoking the organization rights to utilize the facilities.

**Where should the completed Request for Use of Synthetic Turf Field form be submitted for approval?**
The completed form must be submitted to the designated building administrator to authorize the use and certify that the requested facility is available at the requested time. After approving the request the building administrator will forward the form to the District's Business Administrator to determine the applicant's estimated fees for use of the facilities. This determination will be based on the provisions of the Pennridge School Board Policy No. 707 and the information submitted on the application. A copy of the form along with a fee estimate will be returned to the applicant for approval and signature. The original fee estimate must be returned to the district's business office and building administrator prior to use of the building.

**UIRED INFORMATION:**

**Name of the Organization Requesting Use the Synthetic Turf Field:**
The organization identified is responsible for all financial and operational issues resulting from the use of the district's facilities. The purpose for the use of the facility must be related to the organization's mission. Any organization or representative that uses the facilities or requests the use of facilities with misleading information will not be permitted to use the buildings in the future.

**Dates Desired**
The building use fees are charged based on the number of sessions the facility is being used. Each day of use is considered one session.

**OTHER REQUIREMENTS:**
**Event lighting**
As part of the Synthetic Turf Field project approval process, the East Rockhill Township required the District to limit the timing of the event lighting to 9:45PM. Field lighting will automatically shut off at 9:45 PM. There will be limited lighting on to allow the safe exit of the facility until 10:00PM.

**Weekend, Night Use of Synthetic Turf Field**
As part of the Synthetic Turf Field project approval process, the East Rockhill Township required the District to limit the night weekend use of the facility to one Saturday each month during the school year. Permission from East Rockhill Township must be obtained by the organization requesting the use of the field in the form of a special permit to approval by the School District.

Appendix1501

## Event Staffing

A district employee must be on duty at all times the facility is in use. The district has the authority to increase staff and security personnel to maintain a safe environment and may require event staff to clean the areas in use after the event has been completed. The organization using the facilities is responsible for all costs associated with this staffing.

All event staffing or security personnel employed by the lessee must be pre-approved by the district. The district must approve the use of any private vendors.

## Insurance Requirement

The organization utilizing the building must maintain personal and property liability insurance with a minimum coverage of $1,000,000. This must be evidenced with an insurance certificate that names the Pennridge School District as additionally insured. This certificate must be received in the business office prior to approval by Business Administrator.

## Damage to the Facilities

The organization utilizing the facility is responsible for any and all damages occurring during the event. The district will survey the facility after the use and the organization will be responsible for the costs associated with lost or damage to equipment or the facilities.

## Proper Adult Supervision

Proper adult supervision of youth activities must be provided at all times. It is expected that children are not in public areas of the facility without adult supervision.

## Prohibitions

1. Absolutely no use of alcohol or tobacco is allowed on school property, including ball fields and other outdoor facilities. Violation of this rule is grounds for revocation of use.
2. A representative of the sponsoring organization shall assume responsibility for making appropriate announcements to all in attendance pertaining to the regulations on smoking and eating in unauthorized areas.
3. Candles and/or open flames are prohibited
4. Community groups may not schedule any event that would include animal rides, mechanical rides, hot air balloon rides, fireworks, or bon fires. School district properties including fields and parking lots may not be used for a circus or carnival.
5. School district representatives may not schedule any event when it is believed that crowd control will represent a serious threat to the health and welfare of those attending, or will represent a serious risk to school district property.
6. Use of synthetic turf field permits may not be transferred.
7. Use of noisemakers of any kind are prohibited.

## Complying with State Laws

Organizations must comply with state laws, local ordinances, and rules of the police and fire departments regarding public assemblies.
When admission is charged, the organization using the facilities is responsible for the payment of any admission tax required to the Collector of Internal Revenue.

## Authority of Event Manager

The event manager has the authority to stop any event and have the users removed from the field should there be non-compliance with the orderly and safe operation of the field and/or safety concerns with the public attending or participating in the activity.

## l Closings

When schools are closed for emergency reasons, community use of the district facilities is also cancelled.

Appendix1502

**Other**

1. School district use of facilities will have priority.  Even when a community group has been given permission to use a facility, such use may be cancelled if the district needs the facility for school use.
2. All equipment and materials brought into school buildings or on school grounds must be specifically mentioned on the application form and approved.
3. Violation of the rules and regulations of the school district may result in cancellation of the privilege granted to use facilities and/or equipment.

