school and/or tutoring must be assumed by the parent/guardian. For the student to pass the course, the tutor must be approved by the building administrator prior to the beginning of instruction. The tutor must certify the student's successful remediation to the building administrator in writing. The school reserves the right to require tutored students to pass an examination prepared by the school staff in addition to the work completed under the tutor's instruction. Students who attend summer school or receive tutoring will receive a rating of "Satisfactory" (S) or "Unsatisfactory" (U) for their academic performance. Both the initial failure and the rating earned during summer school and/or tutoring will appear on the student's record.

It is the responsibility of the school district to insure that each student has attained the requisite proficiencies in each course for which s/he receives credit. Proficiency can seldom be achieved if there has not been regular classroom attendance so that the student can benefit from the group dynamics generated within the class. Nothing in this policy, however, shall be construed as prohibiting the award of credit for board approved contract-driven programs such as Independent Study, an Individualized Educational Plan (I.E.P.) or a Graduation Project.

- Students are required under the School Code to attend all classes for which they are scheduled every day that classes are in session, unless there has been a certification or other satisfactory evidence that the student is prevented from attending school on account of any mental, physical, or other "urgent" reasons. Students who accumulate unexcused absences may lose credit in their courses.

Classroom discussions, activities and performance demonstrations often have a direct bearing on a student's ability to learn effectively and to demonstrate the required proficiencies. Every student has a responsibility to participate in instructional activities and to make a positive contribution to the learning environment of the class. He/she also has a responsibility to account for his/her attendance by presenting the required documentation for each absence in a timely manner.

The high school principal, in consultation with the professional staff will develop procedures for the student's loss of credit that shall include:

- An accurate accounting of all unexcused absences as they pertain to loss of credit.
- Notification to the parent/guardian of a student on the fifth unexcused absence. This notification will constitute a first warning of a potential loss of credit.
- A conference process whereby the parent/guardian of a student in danger of losing course credit will discuss this attendance situation with the principal or his/her designee if there are any subsequent unexcused absences.
- Issuance of a written notice to parents/guardians of the student's anticipated loss of credit when unexcused and/or undocumented absences meet or exceed ten percent of scheduled class sessions.
- Provisions for an appeal process that includes a case-by-case review and criteria upon which exceptions or waivers may be granted.

## STUDENT TRIPS

The Board recognizes the value of student social events and class trips in enhancing and enriching the school experience for the children of this school district.

### Social Events

The Board will make school facilities available and provide appropriate staff for the conduct of social events within the school facilities which have been approved by the building principal.

For social events which take place outside school facilities, approval is required by the Superintendent.

Appendix1610

## School Sponsored Class or Grade Level Trips

The policy of the district regarding trips by students is based on the widely recognized need for well-planned class or grade level trips as an extension of the classroom and as a vital function of the educational and learning enrichment program of the school. This policy equally recognized the 180-day school year in the Commonwealth and, as a policy or course of action, sets forth guidelines carefully considered to gain maximum instructional value from student trips in order to justify time away from the classroom. These guidelines are essential to the intent of this policy, and all trip approval requests will be considered according to their applicability to these guidelines.

## Procedure

The following are general guidelines for considerations that must be made when a student trip is first conceived, subsequently approved, and ultimately taken by the students involved.

1. Student trips are to be scheduled during the day for a maximum of one day. Overnight trips should be approved by the Board at least two (2) months in advance. Exceptions to the two-month advance approval may be made only when unusual circumstances warrant such exceptions. The Principal and trip sponsor are encouraged to attend the committee meeting in which the request for approval is being made. An itinerary of trip activities should be submitted along with the request for approval.
2. The sponsoring teacher should be aware of the time spent in traveling to the site and, as a rough guideline, plan to spend at least as much time at the site as is spent in traveling.
3. A teacher planning a class trip must consult with and receive approval from the building administrator, and must coordinate the trip with a master schedule maintained for student trips.
4. A teacher or sponsor of a school group planning an overnight trip may not begin advertising, fundraising or arranging reservations until the request has been approved by the Board.
5. The itinerary planned for the trip should be of sufficient worth to compensate for missed class time.
6. Arrangements for transportation, when applicable, must be made to the district transportation coordinator through the building administrator's office at least ten (10) school days in advance of the trip.
7. Commercial carriers or private vehicles may not be used to transport students unless permission is granted by the administration.
8. Elementary students must obtain and return signed parent permission forms. Secondary students must obtain a notification of class absence and classroom teacher approval as well as a signed parent permission form.
9. Teachers are encouraged to use non-school personnel as chaperones in addition to teachers.
10. The teacher in charge must brief accompanying adults on what is expected of them as supervisors, and what is expected of the students.
11. Teachers are encouraged to check thoroughly on the proposed trip, including an advance visit to the site if possible.

## Financing

1. Student trips that directly augment curriculum initiatives are to be appropriately budgeted by each building principal through district funds. Activity funds, Parent-Teacher organization funds, funds from community organizations and personal funds may be used to finance approved trips.
2. The elementary outdoor school experience is an integral part of the science curriculum and will be financed through each principal's building budget.

Appendix1611

## Accountability

The district policy with regard to accountability before, during, and after student trips is as follows:

1. The teacher in charge of a specific trip has the overall responsibility for the trip's planning and preparations, including the supervision and safety of the students involved. Parental permission slips are to be distributed, signed and collected before the student is permitted to participate in the trip experience.
2. Before the trip takes place, the teacher in charge has the responsibility to brief students and parents regarding behavior expectations. All trip participants will comply with school regulations concerning appropriate behavior and dress.
3. All efforts should be made to follow the scheduled departure and return times of a trip. When there is an anticipated delay in returning of more than one-half hour, every effort should be made to contact the school and inform the building principal of the delay. In the event the building principal is unavailable, a district office administrator should be notified.
4. Follow-up activities:
   a. Any serious or unusual circumstances that occur while on a student trip should be reported immediately upon return to the building principal.
   b. The teacher(s) in charge will remain with the students participating in the school trip until every student has been returned to the school and has been picked up by his/her parent or guardian.
5. Building principals' responsibilities:
   a. A master calendar of student trips should be projected over a period of time in order to avoid conflicts with other school events and to maintain the continuity of instruction.
   b. It is the responsibility of the building principal and the sponsoring teacher to maintain reasonable chaperone-to-student ratios.
   c. The building principal may require a trip evaluation form to be completed by the sponsoring teacher(s) of a trip taken for the first time to a particular site.
6. Secondary supervisor and department coordinator's responsibilities:
   a. Approve trips scheduled by department teacher(s) before the trip proposal is sent to the building principal.
   b. Maintain a file of specific trips that are appropriate for the department and area of study.
   c. Provide budgetary funds for curriculum related trips.

## Individual/Small Group Student Trips

1. Student days spent away from school for academic or athletic school sponsored trips with be considered an extension of the school program and will not be recorded as a day of student absence.
2. Student days missed as a result of non-sponsored trips will be recorded unexcused absences unless approved in advance by the building administrator.

   This statement of policy concerning excused and unexcused absences should cover all but the most unusual absences. If a case should arise in which the classroom teacher or attendance officer is in doubt, the building principals will make the appropriate determination.

3. Before going on the trip, it is the student's responsibility to contact his/her teacher(s) for make-up work.
4. Grades assigned to the make-up work for excused absences shall be based on the completed work and are not to be affected by the absence.
5. A student's discipline and attendance record may be considered in granting the privilege of going on school trips.

## Activity Trips (Band, Choir, Teams)

Appendix1612

1. Activity trips requiring overnight accommodations must have Board approval.
2. The building principal is responsible for seeing that advisors of activities should coordinate their trip schedules, properly notify parents, provide a roster of participants and provide adequate adult supervision.
3. **Overnight Band and Choir trips should be scheduled every other year, if approved by the Board of School Directors.**

### Foreign Trips

The Board recognizes the educational value of foreign travel for students. However, when sponsored by a non-school agency, the Board cannot and will not sanction foreign travel nor endorse teacher involvement as trip sponsors and/or chaperones. If non-school agency trips are taken, then it is suggested that the trip sponsors adhere to the following guidelines:

1. That all posted and/or printed information clearly indicates the identity and address of the non-school sponsoring agent and specifically states, so there can be no misunderstanding, the school district is not a contracting agent and that all contracts are among the parent, student, and the sponsoring agency.
2. Foreign travel trips will not be funded by the school district.

### Unusual Trips/Absences

The district does not recognize as a class trip the act or acts of small groups of students taking trips on their own. Such absences will be recorded as unexcused. Parent cooperation is requested to discourage students from taking trips during the school year.

### Student Participation

Participation in school events such as class or extracurricular trips is not a right and may be denied to any student who has demonstrated disregard for the rules of the school.

The Superintendent shall develop procedures for the conduct of student social events and trips which shall include the following:

1. The designation of a staff member who shall be the Board employee responsible for the event.
2. The provision of adequate adult supervision or policy protection as required by the circumstances of the event.
3. The formulation of rules and regulations governing the conduct and safety of all participants and the promulgation of such rules and regulations to all students and adults.

## TEXTBOOK APPROVAL PROCESS

A textbook is any student text or trade book that is regularly used to support the implementation of the curriculum for groups of students. "Textbooks" do not include individual titles available in classroom collections for voluntary or supplemental reading; individual classroom reference resources (such as a dictionary, thesaurus, or atlas) are not included, unless they are purchased as group sets to support curriculum-related study skills / library skills instruction.

Pennsylvania School Code requires that the board adopt the complete list of "all school textbooks" on an annual basis at a regular meeting between April 1 and August 1; **new or supplemental textbook adoptions** may occur at any time so long as the same procedure is followed.

Appendix1613

Although it will take some time to research the historical record of textbook adoptions, all purchase of **new** textbooks will require prior board adoption. The process for having a textbook approved by the board for use as a regular resource for any curriculum-related group instruction is as follows:

1.  The textbook or trade book under consideration is reviewed by subject supervisors/coordinators and teachers of the course of program in which it is intended to be used. This screening process will include multiple options drawn from all pertinent books currently available. A rating system, based upon the criteria for evaluation, will be used to insure that the most appropriate resources are selected; primary considerations include the degree to which there is a significant match between the materials and curriculum objectives and the appropriateness of the materials for the student population to be served.

2.  A formal recommendation (with the rating sheet for the recommended text(s) attached) must be submitted IN WRITING to the Director of Curriculum along with a copy of the book at least one month before anticipated board adoption. NOTE: Book purchases expected for September school opening MUST be recommended no later than June 12 for July action.

3.  The textbook recommendation, prepared by the supervisor, coordinator, or program/course leader, should describe the screening/selection process and criteria, identify other materials reviewed, and state a rationale for the recommendation of the materials selected. The memo should also include the price of the book and the anticipated number of copies that will be purchased. NOTE: This memo will be included with the information provided to the board members.

4.  The Director of Curriculum prepares a summary list of all textbooks recommended for adoption and provides supporting documentation and a copy of the book to members of the board prior to the next regularly scheduled Curriculum Committee meeting. Board members will have a minimum of two weeks to borrow and review the books under consideration.

5.  Following Curriculum Committee review, the Director of Curriculum will prepare a motion for the full board itemizing each text recommended for adoption. Following formal adoption, notification will be sent to the originator of the recommendation and the sample text will be returned to the supervisor, coordinator, or program/course leader.

6.  The text title will be added to the district's approved textbook list for annual adoption.

Appendix1614

# PERSONNEL POLICIES

## ATTENDANCE AT EDUCATIONAL CONVENTIONS AND MEETINGS

Teachers who wish to attend educational conferences or conventions shall request permission to do so through their Building Principal who will forward the request to the Assistant Superintendent. This request is to be made at least two weeks prior to the date of the event for which permission has been asked. The Building Principal is responsible for budgeting of such funds. The Personal Expense Account should be forwarded to the Office of the Building Principal immediately after the conference/convention attendance. The receipts for registration, meals, lodging, transportation other than automobile, tolls, and parking must be attached to the Personal Expense Account. Alcoholic beverages are not reimbursable. These forms will then be forwarded to the Assistant Superintendent for approval for reimbursement.

There are certain intangible benefits received by attending a conference. However, in order to inform others of the specific benefits received, a written report may be required by the Assistant Superintendent or the Building Principal after returning from the event. The format of this report requires a brief description of the convention activities and is not meant to be voluminous. If the Assistant Superintendent and/or Principal so request, the participant should be prepared to present an oral report to the faculty at an appropriate meeting.

In cases where a staff member is requested to attend a conference by the School Board and/or the Assistant Superintendent, all expenses will be reimbursed.

## CASH IN SCHOOL BUILDINGS

In order to discourage burglary and vandalism usually attendant to breaking and entering, employees shall not leave money in school buildings overnight. Deposits of any and all funds collected shall be made daily. Any employee who leaves money in a school building overnight is in violation of this policy and if such money is stolen will be expected to reimburse the fund or activity to which the money belonged. This policy shall be published and announced so that all will be aware that no money will be found in a building overnight.

## CERTIFICATION

### Experience Requirements

A Level I (provisional) Instructional Certificate may be converted to a Level II (permanent) Instructional Certificate after 3 years of satisfactory service in Pennsylvania in the curriculum area or teaching field for which the certificate was issued. The Level I Instructional Certificate must be converted to a Level II Instructional Certificate before the first day of the seventh year of teaching. The Pennridge School District may not employ any individual who does not have the appropriate certification to teach in Pennsylvania's public schools.

Unsatisfactory service is not credited toward the requirements of permanent certification but is charged against the validity period of the professional certificate.

Service in the following categories is not creditable toward permanent certification nor charged against the period of validity of a provisional certificate:
. a Teaching Intern Certificate
. an Emergency Certificate
. an Act 97 Waiver of Certification
. a teacher of adult classes of persons 21 years of age or older
. outside the Commonwealth of Pennsylvania

34

. a day-to-day substitute

## Educational Requirements

A.  A person holding a provisional certificate who was awarded a baccalaureate degree after October 1, 1963 must provide evidence of 24-semester hours credit to meet the educational requirements for making such certificate permanent. The teacher must also satisfactorily complete the district's required Induction Plan.   A person who was issued his/her provisional certificate (Level I) on or after September 2001 must also complete all requirements for the PDE 427 in order to apply for his/her permanent (Level II) certification.

For permanent certification purposes:

1.  Credits must be earned after completing a bachelor's degree.
2.  Credits must be earned at and officially transcribed by a four-year college or university approved by that institution's state educational agency for awarding the bachelor's degree.  (Credits earned at institutions such as community colleges are not acceptable toward permanent certification).
3.  Credit may be either undergraduate or graduate level but may not be Continuing Education Units.
4.  Credit may be earned within a PDE-approved intern preparation/certification program.
5.  Credits completed at a professional school such as a seminary or school of theology, dental or medical school, law school, etc. must be relevant to the area of certification held.
6.  Credit may be earned through PDE-approved inservice programs.

B.  Acceptable Credits

1.  The following credits may be used for Level II:
    a.  Credits earned after the conferral of the initial bachelor's degree.
    b.  Graduate or undergraduate credits earned at and officially transcripted by a state-approved baccalaureate degree-granting institution(s), including:
        i.  Distance learning courses: (i.e., video, online, etc.)
        ii.  Credits earned within a PDE-approved Intern preparation/certification program.
        iii.  Credits earned toward additional areas of certification.

    c.  Pennsylvania Department of Education-approved intermediate unit credits.

