

# PENNRIDGE SCHOOL DISTRICT
*Perkasie, Pennsylvania 18944-2295*

Ray Scarpantonio
Director of Human resources

February 22, 2011

Mr. Mark Ludlow
2900 Rickert Road
Perkasie, PA 18944

Dear Mr. Ludlow,

On December 16, 2010, Human Resources was informed of a harassment complaint by Brooke Roush against you. An investigation was initiated. The complainant was interviewed by Mr. Creeden and me. You were removed from District property and transported to Grandview Hospital in Sellersville, PA for evaluation of mental health issues. The hospital cleared you to return to work. Pending the results of the investigation you were informed by telephone that you were suspended with pay, not to appear on school district grounds and to have no contact with the complainant. Dates were established to interview all witnesses presented by the complainant and you. An additional meeting was conducted with the complainant, Kim Destefano, PEA President Elect, the Pennridge Regional Police and me.

At the initial explanation of charge meeting held on January 4, 2011 the allegations were reviewed with you. It was requested that you provide a written response to these allegations and names of witnesses you would like me to interview by Thursday afternoon, January 6, 2011. At this meeting I received a request from Mr. Greg Moll, PSEA Representative asking for an extension of the January 6th date, until Monday, January 10, 2011. On Monday, January 11, 2011, this investigator was informed that you declined to send a written response to these allegations or supply names of witnesses that you would like interviewed.

After a thorough review of the information presented by the complainant and you, including interviews of identified witnesses and the documenting evidence, I have concluded that Mrs. Roush's charges of unlawful harassment are substantiated, and that you have violated Board Policy 448.

As a consequence of this finding of unlawful behavior the District has determined this incident will result in:

1. **Employee Suspension.** Effective as of December 17, 2010 through January 9, 2011 (a total of 10 school days) you are suspended without pay. The return date to your 2010-2011 teaching position has been established as Monday, February 28, 2011.

SD -012942-
Appendix1684

2. **Reconciliation of Employee's Compensation**. Compensation paid to you during the above ten (10) day suspension shall be deducted from your bi-weekly pay in equal amounts during the remainder of the 2010-2011 school year.
3. **Unsatisfactory Rating**. This finding will result in an unsatisfactory rating on your first semester school year 2010-2011 PDE-5501 Temporary Professional Employee/Professional Employee Rating Form in Category I: Personality. Exercises (prudent) judgment. This infraction is a gross deficiency that will warrant a total overall rating of Unsatisfactory. Please be aware that a second consecutive unsatisfactory rating will result in a recommendation for dismissal.
4. **Professional Improvement Plan**. A Professional Improvement Plan, developed by District Administration, will be implemented to assist you in addressing your overall PDE 5501 unsatisfactory rating.
5. **Workplace Training**. You will enroll in a workplace sensitivity training program approved by the District to be completed prior to the beginning of the 2011-2012 school year.

If you are dissatisfied with the decision rendered you have the right to appeal to the Superintendent of Schools or file a grievance through your local Association (PEA).

If you decide to appeal the decision rendered, such appeal must be made within ten (10) days of receipt of said written decision.

In closing, please note that retaliation by anyone against any individual, who has reported improper conduct, including harassment, is strictly forbidden.

Sincerely,

Mr. Ray Scarpantonio
Director of Human Resources

Cc: Attorney Rob Cox
Attorney Charles Herring,
Mr. Thomas Creeden, Principal
Dr. Bruce Bovard, Assistant Superintendent
Dr. Robert Kish, Superintendent
Mrs. Jamie Vinci, President PEA
Personnel File

*Mission Statement*
*The Pennridge School District, in partnership with family and community, will provide all students with numerous and varied opportunities to gain the knowledge and skill necessary to grow into healthy, productive citizens equipped for life-long learning.*
www.pennridge.org

# Certificate of Completion

*Presented To*

**MARK LUDLOW**

*Upon Successful Completion of*

## Sexual Harassment Prevention

*On*

### February 13, 2009

Pennridge School District



Right Reason Technologies

SD-013065

**Scarpantonio, Ray**

**From:** Creeden, Tom
**Sent:** Thursday, April 08, 2010 4:13 PM
**To:** Scarpantonio, Ray
**Cc:** Bovard, Bruce
**Subject:** FW: Harassment Follow Up

Ray,

No criminal charges on Ludlow. Let me know when you want to interview him.

Bruce,

See the comment about Hart from Darryl.

**From:** Daryl Lewis [mailto:dlewis@pennridgepd.org]
**Sent:** Thursday, April 08, 2010 4:02 PM
**To:** Creeden, Tom
**Subject:** Re: Harassment Follow Up

Tom,

I did review the additional statements that I had picked up at the school. Based on the statements from the students there is no criminal offense. I did make a report on the information you had supplied to me. I will attempt to call you in the afternoon tomorrow. I will be at the DA's office in the morning. I still have not receive a final answer from the DA's office on the Hart case. I will try and talk to the DA when I am there tomorrow. I will let you know either way.

Daryl

Detective Daryl W. Lewis
Pennridge Regional Police Department
1027 Ridge Road
Sellersville Pa. 18960
215-257-5104 ext. 110

----- Original Message -----
**From:** Creeden, Tom
**To:** Daryl Lewis
**Sent:** Wednesday, April 07, 2010 1:34 PM
**Subject:** Harassment Follow Up

SD -013196-

Appendix1687

Daryl,

Any conclusion from those statements from the students about Ludlow? Thanks

*Tom Creeden*
*Principal, Pennridge High School*
215-453-2744

*This message may contain confidential information and is intended only for the recipient(s) named above. If you are not the named addressee do not forward, distribute, save, or copy this email. Thank you.*

2

SD -013197-

Appendix1688