EXTRA DUTY CONTRACT- (Coach/Assistant Coach)
Between The
BOARD OF SCHOOL DIRECTORS
of the PENNRIDGE SCHOOL DISTRICT
and
_Eric Romig_
Employee

It is agreed by and between _Eric Romig_ and the Board of School Directors of the Pennridge School District, Bucks County, Pennsylvania, that he/she shall, under the authority of the said School Board and its successor, and subject to the supervision and the authority of the properly authorized administrative personnel, serve as _Softball, Assistant Varsity (JV) coach_
Area of Coaching Responsibility

at the _Senior High_ School building during the _2011-2012_ school year only for a total compensation of $_2,530.00_. Compensation is payable at the conclusion of the above-mentioned activity or at the midpoint and conclusion of the activity, less the contributions and the mandatory deductions required by law. The coach/assistant coach is responsible for the following:

- Abide by all rules, regulations, guidelines and policies of the Pennridge School District;
- Abide by all rules and regulations as set forth in the Pennridge School District Coach Handbook and by the PIAA.

The parties above named have hereunto set their hand and seal this _____ (Date).

_____         _____
Employee                        Board of Education President

---

**REQUEST FOR PAYMENT:**

(Circle Request)                    Total to be paid      Verified by Supervisor / Date

Portion to be paid – initial 50% (yellow/ pink) _____   _____

Portion to be paid – final 50% (pink) _____   _____

Portion to be paid – full 100% (yellow/pink) _____   _____

Supervisor Calculation:

| Human Resource Office Approval: |
|---|
| _____ |
| Director of Human Resources – Date to Payroll |
| _____ |
| Director of Human Resources – Date to Payroll |
| _____ |
| Director of Human Resources – Date to Payroll |

Distribution: Building – color copies
  Human Resources - original

5/21/2007

SD -022851-
Appendix1689

EXTRA DUTY CONTRACT- (Coach/Assistant Coach)
Between The
BOARD OF SCHOOL DIRECTORS
of the PENNRIDGE SCHOOL DISTRICT
and
_ERIC ROMIG_
Employee

It is agreed by and between _Eric Romig_ and the Board of School Directors of the Pennridge School District, Bucks County, Pennsylvania, that he/she shall, under the authority of the said School Board and its successor, and subject to the supervision and the authority of the properly authorized administrative personnel, serve as

_Softball, Assistant Varsity coach_
Area of Coaching Responsibility

at the _Senior High_ School building during the _2012-2013_ school year only for a total compensation of $_2,530.00_ Compensation is payable at the conclusion of the above-mentioned activity or at the midpoint and conclusion of the activity, less the contributions and the mandatory deductions required by law. The coach/assistant coach is responsible for the following:

- Abide by all rules, regulations, guidelines and policies of the Pennridge School District;
- Abide by all rules and regulations as set forth in the Pennridge School District Coach Handbook and by the PIAA.

The parties above named have hereunto set their hand and seal this _1-28-13_ (Date).

_[signature]_                                _[signature]_
Employee                                     Board of Education President

---

**REQUEST FOR PAYMENT:**

(Circle Request)                 Total to be paid      Verified by Supervisor / Date

Portion to be paid – initial 50% (yellow/ pink) _____      _____

Portion to be paid – final 50% (pink) _____                _____

Portion to be paid – full 100% (yellow/pink) _____         _____

Supervisor Calculation:

| Human Resource Office Approval: |
| --- |
| Director of Human Resources – Date to Payroll |
| Director of Human Resources – Date to Payroll |
| Director of Human Resources – Date to Payroll |

