## MANDATORY REPORT FORM

The Professional Educator Discipline Act <u>requires</u> the superintendent, assistant superintendent, executive director of an intermediate unit, chief administrator of an area vocational-technical school, administrator of a charter school, or their designees to report to the Department of Education the following: 1) an educator who is **dismissed** for cause; 2) an educator who is **indicted** for a crime listed in section 1-111(e)(1) of the Public School Code or other crime involving moral turpitude; 3) an educator who is **convicted** of a crime listed in section 1-111(e)(1) of the Public School Code or other crime involving moral turpitude; 4) an educator who has caused **physical injury** to a student or child through negligence or malice or has committed **sexual abuse or exploitation** involving a student or child. 24 P.S. §2070.9a (a).

The report of a **dismissal** must be filed within 30 days after a decision is rendered by an arbitrator or school board. The report of an **indictment** or **conviction** of a crime involving moral turpitude must be filed within 30 days of the receipt of information concerning the indictment or conviction and must include all available information concerning the indictment or conviction. The report of an educator who has caused physical injury or sexual abuse or exploitation must be filed within 60 days of the receipt of the information. 24 P.S. § 2070.9.a(a). Failure to comply with the provisions of this section may result in disciplinary action. 24 P.S. § 2070.9a (b).

Send this completed form with supporting documentation to: Pennsylvania Department of Education, 333 Market Street, Harrisburg, PA 17126-0333, Attention: Legal Assistant.

1. **SCHOOL ENTITY:**
   A. Name and Address: Pennridge School District
      1506 N. Fifth Street
      Perkasie, PA  18944
   B. Contact Person: Ms. Shellie Feola, Director of Human Resources
   C. Telephone Number ( 215 ) 453-2368

2. **COUNTY/STATE WHERE CONDUCT OCCURRED:** Bucks County, PA

3. **EDUCATOR'S INFORMATION:**
   A. Name  Mr. David J. Heath
   B. Social Security Number 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   C. Date of Birth 12/10/78
   D. Most Recent Position: Teacher of Health/PE (.8) and Athletic Trainer
   E. Telephone Number (Home) 215- 489-0806  (Work)
   F. Home Address (Please complete and check box below)
      5 Woodbridge Drive
      Doylestown, PA  18901

   [ X ] Address is current    [ ] Address is most recent but may be inaccurate

4. **CURRENT STATUS OF EDUCATOR:**

   [ ] In classroom                          [ ] Temporarily Reassigned
   [X] Suspended with pay on 11/18/04        [ ] Resigned on _____
                            Date                              Date
       then
   [X] Suspended without pay on 12/13/04     [ ] Dismissed on _____
                              Date                            Date

PDE-349 (revised 3-00)

Appendix1696

5. [ ] DISMISSED FOR CAUSE OR  [ ] RESIGNED IN ORDER TO AVOID BEING DISMISSED:

   ** The District is presently pursuing this action on the following grounds:

   A. Check the reason(s) the educator was dismissed or would have been dismissed:

   [X] Immorality                     [ ] Drugs or Narcotics
   [ ] Intemperance                   [ ] Cruelty
   [ ] Incompetence                   [ ] Negligence
   [ ] Persistent and Willful         [ ] Forged or Altered Certificate
       Violation of School Laws
   [X] Other   Violation of Board Policies 248 and 448 (unlawful harassment) Arrested for
               Corruption of morals of Minor and Endangering Welfare of Children

   B. Briefly describe the facts surrounding the dismissal and the act or behavior of the educator.

   An allegation of an inappropriate relationship between Mr. Heath and a 16 year old student was reported by the student's parents on 11/17/04. An investigation followed concluding that Mr. Heath was not truthful during the investigation and an inappropriate sexual relationship existed between Mr. Heath and the student. An unsatisfactory rating was issued, and the teacher has been recommended for termination to the Board of Education. The Board has not yet acted on this recommendation. Additionally, the teacher was charged with Corruption of a Minor and Endangering the Welfare of a Minor on 1/28/05 in Bucks County, PA.

   C. If a dismissal hearing or arbitration hearing was held, indicate the date(s) of the hearing(s) and the date of the final decision:
   Mr. Heath has declined to attend the termination hearing scheduled for February 8, 2005. The District administration is pursuing termination.

   D. Attach the following supporting documentation when applicable:

      1. Certified copies of ratings.
      2. Copies of applicable policies and/or directives.
      3. Certified copies of applicable Board minutes.
      4. Copy of educator's resignation, any resignation agreements, and evidence of the Board's acceptance of the resignation.
      Note: There is no need to forward transcripts. The Department will request copies if necessary.

6. CHARGED WITH, OR CONVICTED OF, A CRIME OF MORAL TURPITUDE:
   A. List the crime(s):   Corruption of a Minor and Endangering the Welfare of a Minor
   B. List the county in which the educator was
      charged/convicted:      Bucks County
   C. List the docket number:   Unknown
   D. List the date of the charge/conviction/sentencing:  Arrested on 1/28/05
   E. List the name of the district magistrate: Unknown. Assistant District Attorney Jennifer Schorn has been assigned to handle this case. Her telephone number is 215-348-6344.
   F. Enclose a copy of any available criminal court documents.

   _____     1/31/05
   (Signature of Chief School Administrator)    (Date)

PDE-349 (revised 3-00)

Appendix1697