**PLEASE CHECK APPROPRIATE BOX(ES):**

- ☐ Bus Driver
- ☐ Bus Mechanic
- ☐ Cafeteria
- ☐ Custodial
- ☐ Part Time
- ☐ Substitute Hours Desired: _____
- ☐ Maintenance
- ☐ Nursing Assistant
- ☐ Playground Aid
- ☐ Clerical
- ☒ Coach
- ☐ Secretarial
- ☐ Teacher Aide
- ☐ Other _____
- ☐ Full Time – 12 mo.
- ☐ Full Time – 10 mo.

## APPLICATION FOR SERVICE STAFF PERSONNEL
Pennridge School District, Education Center, 1200 N. Fifth St., Perkasie, PA., 18944

| LAST NAME | FIRST NAME | MIDDLE INITIAL | SOC. SEC. NUMBER |
|---|---|---|---|
| Romig | Eric | N | ▇▇▇▇ |

PRESENT ADDRESS: ▇▇▇▇    TELEPHONE NUMBER: ▇▇▇▇

PREVIOUS ADDRESS: ▇▇▇▇    Email Address: ▇▇▇▇

### EDUCATIONAL BACKGROUND

| | Location | Yrs. Attended From To | Yr. of Grad. | No. Yrs. Completed | Course of Study |
|---|---|---|---|---|---|
| Elementary School | Faith Christian Academy, Sellersville, PA 18960 | XXXXXX | XXXXX | 6 | XXXXXXXXX |
| High School | Faith Christian Academy, Sellersville, PA 18960 | XXXXXX | XXXXX | 4 | General |
| Other | Clearwater Christian College, Clearwater, FL 33759 | XXXXX | XXXXX | 4 | General Secondary Education |
| Other | | XXXXX | XXXXX | | |

DATE AVAILABLE TO WORK: Immediately    DESIRED STARTING SALARY: $2,630.00

The Pennridge School District is an equal opportunity educational institution and will not discriminate on the basis of race, color, national origin, religion, sex, age, or disability in its activities, programs, or employment practices as required by Title VI, Title IX, Section 504 and the Americans with Disabilities Act of 1990. For information regarding civil rights or grievance procedures, contact the Title IX and ADA Coordinator.

The Federal Drug-Free Workplace Act requires that the workplace be free of the illegal use of drugs. No one is allowed to use, make, sell, distribute, or have in his/her possession any illegal drugs. Any violation of the ACT will lead to severe disciplinary action, including dismissal.

Selection of candidates for positions will be made upon the basis of demonstrated capability, competence, and appropriate experience. All applications will be kept in the active file for one year unless withdrawn or renewed upon the request of the applicant.

The mission statement of the Pennridge School district is to challenge school-aged students with a world-class education, to encourage and assist in the development of responsible individuals and productive citizens, and to maintain a high learning environment while providing all students equal opportunity to achieve their highest potential.

1

## EMPLOYMENT HISTORY

Please give accurate complete employment history. Start with present or most recent employer.

| 1. COMPANY NAME | TELEPHONE |
|---|---|
| R and R Service Group | 215-348-2800 |
| **ADDRESS** 290 west State St Doylestown, PA 18901 | **EMPLOYED** FROM May 2000 TO: Present |
| **NAME OF SUPERVISOR** Rug Hunsberger | **SALARY** START _____ LAST $53,000 |
| **TYPE OF JOB AND DUTIES** Manager | **REASON FOR LEAVING** Still There |

| 2. COMPANY NAME | TELEPHONE |
|---|---|
| | |
| ADDRESS | EMPLOYED FROM ___ TO ___ |
| NAME OF SUPERVISOR | SALARY START ___ LAST ___ |
| TYPE OF JOB AND DUTIES | REASON FOR LEAVING |

| 3. COMPANY NAME | TELEPHONE |
|---|---|
| | |
| ADDRESS | EMPLOYED FROM ___ TO ___ |
| NAME OF SUPERVISOR | SALARY START ___ LAST ___ |
| TYPE OF JOB AND DUTIES | REASON FOR LEAVING |

| 4. COMPANY NAME | TELEPHONE |
|---|---|
| | |
| ADDRESS | EMPLOYED FROM ___ TO ___ |
| NAME OF SUPERVISOR | SALARY START ___ LAST ___ |
| TYPE OF JOB AND DUTIES | REASON FOR LEAVING |

We may contact employers listed above unless you indicate those you do not wish us to contact.

