# COURT OF COMMON PLEAS OF BUCKS COUNTY

DOCKET



Docket Number: CP-09-CR-0007475-2013

## CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania

v.

Page 3 of 10

Eric N. Romig

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|------|-----------|-------|---------|---------------------|-------------|-----|
| 4 | 4 | F3 | 18 § 6301 §§A1ii | Corruption Of Minors - Defendant Age 18 or Above | 05/01/2013 | L 816119-3 |
| 5 | 5 | F3 | 18 § 7512 §§A | Criminal Use Of Communication Facility | 05/01/2013 | L 816119-3 |
| 6 | 6 | F2 | 18 § 6318 §§A5 | Contact/Comm.W/Minor-Sexual Abuse | 05/01/2013 | L 816119-3 |
| 99,999 | 1 | F3 | 18 § 3124.2 §§A.21 | School - Intercourse/Sexual Contact with Student | 05/01/2013 | L 816119-3 |
| 99,999 | 2 | F3 | 18 § 903 §§C | Conspiracy - Child Pornography | 05/01/2013 | L 816119-3 |

### DISPOSITION SENTENCING/PENALTIES

**Disposition**

| Case Event | | | |
|---|---|---|---|
| Sequence/Description | Disposition Date | Final Disposition | |
| Sentencing Judge | Offense Disposition | Grade | Section |
| Sentence/Diversion Program Type | Sentence Date | Credit For Time Served | |
| Sentence Conditions | Incarceration/Diversionary Period | Start Date | |

**Waived for Court (Lower Court)**         Defendant Was Present

Lower Court Disposition                                    11/06/2013                        Not Final

| | | | |
|---|---|---|---|
| 3 / Photograph/Film/Depict On Computer Sex Act-Child | Waived for Court (Lower Court) | F2 | 18 § 6312 §§ B |
| 4 / Corruption Of Minors - Defendant Age 18 or Above | Waived for Court (Lower Court) | F3 | 18 § 6301 §§ A1ii |
| 5 / Criminal Use Of Communication Facility | Waived for Court (Lower Court) | F3 | 18 § 7512 §§ A |
| 6 / Contact/Comm.W/Minor-Sexual Abuse | Waived for Court (Lower Court) | F2 | 18 § 6318 §§ A5 |
| 99,999 / Conspiracy - Child Pornography | Waived for Court (Lower Court) | F3 | 18 § 903 §§ C |
| 99,999 / School - Intercourse/Sexual Contact with Student | Waived for Court (Lower Court) | F3 | 18 § 3124.2 §§ A.21 |

**Proceed to Court (Arraignment Waived)**         Defendant Was Not Present

Information Filed                                    12/03/2013                        Not Final

| | | | |
|---|---|---|---|
| 1 / School - Intercourse/Sexual Contact with Student | Replacement by Information | F3 | 18 § 3124.2 §§ A.21 |
| 2 / Child Pornography | Replacement by Information | F3 | 18 § 6312 §§ D1 |
| 3 / Photograph/Film/Depict On Computer Sex Act-Child | Held for Court | F2 | 18 § 6312 §§ B |
| 4 / Corruption Of Minors - Defendant Age 18 or Above | Held for Court | F3 | 18 § 6301 §§ A1ii |
| 5 / Criminal Use Of Communication Facility | Held for Court | F3 | 18 § 7512 §§ A |
| 6 / Contact/Comm.W/Minor-Sexual Abuse | Held for Court | F2 | 18 § 6318 §§ A5 |
| 99,999 / Conspiracy - Child Pornography | Charge Changed | F3 | 18 § 903 §§ C |
| Replaced by 18 § 6312 §§ D1, Child Pornography | | | |
| 99,999 / School - Intercourse/Sexual Contact with Student | Charge Changed | F3 | 18 § 3124.2 §§ A.21 |
| Replaced by 18 § 3124.2 §§ A.21, School - Intercourse/Sexual Contact with Student | | | |

**Guilty Plea**

Trial                                    01/27/2014                        Final Disposition

| | | | |
|---|---|---|---|
| 1 / School - Intercourse/Sexual Contact with Student | Guilty Plea | F3 | 18 § 3124.2 §§ A.21 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Appendix 0856

# COURT OF COMMON PLEAS OF BUCKS COUNTY

## DOCKET

Docket Number: CP-09-CR-0007475-2013

# CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania

v.

