

Dear Judge Beetlestone, 6/20/16

    I am writing this letter in the aftermath of our telephone conference on Friday, June 17th to address a couple of issues that I am hoping you will kindly consider. First, I have been enrolled in a program by the Department of Corrections that is necessary in order for my release whenever the Pennsylvania Parole Board deems it to be okay. That program will be running from now until the beginning to middle of August. I am kindly asking that if this case between myself and the defendants does go to trial that the trial would be scheduled for no sooner than the end of August. Secondly, as I am representing myself in this matter, not by my own choosing but as a matter of having no financial resources, I have a few things I would like for you to consider and advise if possible. It is my position that I have NO desire for this to go to trial for many reasons. My main priority since being arrested is to respect the feelings of the victim and her family and, by going to trial with potential testimonies, cross examination by myself and the potential for the trial being public would potentially cause unnecessary heartache for the plantiffs. In the criminal case, I waived my preliminary hearing, pled guilty at my arraignment and went into sentencing with an open plea while fully cooperating with the police so that no one involved with this family would need to testify or ~~cross~~ face cross examination by my attorney. In the civil matter, that all seems to be for naught if this goes to trial. It is my desire in this matter as well for this to be resolved out of court if possible. My other concern is that Mr. Groth has stated he has a concern about "judicial economy" and with that in mind I don't see the benefit of this proceeding to trial, especially considering I have no money, no assets, tremendous debt (over 5 digits), court costs and child support to pay. A trial would cost the defendants, their attornies and the state alot of money in which, whatever financial judgement would be made, would not help anyone involved both short-term and long-term, especially the defendants. I realize that the defendants, ~~namely~~ especially their attorney, has the desire to get this done so they can pursue the appeal to the Third Circuit Court. With all of this in mind, I kindly ask your Honor for guidance in this matter so that a quick and reasonable solution to this matter can be reached. If there is no other way than to proceed to trial, I ask again that it would be scheduled no earlier than the middle of August. Thank you for time and consideration.

                                                                                 Sincerely,

                                                      (Pro Se Defendant) Eric Romig