Appendix1503

No. 707

SECTION:   PROPERTY

TITLE:   USE OF SCHOOL FACILITIES

ADOPTED:   6/30/97

REVISED:   3/19/01, 3/21/2005, 12/2/2008

*Pennridge*
*School District*

|  |  |  |
|---|---|---|
|  | 707. USE OF SCHOOL FACILITIES | 1 |
|  |  | 2 |
|  |  | 3 |
| 1. Purpose | The Board of School Directors believes that District facilities should be | 4 |
|  | made available for responsible use by the community, providing that | 5 |
|  | such use does not interfere with the school programs and activities and | 6 |
|  | can be supported by available district resources.  The term facilities | 7 |
|  | shall include all buildings, structures and fields located on District | 8 |
|  | property. | 9 |
|  |  | 10 |
| 2. Authority | The Board will provide for the use of District facilities when permission | 11 |
|  | has been requested on the designated form and has been approved by | 12 |
|  | the Superintendent or his designee in accordance with the | 13 |
|  | administrative guidelines. | 14 |
|  |  | 15 |
|  | In considering requests for the use of District facilities, priorities shall be | 16 |
|  | as follows: | 17 |
|  |  | 18 |
|  | a.  Activities and programs directly related to the instructional | 19 |
|  | and educational programs of the District. | 20 |
|  | b.  Events or activities designed to serve the youth and/or | 21 |
|  | citizens of the individual school community, which are | 22 |
|  | planned and directed by District-recognized and school- | 23 |
|  | attached groups. | 24 |
|  | c.  Events or activities sponsored by recreational boards of | 25 |
|  | municipalities within the boundaries of the District. | 26 |
|  | d.  Use by community organizations whose primary purpose is | 27 |
|  | service to youth or, through the use of District facilities, the | 28 |
|  | improvement of the general welfare of the community, and | 29 |
|  | where no admission, entry or participation fee is charged. | 30 |
|  | e.  Use by civic and service groups whose purpose, through the | 31 |
|  | use of District facilities, is to improve the general welfare of | 32 |
|  | the community, and whose admission, entry or participation | 33 |
|  | fee is charged only to yield net receipts to be expended for | 34 |
|  | the welfare of the pupils or for charitable purposes. | 35 |
|  |  | 36 |
|  |  | 37 |
|  | Page 1 of 7 | 38 |

Appendix1504

| Pennridge<br>School District | 707. USE OF SCHOOL FACILITIES |
|---|---|
| 2. Authority —<br>continued | In determining how school facilities are to be assigned when the number of requests exceeds the number of facilities available, the following criteria will be reviewed:<br><br>a. Percentage of District residents involved in the program.<br>b. Number of participants served.<br>c. Suitability of the facility for the activity.<br>d. Number of years program has operated at the requested facility.<br>e. Compliance with all application requirements.<br>f. History of past compliance with District guidelines.<br>g. Date of application.<br><br>All community use shall be subject to the provisions of the following Rules, Regulations, and General Policies: |
| 3. Delegation of<br>Responsibility | 1. The use and rental of District facilities shall be generally restricted to organizations located within the Pennridge School District or having a majority of members who are Pennridge residents, and to organizations within the Pennridge School District who are acting as hosts to area or regional meetings or programs.  Rental to groups located outside the District who are not being sponsored by a local group may also be approved by district administration, when in the judgment of the administration the renting group is offering a program of interest and benefit to the community and whose major purpose is to serve the Pennridge community or is for charitable purposes.<br><br>2. All applications for use of the facilities of the Pennridge School District shall be made to the Business Office on a form prepared for this purpose.  The application shall be made at least ten working days prior to the date of use to allow time for necessary arrangements.<br><br>3. All applications shall be signed by a responsible member of the organization making the application. Signature by the member shall be considered evidence that the group assumes full responsibility for obeying all regulations regarding facility use.  It should also be understood that the individual signing the application will be responsible for any costs associated with the use of the District's facilities.<br><br><div align="center">Page 2 of 7</div> |