C.  Unacceptable Credits

1.  The following credits are **not** acceptable for Level II:
    a.  Continuing Education Units (CEUs)—non-credit measures of continuing education awarded by various organizations, professional societies and some colleges/universities.
    b.  Inservice education course credits awarded by providers other than Pennsylvania intermediate units or approved by authorities other than the Pennsylvania Department of Education (PDE), Bureau of Teacher Certification and Preparation.
    c.  Credits in the fields of law, theology, real estate, or medicine are not acceptable unless the educator can present evidence of direct relevance to his/her certification area and assignment. In such cases, pre-approval by the Bureau of Certification and Preparation would be prudent.

D.  Basic Rules Applied to Credits

1.  All courses must have been satisfactorily completed and transcripted with a passing grade.

Appendix1616

2.  Quarter hours will be converted to semester hours as part of the Bureau of Teacher
    Certification and Preparation's evaluation.

3.  Credits earned from repeated classes cannot be used toward Level II Certification.

4.  Credits completed outside of the U.S. must be evaluated by a professional credentials
    evaluation agency accredited by the National Association of Credential Evaluation Services
    before the Bureau can review them for Level II certification.

## CHILD ABUSE

Pennsylvania State laws make it the duty of school administrators, school nurses, teachers, and all other
staff members who come into contact with a child and have reason to believe that the child is abused or
neglected to report such. A reportable condition is an abused child under 18 years of age who exhibits
evidence of serious physical or mental injury not explained by the available medical history as being
accidental, sexual abuse, or serious physical neglect, if such has been caused by the acts or omissions of the
child's parents or by a person who is responsible for the child's welfare.

Reports are to be made initially to the building principal, or in his/her absence, the immediate supervisor.
The building administrator will, in turn, cause the report to be made orally to "Childline 800-932-0313"
and follow such with an appropriate written report within 48 hours.

School employees shall conduct any personal interview or personal inspection in a professional manner
and refrain from contacting the student's family or any other person to determine the cause of the suspected
abuse or neglect. It is only the responsibility of the school employee to report the suspected abuse.

## COMPLAINTS AND GRIEVANCES NOT PERTAINING TO AGREEMENT
## BETWEEN PEA AND THE BOARD

The Pennridge School Board recognizes the right of any teacher, groups of teachers, non-professional
employee, or groups of non-professional employees to present their case to the School Board or a
designated committee of the Board, if the problems or complaints cannot be satisfactorily resolved in
consultation with the Building Principal, Assistant Superintendent, or the Superintendent.

No employees shall suffer reprisals or reduction in status or salary as a result of having presented a
grievance or having represented an employee in a grievance.

## CONFLICT OF INTEREST

No employee of the Pennridge School District shall participate in an activity from which he/she receives
financial remuneration, either directly or indirectly, that conflicts or raises a reasonable question of conflict
with his/her duties and responsibilities as a member of the staff.

Employees of the school district shall not engage in work of any type where the source of information
concerning customer, client, or employer originates from any information obtained through the school
system.

## CONTRACTS

Contracts are of two types, those issued to temporary professional employees and to permanent
professional employees. Temporary professional employees are professional employees who have not
achieved tenure status. After three years of satisfactory service in any one school district in Pennsylvania,

Appendix1617

the temporary professional employee will be tenured.  He/She will then be granted a contract as a permanent professional employee.

The temporary or permanent professional employee may terminate his/her contract by written resignation presented sixty (60) days before his/her resignation becomes effective.

## CORPORAL PUNISHMENT

Section 1317 Authority of Teacher over Pupils, from the School Law of Pennsylvania provides:

"Every teacher, vice principal, and principal in the schools shall have the right to exercise the same authority as to conduct and behavior over the pupils attending his/her school, during the time they are in attendance, including the time required in going to and from their homes as the parents, guardians, or persons in parental relation to such pupils may exercise over them."

However, Pennridge School District specifically prohibits as a disciplinary measure the use of any corporal punishment which shall include hitting, striking, or physically punishing a student for an offense.

School personnel shall observe this prohibition strictly except that, in emergency situations, swift action may be taken and reasonable force may be used:

1. To quell a disturbance.
2. To obtain possession of weapons or other dangerous objects.
3. For self-defense.
5. For the protection of persons or property.

Nothing in this policy is intended to supercede or otherwise affect the provisions of a crisis management plan or the use of behavioral management techniques pursuant to an Individualized Education Program plan or as provided under the Individuals with Disabilities in Education Act.

## DATA COLLECTION FOR GRADUATE STUDY

The Superintendent and Board of Education must approve any request by educators, staff members and outside individuals to use the Pennridge School District as a database for scientific studies.  Proper permission must be granted by the Superintendent and School Board with the concurrent approval of all affected staff members.  All requests must be submitted in writing and contain: (1) a sample copy of the data collecting instrument, (2) statement indicating how the information will be used, and (3) a disclaimer limiting the use of the data to the approved project and approved personnel.

## DRUG AND ALCOHOL POLICY

The Board recognizes that the misuse of drugs is a serious problem with legal, physical and social implications for the whole school community.  As such, the Board is very much concerned about the problem that may be caused by drug use by professional employees, especially as the use relates to the safety, efficiency and productivity of the professional employees.

The primary purpose and justification for any action on the part of the school staff would be the protection of the health, safety and welfare of students, staff and school property.

The Penal Law of the Commonwealth of Pennsylvania absolutely prohibits the possession, use, sale, or gift of any narcotic.  In accordance with this law, the Board enacts the following policy governing the use of drugs and narcotics:

Appendix1618

1.  The possession, use, gift, or sale on school premises by a school employee, of any narcotic, drug, medicine or pill, chemical preparation, plant, seed or derivative thereof, of a hallucinogen, barbiturate, or amphetamine nature is strictly prohibited, except that possession of the same, together with evidence that the same has actually been prescribed by a duly licensed physician, shall not constitute a violation.

2.  Any employee violating this regulation or seeking to promote, encourage, aid, or abet any student in the violation of this policy, shall be referred to the Board for discharge under the laws and statutes, and further, the Superintendent, upon the advice and counsel of the school attorney, shall seek his/her prosecution for criminal facilitation.

3.  Personnel currently employed who are convicted in a court of law for violation of any laws pertaining to the delivery of, or possession of, a controlled substance with intent to deliver, whether or not said offense shall have occurred upon school premises, shall be treated in the same manner and effect as if the offense had taken place upon school premises and punishable in like manner.

## EMPLOYEES - PROFESSIONAL AND SUBSTITUTES

Professional employees are those individuals certified as teachers, supervisors, supervising principals, assistant principals, vice-principals, directors of vocational education, dental hygienists, visiting teachers, home and school visitors, school counselors, child nutrition program specialists, school secretaries the selection of whom is on the basis of merit as determined by eligibility lists, and school nurses.

A temporary professional employee is any individual who has been employed to perform, for a limited time, the duties of a newly created position or of a regular professional employee whose services have been terminated by death, resignation, suspension or removal. This employee is not tenured.

A permanent professional employee is an employee who has earned tenure.

A substitute is an individual who has been employed to perform the duties of a regular professional employee during such period of time as the regular professional employee is absent on sabbatical leave or for other legal cause authorized and approved by the Board of School Directors or to perform the duties of a temporary professional employee who is absent.

## EQUIPMENT

Teachers are responsible for the equipment in their classrooms. They should make certain that chairs, desks, and tables are not mutilated with writing or carving.

If desks are mutilated, the teachers shall take definite corrective measures. If necessary, the case should be referred to the Principal.

## EVALUATION PROCEDURES

The purpose of the evaluation of professional employees in the Pennridge School District is to maintain and improve the quality of the instructional program. To be effective the evaluation process and procedures must be compatible with the district's educational philosophy and objectives.

The teacher's performance is the most significant factor in providing an effective educational program. Evaluation of performance must be a planned, continuing process based on specific standards. This process should provide the means for obtaining and collecting reliable data on teacher performance and for comparing performance to those standards. The evaluation procedure should be a constructive and

38

cooperative action between the teacher, the supervisor and/or administrator which enables the teacher to recognize his/her strengths and weaknesses. The outcome should be a suitable strategy for professional improvement which accommodates the unique characteristics of each employee.

**Objectives**

1.  To help professional employees identify their strengths and weaknesses.
2.  To help professional employees improve their effectiveness.
3.  To help professional employees understand their duties and responsibilities.
4.  To support recommendations regarding tenure, permanent certification, and employment.

## Observation Procedures

**Appraisal of Performance**

The Superintendent of the Pennridge School District shall authorize specified administrators to appraise the performance of professional employees. These administrative staff members will observe the instructional program throughout the school year. The length of each observation will be dependent upon the type of instructional program presented. Brief observations are encouraged but will not be considered observations. Administrators will evaluate each observation utilizing the form for Appraisal of Performance.

As completed, the copy of the form signed by the observer will be forwarded by the building principal to the Assistant Superintendent.

Each non-tenured professional employee and long-term substitute teacher will be observed by the building principal, assistant building principal, or curriculum supervisor a minimum of four times each school year. The Assistant Superintendent or Superintendent will informally and formally observe each non-tenured professional employee one time each school year.

Each tenured professional employee who is permanently certified will be observed by the building principal or assistant building principal a minimum of two times each school year. Observations of any tenured professional employees will be made by the Assistant Superintendent at his/her discretion or upon the request of the building principal.

Each tenured professional employee who is beginning his/her employment in the Pennridge School District will be observed a minimum of four times during his/her first school year by the building principal assistant building principal or supervisor.

For each observation, the administrator will rate each of the observed characteristics on the Appraisal of Performance with respect to the given conditions. The following ratings will be used:

    S - Satisfactory
    M - Minimally Satisfactory
    U - Unsatisfactory
    X - Not Observed

For each category - PERSONALITY, PREPARATION, TECHNIQUE and PUPIL REACTION and for each characteristic describing each category, the observer will record his/her rating of S (Satisfactory), M (Minimally Satisfactory), or U (Unsatisfactory). The observer will indicate if the Overall Appraisal is satisfactory, minimally satisfactory or unsatisfactory. The observer will record the commendations, recommendations, and the outcome of the conference. Both the observer and the observed will sign the form.

## EVALUATION OF PROFESSIONAL PERSONNEL

The Superintendent of the Pennridge School District shall authorize specified administrators to rate the district's temporary and permanent professional employees for the purpose of improving instruction and determining tenure. Substitute teachers will not be rated. For the rating of each professional employee, the PDE-5501 will be used. The assessments on the Appraisal of Performance and other relevant information will be used in determining the rating on the PDE-5501.

Consideration should be given in the rating process to the following factors: professional assignment, intellectual level of the students and learning/behavioral problems which might affect the learning process.

A temporary professional employee must be notified as to the quality of service at least twice a year. No such employee shall be dismissed unless rated as unsatisfactory and notified in writing of such unsatisfactory rating within 10 days after the unsatisfactory rating. A temporary professional whose work has been certified by the District Superintendent or an intermediate unit executive director to the secretary of the school district during the last four (4) months of the third year of such service, as being satisfactory shall thereafter be a professional employee. The attainment of this status shall be recorded in the records of the board and written notification thereof shall be sent also to the employee. The employee shall then be tendered with a regular contract of employment as provided for professional employees. A professional employee must be notified as to the quality of his/her service at least once each year.

It is possible that a gross inefficiency in a single category might be sufficiently serious to warrant a total or overall rating of unsatisfactory. Whenever an unsatisfactory rating is given, each such recorded rating must be stated and the specific circumstances supported by anecdotal records and the Appraisal of Performance forms. The records must include specific details of evidence likely to be important in the event the services of an employee are to be discontinued. Two consecutive unsatisfactory ratings are necessary to support a dismissal on the ground of incompetence.

The procedures to be utilized with the PDE-5501 are:

1.  The rater will indicate if the rating is satisfactory or unsatisfactory by placing his/her signature in the appropriate space.

2.  In the block opposite Personality, Preparation, Technique, and Pupil Reaction, the rater will indicate an S for Satisfactory or a U for Unsatisfactory for each category. In the block at the bottom of each category, the rater will place the numerical rating corresponding to the rating of the category - 20 for satisfactory performance and 5 for unsatisfactory performance. The total of the numerical rating for Personality, Preparation, Technique, and Pupil Reaction must be entered in the spaces following Rating and Weighted Total.

3.  For an unsatisfactory rating in any category, an X must be placed before the phrase which describes the deficiency. If a satisfactory rating is given in any area, an X may be placed before any phrases which describe a deficiency. When any phrase has been noted as a deficiency, the documentation must be summarized by the rater and presented to the employee with the PDE-5501.

4.  When the employee's overall rating is satisfactory, the rater will prepare two copies of the PDE-5501 and will attach the documentation required for any noted deficiencies. The two copies of the PDE-5501 must be signed by the employee. The employee will retain the original and the rater will retain the copy.

Appendix1621

5.   When the employee's overall rating is unsatisfactory, the PDE-5501 must be signed by the District Superintendent. Three copies of the PDE-5501 signed by the rater and three copies of the documentation must be forwarded to the Superintendent. The Superintendent will review the documentation and, if acceptable, will return the three copies of the form and the documentation to the rater. The rater will have the employee sign the three copies. The rater will return one copy to the Superintendent, retain one copy, and give one copy to the employee.

6.   All PDE-5501's and accompanying documentation will be filed by the rater.

7.   When an employee leaves the Pennridge School District, the rater should complete all information on three copies of the PDE-5501 and forward them to the Superintendent. The Superintendent will complete the required information for the temporary or professional employee. The forms will be returned to the rater who will secure the necessary signatures. The rater will give the original copy to the employee, will return the carbon copy to the Superintendent's Office, and will retain one copy for the rater's files. A copy of the rating will be filed in the employee's personnel file.

If an employee is dissatisfied with the appraisal of an observation or a rating on the PDE-5501, he/she may write a rebuttal to be attached and filed with the report. After discussing the Appraisal of Performance or PDE-5501 with the observer or rater, he/she may request in writing a review by the Assistant Superintendent. If he/she is dissatisfied with the outcome of the conference, the professional employee may request in writing a review by the Superintendent. The Assistant Superintendent will review all materials submitted by the evaluators and collect any relevant additional data. The Assistant Superintendent and/or the Superintendent will conduct a review conference with the professional employee who requests it. The Assistant Superintendent and/or the Superintendent will communicate the decision in writing to the professional employee. There are options for many teachers in areas of peer coaching, snapshot observations and administrative coaching.

## EXTRA-CURRICULAR ACTIVITIES

Extra-curricular activities are defined as anything a student does under the sponsorship of the school which extends beyond the regular classroom. Supervision of activities is the responsibility of the building principal.

The School Board has always encouraged the implementation of extra-curricular activities. In doing so, the Board also believes that participating students profit most when the rules governing the activity are adhered to by everyone involved without exceptions.

Although the Board feels that the same rules governing classroom behavior also apply to extra-curricular activities, there may be exceptions, depending upon the activity. Believing that participation in extra-curricular activities is a privilege and not a right, the Pennridge School Board establishes the following regulations:

1.   Coaches and sponsors of activities may set their own reasonable rules governing student participation in those activities. These rules shall be written, approved by the Superintendent and distributed in writing to the students by the day they first participate in the activity.

2.   In an annual circumstance not covered specifically by the above regulations, administrators may exercise their judgment in dealing with the situation. All coaches and sponsors at the High School level are to distribute the Extra Curricular Code. This document is to be signed by the student participant and his/her parent/guardian as a

Appendix1622

condition of membership on the team. These Codes are to be kept on file by the coach or activity sponsor for the duration of the current school year.

## EXTRA DUTY

Members of the professional staff shall consider it a part of their regular responsibility to perform extra duties assigned to them. Duties such as study hall, cafeteria, bus, assembly, homeroom, detention, etc. shall be considered part of the everyday schedule. The district shall make a reasonable effort to equalize the distribution of all extra duties.