Distribution: Building – color copies
               Human Resources - original

5/21/2007

SD -022852-
Appendix1690

No. 304

SECTION: EMPLOYEES

TITLE: EMPLOYMENT OF DISTRICT STAFF

**PENNRIDGE SCHOOL DISTRICT**

ADOPTED: October 22, 2012

REVISED:

| | 304. EMPLOYMENT OF DISTRICT STAFF |
|---|---|
| 1. Authority | The Board places substantial responsibility for the effective management and operation of district schools and the quality of the educational program with its administrative, professional and support employees. |
| SC 406, 508, 1089, 1106, 1107, 1142-1152<br>Title 22<br>Sec. 4.4<br>Pol. 328 | The Board shall, by a majority vote of all members, approve the employment; set the compensation; and establish the term of employment for each administrative, professional and support employee employed by the district.<br><br>Approval shall normally be given to the candidates for employment recommended by the Superintendent. |
| SC 1111 | No teacher shall be employed who is related to any member of the Board, as defined in law, unless such teacher receives the affirmative vote of a majority of all members of the Board other than the member related to the applicant, who shall not vote.<br><br>The Board authorizes the use of professional and support employees prior to Board approval when necessary to maintain continuity of the educational program and services. Retroactive employment shall be recommended to the Board at the next regular Board meeting.<br><br>An employee's misstatement of fact material to qualifications for employment or determination of salary shall constitute grounds for dismissal by the Board. |
| SC 1109, 1201<br>Title 22<br>Sec. 49.1 et seq | A candidate for employment in the district shall not receive a recommendation for employment without evidence of his/her certification when such certification is required. |

Page 1 of 5



EXHIBIT
CREEDEN
# 1

Appendix1691

304. EMPLOYMENT OF DISTRICT STAFF - Pg. 2

| | |
|---|---|
| SC 111<br>Title 22<br>Sec. 8.1 et seq<br>23 Pa. C.S.A.<br>Sec. 6301 et seq | A candidate shall not be employed until s/he has complied with the mandatory background check requirements for criminal history and child abuse and the district has evaluated the results of that screening process. |
| SC 111 | Each candidate shall report, on the designated form, arrests and convictions as required by law. Failure to accurately report such arrests and convictions may, depending on the nature of the offense, subject the individual to criminal prosecution. |
| SC 1204.1 | The district shall use the Standard Application for Teaching Positions but may also establish and implement additional application requirements for professional employees. |
| 2. Delegation of Responsibility<br>Pol. 104 | The Superintendent or designee shall develop administrative regulations for employment of staff, in accordance with Board policy and state and federal laws and regulations.<br><br>Staff vacancies that represent opportunities for professional advancement or diversification shall be made known to district employees so they may apply for such positions. |
| 42 U.S.C.<br>Sec. 12112 | The Superintendent or designee may apply necessary screening procedures to determine a candidate's ability to perform the job functions of the position for which a candidate is being considered.<br><br>The Superintendent or designee shall seek recommendations from former employers and others in assessing the candidate's qualifications. Recommendations and references shall be retained confidentially and for official use only. |
| SC 1109, 1201<br>Title 22<br>Sec. 49.1 et seq | Each certificated administrative and professional employee employed by the district shall be responsible for maintaining a valid certificate when such certificate is required by law.<br><br>Title I Requirements |
| Title 22<br>Sec. 403.2, 403.4<br>20 U.S.C.<br>Sec. 6319, 7801 | All elementary, middle and secondary teachers employed by the district who teach core academic subjects shall be highly qualified, as defined by federal law and state regulations. |