DO NOT CONTACT EMPLOYER NUMBER(S) _____ REASON _____

2

**MILITARY:** Complete this section if you served in the United States Armed Forces.

| Describe your duties and any special training: | Branch | Rank |
|---|---|---|
| | PERIOD OF ACTIVE DUTY FROM _____ TO _____ | |

**OTHER INFORMATION**

- List equipment or machines you can operate or skills that you possess: _____

- Have you ever been employed with the Pennridge School District before?  ☐ Yes  ☒ No

- Are you related by birth or marriage to a member of the Pennridge School Board or to anyone now working for the Pennridge School District?  ☐ Yes  ☒ No
  If yes, give name and relationship: _____

- Will you be able to perform the essential and marginal functions of the job for which you have applied?  ☒ Yes  ☐ No
  If no, please explain: _____

- Do you have any hobbies or interests which might have a direct bearing on the job for which you have applied?  ☐ Yes  ☒ No
  If yes, please list: _____

- Have you ever been convicted of a misdemeanor or a felony?  ☐ Yes  ☒ No
  If yes, please explain: _____

- If the position you are applying for requires driving a motor vehicle, do you have a valid driver's license?  ☒ Yes  ☐ No

- If you checked bus driver, do you have a valid bus driver's license?  ☐ Yes  ☐ No
  If yes, give operator's number _____

3

**PERSONAL REFERENCES:** (Other than former employers or relatives)

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| Russ Hollenbach | [redacted] | [redacted] |
| Marc Hoover | [redacted] | [redacted] |
| Ray Hunsberger | [redacted] | [redacted] |

Please list any other information that in your opinion would be helpful to the Pennridge School District in considering you for employment:

I hereby declare that the information in this application is true and complete to the best of my knowledge and agree that any falsified or intentionally misleading information or deliberate omissions may disqualify me from employment and mat be justification for dismissal at a later date.

2/7/12
DATE                    SIGNATURE OF APPLICANT

**DO NOT WRITE BELOW THIS LINE**

**FOR INTERVIEWERS' USE**

| INTERVIEWER | DATE | COMMENTS: |
|---|---|---|
| | | |
| INTERVIEWER | DATE | COMMENTS: |
| | | |
| INTERVIEWER | DATE | COMMENTS: |
| | | |

| POSSIBLE POSITIONS: | POSSIBLE LOCATIONS: |
|---|---|
| DATE OF HIRE: | STARTING SALARY: |
| POSITION: | LOCATION: |

4

# APPLICATION FOR EMPLOYMENT
## FAITH BAPTIST CHURCH • FAITH CHRISTIAN ACADEMY • FCA DAYCARE

**PERSONAL DATA**

Position applied for: Asst Baseball Coach (Please be specific)  Full-time ☐  Part-time ☐  Date: 4/6/03

Name: Romig (last)  Eric (first)  N (middle)

Address: ▉▉▉ (number) (street) (city) (state) (zip)

Telephone: ▉▉▉   Social Security Number: ▉▉▉

Date of Birth: ▉▉▉   In an emergency notify: Don Romig   phone number: ▉▉▉

If you are under 18 years of age, can you provide required proof of your eligibility of work?  ☐ Yes  ☐ No

Are you willing to provide a criminal history report by completing a PA State Police Criminal check and PA Child Abuse History Clearance?  ☒ Yes  ☐ No

Are you currently employed?  ☒ Yes  ☐ No

May we contact your present employer?  ☒ Yes  ☐ No

Do you have a personal relationship with Jesus Christ?  ☒ Yes  ☐ No

Are you an active church member?  ☒ Yes  ☐ No

Are you now actively engaged in vocational Christian work?  ☒ Yes  ☐ No

Church Name: Faith Baptist Church   Pastor's name: Paul Auckland

Address: 700 N Main St   Sellersville   PA   18960
(street) (city) (state) (zip)

Below give a brief account of your Christian experience. Include your activity in your church or other Christian organizations. If you are applying for a teaching position at Faith Christian Academy, please state your motive for seeking a position in a Christian school, what you consider to be the most important function of the Christian school and what you can do to add to the effectiveness of its ministry:

I was saved at the age of 5 and have attended Faith for 20 years. I currently teach a class on Wednesday nights.