Eric N. Romig

Page 4 of 10

## DISPOSITION SENTENCING/PENALTIES

### Disposition

| Case Event | | Disposition Date | Final Disposition | |
|---|---|---|---|---|
| Sequence/Description | | Offense Disposition | Grade | Section |
| Sentencing Judge | | Sentence Date | | Credit For Time Served |
| Sentence/Diversion Program Type | | Incarceration/Diversionary Period | | Start Date |
| Sentence Conditions | | | | |
| Rufe, John | | 05/09/2014 | | |
| 2 / Child Pornography | | Guilty Plea | F3 | 18 § 6312 §§ D1 |
| Rufe, John | | 05/09/2014 | | |
| 3 / Photograph/Film/Depict On Computer Sex Act-Child | | Guilty Plea | F2 | 18 § 6312 §§ B |
| Rufe, John | | 05/09/2014 | | 220 Days |
| Confinement | | Min of 18.00 Months | | 05/09/2014 |
| | | Max of 36.00 Months | | |
| | | Other | | |
| Costs | | | | |
| Credit for Time Served | | | | |
| 4 / Corruption Of Minors - Defendant Age 18 or Above | | Guilty Plea | F3 | 18 § 6301 §§ A1ii |
| Rufe, John | | 05/09/2014 | | |
| 5 / Criminal Use Of Communication Facility | | Guilty Plea | F3 | 18 § 7512 §§ A |
| Rufe, John | | 05/09/2014 | | 220 Days |
| Confinement | | Min of 6.00 Months | | 05/09/2014 |
| | | Max of 12.00 Months | | |
| | | 6 Months - 12 Months | | |
| Costs | | | | |
| Credit for Time Served | | | | |
| 6 / Contact/Comm.W/Minor-Sexual Abuse | | Guilty Plea | F2 | 18 § 6318 §§ A5 |
| Rufe, John | | 05/09/2014 | | 220 Days |
| Confinement | | Min of 18.00 Months | | 05/09/2014 |
| | | Max of 36.00 Months | | |
| | | Other | | |
| Costs | | | | |
| Credit for Time Served | | | | |
| 99,999 / Conspiracy - Child Pornography | | Charge Changed | F3 | 18 § 903 §§ C |
| Replaced by 18 § 6312 §§ D1, Child Pornography | | | | |
| Rufe, John | | 05/09/2014 | | |
| 99,999 / School - Intercourse/Sexual Contact with Student | | Charge Changed | F3 | 18 § 3124.2 §§ A.21 |
| Replaced by 18 § 3124.2 §§ A.21, School - Intercourse/Sexual Contact with Student | | | | |
| Rufe, John | | 05/09/2014 | | |

CPCMS 9082

Printed: 04/28/2015

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

DOCKET

Docket Number: CP-09-CR-0007475-2013

## CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania

v.

Eric N. Romig

Page 5 of 10

The following Judge Ordered Conditions are imposed:

Condition

Defendant is NOT FOUND to be a sexually violent predator

Counts 1,2,4 Suspended

LINKED SENTENCES:

Link 2

CP-09-CR-0007475-2013 - Seq. No. 5 (18§ 7512 §§ A) - Confinement is Consecutive to

Link 1

Link 1

CP-09-CR-0007475-2013 - Seq. No. 6 (18§ 6318 §§ A5) - Confinement is Consecutive to

CP-09-CR-0007475-2013 - Seq. No. 3 (18§ 6312 §§ B) - Confinement

## COMMONWEALTH INFORMATION | ATTORNEY INFORMATION

| Name: | Jennifer Schorn | Name: | Marc Robert Steinberg |
|---|---|---|---|
| | Assistant District Attorney | | Private |
| Supreme Court No: | 085173 | Supreme Court No: | 017659 |
| Phone Number(s): | | Rep. Status: | Active |
| 215-348-6337 | (Phone) | Phone Number(s): | |
| Address: | | 215-822-7575 | (Phone) |
| Bucks County Da's Office | | Address: | |
| 55 E Court St | | Rubin Glickman ET AL | |
| Doylestown, PA  18901-4318 | | PO Box 1277 | |
| | | Lansdale, PA  19446-0726 | |

Representing: Romig, Eric N.

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 10/01/2013 | | Baum, Charles W. |
| Bail Set - Romig, Eric N. | | | |
| 1 | 10/02/2013 | | Bateman, Wallace H. Jr. |
| Order Scheduling Hearing | | | |

and now this 9th day of oct bail modification hearing scheduled for 10/9/13 at 2:00 pm courtroom 1

Bucks County District Attorney's Office

10/02/2013

| 2 | 10/02/2013 | | Schorn, Jennifer |
| Motion for Modification of Bail | | | |
| 1 | 10/09/2013 | | Bateman, Wallace H. Jr. |
| Hearing Held | | | |

bail modification 1,000,000 cash bail increased

CPCMS 9082                                                                 Printed: 04/28/2015

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Appendix  0858

# COURT OF COMMON PLEAS OF BUCKS COUNTY

DOCKET

Docket Number: CP-09-CR-0007475-2013

## CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania

v.