Appendix1505

| Pennridge<br>School District | 707. USE OF SCHOOL FACILITIES |
|---|---|
| 3. Delegation of<br>Responsibility<br>- continued | 4. All applications are subject to approval of school officials with regard to general conditions, special facilities, services desired or community standards.<br><br>5. The availability of school facilities for use is dependent upon the needs of the school as determined by the school principal, and is subject to the priorities established above.<br><br>6. The Board will annually approve a schedule of facility use charges. Checks are payable to:<br><br>    Pennridge School District<br>    Attn: Business Administrator<br>    1200 North Fifth Street<br>    Perkasie, PA 18944<br><br>7. When an admission is charged, the organization using the facilities is responsible for the payment of any admission tax required directly to the Bucks County Collector of Internal Revenue. Evidence of payment, together with an itemized attendance report, must be furnished to the school district upon request.<br><br>8. Organizations using a school facility may not subject or transfer their rights and privileges to any other group, individual or organization.<br><br>9. Organizations or individuals using school facilities shall be responsible for any theft of school property or damage to school property which occurs during facility use and shall reimburse the school district for any such theft or damage within ten days of the receipt of a bill from the district.<br><br>10. Organizations using school facilities shall provide police protection at their own expense if deemed necessary by school officials to maintain order, to protect school property, and to provide for traffic supervision and direction. The school employee in charge during the facility use may call the police if in the employee's judgment it becomes necessary.<br><br><br>Page 3 of 7 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

Appendix1506

| Pennridge<br>School District | 707. USE OF SCHOOL FACILITIES |
|---|---|
| 3. Delegation of Responsibility - continued | 11. For-profit groups being used by non-profit groups for fundraising purposes may not sell more tickets than the facility can accommodate or resell tickets, which are returned with a contribution.<br><br>12. The organization using school facilities shall have control of those who may be admitted to the activity, except that school officials and designated employees shall not be refused admission at any time.<br><br>13. All apparatus, equipment and devices owned by the school shall be operated by school employees or specifically trained student personnel, unless special arrangements are made otherwise. No equipment or electrical outlets or diverse other utilities not contracted to be used by the group can be used. Prior approval for all use must be granted in writing by appropriate district personnel.<br><br>14. Any and all decorations to be used must be fireproof or fire-retardant and subject to the approval of school officials. No open flame decoration shall be used anywhere in the building. Decorations in the auditorium and foyer shall be limited to floral decorations, and no decorations shall be fastened to walls or ceilings.<br><br>15. There shall be no installation of equipment or alterations to the existing facilities by the user without the prior written approval of school officials. Such installation of equipment, if approved, will be subject to *Policy #702 - Gifts, Grants and Donations*.<br><br>16. Any and all decorations, furnishings, and equipment shall be installed and removed by the user, under direction and supervision of the school staff. All such decorations, furnishings, and equipment and debris shall be removed immediately by the user.<br><br>17. The use of any and all tobacco products on school property is not permitted.<br><br>18. Alcoholic beverages and illegal substances may not be possessed, transported, served, sold or consumed on District property. |

Page 4 of 7

Appendix1507

| Pennridge<br>School District | 707. USE OF SCHOOL FACILITIES |
| --- | --- |
| 3. Delegation of<br>Responsibility<br>- continued | 19.  Proper adult supervision of youth activities must be provided at all times.  Groups which do not provide proper adult supervision may have their use terminated by the district.<br><br>20.  The lessee must agree to assume all responsibility for damage claims or liability of any kind arising out of or by reasons of its use of Pennridge School District facilities and further must agree to save and hold the District harmless from any claims, liability, expense or cost in connection with that use of the District's facilities.<br><br>21.  All groups who use a Pennridge school facility must provide personal and property liability insurance coverage with a minimum coverage of $1,000,000.  Higher coverage may be required for selected activities.  No persons involved in the activity, whether spectators or players, may be excluded from coverage.  Pennridge School District must be named as an additional insured for all events which take place in District facilities.  A certificate of insurance must be presented to the district prior to use and must indicate that the district has been added as an additional insured.<br><br>22.  Any facility used by the applicant will be examined carefully before and after use.  The applicant agrees to:  1) survey facility for previous damage and report it to custodian-in-charge prior to use 2) report damage occurring during use to custodian prior to leaving facility  3) promptly make good for any loss or damage, which occurred during applicant's use of said facilities.  Failure to pay the District for damages will result in loss of use privileges until fully paid. |
| 4. Fee<br>Guidelines | There are generally three categories of groups seeking use of school district facilities.  These groups are as follows:<br><br>1. Pennridge School District activities, Pennridge School District Parent and Booster organizations, youth activities sponsored by Pennridge community organizations.   Groups included in this category can use the facilities at no charge.  These groups will be responsible for the costs for any necessary school personnel at the cost of overtime pay.<br><br><br>Page 5 of 7 |