## GRIEVANCE PROCEDURE PURSUANT TO TITLE IX AND SECTION 504

The Pennridge School District does not discriminate on the basis of sex, race, religion, color, national origin, or handicap in the educational programs or activities it operates, including employment therein and admission thereto.

To implement this policy of nondiscrimination, and pursuant to Title IX of the Educational Amendment of 1972 and Section 504 the regulations promulgated thereunder by the Department of Health, Education and Welfare, Ms. Shellie Feola has been designated at the Pennridge School District's Title IX and Section 504 Compliance officer. All written communications with the Title IX and Section 504 Compliance officer shall be sent to the following address: 1506 N. Fifth Street, Perkasie, Pennsylvania, 18944. All phone communications with the Title IX and Section 504 Compliance officer shall be made at the following phone number: 257-5011.

Any student, employee, teacher or parent of the Pennridge School District who believes he/she has been discriminated against, denied a benefit, or excluded from participation, in any district education program or activity, on the basis of sex, race, color, religion, national origin, or handicap in violation of this policy, may file a written complaint with the Title IX and Section 504 Compliance officer designated by the school district in accordance with the Grievance Procedure and Provisions which is incorporated herein by reference. Copies of this procedure shall remain on file with the Title IX and Section 504 Compliance officer and will be made available on request.

## HEALTH EXAMINATIONS

All teachers, custodians, cooks, and other cafeteria help, and all others employed at schools shall be required to have a pre-employment medical examination by a physician of their choice. The results of the examination shall be recorded on forms prescribed by the Secretary of Health and shall be made available to the employment authorities. The School Board may require a special medical examination for any school employee at any time.

## HIV CONFIDENTIALITY POLICY

1. Background - The Pennsylvania legislature has enacted a law entitled "Confidentiality of HIV-Related Information Act." The Act places restrictions on employees who obtain confidential HIV-related information in the course of providing any health or social service.

The act also provides that a violation of the Act entitles the aggrieved person to bring a lawsuit and recover monetary damages.

2. Purpose - The purpose of this policy is to apprise the appropriate personnel of the restrictions imposed by the Act and to ensure that employees of the district adhere to those restrictions.

3. Scope - The provision of this policy applies to the following individuals and entities:

Appendix1623

     A.     All employees who provide health care services to students and employees
     B.     All employees who provide social services for students and employees
     C.     The Board of School Directors
     D.     The building principal and/or assistant principal
     E.     The school superintendent

4. Policy - The following shall be the policy of the Pennridge School District:

    A.     Any employee who obtains information regarding whether an individual has been the subject of an HIV-related test, or has HIV, HIV-related illness or AIDS, or any information which identifies or reasonably could identify an individual as having one or more of these conditions, is prohibited from disclosing this information to anyone except the following:

         1)     The subject
         2)     The physician who ordered the HIV test
         3)     A fellow health care provider employee, provided the fellow employee is involved in the medical care or treatment of the subject
         4)     Any person designated in a written consent, signed by the subject, as provided for below

    B.     Consent - Any employee who obtains the type of information as described in section 4(A) of this policy shall attempt to obtain the subject's written consent to divulge the information to the following individuals:

         1)     The school superintendent
         2)     The building principal
         3)     A consulting school physician
         4)     The Board of School Directors
         5)     The nursing coordinator and all other nursing staff as needed

    C.     Written Consent Form - In obtaining the subject's consent, the employee shall use a written consent form attached to this policy. If the subject is a student the employee shall also obtain the written consent of the subjects parent/guardian.

    D.     Notice to Accompany Disclosure - When disclosing HIV-related information to the persons provided for in the subject's written consent, it is the duty of each employee to accompany the information with a written notice in the form labeled "CAUTION--READ CAREFULLY."

5. Student Evaluations - If the student and his/her parent/guardian declines to give their written consent to disclose the HIV-related information to the individuals and entities provided for in the written consent form, the employee shall hold the HIV-related information in strict confidence, as provided for in section 4(A) of this policy.

If the student and his/her parent/guardian consent to disclose the HIV-related information to the individuals and entities provided for in the written consent form, the following procedures and evaluations shall take place if the student has tested positive for the HIV virus:

    A.     A screening committee shall be convened to determine the feasibility of the student's admission to the classroom or school programs. The screening committee shall consist of the Nursing Coordinator (who shall act as chairperson), the Superintendent, a consulting school physician, the building principal and a representative of the Board of

Appendix1624

School Directors. The committee shall, if necessary, consult with the student's attending physician, the student and his/her parent/guardian.

B.  Decisions shall be based upon the student's susceptibility to other diseases and the student's likelihood of presenting the risk of infection to others.

C.  Primary consideration by the screening committee shall be given to returning the student to his/her original placement. Any decision for an alternative placement shall be based solely on the student's susceptibility to other diseases and the student's likelihood of presenting a risk of infection to others.

D.  Students diagnosed as being infected with the HIV virus and unable to attend school shall be considered for homebound instruction or another alternative means of education as provided under the Public School Code of 1949, 24 PA C.S. 1-101, et seq.

E.  A student may be excused from school attendance by the School Board upon satisfactory evidence of urgent reasons which prevent the student from attending school or application to the Department of Education prior to the exclusion.

6.  Employee Evaluations - If the employee declines to give his/her written consent to disclose the HIV-related information to the individuals and entities provided for in the written consent form, the employee who has obtained such information shall hold it in strict confidence, as provided for in section 4(A) of this policy.

If the employee consents to disclose the HIV-related information to the individuals and entities provided for in the written consent form, the following procedures and evaluation shall take place if the employee has tested positive for the HIV virus:

A.  A screening committee shall be convened to make a recommendation as to the employee's status in the district. The screening committee shall consist of the Superintendent (who shall act as chairperson), the building principal, the nursing coordinator, and a consulting school physician.

The recommendations of the screening committee shall be conveyed to the School Board by the Superintendent. The School Board shall then take one of the following actions:

1)  Reassign the employee to other duties
2)  Place the employee on paid leave of absence
3)  Allow the employee to continue his/her regular duties

B.  The determination of whether the employee shall be permitted to remain employed in a capacity that involves contact with students and other school employees shall be made on a case by case basis and shall be based upon the employee's susceptibility to other diseases and the employee's likelihood of presenting risk of infection to others.

C.  In the event that the Superintendent, after consulting with the screening committee, determines that an employee should not be placed in a school setting, the Superintendent shall recommend to the School Board that the employee be placed on medical leave of absence as provided in the Public School Code of 1949 and in the applicable collective bargaining agreement or employment agreement.

7.  Periodic Review - Periodically, the screening committee shall review each case to determine the current status and make recommendations, if necessary, in the original decisions based upon such new and relevant information as is presented.

Appendix1625

8.  Education - The mandatory course of study in health education shall include information concerning AIDS.

9.  Evaluation - The Nursing Coordinator shall periodically report to the Superintendent regarding the effectiveness of this policy and make recommendations for the revision thereto in response to developments in the legal field and developments in medical research and treatment.

## COMMUNICABLE DISEASES

Persons ill with communicable diseases shall remain out of school until they are without fever and have recovered from the illness.  Students shall be readmitted to school at the discretion of the nursing staff and/or with written assurance from a physician that the disease is no longer communicable.

Furthermore, the nursing staff shall exclude from school any student showing signs of measles, German measles, mumps, whooping cough, scabies, or trachoma (granular eyelids) until a physician certifies that the student is no longer able to transmit the disease.  Students showing signs of impetigo, ringworm or possible pink eye will be excluded at the discretion of the nursing staff according to the guidelines developed by the school district medical directors.

In cases of students suffering with ringworm of the scalp/body and pink eye, the students shall be admitted to school only if under treatment.  A note from the attending physician may be required prior to readmission.

In cases of pediculosis (head lice), students must remain out of school under treatment and cannot return until free of all nits and pediculosis (head lice).  Returning students must be examined by a school nurse or staff nurse prior to readmission.

SOURCE: Pennridge School District
Date:  July 1, 1972, July 1, 1977 (Revised August 16, 1993)

## INVOLVEMENT IN DECISIONMAKING

The Pennridge School Board believes that whenever feasible, individuals and groups who will be affected by a given policy shall have a voice in the formulation of that policy.  The Superintendent is authorized to establish committees deemed necessary to study and recommend policies and rules for the proper functioning of the school district.  Before adopting policies, the Board shall consider carefully the recommendations of teachers, administrators, non-professional employees, or any other groups involved.

## JURY DUTY/SUBPOENAED WITNESS

Whenever a Pennridge School District employee on the regular payroll is required to serve on a jury, or is subpoenaed to appear as a witness in a court proceeding, in which he/she has no personal connection, he/she shall receive his/her regular daily wage, less any compensation paid to him/her for his/her services. The compensation paid shall be interpreted as being the compensation for services rendered, and shall not include transportation or mileage allowance paid for travel to and from the place of the trial.

As soon as possible, after returning to school duties, the employee shall submit to the Department of Human Resources the proper school form for Jury Duty.

Appendix1626

# NEPOTISM

In order to encourage equity in hiring of employees, improve morale, and foster security and fairness in employment, the Pennridge Board of School Directors shall consider for employment, any and all qualified applicants in accordance with State and Federal laws. The Board shall actively seek the best-qualified and most capable candidates for all positions.

No professional employee shall be employed by the Pennridge Board of School Directors who is related to any member of the Board as father, mother, brother, sister, husband, wife, son, daughter, stepson, stepdaughter, grandchild, nephew, niece, first cousin, sister-in-law, brother-in-law, uncle, aunt, or civil partner unless such professional candidate receives the affirmative votes of a majority of all members of the Board other than the member related to the applicant who shall not vote.

All teaching applicants for employment with the District, if interviewed, will be asked whether the applicant is a relative of any employee or School Director of the District and, if so, the name of the relative(s).

1. After completion of the interview process and background investigation, including at least three (3) references, the Superintendent shall recommend to the Board the most qualified candidate.

2. If an applicant recommended for hire is a relative of a District employee or School Director, the applicant, as well as the second and third choice applicants, may be interviewed by the Superintendent.

3. The Superintendent shall recommend to the Board the most qualified applicant.    If the Superintendent recommends the applicant who is related, the relationship(s) shall be disclosed to the full Board when the recommendation is made.

4. The School Board of Directors reserves the right to review the applications of the first, second and third ranked applications through its Personnel Committee before approval is voted upon.

5. Guidelines for employees who are related to each other shall be as follows:

     a.    Employees will not be assigned to the same building.
     b.    Employees will not be assigned to a position in which there is access to performance appraisals, salaries, or other confidential data concerning a relative.
     c.    If an employee related to another employee (e.g. marriage), and the employee assignments conflict with the restrictions stated in 5.a. and 5.b. above, the last person assigned may be reassigned to another building, as determined by the Administration, based upon the needs of the District.

6. The Superintendent shall report, when requested, to the Board the number of nepotistic relationships within the employ of the District.

7. The terms and conditions of this policy take effect upon the date of approval by the Board of School Directors.  The terms and conditions of this policy do not apply to persons in the employ of the District prior to the ratification of this policy.

46

## NON-SCHOOL EMPLOYMENT

Employees shall not at any time engage in any employment which would affect their usefulness as employees in the Pennridge School District, would make time and/or energy demands upon the individuals which could interfere with their effectiveness in performing their regular assigned duties, would compromise or embarrass the school district, would adversely affect their employment status or professional standing, or would in any way conflict with assigned duties.

Employees shall not engage in any other employment or in any private business during the hours necessary to fulfill appropriate assigned duties.

The personal life of a professional employee shall be the concern of, and warrant the attention of, the Board only as it may directly prevent the professional employee from properly performing his/her assigned functions during duty hours or violate local, state, national, or common law, or be prejudicial to his/her effectiveness in his/her teaching or administrative position.

## PARTICIPATION IN COMMUNITY ACTIVITIES

Aware of the value derived by the faculty and staff from participating in various community-sponsored activities, the Pennridge School Board encourages members of the faculty and staff to share in these activities.

This participation should not deprive the employee of time needed to acquire new skills, prepare for daily classroom work, perform a satisfactory job, or conflict with the daily school schedule.

School hours will not be used to work on community sponsored projects unless the project contributes to the educational process or is a school-sponsored program.

## PERSONNEL RECORDS

All Pennridge employees may examine their personnel records, which are kept in the district office, under the following conditions:

1. A written request must be submitted by the employee to the Superintendent 24 hours prior to the time he/she wishes to examine his/her personnel record. During the time between the receipt of the request and the time of the examination of the record, the only material to be removed from the file will be information received in confidence by the school district, such as materials from a placement office.

2. An administrator appointed by the Superintendent or the secretary of the Board must be present when the employee examines his/her record.

3. If the employee wishes a third party to examine the record, the individual must provide written consent, unless pursuant to a court order.

4. At the conclusion of the examination of the record, the individual must sign a statement to the effect that he/she has examined the record as of that date. This statement shall be retained in the personnel folder.

Disposition - Personnel files shall be disposed of at the discretion of the Superintendent of Schools after the staff member has left the district.

47

Appendix1628

## PLAYGROUND SUPERVISION

Each elementary school will be supplied the equivalent of one playground aide for four hours per day to assist the professional staff in playground supervision. How this time will be used will be decided by the building principal. Preference will be given to lunchtime supervision when possible. Effort will be made to obtain substitute aides before scheduling teachers as replacements. It is the ultimate responsibility of the Building Principal to schedule safe supervision of playground activities.

## POSITIONS - VACANCIES AFTER THE FIRST DAY OF SCHOOL

A substitute employee shall be employed to fill an assignment which is temporarily vacant due to an approved leave of absence of a professional or temporary professional employee.

A professional or temporary professional employee shall be employed to fill a position which is unfilled, newly created or vacated due to death, resignation, retirement or voluntary termination. In filling a new or vacant position, the District will give consideration to currently employed substitutes who have the required certification.

A substitute employee may be temporarily assigned to fill a vacated position during the period between the vacating and the employment of a qualified replacement, provided that such period does not exceed three calendar months.

## PROFESSIONAL DEVELOPMENT OPPORTUNITIES

The Pennridge School Board recognizes that staff members should continue to improve their competencies during their professional service. The Board promotes opportunities and expects staff members to take advantage of them. Procedures by which staff members can receive proper recognition for efforts to improve themselves professionally shall be established through the Superintendent of Schools.

## ALTERNATIVE STAFF DEVELOPMENT PROGRAM

A Personalized Staff Development Plan has been developed by the Professional Development Committee in accordance with the provisions of Act 48.

In the Pennridge School District, there is a need to provide a broader scope of professional development activities for the staff. There is also a need to provide activities which are more meaningful to the individual in terms of his/her personal needs and concerns.

The Personalized Professional Development Program is designed to enable the experienced professional to assume the responsibility for his/her professional growth through some individualized staff development activities.

Those tenured teachers or those having three (3) or more years of experience in the Pennridge School District may participate in alternative staff development experiences for two of the scheduled inservice days in a school term. Participation is not required.

The alternative experience must be approved by the appropriate administrative personnel. In order to be excused for the activities of any inservice day, the professional employee must request approval from the Building Principal thirty (30) or more days prior to the scheduled inservice day. There will be no ex-post facto approvals granted. Permission will be granted or denied within seven (7) days after the submission of the form. If permission is denied, the professional employee may appeal to the Superintendent.

Appendix1629

The Alternative Inservice time must be taken in blocks of half-days or greater, with a total day being equivalent to seven (7) hours.