304. EMPLOYMENT OF DISTRICT STAFF - Pg. 3

| | |
|---|---|
| Title 22<br>Sec. 403.4, 403.5<br>20 U.S.C.<br>Sec. 6319, 7801 | The principal of a school providing Title I programs to students shall annually attest that professional staff teaching in such programs are highly qualified and paraprofessionals providing instructional support in such programs meet required qualification, in accordance with federal law and state regulations. The written certifications shall be maintained in the district office and the school office and shall be available to the public, upon request. |
| Title 22<br>Sec. 403.2, 403.5<br>20 U.S.C.<br>Sec. 6319 | All paraprofessionals providing instructional support in a program supported by Title I funds shall have a secondary school diploma or a recognized equivalent and one (1) of the following:<br><br>1. At least two (2) years of study at an institution of higher learning.<br><br>2. Associate's or higher degree.<br><br>3. Evidence of meeting a rigorous standard of quality through a state or local assessment.<br><br>Title I paraprofessionals who solely coordinate parental involvement activities or act as translators are exempt from the above qualifications.<br><br>Special Education Paraprofessionals |
| Title 22<br>Sec. 14.105<br>Pol. 113 | All instructional paraprofessionals hired by the district, who work under the direction of a certificated staff member to support and assist in providing instructional programs and services to students with disabilities or eligible students shall have a secondary school diploma and one (1) of the following:<br><br>1. At least two (2) years of postsecondary study.<br><br>2. Associate's or higher degree.<br><br>3. Evidence of meeting a rigorous standard of quality through a state or local assessment. |
| Title 22<br>Sec. 14.105 | Instructional paraprofessionals shall provide evidence of twenty (20) hours of staff development activities related to their assignment each school year.<br><br>Personal Care Assistants |
| Title 22<br>Sec. 14.105 | A personal care assistant provides one-to-one support and assistance to a student, including support and assistance in the use of medical equipment. |

304. EMPLOYMENT OF DISTRICT STAFF - Pg. 4

|   |   |
|---|---|
|   | Personal care assistants shall provide evidence of twenty (20) hours of staff development activities related to their assignment each school year. The twenty (20) hours of training may include training required by the school-based access program. |
|   | **Educational Interpreters** |
| Title 22<br>Sec. 14.105 | An educational interpreter is an individual who provides students who are deaf or hard of hearing with interpreting or transliterating services in an educational setting. To serve as an educational interpreter, an individual shall meet the qualifications set forth in law and regulations. |
| SC 111 | Individuals convicted of one or more of the crimes enumerated in the Public School Code of 1949, Pub. L. No. 14, Section 111 (codified as amended at 24 Pa. Stat. Ann. §1-111 (West)), are permanently prohibited from seeking or retaining employment within the district. Individuals convicted of felonies other than those listed in Section 111 are prohibited from seeking or retaining employment within the district from ten (10) years from the date of expiration of the sentence for the offense. Individuals convicted of first-degree misdemeanors are prohibited from seeking or retaining employment within the district from five (5) years from the date of expiration of the sentence of the offense, with the exception of first-degree misdemeanor driving-under-the-influence (DUI), for which a three-year (3) prohibition shall be in effect.<br><br>An employee must report such arrest/conviction in writing to the Superintendent within seventy-two (72) hours of the arrest/conviction. Failure to so disclose such offenses shall result in termination.<br><br>Administrators or other individuals responsible for making employment decisions who have reason to suspect that an employee has been arrested for and/or criminally convicted of an offense enumerated in Section 111, and such employee has not provided written notice of the arrest/conviction, shall require such employee to submit to the administrator a current report of criminal history record information, as required by Section 111. The district shall be responsible for the costs of such reports. |

304. EMPLOYMENT OF DISTRICT STAFF - Pg. 5

References:

School Code – 24 P.S. Sec. 108, 111, 406, 508, 1089, 1106, 1107, 1109, 1109.2, 1111, 1142-1152, 1201, 1204.1

State Board of Education Regulations – 22 PA Code Sec. 4.4, 8.1 et seq., 14.105, 49.1 et seq., 403.2, 403.4, 403.5

Criminal History Record Information Act – 18 Pa. C.S.A. Sec. 9125

Child Protective Services Law – 23 Pa. C.S.A. Sec. 6301 et seq.

No Child Left Behind Act – 20 U.S.C. Sec. 6319, 7801

Americans With Disabilities Act – 42 U.S.C. Sec. 12101 et seq.

Board Policy – 000, 104, 113, 328