EXHIBIT
Romig-4
5-4-15

If you are applying for a staff or teaching position, please include a resume and transcript of college work.

Appendix 0843

EMPLOYMENT EXPERIENCE

List below your last three employers starting with the last one first.

| Name & Address of Employer | Position | Salary | Reason for Leaving |
|---|---|---|---|
| R & R Service<br>From May of 2000 To Present | Management | $38,000/yr | Still there |
| From        To | | | |
| From        To | | | |

List three personal references:

1. Tim Kohn
2. Brent Johnson
3. Ben Vawter

EDUCATION

| School | Name and Address of School | Course of Study | Years Completed | Diploma/Degree |
|---|---|---|---|---|
| High School | Faith | General | 4 | ✓ |
| Undergraduate College | Clearwater Christian | General Sec. Education | 4 | ✓ |
| Graduate/Professional | | | | |
| Other (Specify) | | | | |

I attest that all of the above statements and information are true:

Signed _____ Date 4/6/07

January 5, 2010

To: Ryan Clymer
     Russ Hollenbach

Re: Letter of Resignation

Ryan and Russ:

I am handing in my letter of resignation in reference to the high school girls basketball coach due to health concerns effective immediately.

*[signature]*

Eric Romig

[illegible]
[illegible]
2012

Blackboard [illegible]
[illegible]

Nov. 9 - 1st day of notice
40 texts

[illegible]

Resigned 1/5/10
[illegible] letter
Health [illegible]

Girl [illegible] ([illegible])
He [illegible]

Ryan → A coach inappropriate

Drop

[illegible]
- More [illegible]
- [illegible]

√ 3303

[illegible] Day
→ [illegible]

Philip
[illegible]

Daily Mayer

[illegible] 17

Coach - Texting girl for last 2-2½ months
- the [illegible]

Resigned
Didn't [illegible] — Brought texts that were suggestive

12/5/04 - Drexel → Eric Romig - [illegible]

[illegible] - [illegible]
records
- I love you
175 texts (12/5/04)
- I've [illegible]
Said he didn't have
her phone
- I'll wait for you if you want to marry me
30 days
310 texts to girl ([illegible])
1700 from her
I want to [illegible] you.

Coach - Prof. pick a clour

Gentlemen, Pleadded to that
Review
Please vialet — appeally false

3rd Party — Testy even else recollage

Contacted gid for college — Can x rely on
practice

Oct 4 — Int 30 — Abs made

(Mr. Kennedy — One 2 years) Ave two tests (1,097)

Lauren — A player graduated two with he 2
years ago, f'in
gay for rest of my life

→ Told her last year not to text

Met with augers in nov. to

Deerly — 175 tests — List the not key

Trucks / At-Club / Officers — Credit card to see it → Return family
 — Had place
 — Saw him using it

When did you find place
 —
 Sunday - morning - in Gym

Two Saturday morning - not there

wasn't there a the 6th of Dec.

will call Parents →

A statement for the girl

 — copy Book

 — letter to fill out

 — At 2 lines

Asked for [illegible] people for the 4th, 5th + 8th

1) Meeting of Hazleton

   A) Who gave a Body

2) Plan for the Press
   By News Conf

3) Question about Eric

   A) Coach Romig has meet with
      [illegible] accepted the resignation

      We're very [illegible]
      Not further [illegible]

      please

4) Rusty — We asked Rusty to
   stop any fur[ther] [illegible] until we could
   [illegible] due receipt of the [illegible]

   We [illegible] feel [illegible] that could pre[illegible] Rusty
   for [illegible] a [illegible] Press

   [illegible] will be [illegible] to press [illegible]