Eric N. Romig

Page 6 of 10

ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 10/09/2013 | | Bateman, Wallace H. Jr. |
| Order Granting Motion for Modification of Bail - Romig, Eric N. | | | |
| 1 | 10/10/2013 | | Bateman, Wallace H. Jr. |
| Order Granting Motion for Modification of Bail - Romig, Eric N. | | | |
| 1 | 11/12/2013 | | Court of Common Pleas - Bucks County |
| Original Papers Received from Lower Court | | | |
| 2 | 11/15/2013 | | Bucks County Court Reporter |
| Trans filed for Oct 9, 2013 original only filed by Thomas J Marunyak (43 pages) | | | |
| 1 | 11/18/2013 | | Bucks County District Attorney's Office |
| Request for Pre-Trial Discovery | | | |
| 2 | 11/18/2013 | | Bucks County District Attorney's Office |
| Discoverable materials (cover letter only) | | | |
| 3 | 11/18/2013 | | Steinberg, Marc Robert |
| Appearance and Waiver of Arraignment | | | |
| 1 | 12/03/2013 | | Commonwealth of Pennsylvania |
| Information Filed (Arraignment Waived) | | | |
| 1 | 01/27/2014 | | Bateman, Wallace H. Jr. |
| Guilty Plea | | | |
| 2 | 01/27/2014 | | Bateman, Wallace H. Jr. |
| Sentence Deferred | | | |
| SORNA Evaluation. | | | |
| PSI. | | | |
| Register with the state. | | | |
| Order entered for evaluation. | | | |
| No contact with victim or any other minors. | | | |
| 1 | 01/28/2014 | 01/27/2014 | Steinberg, Marc Robert<br>Romig, Eric N. |
| Addendum to Guilty Plea Statement for Registration of Sexual Offender | | | |

CPCMS 9082

Printed: 04/28/2015

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

DOCKET

Docket Number: CP-09-CR-0007475-2013

## CRIMINAL DOCKET

### Court Case

Commonwealth of Pennsylvania

v.

Eric N. Romig

Page 7 of 10

ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 1 | 01/30/2014 | 01/27/2014 | Bateman, Wallace H. Jr. |
| Order of SOAB Assessment | | | |
| Bucks County Correctional Facility | | | |
| 01/30/2014 | | | |
| Bucks County District Attorney's Office | | | |
| 01/30/2014 | | | |
| State Sexual Offenders Assessment Board | | | |
| 01/30/2014 | | | |
| 2 | 01/30/2014 | | Bateman, Wallace H. Jr. |
| Order Directing Fingerprinting and Photographing Pursuant to 42 Pa CSA 9799.39 | | | |
| Bucks County District Attorney's Office | | | |
| 01/30/2014 | | | |
| Bucks County Prison | | | |
| 01/30/2014 | | | |
| 1 | 04/22/2014 | | Rufe, John |
| Order Granting Continuance of Sentencing continued to 5/9/14 @ 10 am joint request | | | |
| 1 | 05/09/2014 | | Rufe, John |
| Order - Sentence/Penalty Imposed | | | |
| 2 | 05/09/2014 | | Steinberg, Marc Robert |
| Defendant's Sentencing Memorandum | | | |
| 1 | 05/15/2014 | | Court of Common Pleas - Bucks County |
| Penalty Assessed | | | |
| 2 | 05/15/2014 | | Court of Common Pleas - Bucks County |
| Court Commitment State or County Correctional Institution | | | |
| 3 | 05/15/2014 | | Court of Common Pleas - Bucks County |
| Court Commitment State or County Correctional Institution | | | |

CPCMS 9082

Printed: 04/28/2015

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

DOCKET

Docket Number: CP-09-CR-0007475-2013

## CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania
v.
Eric N. Romig

Page 8 of 10

ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 05/16/2014 | | Steinberg, Marc Robert |
| Motion for Modification of Sentence | | | |
| walked through | | | |
| 1 | 05/19/2014 | | Rufe, John |
| Order Scheduling Hearing | | | |
| Upon consideration of the with In Motion to Modify Sentence of the above named Deft, by his attorney, Marc Robert Steinberg, a hearing is hereby scheduled for the 23rd day of June 2014 at 10 am in Courtroom 5 of the Bucks Co. Courthouse. | | | |
| Commonwealth of Pennsylvania | | | |
| 05/21/2014 | | | |
| Steinberg, Marc Robert | | | |
| 05/21/2014 | | | |
| 1 | 05/22/2014 | | Bucks County Court Reporter |
| Transcript filed for May 9, 2014 by Pamela Lanzendorfer; original only, 85 pages | | | |
| 1 | 06/02/2014 | | Finley, Jeffrey L. |
| Order Granting Motion for Writ of Habeas Corpus - Ad Prosequendum | | | |
| Writ Issued to Warden at SCI Graterford requing him to produce Deft on June 23, 2014 at 9 am and remain until the conclusion of hearing and thereafter be retrne | | | |
| 1 | 06/12/2014 | | Finley, Jeffrey L. |
| Order Granting Motion for Writ of Habeas Corpus - Ad Prosequendum | | | |
| 2 | 06/12/2014 | | Finley, Jeffrey L. |
| Order Granting Motion for Writ of Habeas Corpus - Ad Prosequendum | | | |
| Writ Issued to Warden at SCI Camp Hill requiring him to produce Deft on June 23, 2014 at 9 am and remain until the conclusion of hearing and after his appearance be returned. | | | |
| 1 | 06/23/2014 | | Rufe, John |
| Reconsideration of Sentence Hearing Held | | | |
| Under Advisement. | | | |
| Judge has file. | | | |
| 1 | 06/27/2014 | | Rufe, John |
| Order Denying Motion for Reconsideration of Sentence/Memorandum Opinion | | | |
| Commonwealth of Pennsylvania | | | |
| 06/27/2014 | E-Mail | | |