Appendix1508

| Pennridge School District | 707. USE OF SCHOOL FACILITIES |
|---|---|
| 4. Fee Guidelines-continued | 1. continued - If an event admission fee or registration fees are charged for groups outside the District to participate in activities sponsored by the local group, a rate of 10% of the rates listed on the Use of Facilities Application.<br><br>2. Adult civic, government-related, and other non-profit groups in the Pennridge School District. All groups in category two can utilize District facilities by paying the cost for any necessary school personnel at the cost of overtime pay, plus twenty per cent (20%) of the per session fees listed on the Use of Facilities Application. Government related groups conducting Pennridge School District approved safety/emergency response exercises and programs will not be charged the twenty percent (20%) per session fees.<br><br>3. Private individuals, corporations, and groups whose use of the facilities results in financial profit or assists private interests. Individuals or groups in this category will be charged the rates listed on the Use of Facilities Application, as well as the cost for any necessary school personnel at the cost of overtime pay.<br><br>4. For all groups a security fee per group per season will be required prior to the usage of fields. This fee balance must be maintained throughout the season. This fee will be returned at the conclusion of the season contingent upon the absence of damages that may require District expenditures.<br><br>5. The use of any concession stands will be subject to the same guidelines as Section 3 in this policy. It shall be understood that concession stands are the sole property of the District and are not intended for the private use of any group. Lost or stolen inventories will be the responsibility of that group.<br><br>6. All use of the Pennridge High School Pool will be managed by the Pennridge School District's third party contractor. Fees will be set by that provider.<br><br>7. All fees for use of the Pennridge High School's artificial surface field will be paid at the full stated cost.<br><br><div align="center">Page 6 of 7</div> |

Appendix1509

| Pennridge School District | 707. USE OF SCHOOL FACILITIES |
|---|---|
| 5. Additional Stipulations | 1. Profane, obscene, immoral or unbecoming conduct shall not be permitted on District property.<br><br>2. Reasonable, non-negligent care is to be taken of all District property and equipment.<br><br>3. The use of District facilities by independent vendors is generally not favored and must have the written approval of the District in order to do business on District property.<br><br>4. The use of a concession stand in conjunction with a rental must be sought at the time of the original request and approved with the rental agreement. The concession stand may be used only in conjunction with facility usage.<br><br>5. Motor vehicles shall be driven and parked only on areas designated by the District for such purposes.<br><br>6. All security personnel employed by the lessee must be pre-approved by the District.<br><br>7. A building service employee must be on duty at all times when a District facility is in use. If such coverage requires the hiring of additional personnel or the extension of the employee's work hours, such cost shall be borne by the lessee at the cost of overtime pay.<br><br>8. All trash and debris generated by the activity is to be placed in the appropriate containers or removed from the premises by the lessee immediately upon completion of the activity.<br><br>9. Groups using District facilities must acquire all appropriate licenses prior to administrative approval being granted. These permits will be kept on file in the Business Office until such time as the lessee's use of the facility has been terminated. Termination shall occur after the last date of usage by the lessee.<br><br>10. Any exception to the fee guidelines for facility use will be recommended for approval by the Superintendent of Schools to the Board of School Directors.<br><br>Page 7 of 7 |

Lines numbered 1 through 45 appear along the right margin.

Appendix1510

# PENNRIDGE HIGH SCHOOL
## ATHLETE/PARENT SURVEY

Coach: _____

Year/Sport: _____

*Please circle the appropriate number that reflects the descriptor for each question:*

| | Excellent | Good | Average | *Below Average | *Poor |
|---|---|---|---|---|---|
| 1. Coach communicated effectively with me as a player/parent. | 5 | 4 | 3 | 2 | 1 |
| 2. Coach showed knowledge of the fundamentals of the sport. | 5 | 4 | 3 | 2 | 1 |
| 3. Coach, assistant coach, or other players were able to demonstrate proper fundamentals to the team. | 5 | 4 | 3 | 2 | 1 |
| 4. Coach was consistent with discipline issues. | 5 | 4 | 3 | 2 | 1 |
| 5. Coach had clear and concise rules and expectations. | 5 | 4 | 3 | 2 | 1 |
| 6. Coach showed positive leadership through his/her actions. | 5 | 4 | 3 | 2 | 1 |
| 7. Coach was organized at practices. Practices were appropriate length and intensity. | 5 | 4 | 3 | 2 | 1 |
| 8. Coach was organized and prepared for games. | 5 | 4 | 3 | 2 | 1 |
| 9. Coach had the team prepared for games. | 5 | 4 | 3 | 2 | 1 |
| 10. Coach showed dedication to the team and its members. | 5 | 4 | 3 | 2 | 1 |