A Personalized Professional Development experience can be used as an alternative to an inservice day during the school term in which the alternative staff development experience is completed or during the following school term. A school term begins on July 1 and ends on June 30.

### FLEX INSERVICE DAYS

The program for the 2004-2005 school year, the Pennridge School District and the Pennridge Education Association have agreed to have 195 professional workdays scheduled in the School Calendar. Since the Collective Bargaining Agreement defines the professional teaching staff's work year as 196 days, one "flex inservice day" will be included in each teacher's work year from April 1, 2004 to June 1, 2005. Any teacher not satisfying this requirement by June 1, 2005 will be subject to a per diem pay deduction for the percentage of the one day not completed as flex inservice. Each flex inservice day will be defined as 7 hours of participation in an approved staff or curriculum development program. All time must be spent "outside" of the regularly defined workday.

The list of approved flex inservice activities that appear below is representative of the types of programs that staff members may chose to complete this one day, 7 hour obligation:

    a.  district approved curriculum writing
    b.  administrative approved summer team and department workshops
    c.  district sponsored training workshops
    d.  facilitating county, state or national workshops that meet beyond the normal workday/week and that contribute to district goals
    e.  pre-approved program visitations on non-working days or hours
    f.  auditing college courses that will not be applied for salary credit or tuition reimbursement
    g.  participation in county, state or national workshops that feature expert presenters approved by the Act 48 Committee
    h.  facilitating district workshops that meet the goals of the district
    i.  participation in building sponsored workshops that promote improvement of professional skills to better meet the needs of the employee, students and or community
    j.  development of outdoor education programs under the supervision of the science supervisors
    k.  development of building action plans to meet the needs of the school as stipulated in student, parent and community assessments
    l.  participating in New Teacher Induction Programs
    m.  participating in support teacher training workshops
    n.  training and development of materials for district evaluations (i.e., Middle states) and audits (Special Education)

The following criteria must be met in order to receive flex inservice credit:

    1.  Application for flex inservice must be submitted in writing on the flex inservice form at least ten (10) working days prior to the event.
    2.  Administrative approval must be received in writing seven (7) working days prior to the event.
    3.  A copy of the approved form must be sent to the office of the Assistant Superintendent five (5) working days prior to the event.
    4.  A total of 7 hours of flex inservice time must be approved by June 1, of the school year.

Because the list of flex activities given above cannot always clearly define every worthy professional inservice activity that may qualify for credit, a "Flex Inservice Review Committee," authorized by the

Superintendent, will convene when necessary to provide an appeal process if the staff member feels that his/her proposal has merit.

The members of the Flex Inservice Review Committee will be made up of:

1. The Assistant Superintendent
2. The Teacher Co-Chair of the Act 48 Committee
3. Two Teacher Representatives from the Act 48 Committee
4. One Administrative Representative of the Act 48 Committee

The committee will meet within five (5) working days after the administrator refuses to grant approval for the flex activity. It will take at least four (4) votes from the committee to gain approval for the flex inservice activity.

Because this is a new program, any appeal may be brought by the PEA or administration to a Meet and Discuss meeting for further discussion with the Superintendent.

The following activities will not qualify for flex inservice credit:

1. Parent conferencing
2. IST, SAP, IEP, and Child Study Team meetings
3. Preparing the teaching area for start of the year
4. Attending district committee/faculty meetings
5. Participating in "open house" parent nights
6. Accompanying students on field trips or chaperoning other after school activities
7. Participating in programs where payment for services has been accepted
8. Tours to museums, extended vacations, travel
9. Chaperoning student trips

The above list reflects the intent of the professional staff and administration to ensure the community that the flex in-service concept is an effective mechanism to give professionals an opportunity to support current development and seek specific training directly applicable to their teaching responsibilities. District-wide in-service days are effective in supporting strategic plan and building initiatives, but may not meet individual or instructional team needs.

The administration will construct a computerized system that will keep an accurate account of flex in-service credit for each building's professional staff. This accounting record will be kept at the building level and updated every month. A printout will be given to the Assistant Superintendent by the 5th day of each month.

## ACT 48 COMPLIANCE

All professional educators (including administrators) must comply with the "Continuing Professional Education" Act 48 mandate. This Act requires all professionals to complete 180 hours of training or 6 graduate credits every 5 years to maintain appropriate Pennsylvania certification. Details of this requirement are covered in the Pennridge School District's Act 48 plan adopted by the Board of Education on July 29, 2002.

## RESIGNATION

A professional employee shall terminate his/her contract by written resignation, presented sixty (60) days before the resignation becomes effective as noted in the School Laws of Pennsylvania, Section 1121.

Appendix1631

## RETIREMENT

Any employee who reaches the age of seventy during the school year may remain in the employ of the Pennridge School District until August 31 of that school year.

Any employee subject to retirement shall be advised of his/her status no later than February 1 of the retirement year.

## ROYALTIES

No member of the Pennridge School District professional staff may receive any royalty or any other payment because of textbooks or reference books written by him/her before or cooperatively with other staff members in connection with higher professional responsibilities in the school district and during the time for which he/she is paid to develop such texts or materials for use in the district. Such professional publications when completed for use by the school district and during the time for which the professional employee was paid, shall become the property of the Pennridge School District. Publication or sale of such material may be made only under conditions approved by the Board of School Directors in each case.

## UNLAWFUL HARASSMENT

The Board strives to provide a safe, positive working environment for all employees. Therefore, it shall be the policy of the District to maintain an employment environment in which discrimination and harassment in any form are not tolerated.

Harassment on the basis of race, color, religion, ancestry, gender, national origin, age or handicap/disability is a violation of both federal and state law as it is a form of discrimination.

The Board prohibits all forms of unlawful harassment, including harassment because of sexual orientation and gender identity of employees by all District students and staff members, contracted individuals and vendors, and volunteers in the schools. It shall also be a violation of this policy for District employees to harass students, contracted individuals and vendors, and volunteers.

The District shall inform students, staff, parents, independent contractors and volunteers that unlawful harassment of and by employees will not be tolerated via the annual distribution of this policy and the posting of notices/signs in all District-owned buildings or leased sites. The aforementioned individuals also shall be notified that the unlawful harassment of and by employees will not be tolerated through the publication of a notice outlining the same in the school calendar.

The District also shall provide in-service training for employees concerning all aspects of unlawful harassment.

The Board directs that complaints of harassment be investigated promptly, thoroughly and impartially and that corrective action be taken immediately when allegations are verified. Confidentiality shall be maintained consistent with the District's legal and investigative obligations. No reprisals or retaliation shall occur as the result of good faith charges of harassment.

A substantiated charge against a District staff member shall subject such staff member to disciplinary action which may include, but not be limited to, discharge, consistent with the Public School Code of 1949, as amended, and any applicable employment agreements.

Appendix1632

The term "harassment" includes, but is not limited to, slurs, jokes, or other verbal, graphic or physical conduct relating to an individual's race, color, religion, ancestry, gender, gender identity, sexual orientation, national origin, age or handicap/disability.

"Ethnic harassment" includes the use of any derogatory word, phrase or action characterizing a given racial or ethnic group that creates an offensive educational environment.

"Sexual harassment" shall consist of unwelcome sexual advances, requests for sexual favors, and other inappropriate verbal or physical conduct of a sexual nature when:

1. Acceptance of unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature is a term or condition of an individual's employment.

2. Submission to or rejection of such advances/conduct is the basis for employment decisions affecting the individual.

3. Such conduct has the purpose or effect of creating an intimidating, hostile or offensive working environment.

Examples of sexual harassment include, but are not limited to, sexual flirtations, advances, touching or propositions; verbal abuse of a sexual nature; graphic or suggestive comments about an individual's dress or body; sexually degrading words to describe an individual; sexual jokes, pin-ups, calendars, objects, graffiti, vulgar statements; abusive language; sexual innuendoes; references to sexual activities; overt sexual conduct, or any such conduct that has the effect of unreasonably interfering with an employee's ability to work or which creates an intimidating, hostile or offensive learning or working environment.

In determining whether alleged conduct constitutes harassment, the totality of the circumstances, the nature of the conduct and the context in which the alleged conduct occurred shall be investigated.

Each employee shall be responsible for respecting the rights of students, their co-workers, and outside contractors and vendors and for ensuring and maintaining an atmosphere free from all forms of unlawful harassment.

The Superintendent of Schools and/or his/her designee shall be responsible for developing a written procedure by which complaints of harassment shall be reported and investigated. Such procedure shall provide for the following:

1. Specifics as to how complaints should be filed and with whom.

2. That a complainant immediately be informed of his/her rights under this policy and the law and of the complaint process in general.

3. That a written report be generated by the individual conducting the investigation; said report to be provided to the complainant, the accused, the Superintendent of Schools and others directly involved as appropriate.

4. An appeal process to be utilized if the complainant or accused is not satisfied with the decision rendered by the individual responsible for the investigation.

It is the expectation of the Board that all employees who have been harassed will report promptly such incidents in accordance with the procedure to be developed by the Superintendent of Schools and/or his/her designee.

Appendix1633

## ADMINISTRATIVE GUIDELINES
### Unlawful Harassment

Pursuant to Board Policy Nos. 248, 348, 448 and 548, the Board of School Directors of the Pennridge School District expressly prohibits harassment on the basis of race, color, religion, ancestry, gender, gender identity, sexual orientation, national origin, age or handicap/ disability.

Under the aforementioned policies, students and employees are responsible for respecting the rights of others and for ensuring and maintaining an atmosphere free from all forms of unlawful harassment. Accordingly, it is the expectation of the Board of School Directors that all professional employees who have been harassed will report promptly such incidents in accordance with the following procedure:

Step I – Reporting Harassment

A professional employee, who believes that he/she has been subjected to harassment of any kind, shall *immediately* report the same, orally or in writing, to the Director of Human Resources, who shall notify the professional employee, verbally and in writing, of his/her rights and of the complaint process in general. The format for the written notice is attached hereto as Exhibit "A." (If the complaint of harassment is leveled against the Director of Human Resources, the complaint initially should be registered with the Assistant to the Superintendent for Personnel, Instruction and Staff Development who will conduct an investigation and generate the required report.)

Step II – Investigation

The Director of Human Resources immediately shall notify the Superintendent of Schools of the complaint and shall conduct an impartial, thorough and confidential investigation of the alleged harassment.

In determining whether alleged conduct constitutes harassment, the totality of the circumstances, the nature of the conduct and the context in which the alleged conduct occurred shall be investigated.

An investigative file with the following information should be maintained:

1. Name, address, telephone number, work/school site, age, date of birth and gender of complainant.

2. Written verification that complainant received a copy of the "Notice to Individuals Complaining of Unlawful Harassment" and the date such notice was provided.

3. Name, address and telephone number of Investigator(s).

4. Nature of complaint as described by complainant, including, but not limited to, the date the complaint was made, the date(s) of the alleged harassment, a description of the conduct which resulted in the complaint, the identify of all participants in the alleged improper conduct, and the identity of any and all witnesses.

5. Remedy being sought by the complainant. (Advisory only)

6. Specifics as to the complainant's viewpoint with respect to confidentiality.

7. Specific steps taken in the investigation, including dates, times and the particular action taken on the listed dates and times.

53

Appendix1634

8.  Name, address, telephone number, work site, age, date of birth and gender of the accused.

9.  Explanation of the incident as perceived by the accused.

At some point during the investigative process, the Director of Human Resources shall, if feasible, arrange a meeting between the complainant and the accused in an attempt to amicably remedy the situation. Both the complainant and the accused may have association representation of their choosing at this meeting and at their own expense. A written record of the meeting, including the subject thereof and the names of those present, shall be part of the complete investigative record. A summary of this written record also should be included in the written report prepared by the Director of Human Resources at the conclusion of his/her investigation.

## Step III – Written Report

Upon concluding the investigation, the Director of Human Resources, within five (5) working days after such investigation has been concluded, shall prepare a written report summarizing the investigation and recommending disposition of the complaint. Copies of the report shall be provided to the complainant, the accused, the Superintendent of Schools, and others directly involved, as necessary.

## Step IV – Appeals Process

If the complainant or accused is not satisfied with the decision rendered by the Director of Human Resources, he/she may file a written appeal within ten (10) working days to the Superintendent of Schools. Should the complainant or the accused be the Superintendent of Schools, the written appeal shall be made to the Assistant to the Superintendent for Instruction who will conduct a review and/or investigation and generate the required report.

Upon receiving such written appeal, the Superintendent of Schools or designee shall review the initial investigative file and report. He/She may also conduct further investigation in his/her discretion. Such additional investigation may include an administrative conference with the complainant and the accused. If such a conference is called, written notice shall be made to each individual at least three (3) working days before the date of said conference. Both the complainant and the accused may have a representative of their choosing at this meeting at their expense.

At the conclusion of the Superintendent's or designee's review and additional investigation, if necessary, the Superintendent of Schools shall prepare a written response to the appeal. Copies of the response shall be provided to the complainant, the accused, the Director of Human Resources and others directly involved, as appropriate.

## Step V – Disciplinary Action

Should the matter be resolved in favor of the accused, no further action will be necessary. The investigative file and report shall be sealed and retained by the Director of Human Resources.

A substantiated charge against a District staff member shall subject such staff member to disciplinary action which may include, but not be limited to, discharge consistent with the Public School Code of 1949, as amended, and any applicable employment agreements.

Appendix1635

If it is concluded that an employee has made false accusations, such employee shall be subject to disciplinary action which may include, but not be limited to, discharge, consistent with the Public School Code of 1949, as amended, and any applicable employment agreements.

Miscellaneous

An individual hired to fill a position created as a result of staff discipline procedures will be considered a "substitute" employee until such time as the disciplinary procedures and any appeals thereof are resolved.

Nothing in this policy shall be construed to deny any person any rights he/she may possess under applicable employment agreements or any state or federal law.

## SOLICITATIONS OF THE STAFF

All personnel are asked to contribute to the United Fund by making voluntary contributions. Salesmen shall not be permitted to interrupt teachers at any time for a discussion of business, nor shall they be permitted to canvas the teachers at any time during school hours without the consent from the building principal.

## STAFF CONDUCT

The Penal Law of the Commonwealth of Pennsylvania absolutely prohibits the possession, use, sale, or gift of any narcotic. In accordance with this law, the Board enacts the following policy governing the use of drugs and narcotics:

1.  The possession, use, gift, or sale on school premises by a school employee, of any narcotic, drug, medicine or pill, chemical preparation, plant, seed or derivative thereof, of a hallucinogen, barbiturate, or amphetamine nature is strictly prohibited, except that possession of the same, together with evidence that the same has actually been prescribed by a duly licensed physician, shall not constitute a violation.

2.  Any employee violating this regulation or seeking to promote, encourage, aid, or abet any student in the violation of this policy, shall be referred to the Board for discharge under the laws and statutes, and further, the Superintendent, upon the advice and counsel of the school attorney, shall seek his/her prosecution for criminal facilitation.

3.  Personnel currently employed who are convicted in a court of law for violation of any laws pertaining to the abuse of drugs or the use of narcotics, whether or not said offense shall have occurred upon school premises, shall be treated in the same manner and effect if the offense had taken place upon school premises and punishable in like manner.

## STAFF PROTECTION

The Board recognizes its responsibility to afford reasonable support and assistance to employees with respect to their health and safety and to any legal proceeding which may be brought against the employees in the pursuit of their assigned responsibilities. The Board also encourages employees to take whatever legal and prudent action is necessary to assure that attacks on their physical well-being and their professional integrity be discouraged.