Appendix 0850

Ryan ███████████

Eric Roney was the girls varsity softball
PCH from ▮▮▮▮▮ to 1/5/10. On
1/5/10 Mr. Roney submitted his letter of
resignation, citing health reasons. Mr. Roney has
had no further contact with PCH athletics
since his resignation. ▮▮▮▮

Brett Mendes ███████████

Meeting on Thursday evening, Jany 7, 2010



Complete the Picture

Fleisher Forensics

ENGINEERING, ARCHITECTURAL AND SCIENTIFIC SERVICES FOR LITIGATION AND CLAIMS

FLEISHER FORENSICS         TEL. 215 641 1114
550 PINETOWN ROAD – SUITE 306   FAX. 215 641 1244
FORT WASHINGTON, PA 19034    WWW.FLEISHERFORENSICS.COM

Appendix 0851

EXTRA DUTY CONTRACT - (Coach/Assistant Coach)
Between The
BOARD OF SCHOOL DIRECTORS
of the PENNRIDGE SCHOOL DISTRICT
and
_Eric Romig_
Employee

It is agreed by and between _Eric Romig_ and the Board of School Directors of the Pennridge School District, Bucks County, Pennsylvania, that he/she shall, under the authority of the said School Board and its successor, and subject to the supervision and the authority of the properly authorized administrative personnel, serve as _Softball Assistant Varsity (JV) coach_
Area of Coaching Responsibility

at the _Senior High_ School building during the _2011-2012_ school year only for a total compensation of $_2,530.00_. Compensation is payable at the conclusion of the above-mentioned activity or at the midpoint and conclusion of the activity, less the contributions and the mandatory deductions required by law. The coach/assistant coach is responsible for the following:

- Abide by all rules, regulations, guidelines and policies of the Pennridge School District;
- Abide by all rules and regulations as set forth in the Pennridge School District Coach Handbook and by the PIAA.

The parties above named have hereunto set their hand and seal this _____ (Date);

_____         _____
Employee                         Board of Education President

---

**REQUEST FOR PAYMENT:**

| (Circle Request) | Total to be paid | Verified by Supervisor / Date |
|---|---|---|

Portion to be paid – initial 50% (yellow/pink) _____

Portion to be paid – final 50% (pink) _____

Portion to be paid (full 100%) (yellow/pink) _____

Supervisor Calculation:

Human Resource Office Approval:

_____
Director of Human Resources – Date to Payroll

_____
Director of Human Resources – Date to Payroll

_____
Director of Human Resources – Date to Payroll

EXTRA DUTY CONTRACT - (Coach/Assistant Coach)
Between The
BOARD OF SCHOOL DIRECTORS
of the PENNRIDGE SCHOOL DISTRICT
and
__ERIC ROMIG__
Employee

It is agreed by and between __Eric Romig__ and the Board of School Directors of the Pennridge School District, Bucks County, Pennsylvania, that he/she shall, under the authority of the said School Board and its successor, and subject to the supervision and the authority of the properly authorized administrative personnel, serve as

__Softball, Assistant Varsity coach__
Area of Coaching Responsibility

at the __Senior High__ School building during the __2012-2013__ school year only for a total compensation of __$2,530.00__. Compensation is payable at the conclusion of the above-mentioned activity or at the midpoint and conclusion of the activity, less the contributions and the mandatory deductions required by law. The coach/assistant coach is responsible for the following:

- Abide by all rules, regulations, guidelines and policies of the Pennridge School District;
- Abide by all rules and regulations as set forth in the Pennridge School District Coach Handbook and by the PIAA.

The parties above named have hereunto set their hand and seal this __1-28-13__ (Date).