CPCMS 9082

Printed: 04/28/2015

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

DOCKET



**Docket Number: CP-09-CR-0007475-2013**

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Eric N. Romig

Page 9 of 10

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

Steinberg, Marc Robert
08/27/2014

| 1 | | 07/29/2014 | | Bucks County Court Reporter |
|---|---|---|---|---|

Transcript filed for January 27, 2014 by Donna Sauerwald; original only, 24 pages

| 1 | | 08/04/2014 | | Bucks County Court Reporter |
|---|---|---|---|---|

Trans filed for June 23, 2014 original only filed by Joseph McCauley (14 pages)

### PAYMENT PLAN SUMMARY

| Payment Plan No | Payment Plan Freq. | Next Due Date | Active | Overdue Amt |
|---|---|---|---|---|
| Responsible Participant | | | Suspended | Next Due Amt |
| 09-2014-P000003529 | Monthly | 03/10/2016 | Yes | $0.00 |
| Romig, Eric N. | | | No | $16.18 |

| Payment Plan History: | Receipt Date | | Payor Name | Participant Role | Amount |
|---|---|---|---|---|---|
| | 08/28/2014 | Payment | Department of Corrections/IG | Payor | $6.25 |
| | 09/26/2014 | Payment | Department of Corrections/IG | Payor | $9.75 |
| | 09/29/2014 | Payment | Department of Corrections/IG | Payor | $10.12 |
| | 10/29/2014 | Payment | Department Of Corrections, I | Payor | $46.56 |
| | 10/30/2014 | Payment | Department of Corrections/IG | Payor | $93.13 |
| | 12/04/2014 | Payment | Department of Corrections/IG | Payor | $7.05 |
| | 12/04/2014 | Payment | Department of Corrections/IG | Payor | $3.44 |
| | 12/18/2014 | Payment | Department of Corrections/IG | Payor | $13.49 |
| | 02/03/2015 | Payment | DEPARTMENT OF CORREC | Payor | $23.19 |
| | 02/26/2015 | Payment | DEPARTMENT OF CORREC | Payor | $13.34 |
| | 03/30/2015 | Payment | Department of Corrections/IG | Payor | $13.50 |

CPCMS 9082

Printed: 04/28/2015

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

DOCKET



Docket Number: CP-09-CR-0007475-2013

## CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania
v.
Eric N. Romig

Page 10 of 10

CASE FINANCIAL INFORMATION

Last Payment Date:  03/30/2015                                                        Total of Last Payment:  -$13.50

**Romig, Eric N.**
Defendant

| Costs/Fees | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| ATJ | $3.00 | -$3.00 | $0.00 | $0.00 | $0.00 |
| Booking Center Fee (Bucks) | $150.00 | $0.00 | $0.00 | $0.00 | $150.00 |
| CJES | $2.25 | -$2.25 | $0.00 | $0.00 | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $19.70 | $0.00 | $0.00 | $0.00 | $19.70 |
| Costs of Prosecution - CJEA | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| County Court Cost (Act 204 of 1976) | $28.70 | $0.00 | $0.00 | $0.00 | $28.70 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | -$35.00 | $0.00 | $0.00 | $0.00 |
| DNA Detection Fund (Act 185-2004) | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| Firearm Education and Training Fund | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| JCPS | $10.25 | -$10.25 | $0.00 | $0.00 | $0.00 |
| Judicial Computer Project | $8.00 | -$8.00 | $0.00 | $0.00 | $0.00 |
| State Court Costs (Act 204 of 1976) | $13.10 | $0.00 | $0.00 | $0.00 | $13.10 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | -$25.00 | $0.00 | $0.00 | $0.00 |
| Postage (Bucks) | $2.12 | -$2.12 | $0.00 | $0.00 | $0.00 |
| Constable Education Training Act | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Constable Cost (Bucks) | $230.66 | -$88.64 | $0.00 | $0.00 | $142.02 |
| Transportation Fee (Bucks) | $28.91 | -$11.13 | $0.00 | $0.00 | $17.78 |
| Transportation Fee (Bucks) | $77.87 | -$29.95 | $0.00 | $0.00 | $47.92 |
| Transportation Fee (Bucks) | $48.33 | -$18.48 | $0.00 | $0.00 | $29.85 |
| **Costs/Fees Totals:** | $1,002.89 | -$233.82 | $0.00 | $0.00 | $769.07 |
| **Grand Totals:** | $1,002.89 | -$233.82 | $0.00 | $0.00 | $769.07 |