**Note:  This survey form is confidential and will be used in the coaches' evaluation process. Only the Athletic Director and Principal will review this information.**

Comments:_____

_____

_____

**(*We respectfully ask for an explanation for any below average or poor rating given above.)**

Check One Below

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Signature | Print Name | Parent | Athlete |

**A separate survey should be submitted for each athlete/parent.**

**Athletic Director**
Pennridge High School
1228 North Fifth Street
Perkasie, PA 18944
FAX - 215-453-2742

# PIAA COMPREHENSIVE INITIAL PRE-PARTICIPATION PHYSICAL EVALUATION

**INITIAL EVALUATION:** Prior to any student participating in Practices, Inter-School Practices, Scrimmages, and/or Contests, at any PIAA member school in the student's first sport in a school year, the student is required to (1) complete a Comprehensive Initial Pre-Participation Physical Evaluation (CIPPE); and (2) have the appropriate person(s) complete the first four Sections of the CIPPE Form. Upon completion of Sections 1, 2, and 3 by the parent/guardian, and Section 4 by an Authorized Medical Examiner, those Sections must be turned in to the Principal, or the Principal's designee, of the student's school for retention by the school. The CIPPE shall be performed no earlier than June 1st and shall be effective, regardless of when performed during a school year, until the next May 31st.

**SUBSEQUENT SPORT(S) IN THE SAME SCHOOL YEAR:** Following completion of a CIPPE, the same student seeking to participate in Practices, Inter-School Practices, Scrimmages, and/or Contests in subsequent sport(s) in the same school year, must complete Section 5 of this form and must turn in that Section to the Principal, or Principal's designee, of his or her school. The Principal, or the Principal's designee, of the student's school will then determine whether Section 6 need be completed.

## SECTION 1: PERSONAL AND EMERGENCY INFORMATION

**PERSONAL INFORMATION**

Student's Name _____ Age_____ Grade_____

Current Physical Address _____

Current Home Phone # (_____)_____ Parent/Guardian Current Cellular Phone # (_____)_____

**EMERGENCY INFORMATION**

Primary Emergency Contact Person's Name_____ Relationship _____

Address _____ Emergency Contact Telephone # (_____)_____

Secondary Emergency Contact Person's Name _____ Relationship _____

Address _____ Emergency Contact Telephone # (_____)_____

Medical Insurance Carrier_____ Policy Number_____

Address _____Telephone # (_____) _____

Family Physician's Name_____, MD or DO (circle one)

Address _____Telephone # (_____) _____

Student's Allergies_____

Student's Health Condition(s) of Which an Emergency Physician Should be Aware_____

_____

_____

_____

Student's Prescription Medications_____

_____

_____

_____

(please turn page over)

79

Appendix1512

## SECTION 2: CERTIFICATION OF PARENT/GUARDIAN

The student's parent/guardian must complete all parts of this form.

A.  I hereby give my consent for _____ born on __ _____
who turned _____ on his/her last birthday, a student of _____ School
and a resident of the _____ public school district,
to participate in Practices, Inter-School Practices, Scrimmages, and/or Contests during the 20____ - 20____ school year
in the sport(s) as indicated by my signature(s) following the name of the said sport(s) approved below.

| Sport | Signature of Parent or Guardian |
|---|---|
| Baseball (Spring) | |
| Basketball (Winter) | |
| Bowling (Winter) | |
| Cross Country (Fall) | |
| Field Hockey (Fall) | |
| Football (Fall) | |
| Golf (Fall) | |
| Gymnastics (Winter) | |
| Lacrosse (Spring) | |
| Rifle (Winter) | |
| Soccer (Fall) | |
| Soccer-Girls (Spring) | |
| Softball (Spring) | |
| Swimming & Diving | |
| Tennis-Girls (Fall) | |
| Tennis-Boys (Spring) | |
| Track-Indoor (Winter) | |
| Track & Field (Spring) | |
| Volleyball-Girls (Fall) | |
| Volleyball-Boys (Spring) | |
| Water Polo (Fall) | |
| Wrestling (Winter) | |
| Other | |

B.  **Understanding of eligibility rules:**  I hereby acknowledge that I am familiar with the requirements of PIAA concerning the eligibility of students at PIAA member schools to participate in Inter-School Practices, Scrimmages, and/or Contests involving PIAA member schools.  Such requirements, which are posted on the PIAA Web site at www.piaa.org, include, but are not necessarily limited to age, amateur status, school attendance, health, transfer from one school to another, season and out-of-season rules and regulations; semesters of attendance, seasons of sports participation, and academic performance.