Employees may intervene in matters of discipline involving disruptive students and/or unauthorized visitors. The degree of the intervention shall be as reasonably and prudently necessary to restore order and to protect the safety of the participants and surrounding persons. Great restraint should be employed

Appendix1636

before any force is actually used. It should not be used as a means of discipline but only to protect the safety of the participants and surrounding persons.

Any employee who incurs injury while intervening within the guidelines as set forth above shall be compensated by the Board for reasonable and necessary medical expenses resulting directly from the intervention and which are not reimbursed through hospitalization coverage provided by the Board. Such employee shall not suffer any loss of compensation for time lost from school duties resulting directly from the intervention. Such compensation shall be reduced by any payments made pursuant to the Workmen's Compensation Law and any other third party reimbursement to the employee provided by the School District or any policy of insurance purchased by the School District.

The Board shall reimburse any staff member for loss, damage or destruction of clothing or personal property of the staff member incurred while intervening within the guidelines as set forth above. The reimbursement will not exceed a total sum of $500.

If any employee is complained against or sued as a result of any legal, reasonable, and prudent action taken by the employee while in pursuit of his employment, the Board shall provide legal counsel and pay for all costs which in the opinion of legal counsel are reasonably necessary for the proper defense of the employee. No action shall be taken toward an employee nor shall any notice thereof be included in said employee's file, unless such matter is properly reported in writing to the employee concerned.

In reporting cases of assault, the following procedures are to be adhered to:

1. Employees must orally furnish the building principal with full particulars as promptly as time allows and immediately thereafter file a written report.

2. Such reports must contain five items of information:
   (a)   Who did it?
   (b)   What did they do?
   (c)   When did it happen?
   (d)   Where did it happen?
   (e)   Why did it happen?

3. The principal shall investigate each incident and take appropriate action.

4. Following the principals' investigation, he/she shall immediately contact the Superintendent.

5. The Superintendent shall act in appropriate ways as liaison between the teacher and law enforcement officials.

6. If civil or criminal charges are to be filed, the employee, not the Superintendent nor the school, must initiate such proceedings.

7. The Superintendent or his designee, at his/her discretion, may request necessary assistance from law enforcement officials and/or the court.

## STUDENT GIFTS TO STAFF MEMBERS

Students shall be discouraged from the routine presentations of gifts to staff members on occasions such as Christmas, at the close of sports season, and other extracurricular productions.

Appendix1637

Where a student or student group feels a spontaneous desire to present a gift to a staff member, the gift shall not be elaborate or unduly expensive. Expressions of gratitude and appreciation orally or in writing shall be encouraged as being equally appropriate rewards. The provisions herein shall not be interpreted to discourage acts of generosity in unusual situations and shall not be regarded as a violation of this policy.

## STUDENT RECORDS

The records of students are confidential and must be made available to parents/guardians upon written request. The records may not be released to a third party without the written consent of the parents/guardians. The Director of Pupil Services is responsible for the supervision of the designated personnel who are responsible for the maintenance and security of student records. Student records will be secured as follows:

| Record/Report | Elementary Schools | Secondary Schools |
|---|---|---|
| Attendance Records | Principal's Office | Principal's/Attendance Offices |
| Cumulative Records | Principal's Office | Records Room |
| Guidance Records | Principal's/Guidance Offices | Guidance Office |
| Health Records | Nurse's Office | Nurse's Office |
| Discipline Reports | Principal's Office | Principal's/Asst's. Office |
| Reports of Psychologist, Psychiatric, and I.U. | Principal's/Counselor's Offices | Guidance Office/ Psychologist's Office Records Room |

A student's permanent record, without the consent of the parents/guardians or student, may be released to other school officials including teachers, within the district who have a legitimate educational interest and officials of other schools in which the student intends to enroll.

A parental permission form is required to release student records to institutions of higher learning and their representatives, scholarship programs and their agencies, employers and employment agencies, armed forces, and any other third party.

Student information will be released to law enforcement agencies only with the written consent of the parents, student, or by subpoena.

Special permission forms are required to release information to private psychological and psychiatric organizations; welfare, charitable, and governmental agencies; credit agencies; and individuals for student case studies.

Unless approved by the School Board, no general student statistical information will be released for research projects involving doctoral candidates, educational groups, and outside profit and non-profit agencies.

The student, his/her parents/guardians, or their legal representative may have access to the student's official school record. However, if the student is 21 years or older or over the age of 18 and emancipated, his/her parents/guardians shall not have access to the records unless there is an expressed written consent from the

Appendix1638

student. When a student reaches age 18, no longer attending high school, is married (whether age 18 or not), his/her consent alone is required to release information. At age 18, the consent of both parents and student is required unless the student is away from home, married, and no longer dependent upon support from his/her parent/guardian. Then his/her consent alone will be adequate.

It is not possible to obtain the separate consent of every parent for every data gathering process. Therefore, the Pennridge School Board has granted school officials the right to collect data and maintain files on individual students for educational purposes.

## STUDENT-STAFF RELATIONS

The Pennridge School Directors concur with the principles on the Code of Ethics of the Education Profession adopted by the NEA Representative Assembly, July 1968 on staff commitment to students.

The educator measures his/her success by the progress of each student toward realization of his/her potential as a worthy and effective citizen. The educator, therefore, works to stimulate the spirit of inquiry, the acquisition of knowledge and understanding, and the thoughtful formulation of worthy goals. In fulfilling his/her obligation of the student, the educator:

1. Shall not without just cause restrain the student from independent action in his/her pursuit of learning, and shall not without just cause deny the student access to varying points of view.

2. Shall not deliberately suppress or distort subject matter for which he/she bears responsibility.

3. Shall make reasonable effort to protect the student from conditions harmful to learning or to health and safety.

4. Shall conduct professional business in such a way that he/she does not expose the student to unnecessary embarrassment or disparagement.

5. Shall not on the ground of race, color, national origin, religion, sex, or handicap exclude any student from participation in or deny him/her benefits under any program, nor grant any discriminatory consideration or advantage.

6. Shall not use professional relationships with students for private advantage.

7. Shall keep in confidence information that has been obtained in the course of professional service, unless disclosure serves professional purposes or is required by law.

8. Shall not tutor for remuneration students assigned to his/her classes, unless no other qualified teacher is reasonably available.

## SUPERVISION OF STUDENTS

It is part of the teacher's contractual duties and responsibilities to supervise students. There are some functions which require the services of all members of the faculty. The administration shall make all teachers aware of these duties.

**Extra-Curricular Activities**

Appendix1639

Because it will be virtually impossible to conduct student activity programs if faculty members will refuse to chaperone or supervise them, teachers will be expected to assist in sponsoring these activities on a voluntary basis. If responsibilities warrant it, the School Board may remunerate a teacher for these extra services.

### Textbooks

All textbooks are furnished by the school. Textbooks are supposed to last at least five years if cared for properly. Teachers should note in their role books the textbook number and the condition of the textbook issued beside each student's name. When the book is turned in by the student, the teacher should allow for reasonable wear. Students who cause unnecessary damage to their textbooks will be fined. The amount shall be determined by the building principal.

## TENURE

A Temporary Professional Employee initially employed by Pennridge School District on or after June 30, 1996, whose work has been certified by the District Superintendent to the Secretary of the School Board, during the last four (4) months of the third year of such continuous service in the district, as being satisfactory shall thereafter be a Professional Employee. A temporary employee needs to receive two (2) semi-annual evaluations each of the three (3) years. A Temporary Professional Employee whose service has been interrupted due to approved absence of more than 45 days shall have the date of their eligibility for tenure adjusted accordingly.

Service as a substitute teacher is not credited towards the three years required for tenure.

## TRAVEL EXPENSES

Teachers and other professional employees who are assigned to teach in two or more buildings on the same day, shall be compensated at the rate of 36.5 cents per mile for the necessary travel from building to building. They shall not be compensated for travel from home to the first building in which they have duties, nor for travel from the last building in which they work to their home at the close of the day.

The mileage traveled each month shall be reported to the appropriate building principal or building administrator on the last day of each month. Payment will be made after the bills are approved at a regularly scheduled School Board meeting.

Building principals and administrators will be compensated at the rate of 36.5 cents per mile only for travel incurred on official school business, not for travel such as to P.T.A. meetings and School Board meetings.

Appendix1640

# STUDENT POLICIES

## RIGHTS AND RESPONSIBILITIES

The Pennridge School Board believes that genuine student involvement requires responsible action. Student responsibilities include regular school attendance, conscientious effort in classroom work, and conformance to school rules and regulations. Most of all, students share with the administration and faculty a responsibility to develop a climate within the school that is conducive to wholesome learning and living. No student has the right to interfere with the education of his/her fellow students. It is the responsibility of each student to respect the rights of teachers, students, administrators, and all others who are involved in the educational process. Students should express their ideas and opinions in a respectful manner so as not to offend or slander others.

It is the responsibility of the students to:

1. Be aware of all rules and regulations for student behavior and conduct themselves in accord with them.

2. Be willing to volunteer information in matters relating to the health, safety, and welfare of the school community and the protection of school property.

3. Dress and groom themselves so as to meet fair standards of safety and health, and so as not to cause substantial disruption to the educational processes.

4. Assume that until a rule is waived, altered, or repealed, it is in full effect.

5. Assist the school staff in operating a safe school for all students enrolled therein.

6. Be aware of and comply with state and local laws.

7. Exercise proper care when using public facilities and equipment.

8. Attend school daily, except when excused, and be on time at all classes and other school functions.

9. Make all necessary arrangements for making up work when absent from school.

10. Pursue and attempt to complete satisfactorily the courses of study prescribed by state and local school authorities.

11. Avoid inaccuracies in student newspapers or publications and indecent or obscene language.

## ABSENCES OF STUDENTS

The School Laws of Pennsylvania classify all absences as unlawful except for the following basic reasons: illness of student, death in the immediate family, quarantine, exceptionally urgent reasons such as affect the student, and impassable roads.

It is the duty of the teacher or attendance officer to report to school authorities any student who has been three or more days unlawfully absent.

Appendix1641

A total of three days of unlawful absences constitutes a first offense, and parents, guardians, or persons in parental relation are warned that the next unexcused absence will be considered a second offense which automatically requires that school authorities initiate prosecution proceedings against the offenders in accordance with Section 1333 of the School Laws of Pennsylvania.

**Excused and Unexcused Absences**

This statement of policy should cover all but the most unusual absences. If a case should arise in which the classroom teacher or attendance officer is in doubt, the building principal should be consulted. The Superintendent will make the final decision in cases which cannot be decided otherwise.

| **Excused** | **Unexcused or Unlawful** |
|---|---|
| 1. Illness | 1. Missed bus |
| 2. Quarantine | 2. Overslept |
| 3. Death in immediate family | 3. Shopping |
| 4. Impassable roads | 4. Appointments with hair dresser |
| 5. Weather so inclement as to endanger the health of the student | 5. Working, home or elsewhere, except in family emergency |
| 6. Emergency at home (parents suddenly ill, farm work, etc.) provided school is notified by telephone | 6. Absence on a day when student worked before or after school hours whether under a work permit or not |
| 7. Job interviews approved in advance by attendance officer | 7. Truancy (willful absence by student) |
| 8. College interviews or visits approved in advance by the guidance office | 8. Hookey (absence kept secret from parents) |
| 9. Medical appointments | 9. Absence after the last day of suspension of student |
| 10. Dental appointments, esp. orthodontist appts. | 10. Illness or physical disability not covered by a doctor's or dentist's note when such has been demanded because of repeated absences |
| 11. Driver's license tests approved in advance by attendance officer (last period only) | |
| 12. Student participation in a program (4-H, TV, radio, etc.) | |
| 13. Observance of bona fide religious holidays of a particular religious group with which the student and/or parents/guardians are affiliated or refrain from usual secular duties to | |

61

Appendix1642

observe.

## Failure to Present Excuse

Elementary Schools - students are expected to bring in an excuse following an absence. Failure to bring in an excuse within three days of absence may result in absence being declared unlawful.

Secondary Schools - if a student fails to bring in the excuse when he/she returns to school following an absence, he/she shall be told that if he/she does not present an excuse by the close of school on the third day, the absence shall be declared unexcused or unlawful. Unexcused absences can have a negative effect on a student's grades. Administrative guidelines may be established to identify academic penalties for unexcused absences.

### Absence on Religious Holidays

A student may be excused from school for observance of bona fide religious holidays by particular religious groups in accordance with the following procedure:

1. For the full or part time excusal of a student from school or a session of school to observe a religious holiday with his/her family, it is necessary that the student present a written request by the parent/guardian to the school official.

2. A student's absence from school for religious holidays should be recorded as an excused absence.

3. No student who is absent from school because of religious holidays shall be deprived of an award, or eligibility, or opportunity to compete for any award because of such absence for a religious holiday.

4. If a student misses a test to observe a religious holiday with his/her family, he/she must be given the right to take an alternate test or examination, etc.

## ACCIDENTS AND INJURY OF STUDENTS

When an accident involving a student or students occurs, the faculty member who is present must assume immediate responsibility for the complete protection of the injured student or students. It is the faculty member's responsibility to take all actions necessary to completely eliminate any charge of negligence.

The procedures to be followed are:

1. If the injury is of a serious nature, the school nurse and the school principal shall be notified immediately.

2. If the accident seems to be major, such as involving the neck or spinal cord, or if a bone appears to be broken, the injured student shall not be moved until the school nurse arrives at the scene of the accident. If the school nurse believes the student should not be moved, the student shall remain at the scene of the accident until a doctor arrives or upon the arrival of an ambulance.

3. If the accident is major in nature, the school nurse shall immediately notify the parents. If the nurse is unable to contact the student's parents, the family doctor listed on the School Emergency Data Card or school doctor may be notified. All emergency

62

resources will be utilized at the discretion of the school nurse and building administrator.

In all cases a written report of the accident shall be sent to the office of the principal. A form for this purpose is available in the principal's office.

## DRESS AND GROOMING

The Board recognizes that each student's mode of dress and grooming is a manifestation of personal style and individual preference. The Board will not interfere with the right of students and their parents to make decisions regarding their appearance except when their choices affect the educational program of the schools or the health and safety of others.

All students are expected to be neat, clean, fully-clothed and well-groomed at all times. The following guidelines will be enforced by the administration:

1. All clothes should be clean, neat, in good repair and in good taste.
2. Students may not wear destructive clothing or footwear, (i.e. rivets, cleats, ornamental belts, etc.) which may damage school property or jeopardize the safety of the student or others.
3. Offensive and unsavory slogans, expressions, etc. are not to be worn on clothing. Drug, tobacco and alcohol symbols and expressions are prohibited.
4. "Muscle shirts" or garments exposing the stomach, are not to be worn.
5. Any attire which the administration considers to be an impediment to the quality of instruction or jeopardizes the safety of the student or others shall not be permitted.
6. Students may wear shorts of appropriate length. The length of shorts must exceed the length of the student's fingertips when standing with arms at the side. "Spandex," cycling or boxer shorts may not be worn as outer clothing.

Principals shall suspend any and all pupils who persist, after warning, in disregarding any of the above. Such suspension shall continue until such time as the student presents him/herself for readmission to class, having corrected and given assurances that s/he will not repeat the conditions of dress or personal appearance which were the cause of the suspension.

Each Principal will be responsible for publishing proper dress and grooming guidelines that conform to this policy. This written publication shall be distributed to all students and parents at the beginning of each school year.

## DRUG AND ALCOHOL AWARENESS

The Board, recognizing that the misuse of chemicals is a serious problem with legal, physical, emotional and social implications for the whole school community, adopts the position that students must be chemically free in order to develop in the most productive and healthy manner.