_____          _____
Employee                         Board of Education President

---

**REQUEST FOR PAYMENT:**

(Circle Request)                  Total to be paid      Verified by Supervisor / Date

Portion to be paid – initial 50% (yellow/pink) _____

Portion to be paid – final 50% (pink) _____

Portion to be paid – full 100% (yellow/pink) _____

Supervisor Calculation:

Human Resource Office Approval:

Director of Human Resources – Date to Payroll

Director of Human Resources – Date to Payroll

Director of Human Resources – Date to Payroll

Distribution: Building – color copies
Human Resources – original

5/21/2007

SD -022852-

# COURT OF COMMON PLEAS OF BUCKS COUNTY



**DOCKET**

Docket Number: CP-09-CR-0007475-2013
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Eric N. Romig

Page 1 of 10

### CASE INFORMATION

Judge Assigned:                                         Date Filed: 11/12/2013            Initiation Date: 10/01/2013
OTN: L 818119-3          LOTN:                          Originating Docket No: MJ-07203-CR-0000341-2013
Initial Issuing Authority: Charles W. Baum              Final Issuing Authority: Charles W. Baum
Arresting Agency: County Detective, Bucks               Arresting Officer: Slattery, John Martin Jr.
Complaint/Incident #: 99 2013 0581
Case Local Number Type(s)                               Case Local Number(s)

### RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| Related Misc. Bail Cases | | | |
| CP-09-MD-0002906-2013 | In Re: Magisterial District Judge Matters | CP-07-09-Crim | Same MDJ Case |

### STATUS INFORMATION

Case Status: Closed

| Status Date | Processing Status |
|---|---|
| 06/09/2014 | Sentenced/Penalty Imposed |
| 04/22/2014 | Awaiting Sentencing |
| 04/22/2014 | Awaiting PSI |
| 04/11/2014 | Awaiting Sentencing |
| 04/11/2014 | Awaiting PSI |
| 03/11/2014 | Awaiting Sentencing |
| 03/11/2014 | Awaiting PSI |
| 01/27/2014 | Awaiting Sentencing |
| 12/03/2013 | Awaiting Pre-Trial Conference |
| 11/15/2013 | Awaiting Trial |
| 11/12/2013 | Awaiting Formal Arraignment |
| 11/12/2013 | Awaiting Filing of Information |

Arrest Date: 10/01/2013

Complaint Date: 10/01/2013

CPCMS 9082                                                                                    Printed: 04/28/2015

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Appendix 0854

# COURT OF COMMON PLEAS OF BUCKS COUNTY

## DOCKET



Docket Number: CP-09-CR-0007475-2013
# CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Eric N. Romig

Page 2 of 10

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 12/06/2013 | 12:00 pm | 1st Floor, District Attorney's Booth | | Scheduled |
| Trial | 01/27/2014 | 9:00 am | 1st Floor, District Attorney's Booth | | Scheduled |
| Sentencing | 04/22/2014 | 9:30 am | Courtroom #6 | Senior Judge Clyde W. Waite | Moved |
| Sentencing | 04/22/2014 | 10:00 am | Courtroom #3 | Senior Judge John Rufe | Scheduled |
| Sentencing | 05/09/2014 | 10:00 am | Courtroom #2 | Senior Judge John Rufe | Scheduled |
| Reconsideration/Modify Sentence | 06/23/2014 | 10:00 am | Courtroom #5 | Senior Judge John Rufe | Scheduled |

### CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still In Custody |
|---|---|---|---|---|
| 10/01/2013 | County Jail | Bucks County Prison | | Yes |
| 05/20/2014 | DOC Confined | SCI Retreat | | Yes |

### DEFENDANT INFORMATION

Date Of Birth: 05/24/1977    City/State/Zip: Quakertown, PA 18951

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Romig, Eric N. |

### BAIL INFORMATION

Romig, Eric N.                                                                 Nebbia Status: None

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 10/01/2013 | Monetary | 10.00% | $500,000.00 | | |
| Increase Bail Amount | 10/09/2013 | Monetary | | $1,000,000.00 | | |
| Change Non-Monetary Conditions | 10/10/2013 | Monetary | | $1,000,000.00 | | |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 7 | F3 | 18 § 3124.2 §§A.21 | School - Intercourse/Sexual Contact with Student | 05/01/2013 | L 816119-3 |
| 2 | 8 | F3 | 18 § 6312 §§D1 | Child Pornography | 05/01/2013 | L 816119-3 |
| 3 | 3 | F2 | 18 § 6312 §§B | Photograph/Film/Depict On Computer Sex Act-Child | 05/01/2013 | L 816119-3 |

CPCMS 9082                                                                                              Printed: 04/28/2015

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Appendix 0855