** - indicates assessment is subrogated

CPCMS 9082                                                                                                    Printed: 04/28/2015

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

**Linda McGuire**



| | |
|---|---|
| **From:** | Smith, Kevin R. [█████████████] |
| **Sent:** | Tuesday, January 05, 2010 1:29 PM |
| **To:** | Clymer, Ryan |
| **Cc:** | Smith, Annette |
| **Subject:** | SPAM-LOW:  Text Messages for December 2009 |
| **Attachments:** | Emily Mayer txt log Dec2009.xls |

**Importance:** High

Ryan,

Attached please find a spreadsheet direct download from my Verizon account for the month of December 2009. The spreadsheet is filtered for 267-218-5232

<<Emily Mayer txt log Dec2009.xls>>

## Summary:

### During the month of December

Txt *from* 267-218-5232 (Eric) to Emily  - 2140

Txt *from* Emily to 267-218-5232 (Eric) -  1886

### December 5th 2009

Txt messages from 267-218-5232 (Eric) start at 9:38am and continue (175 texts) all day until 12:01 AM Dec 6th

According to Emily they were to be at the school by 10:45am – Game started at around 1:00pm and ended around 4:00pm.  The only break in the day is between 6:13pm and 10:05pm.

You will notice a message sent December 22nd at 9:53am The day after Emily spoke to you and the last txt message containing the message "This presentation is going to be rough, Ewing Oil contracts are difficult to negotiate"  this txt message was saved.

Regards,

Kevin R. Smith

Enterprise Collaboration & Content Management Shared Services
UNC-201 / 267-305-8770

 Please consider the environment before printing this e-mail

Notice:  This e-mail message, together with any attachments, contains information of Merck & Co., Inc. (One Merck Drive, Whitehouse Station, New Jersey, USA 08889), and/or its affiliates Direct contact information for affiliates is available at http://www.merck.com/contact/contacts.html) that may be confidential, proprietary copyrighted and/or legally privileged. It is intended solely for the use of the individual or entity named on this message. If you are not the intended recipient, and

1

have received this message in error, please notify us immediately by reply e-mail and
then delete it from your system.

2

Appendix  0865

| | | | | | | |
|---|---|---|---|---|---|---|
| 7212/04/2009 | 2:23PM | 215-806-1252 | 1 | 0.00 | 0.00 | 0.00 |
| 7312/05/2009 | 9:07AM | 215-721-7591 | 24 | 0.00 | 0.00 | 0.00 |
| 7412/05/2009 | 4:43PM | 215-721-7591 | 1 | 0.00 | 0.00 | 0.00 |
| 7512/05/2009 | 4:59PM | 267-506-0073 | 1 | 0.00 | 0.00 | 0.00 |
| 7612/05/2009 | 5:02PM | 215-460-0096 | 1 | 0.00 | 0.00 | 0.00 |
| 7712/05/2009 | 5:03PM | 215-721-7591 | 1 | 0.00 | 0.00 | 0.00 |
| 7812/06/2009 | 7:03PM | 610-739-7742 | 2 | 0.00 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| 349412/04/2009 | 5:47AM | 215-285-3411 | MTM TEXT MES |
| 349512/04/2009 | 6:00AM | 215-285-3411 | MTM TEXT MES |
| 349612/04/2009 | 7:17AM | 215-692-4383 | Text Message |
| 349712/04/2009 | 7:18AM | 215-692-4383 | Text Message |
| 349812/04/2009 | 7:18AM | 215-692-4383 | Text Message |
| 349912/04/2009 | 7:19AM | 215-692-4383 | Text Message |
| 350012/04/2009 | 7:19AM | 215-692-4383 | Text Message |
| 350112/04/2009 | 7:20AM | 215-692-4383 | Text Message |
| 350212/04/2009 | 7:24AM | 215-692-4383 | Text Message |
| 350312/04/2009 | 7:26AM | 215-692-4383 | Text Message |
| 350412/04/2009 | 7:27AM | 215-692-4383 | Text Message |
| 350512/04/2009 | 7:39AM | 215-692-4383 | Text Message |
| 350612/04/2009 | 7:40AM | 215-692-4383 | Text Message |
| 350712/04/2009 | 7:42AM | 215-692-4383 | Text Message |
| 350812/04/2009 | 7:42AM | 215-692-4383 | Text Message |
| 350912/04/2009 | 7:43AM | 215-806-1252 | Text Message |