Parent's/Guardian's Signature _____ Date ____/____/_____

C.  **Disclosure of records needed to determine eligibility:**  To enable PIAA to determine whether the herein named student is eligible to participate in interscholastic athletics involving PIAA member schools, I hereby consent to the release to PIAA of any and all portions of school record files, beginning with the seventh grade, of the herein named student specifically including, without limiting the generality of the foregoing, birth and age records, name and residence address of parent(s) or guardian(s), residence address of the student, health records, academic work completed, grades received, and attendance data.

Parent's/Guardian's Signature _____ Date____/____/_____

D.  **Permission to use name, likeness, and athletic information:**  I consent to PIAA's use of the herein named student's name, likeness, and athletically related information in reports of Inter-School Practices, Scrimmages, and/or Contests, promotional literature of the Association, and other materials and releases related to interscholastic athletics.

Parent's/Guardian's Signature _____ Date ____/____/_____

E.  **Permission to administer emergency medical care:**  I consent for an emergency medical care provider to administer any emergency medical care deemed advisable to the welfare of the herein named student while the student is practicing for or participating in Inter-School Practices, Scrimmages, and/or Contests.  Further, this authorization permits, if reasonable efforts to contact me have been unsuccessful, physicians to hospitalize, secure appropriate consultation, to order injections, anesthesia (local, general, or both) or surgery for the herein named student.  I hereby agree to pay for physicians' and/or surgeons' fees, hospital charges, and related expenses for such emergency medical care.

Parent's/Guardian's Signature _____ Date____/____/_____

-more-

Appendix1513

Student's Name _____ Age_____ Grade_____

## SECTION 3: HEALTH HISTORY

Explain "Yes" answers at the bottom of this form.
Circle questions you don't know the answers to.

| | | Yes | No |
|---|---|---|---|
| 1. | Has a doctor ever denied or restricted your participation in sport(s) for any reason? | ☐ | ☐ |
| 2. | Do you have an ongoing medical condition (like asthma or diabetes)? | ☐ | ☐ |
| 3. | Are you currently taking any prescription or nonprescription (over-the-counter) medicines or pills? | ☐ | ☐ |
| 4. | Do you have allergies to medicines, pollens, foods, or stinging insects? | ☐ | ☐ |
| 5. | Have you ever passed out or nearly passed out DURING exercise? | ☐ | ☐ |
| 6. | Have you ever passed out or nearly passed out AFTER exercise? | ☐ | ☐ |
| 7. | Have you ever had discomfort, pain, or pressure in your chest during exercise? | ☐ | ☐ |
| 8. | Does your heart race or skip beats during exercise? | ☐ | ☐ |
| 9. | Has a doctor ever told you that you have (check all that apply): ☐ High blood pressure ☐ Heart murmur ☐ High cholesterol ☐ Heart infection | | |
| 10. | Has a doctor ever ordered a test for your heart? (for example ECG, echocardiogram) | ☐ | ☐ |
| 11. | Has anyone in your family have a heart problem? | ☐ | ☐ |
| 12. | Does anyone in your family have a heart problem? | ☐ | ☐ |
| 13. | Has any family member or relative died of heart problems or of sudden death before age 50? | ☐ | ☐ |
| 14. | Does anyone in your family have Marfan syndrome? | ☐ | ☐ |
| 15. | Have you ever spent the night in a hospital? | ☐ | ☐ |
| 16. | Have you ever had surgery? | ☐ | ☐ |
| 17. | Have you ever had an injury, like a sprain, muscle, or ligament tear, or tendonitis, that caused you to miss a practice or Contest? If yes, circle affected area below: | ☐ | ☐ |
| 18. | Have you had any broken or fractured bones or dislocated joints? If yes, circle below: | ☐ | ☐ |
| 19. | Have you had a bone or joint injury that required x-rays, MRI, CT, surgery, injections, rehabilitation, physical therapy, a brace, a cast, or crutches? If yes, circle below: | ☐ | ☐ |

| Head | Neck | Shoulder | Upper arm | Elbow | Forearm | Hand/ Fingers | Chest |
|---|---|---|---|---|---|---|---|
| Upper back | Lower back | Hip | Thigh | Knee | Calf/shin | Ankle | Foot/ Toes |

| | | Yes | No |
|---|---|---|---|
| 20. | Have you ever had a stress fracture? | ☐ | ☐ |
| 21. | Have you been told that you have or have you had an x-ray for atlantoaxial (neck) instability? | ☐ | ☐ |