It is therefore this district's policy to prevent and prohibit the possession and/or use, distribution, and/or intent of distribution of an illegal, illicit or controlled substance, drug, device, mood-altering chemical, medication, or abused chemical not approved by the health office on school property, at school sponsored events, on school busses and enroute to and from school by any mode of travel.

Such prevention and/or prohibition shall occur through a three-faceted program including (1) education, (2) prevention and (3) intervention.

Prescribed and "over-the-counter" medications and drugs brought to school must be registered with and taken in the presence of the school nurse, medical/nursing assistant or designee or returned to the student

Appendix1644

for self-administration if, in the judgment of the nurse or medical/nursing assistant this action is warranted. Medication, not to exceed one day's use where practical, shall be brought to school. District medication forms AM-16, AM-16-A1, and AM-16-B1 must be completed by the parent/guardian and the attending physician, dependent upon the medication. These forms must accompany all medications. All prescribed medications must be delivered to school by the parent or adult designee.

Violations of this policy include possession, use, sale or distribution of chemicals as defined and described within the parameters of this policy. The consequences of such violations may result in permanent expulsion from school by the Board.

This policy will be implemented through the cooperative efforts of the faculty, administration, school support staff, students, parents/guardians, and community agencies of the district.

This policy authorizes the establishment of the Pennridge Student Assistance Program and the Pennridge Student Assistance Core Teams. A Core Team will be the school-based intervention group to which "at-risk" students may be referred. A Core Team will include two teachers, one school nurse, one building-level administrator and one district office administrator (ad hoc member). There shall also be two ex-officio members -- one representative from the Bucks County Council on Alcoholism, Inc. and one representative from the BSU (Base Service Unit) for Mental Health.

AFTERCARE GROUP is a supportive group which helps students returning from treatment to follow their aftercare (or after treatment) programs and remain abstinent.

AT-RISK STUDENTS are those students who display deviant behavioral patterns which may be symptoms of deeper problems caused by physical illness, social and emotional maladjustment or a troubled environment. These deeper problems may hinder students' education and social growth. Such maladaptive behaviors may include but are not limited to vandalism, school failure, drug/alcohol abuse, pregnancy, runaways.

CHEMICAL AWARENESS GROUP involves voluntary enrollment by student or family, with the school administration reserving the right to require participation for any student who violates the DRUG AND ALCOHOL POLICY.

CONFIDENTIALITY between students and guidance counselors, school nurses, school psychologists, home and school visitor, and staff shall be respected and no confidential communication made relative thereto without the consent of the student or his/her parent/guardian unless the best interests of the student can be served only by doing so or the subject of that confidentiality presents a clear and present danger to the school community.

CONFISCATION occurs when there is probable cause to believe that the student is in the possession of drugs or mood-altering chemicals. There is an obligation to search for and seize chemicals or substances by the building administrator(s) or designee. This search will include school lockers, cars on school property, clothing, purses, book bags, books and other personal property. Reasonable efforts will be made to secure the student's voluntary consent and to have the student present at the time of search.

CONTROLLED SUBSTANCE, DRUG, DRUG PARAPHERNALIA, ALCOHOL OR COUNTERFEIT DRUG shall have the meanings given to them as defined in the act of September 27, 1961 (P.L. 1700, No. 69), known as the Pharmacy Act, or the act of April 14, 1972 (P.L. 233, No. 64), known as the Controlled Substance, Drug, Device and Cosmetic Act and the act of April 12, 1951 (P.L. 90, No. 21), known as the Liquor Code.

COOPERATIVE BEHAVIOR is the willingness of a student to work with staff and school personnel in a reasonable and helpful manner, complying with requests and recommendations of said staff.

Appendix1645

CORE TEAM is a multi-disciplinary team composed of school personnel (teachers, administrators, school nurses). This team will be trained to understand and work on the issues of adolescent chemical use, abuse, and dependency, as well as mental health issues. The Core Team will play a primary role in the identification and referral process of students coming to their attention through the procedures outlined in this policy.

DRUGS OR MOOD-ALTERING CHEMICALS shall include any alcohol or malt beverage, controlled substance, under state or federal law, look-alikes, or illegal or abused substance or medication not approved and registered by the health office, and any substance which is intended to alter mood.

ILLEGAL AND ILLICIT DRUGS shall include any chemicals or substances prohibited by state or federal law to be in the possession of citizens or students, and/or permitted under such laws only upon medical prescription.

SCHOOL PROPERTY shall include not only the actual buildings, facilities and grounds on the school campus, but also school busses, school parking areas, and any facility being used for a school function.

STAFF shall be defined as any administrator, school nurse, teacher, guidance counselor, support staff (secretaries, custodians, cafeteria staff, and the bus drivers), employees of any contracted group who work with students, athletic coach or other educational or medical employee employed by the district.

STUDENT CONTRACT PROCEDURE is a written agreement between a student and a teacher which is intended to help the student improve some aspect of classroom performance.

UNCOOPERATIVE BEHAVIOR shall be defined as any resistance or refusal, either verbal, physical, or passive, on the part of the student to comply with the reasonable request or recommendation of a staff member at the time that the student is apprehended using, or in the possession of drugs or mood-altering chemicals. Defiance, assault, and deceit shall constitute examples of uncooperative student behavior.

It shall be the responsibility of the Core Team in any school of the Pennridge School District to:

1. Develop a program which facilitates the identification of "chemically involved" students in the school.
2. Provide a means of intervening in a student's chemically dependent lifestyle within the school community.
3. Develop a mechanism to refer "at-risk" students into a valid drug and alcohol treatment system and/or mental health program.
4. Focus on the behavior of "at-risk" students related to school performance and in-service the school's faculty and support staff on methods of identifying such behaviors and initiating a means of intervening in this self-destructive life-style.
5. Develop a relationship with the parents of students in the school community which offers an opportunity for support and alternatives in dealing with an "at-risk" student.
6. Develop a mechanism of peer and self-referral for the "at-risk" student within the school community which provides for positive response and referral to an effective intervention/treatment system.

The following chart outlines the appropriate responses for affected school personnel in dealing with drug and alcohol problems with students. It is understood that failure of a student to abide by the terms stipulated by the Core Team and/or outside referral agencies may result in a recommendation for expulsion from school. Such terms may include participation in a school-based chemical awareness program or an intervention program provided by an outside agency.

Appendix1646

## ARTICLE I

A student volunteers information about personal drug or alcohol use to a staff member and asks for help.

<u>Immediate Action</u> – The student is informed of the services available and that a referral will be made to the Core Team. The student is also informed that no punitive action will be taken as a result of this referral.

<u>Investigation</u> – The staff member must contact a member of the Core Team as soon as possible. Appropriate intervention procedures will be followed by the Core Team.

<u>Notification of Parents</u> – Parents will be notified if there is clear and imminent danger to the student.

<u>Confidentiality</u> – Information shall be restricted to those with a need to know as mandated by school policy.

<u>Discipline</u> – Assistance will be available.

<u>Notification of Police</u> – Not applicable.

## ARTICLE II

A student volunteers information about drug or alcohol use of another student to a staff member.

<u>Immediate Action</u> – The referred student is informed of the services available and that a referral will be made to the Core Team. The student is also informed that no punitive action will be taken as a result of this referral.

<u>Investigation</u> – The staff member must contact a member of the Core Team as soon as possible. Appropriate intervention procedures will be followed by the Core Team.

<u>Notification of Parents</u> – Parents will be notified if there is clear and imminent danger to the student.

<u>Confidentiality</u> – Information shall be restricted to those with a need to know as mandated by school policy.

<u>Discipline</u> – Assistance will be available.

<u>Notification of Police</u> – Not applicable.

## ARTICLE III

A staff member is concerned about inappropriate behavior, poor class performance, tardiness, absenteeism, etc., which may or may not be related to drug and/or alcohol use.

<u>Immediate Action</u> – The staff member determines whether s/he can handle the situation or should refer it to a grade level counselor and/or administrator. Prior to referral, the teacher will:

1. Observe and record inappropriate behaviors.
2. Discuss concerns (inappropriate behavior) with student.
3. Ask for a change in the student's behavior(s), possibly through contract procedure.
4. Evaluate behavior again in two to four weeks.

66

Appendix1647

5.   Confer with student's grade level guidance counselor and/or administrator regarding behavioral problem, if no satisfactory change occurs.

6.   Refer to Core Team if behavioral problems remain unresolved and drug or alcohol use is suspected.

<u>Investigation</u> – Core Team may investigate.

<u>Notification of Parents</u> – Parents will be notified immediately.

<u>Confidentiality</u> – Information will be restricted to those with a need to know as mandated by school policy.

<u>Disposition of Substance</u> – Not applicable.

<u>Disposition of Student</u> – Student may be referred to the Core Team.

<u>Discipline</u> – Unless behavior is in violation of school discipline policy, disciplinary action is not required.

<u>Notification of Police</u> – Police will be informed in circumstances required by the discipline code.

## ARTICLE IV

The student demonstrates symptoms of possible drug or alcohol abuse (staggering, slurred speech, incoherence, dazed appearance, inability to respond, vomiting, unconsciousness, etc.); this situation will be handled as a medical emergency.

<u>Immediate Action</u> – All standard health and first aid procedures will be followed.  The student shall not be left alone.

<u>Investigation</u> – If drug or alcohol use is confirmed, the principal or authorized delegate is responsible for initiating the investigation procedures normally employed when a student is apprehended for drug/alcohol use or possession.  See Articles III, IV or V.

<u>Notification of Parents</u> – The parents/guardians will be contacted immediately and the situation described.

<u>Confidentiality</u> – Information will be restricted to those with a need to know as mandated by school policy.

<u>Disposition of Substance</u> – If a substance is discovered at the time of the emergency, it will be provided to the appropriate medical personnel for the sole purpose of aiding in treatment.  Substance will then be sealed, documented, and submitted to the police for analysis.

<u>Disposition of Student</u> – If involvement is not confirmed, standard school health procedures will be followed.  If drug and/or alcohol use is confirmed, the procedures in Articles V, VI, or VIII will be followed.

<u>Discipline</u> – If drug and/or alcohol is in use, discipline will be determined by whether this is a first, second offense, etc. as specified in Articles V, VI or VIII.

<u>Notification of Police</u> – In cases of drug and/or alcohol abuse, police must be notified.

Appendix1648

## ARTICLE V

The student is in possession of drug(s) and/or alcohol for the first time and is cooperative with the investigation.

Immediate Action – School personnel will confiscate the drug(s) and/or alcohol, escort the student to the principal's office or summon the principal or his/her designee.

Investigation – The principal or designee will request that the student empty his/her pockets and/or purse and volunteer all drug-like substances. The student's person, locker, desk, and all personal property will be searched according to policy. The student shall not be left alone.

Notification of Parents – The principal or designee will contact the parent/guardian immediately and describe the situation. The principal will attempt to provide the parent/guardian with an opportunity to be present when police are involved.

Confidentiality – Information will be restricted to those with a need to know as mandated by school policy.

Disposition of Substance – If a substance is discovered at the time of the incident, it will be provided to the appropriate medical personnel for the sole purpose of aiding in treatment. Substance will then be sealed, documented, and submitted to the police for analysis.

Disposition of Student – Student will be referred to Core Team to investigate student's background and make findings known to parents/guardians, counselors, assessment counselor and principals.

Discipline – Minimum – five (5) days in-school suspension or Maximum – five (5) days out-of-school suspension. Possible referral to Board for expulsion hearing.

Notification of Police – In cases of drug and/or alcohol abuse, police must be notified.

Re-entry Conference – The grade-level administrator or designee and possibly a member of the Core Team will confer with the parents/guardians before the student re-enters school.

## ARTICLE VI

The student is caught with drug and/or alcohol for the first time and is uncooperative with the investigation.

Immediate Action – School personnel will confiscate the drug and/or alcohol, escort student to the principal's office or summon the principal or his/her designee.

Investigation – The principal or designee will request that the student empty his/her pockets and/or purse and volunteer all drug-like substances. The student's person, locker, desk, and all personal property will be searched according to policy. The student shall not be left alone.

Notification of Parents – The principal or designee will contact the parent/guardian immediately and describe the situation. The principal will attempt to provide the parent/guardian with an opportunity to be present when police are involved.

Confidentiality – Information will be restricted to those with a need to know as mandated by school policy.

Appendix1649

<u>Disposition of Substance</u> – If a substance is discovered at the time of the incident, it will be provided to the appropriate medical personnel for the sole purpose of aiding in treatment. Substance will then be sealed, documented, and submitted to the police for analysis.

<u>Disposition of Student</u> – Student will be referred to Core Team to investigate student's background and make findings known to parents/guardians, counselors, assessment counselor and principals.

<u>Discipline</u> – Minimum – seven (7) to Maximum – ten (10) days out-of-school suspension. Possible referral to Board for expulsion hearing.

<u>Notification of Police</u> – In cases of drug and/or alcohol abuse, police must be notified.

<u>Re-entry Conference</u> – The grade-level administrator or designee and possibly a member of the Core Team will confer with the parents/guardians before the student re-enters school.

## ARTICLE VII

The student is found using, in possession of, or suspected to be under the influence of a drug and/or alcohol when attending, as a participant or spectator, any school sponsored function on or off school property, including any extra-curricular event at another school district, school, or public/private location.

<u>Immediate Action</u> – The group sponsor or accompanying administrator will be notified. Security will be summoned if necessary.

<u>Investigation</u> – Police or security will be notified and assistance requested. The sponsor or administrator will request that the student empty his/her pockets and/or purse and volunteer all drug-like substances. The student shall not be left alone.

<u>Notification of Parents</u> – The parents/guardians will be contacted immediately and the situation described. The parent/guardian will be requested to transport the student home. If parents/guardians are unable or unwilling to transport student, police will be contacted and the student will be placed in their custody.

<u>Confidentiality</u> – Information will be restricted to those who need to know as mandated by school policy.

<u>Disposition of Substance</u> – If a substance is discovered at the time of the incident, it will be provided to the appropriate medical personnel for the sole purpose of aiding in treatment. Substance will then be sealed, documented, and submitted to the police for analysis.

<u>Disposition of Student</u> – The student will be referred to the Core Team which will investigate his/her background and make findings known to parents/guardians, counselors, assessment counselors, and principals.

<u>Discipline</u> – Discipline will be determined by whether this is a first, second offense, etc. Refer to Articles V, VI or VIII as appropriate.

<u>Notification of Police</u> – In cases of drug and/or alcohol abuse, police must be notified.

## ARTICLE VIII

The student is caught with drugs and/or alcohol for the second time in grades 7-12.

Appendix1650

<u>Immediate Action</u> – School personnel will confiscate the drugs and/or alcohol, escort student to the principal's office or summon the principal or his/her designee.

<u>Investigation</u> – The principal or designee will request that the student empty his/her pockets and/or purse and volunteer all drug-like substances. The student's person, locker, desk, and all personal property will be searched according to policy. The student shall not be left alone.

<u>Notification of Parents</u> – The principal or designee will contact the parent/guardian immediately and describe the situation. The principal will attempt to provide the parent/guardian with an opportunity to be present when police are involved.

<u>Confidentiality</u> – Information will be restricted to those with a need to know as mandated by school policy.

<u>Disposition of Substance</u> – If a substance is discovered at the time of the incident, it will be provided to the appropriate medical personnel for the sole purpose of aiding treatment. Substance will then be sealed, documented, and submitted to the police for analysis.

<u>Disposition of Student</u> – The student will be referred to the Core Team to investigate student's background and make findings known to parents/guardians, counselors, assessment counselor and principals.

<u>Discipline</u> – Minimum – ten (10) days out-of-school suspension and referral to Board for expulsion hearing.