| | | | | |
|---|---|---|---|---|
| 351012/04/2009 | 7:44AM | | 215-692-4383 | Text Message |
| 351112/04/2009 | 7:44AM | | 215-806-1252 | Text Message |
| 351212/04/2009 | 7:45AM | | 215-692-4383 | Text Message |
| 351312/04/2009 | 7:47AM | | 267-377-7201 | Text Message |
| 351412/04/2009 | 7:48AM | | 215-692-4383 | Text Message |
| 351512/04/2009 | 7:49AM | | 215-806-1252 | Text Message |
| 351612/04/2009 | 7:50AM | | 267-377-7201 | Text Message |
| 351712/04/2009 | 7:50AM | | 267-377-7201 | Text Message |
| 351812/04/2009 | 7:51AM | | 267-377-7201 | Text Message |
| 351912/04/2009 | 7:52AM | | 267-421-9318 | MTM TEXT MES |
| 352012/04/2009 | 7:54AM | | 267-421-9318 | MTM TEXT MES |
| 352112/04/2009 | 7:54AM | | 267-421-9318 | MTM TEXT MES |
| 352212/04/2009 | 7:55AM | | 267-421-9318 | MTM TEXT MES |
| 352312/04/2009 | 7:56AM | | 215-692-4383 | Text Message |
| 352412/04/2009 | 8:00AM | | 267-421-9318 | MTM TEXT MES |
| 352512/04/2009 | 8:01AM | | 267-421-9318 | MTM TEXT MES |
| 352612/04/2009 | 8:06AM | | 267-377-7201 | Text Message |
| 352712/04/2009 | 8:08AM | | 267-377-7201 | Text Message |
| 352812/04/2009 | 8:10AM | | 267-377-7201 | Text Message |
| 352912/04/2009 | 8:14AM | | 267-377-7201 | Text Message |
| 353012/04/2009 | 8:17AM | | 267-377-7201 | Text Message |
| 353112/04/2009 | 8:21AM | | 267-377-7201 | Text Message |
| 353212/04/2009 | 8:21AM | | 267-377-7201 | Text Message |

| | | | |
|---|---|---|---|
| 353312/04/2009 | 8:22AM | 267-377-7201 | Text Message |
| 353412/04/2009 | 8:22AM | 267-377-7201 | Text Message |
| 353512/04/2009 | 8:27AM | 267-377-7201 | Text Message |
| 353612/04/2009 | 8:28AM | 267-377-7201 | Text Message |
| 353712/04/2009 | 8:29AM | 267-377-7201 | Text Message |
| 353812/04/2009 | 8:31AM | 267-377-7201 | Text Message |
| 353912/04/2009 | 8:31AM | 267-377-7201 | Text Message |
| 354012/04/2009 | 8:36AM | 267-377-7201 | Text Message |
| 354112/04/2009 | 8:36AM | 267-377-7201 | Text Message |
| 354212/04/2009 | 8:39AM | 267-377-7201 | Text Message |
| 354312/04/2009 | 8:40AM | 267-377-7201 | Text Message |
| 354412/04/2009 | 8:43AM | 267-377-7201 | Text Message |
| 354512/04/2009 | 8:44AM | 267-377-7201 | Text Message |
| 354612/04/2009 | 8:46AM | 267-377-7201 | Text Message |
| 354712/04/2009 | 8:47AM | 267-377-7201 | Text Message |
| 354812/04/2009 | 8:48AM | 267-377-7201 | Text Message |
| 354912/04/2009 | 8:49AM | 267-377-7201 | Text Message |
| 355012/04/2009 | 8:49AM | 267-377-7201 | Text Message |
| 355112/04/2009 | 8:50AM | 267-377-7201 | Text Message |
| 355212/04/2009 | 8:52AM | 267-377-7201 | Text Message |
| 355312/04/2009 | 8:53AM | 267-377-7201 | Text Message |
| 355412/04/2009 | 8:56AM | 267-377-7201 | Text Message |
| 355512/04/2009 | 8:56AM | 267-377-7201 | Text Message |