| | | Yes | No |
|---|---|---|---|
| 22. | Do you regularly use a brace or assistive device? | ☐ | ☐ |
| 23. | Has a doctor every told you that you have asthma or allergies? | ☐ | ☐ |
| 24. | Do you cough, wheeze, or have difficulty breathing DURING or AFTER exercise? | ☐ | ☐ |
| 25. | Is there anyone in your family who has asthma? | ☐ | ☐ |
| 26. | Have you ever used an inhaler or taken asthma medicine? | ☐ | ☐ |
| 27. | Were you born without or are your missing a kidney, an eye, a testicle, or any other organ? | ☐ | ☐ |
| 28. | Have you had infectious mononucleosis (mono) within the last month? | ☐ | ☐ |
| 29. | Do you have any rashes, pressure sores, or other skin problems? | ☐ | ☐ |
| 30. | Have you had a herpes skin infection? | ☐ | ☐ |
| 31. | Have you ever had a head injury or concussion? | ☐ | ☐ |
| 32. | Have you been hit in the head and been confused or lost your memory? | ☐ | ☐ |
| 33. | Have you ever had a seizure? | ☐ | ☐ |
| 34. | Do you have headaches with exercise? | ☐ | ☐ |
| 35. | Have you ever had numbness, tingling, or weakness in your arms or legs after being hit or falling? | ☐ | ☐ |
| 36. | Have you ever been unable to move your arms or legs after being hit or falling? | ☐ | ☐ |
| 37. | When exercising in the heat, do you have severe muscle cramps or become ill? | ☐ | ☐ |
| 38. | Has a doctor told you that you or someone in your family has sickle cell trait or sickle cell disease? | ☐ | ☐ |
| 39. | Have you had any problems with your eyes or vision? | ☐ | ☐ |
| 40. | Do you wear glasses or contact lenses? | ☐ | ☐ |
| 41. | Do you wear protective eyewear, such as goggles or a face shield? | ☐ | ☐ |
| 42. | Are you unhappy with your weight? | ☐ | ☐ |
| 43. | Are you trying to gain or lose weight? | ☐ | ☐ |
| 44. | Has anyone recommended you change your weight or eating habits? | ☐ | ☐ |
| 45. | Do you limit or carefully control what you eat? | ☐ | ☐ |
| 46. | Do you have any concerns that you would like to discuss with a doctor? | ☐ | ☐ |
| **FEMALES ONLY** | | | |
| 47. | Have you ever had a menstrual period? | ☐ | ☐ |
| 48. | How old were you when you had your first menstrual period? | _____ | |
| 49. | How many periods have you had in the last 12 months? | _____ | |
| 50. | Are you pregnant? | ☐ | ☐ |

| No(s). | Explain "Yes" answers here: |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

I hereby certify that to the best of my knowledge all of the information herein is true and complete.

Student's Signature _____Date____/____/_____

I hereby certify that to the best of my knowledge all of the information herein is true and complete.

Parent's/Guardian's Signature _____Date____/____/_____

(please turn page over)

81

---

## SECTION 4: PIAA COMPREHENSIVE INITIAL PRE-PARTICIPATION PHYSICAL EVALUATION
### AND CERTIFICATION OF AUTHORIZED MEDICAL EXAMINER

Must be completed and signed by the Authorized Medical Examiner performing the herein named student's comprehensive initial pre-participation physical evaluation and turned in to the Principal, or the Principal's designee, of the student's school.

Student's Name _____ Age_____ Grade_____

Enrolled in _____ School    Sport(s) _____

Height_____ Weight_____ % Body Fat (optional) _____ Pulse_____ BP_____/_____ (_____/_____, _____/_____)

Vision R 20/_____ L 20/_____    Corrected  YES   NO  (circle one)   Pupils: Equal_____ Unequal_____

| MEDICAL | NORMAL | ABNORMAL FINDINGS |
|---|---|---|
| Appearance | | |
| Eyes/Ears/Nose/Throat | | |
| Hearing | | |
| Lymph Nodes | | |
| Cardiovascular | | |
| Cardiopulmonary | | |
| Lungs | | |
| Abdomen | | |
| Genitourinary (males only) | | |
| Neurological | | |
| Skin | | |
| MUSCULOSKELETAL | NORMAL | ABNORMAL FINDINGS |
| Neck | | |
| Back | | |
| Shoulder/Arm | | |
| Elbow/Forearm | | |
| Wrist/Hand/Fingers | | |
| Hip/Thigh | | |
| Knee | | |
| Leg/Ankle | | |
| Foot/Toes | | |