<u>Notification of Police</u> – In cases of drug and/or alcohol abuse, police must be notified.

<u>Re-entry Conference</u> – The grade-level administrator or designee and possibly a member of the Core Team will confer with the parents/guardians before the student re-enters school.

**ARTICLE IX**

The student is caught in the process of distributing drug(s) and/or alcohol to anyone.

<u>Immediate Action</u> – School personnel will confiscate the drug(s) and/or alcohol, escort student to the principal's office or summon the principal or his/her designee.

<u>Investigation</u> – Police will handle from legal point of view. Core Team will gather data, assess and plan for intervention process with all involved.

<u>Notification of Parents</u> – The principal or designee will contact the parent/guardian immediately and describe the situation. The principal will attempt to provide the parent/guardian with an opportunity to be present when police are involved.

<u>Confidentiality</u> – Information will be restricted to those with a need to know as mandated by school policy.

<u>Disposition of Substance</u> – If a substance is discovered at the time of the incident, it will be provided to the appropriate medical personnel for the sole purpose of aiding in treatment. Substance will then be sealed, documented, and submitted to the police for analysis.

Appendix1651

<u>Disposition of Student</u> – The student will be referred to the Core Team which will investigate his/her background and make findings known to parents/guardians, counselors, assessment counselor and principals.

<u>Discipline</u> – Ten (10) days out-of-school suspension and referral to Board for expulsion hearing.

<u>Notification of Police</u> – In cases of drug and/or alcohol abuse, police must be notified.

## PROHIBITION OF ANABOLIC STEROIDS

Eligibility for participation in school athletics shall be limited. No student, if tested positive for anabolic steroids, shall be eligible to resume participation in school athletics unless there has been a medical determination that no residual evidence of steroids exists. The Board may require participation in any drug counseling, rehabilitation, testing or other programs as a condition of reinstatement into a school athletic program.

The use of steroids by students involved in athletics is prohibited. In addition to the prohibition of use, the Board directs the administration to develop educational plans regarding the use of anabolic steroids.

The Superintendent shall prescribe, implement and enforce rules and regulations to prohibit the use of anabolic steroids, except for a valid medical purpose, by any student involved in school-related athletics. Body building and muscle enhancement of athletic ability are not valid medical purposes. Human Growth Hormone (HGH) shall not be included as an anabolic steroid under the provisions of the law.

Education regarding the dangers of anabolic steroids shall be provided in other district drug and alcohol programs.

The following minimum penalties are prescribed for any student found in violation of the rules and regulations required above. Violation of rules and regulations include:

1. For a first violation, suspension from school athletics for the remainder of the season.
2. For a second violation, suspension from school athletics for the remainder of the season and for the following season.
3. For a third violation, permanent suspension from school athletics.

Students should be made aware that anabolic steroids are classified as controlled substances and that the use, unauthorized possession, purchasing, or selling could subject them to suspension, expulsion and/criminal prosecution.

## FREE OR REDUCED-PRICE SCHOOL LUNCHES

Through the National School Lunch Program free or reduced-price lunches are available to students whose parents are unable to pay any part of the cost of such a lunch, or are able to pay only a part, but not all of the cost. If a teacher or a parent thinks a student qualifies for such financial assistance, he/she should notify the Principal or Director of Food Services. The parent/guardian will be notified of the decision reached by the Director of Food Services.

## NON-RESIDENT STUDENT

Students who do not reside within the boundaries of the Pennridge School District shall not be eligible to attend the schools of the district except:

Appendix1652

1.   The Pennridge School District shall accept students from other areas who make their home in the district under the provisions of Section 1302 of the School Laws of Pennsylvania.

2.   The Pennridge School District shall accept tuition students who have been placed in foster homes in the district and whose tuition shall therefore be paid by the state under the provisions of Section 1305 of the School Laws of Pennsylvania.

The Superintendent shall require that the person with whom such student is residing shall submit a notarized affidavit on a form provided, certifying that such person is assuming all responsibility for the student relative to school requirements, and that he/she intends to keep the student permanently, supporting him/her gratis. The person with whom the student is residing shall further agree to be responsible for the behavior of the student in both academic achievement and in compliance with rules and regulations of the district and the school the student may attend. Failure by any resident to accept such responsibility shall be justification for the Superintendent of Schools to deny the student continued attendance in the schools of the district. In addition, any nonresident student over thirteen years of age shall complete and sign a statement of agreement attesting that he/she will abide by all rules and regulations of the school district.

## PREGNANCY

Pregnant girls shall be permitted to remain in the regular school program as long as their physical and emotional conditions permit. An individual decision is necessary to determine what is in the best interest of each student. The girl's parents and physician should be consulted in developing the educational plan to fit her needs. As in other school matters, the final decision will rest upon the judgment of the principal who will consider all the factors involved in the administration of this policy.

1.   Medical Objective

In order for the school district to fulfill its responsibilities to the student, the following procedures shall be adhered to:

A.   The pregnant student shall inform a guidance counselor and/or nurse who will inform the principal.

B.   The school nurse shall receive at reasonable intervals a Special Health Report which provides the physician's confirmation in two areas:

1.   Verification that the student is receiving prenatal care.
2.   Identification of any limitations or special conditions which the school should observe. It is incumbent upon the parents and the student to report limitations or special conditions.

C.   Excusal from attendance:

1.   Pregnancy in itself does not exempt the student or parents from the compulsory attendance laws.
2.   If a student is prevented from attending school because of illness or complications associated with pregnancy, a physician's statement to this effect will be required.
3.   In cases of normal pregnancy only the physician's statement shall be reason for discontinuing attendance prior to birth of the child and resuming attendance after the birth. However, the school district recommends that attendance not be

Appendix1653

continued after the end of the 8th month of pregnancy and that attendance not be resumed until 6 weeks after birth.

D. Cases of spontaneous abortion occurring in school shall be treated as emergencies with the student being sent directly to the hospital and parents informed in accordance with existing emergency procedures.

The fetus shall be sent with the patient, and other decisions pertaining thereto shall be made by the parents and/or physician.

2. Social-Emotional Objective

The school shall use any appropriate resource especially the school nurse and counselor, to help the student deal with emotional problems that may be associated with the pregnancy.

3. Educational Objective

In order that the school may assist the pregnant student in pursuing her education through and after the pregnancy, the following procedures shall be complied with:

A. If the student is excused by a physician's statement because of specific illness or complication, she will be provided homebound instruction upon request of the parent/guardian.

B. Reasonable adjustment will be made in the student's program and schedule to comply with special conditions stipulated by the physician on the Special Health Report.

C. The school will make reasonable provisions to prevent postponement or delay in the student's education program as a result of absence for the birth of the child. Since this absence is predictable, individual arrangements should be made by the student for completion of as much work as possible before the absence, as well as a plan for whatever make-up work may be necessary after the absence.

D. If during the period of pregnancy, the student wishes to continue her education at a school outside of the school facility, it is the family's responsibility to provide the tuition payments and to facilitate communications between the Pennridge School District and the outside agency or school.

These regulations are intended to help the student who wishes to continue her education. If the parent(s) choose to have the student withdrawn from school, these factors must be considered:

1. The pregnant student under age 17 is subject to compulsory attendance laws and regulations.
2. Withdrawal from school must be accomplished under existing attendance regulations. There are no special rules for the withdrawal of a pregnant student.

73

## SEXUAL HARASSMENT - PUPILS

**Preamble**

The Pennridge School Board recognizes its responsibility to establish and maintain an educational climate and working environment free from unsolicited and unwelcome sexual harassment and intimidation.

**Authority**

Harassment on the basis of sex is a violation of both Section 703 of Title VII of the Civil Rights Act of 1964 and Section 5(a) of the Pennsylvania Human Relations Act of 1955. The Pennsylvania Human Relations Commission has adopted guidelines <1> which the Board will apply in accordance with current law.

<1> PA B Doc. No. 81-201 - Filed January 30, 1981

**Definition**

Sexual harassment shall consist of unwelcomed sexual advances, requests for sexual favors, and other inappropriate verbal or physical conduct of a sexual nature when made by any member of the school staff to a student, or when made by any student to another student when:

1.  Submission to such conduct is made either explicitly or implicitly a condition of an individual's education, or when

2.  Submission to or rejection of such conduct by an individual is used as the basis for academic or employment decisions affecting that individual, or when

3.  Such conduct has the purpose or effect of substantially interfering with an individual's academic performance or creating an intimidating, hostile, or offensive education environment.

Sexual harassment as defined above may include, but is not limited to the following: verbal harassment or abuse; pressure for sexual activity; repeated remarks to a person, with sexual or demeaning implications; unwelcomed touching; suggesting or demanding sexual involvement accompanied by implied or explicit threats concerning one's grades, job; uninvited or deliberate touching, cornering, pinching, leaning over; uninvited letters or phone calls; uninvited sexual teasing, jokes, remarks, or questions; and uninvited sexually suggestive looks.

**Guidelines**

Any person who alleges sexual harassment by a staff member or student in the district should report the incident directly to his/her immediate supervisor, building principal, guidance counselor, or other individuals designated to receive such complaints. Filing of a complaint or otherwise reporting sexual harassment will not reflect upon the individual's status, nor will it affect future grades, activities, or work assignments.

The right to confidentiality, both of the complainant and of the accused, will be respected consistent with the district's legal obligations, and with the necessity to investigate allegations of misconduct and to take corrective action when this conduct has occurred.

Appendix1655

A substantiated charge against a staff member in the district shall subject such staff member to disciplinary action, including discharge. Said discipline shall be consistent with the terms of the Collective Bargaining Agreement and the Pennsylvania School Code.

A substantiated charge against a student in the school district shall subject that student to student disciplinary action including suspension or expulsion, consistent with the Student Discipline Code.

The district will act positively to investigate alleged sexual harassment claims and to effectively remedy them when an allegation is determined to be valid.

Given the nature of the type of discrimination, the district also recognized that false accusations of sexual harassment can have serious effects on innocent men and women. Therefore, false accusations will result in the same severe disciplinary action applicable to one found guilty of sexual harassment.

## SPECIAL EDUCATION

Each student with a disability who is a resident of the district shall be provided quality education programs and services that meet the student's needs for educational, instructional, transitional and related services. The special education program shall be designed to comply with law; conform to district goals; and integrate programs of special education with the regular instructional program of the schools, consistent with the interests of the student with a disability and other students.

Students with disabilities who are provided special education programs by the district shall include all resident children who meet the criteria defined by law.

The Board directs that all resident students with disabilities shall be identified, evaluated, and provided with appropriate educational services, in accordance with federal and state laws and regulations. The district shall establish and implement a system of procedural safeguards and parental notification.

The district's special education plan shall include procedures for identifying and educating students with disabilities and shall be aligned with the Strategic Plan adopted by the Board.

The Board shall determine the facilities, programs, services and staff that will be provided by the district for the instruction of students with disabilities.

In order to maintain an effective special education plan, the Board may participate in special education programs of Intermediate Units.
The Superintendent of his/her designee is directed to annually recommend to the Board the employment and retention of necessary staff and provision of required facilities, programs and services to provide for the needs of students with disabilities.

The Superintendent of his/her designee shall develop procedures for reviewing the effectiveness of the district's special education program and shall report to the Board as requested.

The program to which each student with a disability is assigned shall be one that provides an appropriate education, seeks to assure success in learning, and offers the least restrictive environment, in accordance with federal and state regulations.

The board directs that all procedures for implementing an individualized education program be designed to guard the privacy of the student and family.

75

No student with a disability shall be denied, because of handicap/disability, participation in activities, programs or services offered or recognitions rendered to district students, unless participation is not possible because of the handicap/disability.

The district shall maintain procedures and processes that implement special education programs and services, in accordance with federal and state laws and regulations, in the following areas:

1. Education plans
2. Child find
3. Assessments
4. Screening
5. Evaluation
6. Reevaluation
7. Individualized Education Program (IEP)
8. Extended School Year services (ESY)
9. Behavior support
10. Educational placement
11. Disciplinary placement
12. Facilities
13. Early intervention
14. Procedural safeguards
15. Confidentiality of information

## STUDENT GOVERNMENT

The Board acknowledges the importance of offering students the opportunity to participate in self-government within the establishment of the schools.

Students shall have the right to organize, conduct meetings, elect officers and representatives and petition the Board.

The Board will recognize the Student Council as the official voice of the student body for students in grades 9 through 12.

The Board shall appoint a qualified member of the faculty to serve as advisor to student government activities.

The Superintendent shall establish rules and regulations to implement this policy which invite the participation of students in their formulation; assure that all students have equal access to the student government and an equal opportunity to vote and hold office; and require fiscal accountability and adherence to Board policy for all financial aspects of student government activity.

## USE OF KITCHEN

The following rules and regulations cover the use of school kitchens by classes or groups.

1. Arrangements must be cleared with the cafeteria manager at least one week prior to the date of use. The users must submit a request in writing, specifying exactly what refreshments are to be served and for what purpose the kitchen will be used.
2. The cafeteria manager will inform the users as to just what facilities they may use, what equipment may be used, and what is to be done in the way of clean-up after the event.
3. Such groups will not have access to the supply rooms, nor the walk-in refrigerator, or any locked refrigerator.

Appendix1657

4. No power-driven equipment such as the meat slicer, grinders, mixers, etc. may be used unless some member of the regular cafeteria staff is present to personally use them or supervise their use.

5. It is recommended when food is being prepared or served, to have one person certified in Sanitation by the National Restaurant Association.

## USE OF SCHOOL BUILDINGS

The following rules cover the use of school buildings by school sponsored groups:

1. Specific permission will be obtained from the principal prior to the use of the building by any group.

2. Permission is to be obtained by an appropriate faculty sponsor in accordance with the policy of the high school principal when utilizing either the upper or lower high school buildings.

3. A custodian must be on duty whenever the building is being used.

4. Custodians are not permitted to open the building until the faculty sponsor, chaperone, or person in charge has arrived.

5. The custodians are permitted to open only that section of the building authorized for use by the using group.

6. Any group using a building facility must be accompanied by a sponsor or chaperone. The sponsor or chaperone must be with the group at all times.

## WAITING FOR BUSES IN MORNING

There are times when it is impossible for some of our buses to make their complete runs due to snow-clogged or icy roads. There are times when, due to bus breakdowns or accidents, it is impossible to get a substitute bus on a run within a reasonable length of time. Therefore, it seems unreasonable to expect students to wait indefinitely for a bus if the weather is inclement or quite cold. All students should be notified that on days when it is snowing or raining, or on days when it is quite cold, they may return to their homes after waiting for one-half hour beyond the regularly scheduled time for their bus. Such absences should be marked as "excused" absences.

77

Appendix1658

# SERVICES

## MEDIA SERVICES

The resources of a library of media materials are available through the Bucks County Intermediate Unit Office located at the Child Development Center in Levittown, and at the District Instructional Materials Center. Films, slides, filmstrips, tape recordings, and museum collections can be secured. The materials must be ordered in advance. Weekly deliveries are made to each school; catalogs of available materials and further information many be secured from the librarian of each school.

## MEDICAL SERVICES

A school nurse is on duty in each school. They are responsible for the health of each student and its effect upon the individual and the welfare of the school. They administer First Aid and are responsible for the care of pupils involved in accidents as well as those who become ill at school. In addition, the school medical personnel assist the physician with physical examinations, assist the dentists with dental examinations, and administer vision and hearing tests and other required examinations.

## DENTAL SERVICES

Dental examinations are given to all students enrolled in their first year in school and in the third and seventh grades by the School Dental Examiner. The family dentist may give the examination if the parent desires, at the expense of the parent. The school nurse does the follow-up on any condition deemed necessary by the examiner.