| | | | |
|---|---|---|---|
| 355612/04/2009 | 9:02AM | 267-377-7201 | Text Message |
| 355712/04/2009 | 9:07AM | 267-377-7201 | Text Message |
| 355812/04/2009 | 9:08AM | 267-377-7201 | Text Message |
| 355912/04/2009 | 9:09AM | 267-377-7201 | Text Message |
| 356012/04/2009 | 9:10AM | 267-377-7201 | Text Message |
| 356112/04/2009 | 9:14AM | 267-377-7201 | Text Message |
| 356212/04/2009 | 9:15AM | 267-377-7201 | Text Message |
| 356312/04/2009 | 9:22AM | 267-377-7201 | Text Message |
| 356412/04/2009 | 9:23AM | 267-377-7201 | Text Message |
| 356512/04/2009 | 9:29AM | 267-377-7201 | Text Message |
| 356612/04/2009 | 9:31AM | 267-377-7201 | Text Message |
| 356712/04/2009 | 9:34AM | 267-377-7201 | Text Message |
| 356812/04/2009 | 9:46AM | 267-377-7201 | Text Message |
| 356912/04/2009 | 9:47AM | 267-377-7201 | Text Message |
| 357012/04/2009 | 9:48AM | 267-377-7201 | Text Message |
| 357112/04/2009 | 9:51AM | 267-377-7201 | Text Message |
| 357212/04/2009 | 9:52AM | 267-377-7201 | Text Message |
| 357312/04/2009 | 9:59AM | 267-377-7201 | Text Message |
| 357412/04/2009 | 10:00AM | 267-377-7201 | Text Message |
| 357512/04/2009 | 10:03AM | 267-377-7201 | Text Message |
| 357612/04/2009 | 10:05AM | 267-377-7201 | Text Message |
| 357712/04/2009 | 10:12AM | 215-285-3411 | MTM TEXT MES |
| 357812/04/2009 | 10:13AM | 215-285-3411 | MTM TEXT MES |

| | | | |
|---|---|---|---|
| 357912/04/2009 | 10:13AM | 215-285-3411 | MTM TEXT MES |
| 358012/04/2009 | 10:16AM | 215-285-3411 | MTM TEXT MES |
| 358112/04/2009 | 10:23AM | 215-285-3411 | MTM TEXT MES |
| 358212/04/2009 | 10:26AM | 215-285-3411 | MTM TEXT MES |
| 358312/04/2009 | 10:30AM | 215-285-3411 | MTM TEXT MES |
| 358412/04/2009 | 10:32AM | 215-285-3411 | MTM TEXT MES |
| 358512/04/2009 | 10:32AM | 215-285-3411 | MTM TEXT MES |
| 358612/04/2009 | 10:33AM | 215-285-3411 | MTM TEXT MES |
| 358712/04/2009 | 10:35AM | 215-285-3411 | MTM TEXT MES |
| 358812/04/2009 | 10:37AM | 215-285-3411 | MTM TEXT MES |
| 358912/04/2009 | 10:38AM | 215-285-3411 | MTM TEXT MES |
| 359012/04/2009 | 10:39AM | 215-285-3411 | MTM TEXT MES |
| 359112/04/2009 | 10:40AM | 215-285-3411 | MTM TEXT MES |
| 359212/04/2009 | 10:42AM | 215-285-3411 | MTM TEXT MES |
| 359312/04/2009 | 10:46AM | 215-285-3411 | MTM TEXT MES |
| 359412/04/2009 | 10:47AM | 215-285-3411 | MTM TEXT MES |
| 359512/04/2009 | 10:55AM | 215-285-3411 | MTM TEXT MES |
| 359612/04/2009 | 10:55AM | 215-285-3411 | MTM TEXT MES |
| 359712/04/2009 | 10:59AM | 215-285-3411 | MTM TEXT MES |
| 359812/04/2009 | 11:01AM | 215-285-3411 | MTM TEXT MES |
| 359912/04/2009 | 11:03AM | 215-285-3411 | MTM TEXT MES |
| 360012/04/2009 | 11:04AM | 215-285-3411 | MTM TEXT MES |
| 360112/04/2009 | 11:06AM | 215-285-3411 | MTM TEXT MES |

| | | | |
|---|---|---|---|
| 360212/04/2009 | 11:08AM | 267-377-7201 | Text Message |
| 360312/04/2009 | 11:09AM | 215-285-3411 | MTM TEXT MES |
| 360412/04/2009 | 11:09AM | 215-285-3411 | MTM TEXT MES |
| 360512/04/2009 | 11:13AM | 215-285-3411 | MTM TEXT MES |
| 360612/04/2009 | 11:18AM | 215-285-3411 | MTM TEXT MES |
| 360712/04/2009 | 11:20AM | 215-285-3411 | MTM TEXT MES |
| 360812/04/2009 | 11:23AM | 215-285-3411 | MTM TEXT MES |
| 360912/04/2009 | 11:25AM | 267-377-7201 | Text Message |
| 361012/04/2009 | 11:39AM | 215-285-3411 | MTM TEXT MES |
| 361112/04/2009 | 11:44AM | 215-285-3411 | MTM TEXT MES |
| 361212/04/2009 | 11:45AM | 215-285-3411 | MTM TEXT MES |
| 361312/04/2009 | 11:45AM | 215-285-3411 | MTM TEXT MES |
| 361412/04/2009 | 11:49AM | 267-377-7201 | Text Message |
| 361512/04/2009 | 11:49AM | 215-285-3411 | MTM TEXT MES |
| 361612/04/2009 | 11:50AM | 215-285-3411 | MTM TEXT MES |
| 361712/04/2009 | 11:50AM | 215-285-3411 | MTM TEXT MES |
| 361812/04/2009 | 11:52AM | 215-285-3411 | MTM TEXT MES |
| 361912/04/2009 | 11:53AM | 215-285-3411 | MTM TEXT MES |
| 362012/04/2009 | 11:54AM | 215-285-3411 | MTM TEXT MES |
| 362112/04/2009 | 11:56AM | 215-285-3411 | MTM TEXT MES |
| 362212/04/2009 | 11:57AM | 215-285-3411 | MTM TEXT MES |
| 362312/04/2009 | 11:57AM | 215-285-3411 | MTM TEXT MES |
| 362412/04/2009 | 11:58AM | 215-285-3411 | MTM TEXT MES |