I hereby certify that I have reviewed the HEALTH HISTORY, performed a comprehensive initial pre-participation physical evaluation of the herein named student, and, on the basis of such evaluation and the student's HEALTH HISTORY, certify that, except as specified below, the student is physically fit to participate in Practices, Inter-School Practices, Scrimmages, and/or Contests in the sport(s) consented to by the student's parent/guardian in Section 2 of the PIAA Comprehensive Initial Pre-Participation Physical Evaluation form:

☐  CLEARED    ☐  CLEARED, with recommendation(s) for further evaluation or treatment for:_____

☐  NOT CLEARED for the following types of sports (please check those that apply):
   ☐ COLLISION   ☐ CONTACT   ☐ NON-CONTACT   ☐ STRENUOUS   ☐ MODERATELY STRENUOUS   ☐ NON-STRENUOUS

   Due to _____

   Recommendation(s)/Referral(s) _____

Authorized Medical Examiner's Name (print/type) _____ License #_____

Address_____ Phone (_____)_____

Authorized Medical Examiner's Signature_____MD, DO, PAC, CRNP, or SNP (circle one)  Date___/___/___

-more-

82

Appendix1515

# ACKNOWLEDGEMENT OF RECEIPT AND UNDERSTANDING FORM

I _____ (print) have
　　　　　　　Coach's Name

received, read and understand my responsibilities and the policies, procedures and protocols articulated in the Athletic Manual.

I also understand that any questions regarding any portion of the Athletic Manual should be immediately addressed to the building Athletic Director supervising the program that I am affiliated.


_____　　　　_____
　　　　　　　Signature　　　　　　　　　　　　　　　Date


_____　　　　_____
　　　　　　　Sport　　　　　　　　　　　　　　　　Season


83

Appendix1516

Pennridge High School Athletic Department
Emergency Action Plan

Appendix A

1228 North Fifth Street, Perkasie, PA



Pennridge High School Athletic Department
Emergency Action Plan

Appendix B



Pennridge High School Athletic Department
Emergency Action Plan

**Appendix C**

610 South Fifth Street, Perkasie, PA



Pennridge High School Athletic Department
Emergency Action Plan

Appendix D



Appendix E

Pennridge High School Athletic Department
Emergency Action Plan



Appendix1521

# COACHING/EMT APPLICANT SUMMARY FORM

NAME: ERIC ROMIG

| This packet contains: | Given | Received |
|---|---|---|
| Acceptable Use Policy | ✓ | ✓ |
| ACT 24 | | |
| Act 34 Verif. (Criminal Clearance) | ✓ | ✓ |
| Act 114 Verif. (FBI fingerprint) | ✓ | ✓ |
| Act 151 Verif. (Child Abuse) | ✓ | ✓ |
| Affidavit | ✓ | ✓ |
| Application (references listed) | ✓ | ✓ |
| I-9 Form/ID Copies? Y or N | ✓ | ✓ |
| Job Description (Head or Asst. Coach) | ✓ | N/A |
| License/Certifications (EMT Only) | N/A | ✓ |
| Personal Information Questionnaire | ✓ 8/24/12 | ✓ |
| Retirement | ✓ | ✓ |
| Tax form, 1.5% local | ✓ | ✓ |
| W-4 Form | ✓ | ✓ |
| Worker's Comp. Form | ✓ | ✓ |

Employee #: 811    In System: 8/25/12  SG 8/24/12    Board Approval: 3/19/12

PHOTO ID: _____

*I hereby acknowledge receipt of the above checked (✓) employment/payroll forms and/or clearance applications. I understand that failure to return completed forms and clearances, required as a condition of employment by the Pennridge Board of Education and Commonwealth of Pa. within 30 days, will result in a recommendation for my termination.*

Signature: _____  8/24/12    Date: _____

## Pennridge School District

Staff Computer and Information Systems User Agreement

**Staff Member**

Name: Eric Romig

Position: Assistant Coach | Head JV Coach (Softball)

Building(s): Athletic

As an employee of the Pennridge School District, I recognize and understand that, by providing access to the District's computing and networked information systems, the District requires all employees to use such systems in accordance with the Acceptable Use Policy and the Guidelines promulgated thereunder.

I acknowledge that I have received, read and understood the District's Acceptable Use Policy and the Guidelines promulgated thereunder.

Signature: _____  Date: 2/7/12

PSD_ComputerUserAgreement                                    March 5, 2011