## PHYSICAL EXAMINATIONS

The Pennridge School Board adheres to the physical examination requirements as established by the Pennsylvania Interscholastic Athletic Association which requires that all athletes must take and pass a physical examination before participating in any interscholastic sport. These examinations are administered by a school designated physician or the student's family doctor.

Physical examinations are required upon original entry into school and in grades six and eleven as stated in Section 1402 (e), School Laws of Pennsylvania. Appointments for these examinations are scheduled in advance, and parents are strongly urged to be present. Although the ideal procedure is to have such required examinations done by the family doctor and at the parents' expense, this examination can be performed by a school physician. The required forms will be furnished upon request.

Physical defects discovered or suspected during the examination are reported to the parents in writing. It is very important for the welfare of the students to have all remediable defects corrected by their family physician or specialist.

## MEDICINES

The dispensing of medicines in the Pennridge School District is within the exclusive jurisdiction of the nurse assigned to each building. The building principal or other professional employees as well as nonprofessional employees may dispense medicine in the absence of the school nurse conditioned upon the school nurse providing precise written instructions for same. Under no circumstances may a student dispense any medicines to a fellow student.

Medicine is defined as any prescription drugs, patented medicines and home remedies delivered to the school by the student's parents/guardians. Before medicine may be dispensed by the nurse or other employees as specified above, written consent must be given by the parent/guardian stating specifically

78

why, when, and in what manner the medicine must be administered.  No medicine of any type shall be dispensed without express written consent from either the parent/guardian or the family physician.

The Pennridge School District shall not be responsible for any adverse effects of the medicine.

## EXCEPTIONAL STUDENTS

The Pennridge School District operates special education classes for students who are in need of Gifted, Learning, or Emotional Support.  Additional services for students in need of Vision, Hearing, Speech, Life Skills, or Multi-handicapped Support are provided through the Bucks County Intermediate Unit.

The following procedures are used in the diagnosis and placement of students who appear to be in need of any of the services noted above:

1. A classroom teacher who has identified a student who appears to need special services should refer that student to the Child Study Team or Instructional Support Team in the building.

2. The CST/IST will meet with the classroom teacher to assess the student's needs, review information already available, and offer suggestions and support in preparing and administering appropriate interventions to assist the student in becoming more successful.

3. Should the suggested interventions prove unsuccessful after an appropriate trial, the CST/IST will refer the student for a Multi-disciplinary Evaluation.

4. In conjunction with the school psychologist assigned to the building, the team will obtain parent permission to evaluate and will plan an appropriate evaluation.  If a psychiatric assessment is to be part of the MDE, this will be completed at Penn Foundation as a part of the overall plan and its recommendations will be considered in all further reports.  At the conclusion of the evaluation, an MDE Report will be written and signed by all participants and an Individual Education Planning meeting will be held with the teacher and the parents to determine how best to apply the results of the assessment.

5. If placement in a special education program is indicated, an appropriate IEP will be developed and the student will either be placed in a program at the home school or referred to the Office of Pupil Services for further referral to district or intermediate unit settings.  No student will be placed in a special education program until a Notice of Recommended Assignment indicating parental approval of the placement has been signed.

In all cases, referrals, assessments, and educational recommendations will be carried out in compliance with the Special Education Standards and Regulations of the Pennsylvania Department of Education.

Appendix1660

## INVESTIGATION REPORT

1.   COMPLAINANT:   Rebecca Albritton
                                   Jenna S. Merlo
                                   Katherine J. Schneider
                                   Hollie Schwarz (Witness)

2.   ACCUSED:     Mark Ludlow
                                   2900 Rickert Road
                                   Perkasie, PA  18944

3.   LOCATION OF INCIDENT:     Pennridge High School

4.   DATES OF INCIDENT:  October 5, 1999 and January 11, 2000

5.   INVESTIGATORS:        Thomas Creeden, Principal, Pennridge High School
                                   Dr. Robert S. Kish, Superintendent
                                   Mr. George Crawford, Director of Human Resources

6.   COUNSEL:   For Accused: Mark Neff, Esquire
                                   1401 Walnut Street, Suite 300
                                   Philadelphia, PA  19102

                   For Pennridge School District:      Joanne D. Sommer, Esquire
                                                 60 E. Court Street
                                                     Doylestown, PA  18901

7.   DATE INCIDENTS REPORTED:    October 5, 1999 and January 11, 2000

8.   PROCEDURAL HISTORY

      On October 5, 1999 two sophomore girls went to their guidance couselor to discuss concerns regarding inappropriate behavior and touching by their social studies teacher, Mr. Mark Ludlow. The guidance counselor took their concerns to Mr. Creeden, the Principal, who met first with the students and then with the teacher, who denied the allegations. The teacher was advised to have no further questionable contact with the students. The parents of the students requested that no further action occur.

      On January 11, 2000 two additional female students from another of Mr. Ludlow's classes attempted to see their counselor regarding inappropriate behavior and touching on the part of Mr. Ludlow. The girls met with Assistant Principal, Ms.

JoAnn Rubin, who then contacted Mr. Creeden, who initiated the investigation, which is now underway.

An investigation was commenced under the district's harassment policy, which included interviews with the students and the parents from each of the classes wherein inappropriate behaviors allegedly occurred. The meetings took place on February 3rd and February 4th and were attended by the students, their parents, the principal, Mr. Crawford, Director of Human Resources, and myself.

9.    SUMMARY OF COMPLAINANT'S INTERVIEW

The students making the report in October stated that Mr. Ludlow began to touch them during the first month of the school year and they soon became convinced that what appeared to be accidental contact was too consistent and ongoing not to be happening purposely. It consisted of Mr. Ludlow passing his hands over a girl's breasts as he reached around her to the front of her desk, leaning the upper part of his body on her back as he attempted to speak to other students, rubbing their necks and backs, and having his face in such proximity to them that his cheek would touch theirs. They also reported that after they met with their guidance counselor and Mr. Creeden, Mr. Ludlow made a point of discussing "due process" placing himself in the role of the victim, dwelling primarily on the issue of the right to face one's accusers, and the issue of "double jeopardy". They also discussed what they believed to be inappropriate comments in class which generally had some form of sexual overtones. Included were a characterization of Betsy Ross as a prostitute, his mother's need to insert her finger into his paralyzed father's anus to stimulate a bowel movement, his wife's labor experiences and his affair with a college professor.

As indicated in the attached memorandum by Mr. Ludlow responding to his meeting with Mr. Creeden and Mr. Creeden's directive to Mr. Ludlow (Addendum's A & B) Mr. Ludlow was directed not to be alone or involve himself in physical contact with students. The girls, however, also reported that on occasions between the issuance of that memorandum in November and my interview with them in January, Mr. Ludlow had kept them after class, alone in his room, delaying their departure for their next class, and had, in fact, placed his hands on their waist and hugged them during a holiday celebration.

It was initially believed that following the October meeting and the issuance of the memorandum by Mr. Creeden that these behaviors would cease. Unfortunately, in mid January, two girls from a second class went to their counselor to report similar inappropriate behavior on Mr. Ludlow's part that had been going on since the first of the year. Again they reported contact such as passing his hand over their breasts, patting their buttocks, pressing his body against theirs, and on one occasion, rubbing one's leg and thigh after he supposedly inadvertently kicked her. On February 4, 2000, the parents shared with us the student's distress that they

Appendix1663

witnessed at home. All the parents interviewed reported that the students had discussed these incidents with them and described the impact of the student's emotional upset on their behavior away from school.

10.   SUMMARY OF THE ACCUSED'S INTERVIEW

After having interviewed the girls and their parents, Mr. Creeden, Mr. Crawford, Dr. Sonier, Assistant Superintendent, and myself met with Mr. Ludlow, Mr. Putiri, PEA Representative, and Mrs. McGinty, President of the Pennridge Teachers Association. Mr. Ludlow did not deny, but provided justification for, the inclusion of questionable topics in his classroom discussion but continued to deny any physical contact with students. He also denied having been alone with students after his meeting with Mr. Creeden in October. He denied hugging students or placing his hands on their waists, touching their breasts, resting his body against theirs, patting their buttocks or being so close to them that his cheek or mustache touched their faces. He suggested that a hearing problem or spells of vertigo may have caused him to be unusually physically close to students occasionally. Mr. Ludlow denied that inappropriate questions appeared on tests or quizzes but has refused to provide the mid term examination despite Mr. Creeden's specific directive to do so.

11.   OTHER INFORMATION

We also determined that the four girls had little, if any, contact with each other and that there was no "conspiracy" against the teacher.

12.   CONCLUSION

As a result of this investigation, Mr. Creeden, Mr. Crawford, and myself believe that the student's statements are credible and that further investigation by police and the District Attorney's offices is appropriate pursuant to the Child Protective Services Act. On advice from counsel, notification has been made to Chief Dilling's office of the Pennridge Regional Police and Diane Gibbons, Bucks County District Attorney.

It is our conclusion that there has been a violation of the district's policy against harassment of students and the school code.

13.   RECOMMENDATION

Based on the results of this investigation, the Board of Education will be asked to consider suspension without pay and action to terminate Mr. Ludlow's employment.

_____      _2/29/00_
Robert S. Kish                 Date



# PENNRIDGE SCHOOL DISTRICT

ROBERT S. KISH (Ed.D.)
*District Superintendent*

Pennridge District Education Center
1506 North Fifth Street
Perkasie, PA 18944
215-453-2710
215-257-4594 - Fax

January 26, 2000

Mr. Mark Ludlow
2900 Rickert Road
Perkasie, PA 18944

Dear Mr. Ludlow:

As a result of reoccurring accusations by female students regarding inappropriate behavior on your part, you are suspended with pay effective January 27, 2000, pending the outcome of this investigation. Please plan to meet with myself, the Director of Human Resources, and Mr. Creeden at 10:00 a.m. Friday, January 28, 2000 in my office. Please contact me directly if there are any questions.

Sincerely,

Robert S. Kish

c:      File
        Dr. Sonier
        Mr. Creeden
        Mr. Crawford

*Mission Statement*
*The Pennridge School District, in partnership with family and community, will provide the opportunity for all students to become productive citizens with the necessary skills for life-long learning.*

Appendix1665



# PENNRIDGE SCHOOL DISTRICT

## PENNRIDGE BOARD OF SCHOOL DIRECTORS

Peter A. Yarnell, President
Karen M. Sterling, Vice President
Stephen K. Chadwick • Richard F. Davies • Linda Gaito • Rev. Frederick Geib
Joan Kulesza • Margaret Lewis • Terri L. Yates

CERTIFIED & REGULAR MAIL

March 6, 2000

Mr. Mark Ludlow
2900 Rickert Road
Perkasie, PA 18944

     Re:   Notice of Termination of Professional Contract

Dear Mr. Ludlow:

Kindly consider this letter notice of the proposed termination of your professional contract pursuant to 24 P.S. Section 11-1122(a) and 24 P.S. Section 11-1127.

The charges against you include immorality, intemperance, persistent and willful violation of the school laws of the Commonwealth of Pennsylvania including official directives and policy of the Board of School Directors and failure to comply with the school laws of the Commonwealth of Pennsylvania including official directives and policy of the Board of School Directors of the Pennridge School District.

In particular, after an investigation of student complaints, you have been found guilty of violating the Pennridge School District policy against student harassment. The first instances of harassment reported to the Administration occurred in the beginning of the 1999/2000 school year. Female students reported that you touched them inappropriately. In addition, you did not comply with the directive of Mr. Creeden issued in October 1999 after investigation of the first harassment complaint. You engaged in activities construed as retaliatory and met alone with female students. In addition, you continued the same type of inappropriate physical contact with other female students that caused them to file a complaint of harassment in January 2000.

The allegations of inappropriate physical contact have been reported to law enforcement authorities as required by the Child Protective Services Act.

*Mission Statement*
*The Pennridge School District, in partnership with family and community, will provide the opportunity for all students to become productive citizens with the necessary skills for life-long learning.*
**1506 North Fifth Street  Perkasie Pennsylvania  18944 • 215-453-2710**
**www.BCIU.K12.PA.US\PENNRIDGE\PSD\PSD.HTM**

Ludlow/Page 2

In addition, you failed to comply with Mr. Creeden's directive regarding the discussion of sexual topics within the classroom setting. A review of tests and quizzes you prepared revealed inappropriate test questions as well.

Likewise, you have failed to comply with the directive to return a copy of the mid-term examination to Mr. Creeden or your department chair.

A summary of the charges as well as information identifying the student complaints is incorporated herein and attached in the form of the Harassment Investigation Report. Violation of the District's policy against harassment constitutes a violation of Pennsylvania and Federal law as well and constitutes immorality and intemperance.

You may choose to proceed to a hearing before the Board of School Directors as provided in 24 P.S. Section 11-1127 or to proceed under the terms of the Collective Bargaining Agreement. If you choose to proceed to a hearing under Section 1127, the hearing will be held within fifteen days of this letter. You will receive written notice of the hearing date and time as well as a list of the witnesses who will appear at the hearing.

If you choose to proceed under the terms of the collective bargaining agreement, the hearing will be scheduled in accordance with the grievance process.

Should you have any questions, kindly direct them to the District's solicitor or to Dr. Kish.

Very truly yours,

Peter A. Yarnell
President, Pennridge Board of Directors

cc:   Dr. Kish
      Derek J. Reid, Esquire
      Joanne D. Sommer, Esquire
      Mark Neff, Esquire
      Charles Herring, Esquire

*Sent certified mail*



# PENNRIDGE SCHOOL DISTRICT
*Perkasie, Pennsylvania 18944-2295*

ROBERT S. KISH (Ed.D.)
District Superintendent

GEORGE R. CRAWFORD
Director of Human Resources



April 18, 2000

Mr. Mark Ludlow
2900 Rickert Road
Perkasie, PA 18964

Dear Mr. Ludlow:

This letter is to notify you that, at its regular meeting on April 17, 2000, the Pennridge Board of School Directors approved the motion to terminate your professional contract with the Pennridge School District pursuant to 24 P.S. 11-1122(a) and 24 P.S. 11-1127. If there are any questions regarding this matter, please contact me directly at (215) 453-2368.

Sincerely,

George R. Crawford
Director of Human Resources

GRC:bc

**Pennridge District Education Center**   • 1506 North Fifth Street • Perkasie, PA  18944-2295
Telephone 215-453-2715 • Fax 215-453-8699  http:\\www.bciu.k12.pa.us\pennridge\psd\psd.htm
***Mission Statement***
*The Pennridge School District, in partnership with family and community, will provide the opportunity for all students to become
productive citizens with the necessary skills for life-long learning.*



## BUCKS COUNTY
## CHILDREN & YOUTH
## SOCIAL SERVICES AGENCY



SUITE 200
4259 W SWAMP ROAD
DOYLESTOWN PA  18901-1042
(215) 348-6900, FAX: (215) 348-6989

*County Commissioners*
CHARLES H. MARTIN, *Chairman*
MICHAEL G. FITZPATRICK, ESQ.
SANDRA A. MILLER

Dr. Robert Kish
Pennridge School District
Education Center
1506 N. 5th St.
Perkasie, Pa. 18944

March 8, 2001
**Re: Mark Ludlow**
**Childline #: 09-14790**
**Victim:  J.M.**

Dear Dr. Kish,

Pursuant to the Pennsylvania Child Protective Services Law, you are hereby notified that an Indicated Finding of Student Abuse has been made against the above referenced individual on March 7, 2001.
This status determination has been sent to the Department of Public Welfare Central Registry.

Sincerely,

Karen Murray MSW
Social Worker