Appendix  0871

| | | | |
|---|---|---|---|
| 362512/04/2009 | 11:59AM | 215-285-3411 | MTM TEXT MES |
| 362612/04/2009 | 12:00PM | 215-285-3411 | MTM TEXT MES |
| 362712/04/2009 | 12:00PM | 215-285-3411 | MTM TEXT MES |
| 362812/04/2009 | 12:05PM | 215-285-3411 | MTM TEXT MES |
| 362912/04/2009 | 12:06PM | 215-285-3411 | MTM TEXT MES |
| 363012/04/2009 | 12:06PM | 215-285-3411 | MTM TEXT MES |
| 363112/04/2009 | 12:11PM | 215-285-3411 | MTM TEXT MES |
| 363212/04/2009 | 12:22PM | 267-377-7201 | Text Message |
| 363312/04/2009 | 12:24PM | 267-377-7201 | Text Message |
| 363412/04/2009 | 12:26PM | 267-377-7201 | Text Message |
| 363512/04/2009 | 12:27PM | 267-377-7201 | Text Message |
| 363612/04/2009 | 12:28PM | 267-377-7201 | Text Message |
| 363712/04/2009 | 12:28PM | 267-377-7201 | Text Message |
| 363812/04/2009 | 12:29PM | 267-377-7201 | Text Message |
| 363912/04/2009 | 12:38PM | 215-692-4383 | Text Message |
| 364012/04/2009 | 12:38PM | 215-692-4383 | Text Message |
| 364112/04/2009 | 12:39PM | 215-692-4383 | Text Message |
| 364212/04/2009 | 12:39PM | 267-377-7201 | Text Message |
| 364312/04/2009 | 12:40PM | 267-377-7201 | Text Message |
| 364412/04/2009 | 12:41PM | 267-377-7201 | Text Message |
| 364512/04/2009 | 12:53PM | 215-292-9325 | Text Message |
| 364612/04/2009 | 1:04PM | 215-692-4383 | Text Message |
| 364712/04/2009 | 1:10PM | 215-692-4383 | Text Message |

| | | | |
|---|---|---|---|
| 364812/04/2009 | 1:11PM | 215-692-4383 | Text Message |
| 364912/04/2009 | 1:43PM | 267-377-7201 | Text Message |
| 365012/04/2009 | 1:44PM | 267-377-7201 | Text Message |
| 365112/04/2009 | 1:51PM | 267-377-7201 | Text Message |
| 365212/04/2009 | 2:01PM | 267-377-7201 | Text Message |
| 365312/04/2009 | 2:08PM | 267-377-7201 | Text Message |
| 365412/04/2009 | 2:08PM | 215-285-3411 | MTM TEXT MES |
| 365512/04/2009 | 2:09PM | 215-285-3411 | MTM TEXT MES |
| 365612/04/2009 | 2:37PM | 215-692-4383 | Text Message |
| 365712/04/2009 | 2:49PM | 215-692-4383 | Text Message |
| 365812/04/2009 | 2:50PM | 215-692-4383 | Text Message |
| 365912/04/2009 | 2:51PM | 215-692-4383 | Text Message |
| 366012/04/2009 | 2:52PM | 215-692-4383 | Text Message |
| 366112/04/2009 | 2:53PM | 215-692-4383 | Text Message |
| 366212/04/2009 | 2:53PM | 215-692-4383 | Text Message |
| 366312/04/2009 | 2:55PM | 215-692-4383 | Text Message |
| 366412/04/2009 | 2:56PM | 215-692-4383 | Text Message |
| 366512/04/2009 | 2:57PM | 215-692-4383 | Text Message |
| 366612/04/2009 | 2:57PM | 215-692-4383 | Text Message |
| 366712/04/2009 | 2:59PM | 215-692-4383 | Text Message |
| 366812/04/2009 | 3:00PM | 215-692-4383 | Text Message |
| 366912/04/2009 | 3:00PM | 215-692-4383 | Text Message |
| 367012/04/2009 | 3:01PM | 215-692-4383 | Text Message |